# UNITED STATES DISTRICT COURT

District of _____DELAWARE_____

PFIZER INC,

        Plaintiff

v.

TEVA PHARMACEUTICALS USA
and TEVA PHARMACEUTICAL INDUSTRIES
LTD,

        **Defendants**.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-89

TO:

Teva Pharmaceuticals USA
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Rudolf E. Hutz, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Post Office Box 2207
Wilmington, Delaware 19899-2207

an answer to the complaint which is served on you with this summons, within 20 (twenty) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Peter T. Dalleo_                                _2-9-06_
CLERK                                                    DATE

_Beth Dinan_
(By) DEPUTY CLERK

AO 440 (Rev. 10/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 2/9/06 11:15am |
| NAME OF SERVER (PRINT) Frank Joyce | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and Discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Personally served a summons + complaint on TEVA PHARMACEUTICALS USA by serving its registered at 1209 Orange Street, Wilmington, DE 19801, The Corporation Trust Company

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/9/06
Date

Signature of Server
PARCELS INC
230 N. Market, Wilm. DE 19801
Address of Server

224346

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.