

## CONNOLLY BOVE LODGE & HUTZ LLP
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

**Rudolf E. Hutz**
Partner

TEL (302) 888-6266
FAX (302) 656-9072
EMAIL rhutz@cblh.com
REPLY TO Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

February 16, 2006

Honorable Gregory M. Sleet
U. S. District Court for the
  District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   Pfizer Inc v. Teva Pharmaceuticals USA and Teva Pharmaceutical Industries Ltd.,
      Case 1:06-cv-00089-GMS

Dear Judge Sleet:

    We were notified yesterday that the above-captioned case has been assigned to Your Honor. As counsel for Pfizer Inc, I wish to advise that on the same day the complaint was filed in this action, Pfizer filed suit on the same patent against Sandoz Inc. and Novartis AG. That case, captioned <u>Pfizer Inc v. Sandoz Inc. and Novartis AG</u>, CA 1:06-cv-00090-JJF, has been assigned to Judge Joseph J. Farnan, Jr. While the plaintiff and patent are the same in each action, the defendants and the products at issue are different.

    I am also advising Judge Farnan of these circumstances.

Very truly yours,

Rudolf E. Hutz
Connolly Bove Lodge & Hutz LLP

REH.bjh

447308_1.DOC