IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-89-GMS |
| ) | |
| TEVA PHARMACEUTICALS USA and ) | |
| TEVA PHARMACEUTICAL ) | |
| INDUSTRIES LTD. ) | |
| ) | |
| Defendants. ) | |

**PFIZER INC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, plaintiff Pfizer Inc hereby states that: (1) it has no parent corporation; and (2) no publicly held corporation owns 10% or more of its stock.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Daniel C. Mulveny
Rudolf E. Hutz (#484)
Daniel C. Mulveny (#3984)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorneys for Pfizer Inc*

Dated: February 16, 2006
447427_1.DOC