# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Mary B. Matterer
(302) 888-6960
mmatterer@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

February 17, 2006

**VIA ELECTRONIC FILING**

Honorable Gregory M. Sleet
U.S. District Court for the
 District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   **Pfizer Inc. v. Teva Pharmaceuticals USA
        and Teva Pharmaceutical Industries Ltd.
        C.A. No. 1:06-cv-00089-GMS**

Your Honor:

We are writing to enter the appearance of our law firm and the law firm of Kenyon & Kenyon LLP in this matter on behalf of Teva Pharmaceuticals USA, Inc. We are aware of Mr. Hutz's letter dated February 16, 2006, and thought it would be appropriate to inform the Court that we intend to seek transfer of this matter to the Southern District of New York where related matters are already pending. While it does not appear that Mr. Hutz's letter seeks any specific relief from the Court, in the event the Court wishes to confer with counsel regarding the letter we would respectfully request to be included.

Respectfully,

Mary B. Matterer

MBM/cdl

cc:   Rudolf E. Hutz, Esquire (via electronic filing)