**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

PFIZER INC.,

                        Plaintiff,

            v.

TEVA PHARMACEUTICALS USA and
TEVA PHARMACEUTICAL INDUSTRIES LTD.

                        Defendants.

Civil Action No. 06-89 (GMS)

**DEFENDANTS TEVA PHARMACEUTICALS USA, INC.'S
AND TEVA PHARMACEUTICAL INDUSTRIES LTD.'S
MOTION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT
OF NEW YORK PURSUANT TO 28 U.S.C. § 1404(a)**

Defendants Teva Pharmaceuticals USA, Inc. ("Teva USA") and Teva Pharmaceutical Industries Ltd. ("Teva Ltd.") hereby move, pursuant to 28 U.S.C. § 1404(a), to transfer this action to the United States District Court for the Southern District of New York. The grounds for this motion are fully set forth in defendants' accompanying brief in support of this motion, and are further supported by the declarations of Cynthia Hardman, Esq. and Yehudah Livneh, Ph.D., filed contemporaneously herewith.

Dated: February 23, 2006                    By: _____
                                            Mary B. Matterer #2696
                                            MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                                            222 Delaware Avenue, 10th Floor
                                            Wilmington, DE  19801
                                            (302) 888-6800
                                            mmatterer@morrisjames.com

                                            *Counsel for Defendants Teva Pharmaceuticals
                                            USA, Inc. and Teva Pharmaceutical Industries Ltd.*

*Of Counsel:*
Steven J. Lee
Elizabeth J. Holland
Sheila Mortazavi
Cynthia Lambert Hardman
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Tel.: (212) 425-7200
Fax:  (212) 425-5288

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February, 2006, I electronically filed the foregoing document, **DEFENDANTS TEVA PHARMACEUTICALS USA, INC. AND TEVA PHARMACEUTICAL INDUSTRIES LTD.'S MOTION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF NEW YORK PURSUANT TO 28 U.S.C. § 1404 (a)**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Rudolf E. Hutz, Esq.
Daniel C. Mulveny, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801

Additionally, I hereby certify that on the 23rd day of February, 2006, the foregoing document was served as indicated:

**VIA HAND DELIVERY**
Rudolf E. Hutz, Esq.
Daniel C. Mulveny, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801

Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6960
*Attorneys for Defendants*
*Teva Pharmaceuticals USA, Inc. and*
*Teva Pharmaceutical Industries Ltd.*