IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-89 GMS ) |
| TEVA PHARMACEUTICALS USA AND TEVA PHARMACEUTICAL INDUSTRIES LTD., | ) ) ) |
| Defendants. | ) ) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Steven J. Lee, Ph.D., Esq., Elizabeth Holland, Esq., Sheila Mortazavi, Esq., Cynthia Lambert Hardman, Esq. and Merri C. Moken, Esq. of the law firm of Kenyon & Kenyon LLP to represent Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd. in this matter.

Dated: February 24, 2006

        /s/ *Mary B. Matterer*
Mary B. Matterer (#2696)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
mmatterer@morrisjames.com
Attorneys for Defendants

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____
The Honorable Gregory M. Sleet

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New Jersey and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: February 21, 2006

Signed: _____
Steven J. Lee, Ph.D., Esq.
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004-1007
(212) 908-6307

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: February 21, 2006

Signed: _____
Elizabeth Holland, Esq.
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004-1007
(212) 908-6307

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: February 17, 2006

Signed: _____
Sheila Mortazavi, Esq.
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004-1007
(212) 908-6307

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: February 15, 2006         Signed: _____
                                Cynthia Lambert Hardman, Esq.
                                Kenyon & Kenyon LLP
                                One Broadway
                                New York, NY 10004-1007
                                (212) 908-6370

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Massachusetts and the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: February 15, 2006

Signed: *[signature]*
Merri C. Moken, Esq.
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004-1007
(212) 908-6307

# CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of February, 2006, I electronically filed the foregoing document, **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Rudolf E. Hutz
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801

Additionally, I hereby certify that on the 24th day of February, 2006, the foregoing document was served as indicated:

**VIA HAND DELIVERY**
Rudolf E. Hutz, Esq.
Daniel C. Mulveny, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE  19801

                                              /s/ Mary B. Matterer
                                         Mary B. Matterer (#2696)
                                         MORRIS JAMES HITCHENS & WILLIAMS LLP
                                         222 Delaware Avenue, 10th Floor
                                         Wilmington, Delaware 19801
                                         302.888.6800
                                         mmatterer@morrisjames.com
                                         Attorneys for Defendants