**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

Rudolf E. Hutz
Partner

TEL (302) 888-6266
FAX (302) 656-9072
EMAIL rhutz@cblh.com
REPLY TO Wilmington Office

March 7, 2006

Honorable Gregory M. Sleet
U. S. District Court for the
  District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   **Pfizer Inc v. Teva Pharmaceuticals USA et al.,**
      **Case 1:06-cv-00089-GMS**

Dear Judge Sleet:

Previously we advised Your Honor about the copendency of the above-captioned case assigned to you and Pfizer Inc v. Sandoz Inc. and Novartis AG, CA 1:06-cv-00090-JJF assigned to Judge Farnan. Both cases involve the same patent but different defendants and products.

On February 23, 2006, defendants moved to transfer the instant case to the Southern District of New York where they second-filed an action for declaratory judgment relief against plaintiff Pfizer on the same grounds at issue in the instant case. Pfizer will oppose this motion and will file its Answer Brief in Opposition on March 9, 2006.

I further wish to advise the Court that in the Pfizer Inc v. Sandoz Inc. et al. case before Judge Farnan, defendant Sandoz has also filed a motion to transfer to the Southern District of New York where it also has second-filed an action for declaratory judgment relief against Pfizer on the same grounds at issue in the Delaware case. Pfizer opposes this motion and will file its Answer Brief in Opposition on March 20, 2006.

If the Court has any questions, please do not hesitate to contact me.

I am also advising Judge Farnan of these circumstances.

Very truly yours,

Rudolf E. Hutz
Connolly Bove Lodge & Hutz LLP

REH.bjh
450933_1.DOC