**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**


PFIZER INC                              )
                                        )
                      Plaintiff,        )
                                        )
       v.                               )        Civil Action No. 06-89-GMS
                                        )
TEVA PHARMACEUTICALS USA and            )
TEVA PHARMACEUTICAL                      )
INDUSTRIES LTD.                          )
                                        )
                      Defendants.       )
_____ )


**DECLARATION OF DANIEL C. MULVENY, ESQ. IN SUPPORT OF
PLAINTIFF PFIZER'S ANSWERING BRIEF
IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE TO
THE SOUTHERN DISTRICT OF NEW YORK**

I, Daniel C. Mulveny, Esq. hereby declare as follows.

1.      I am an attorney with Connolly Bove Lodge & Hutz LLP, counsel of record for

Plaintiff Pfizer Inc ( "Pfizer") in this action. I make this Declaration in support of Plaintiff Pfizer

Inc's Answer Brief in Opposition to Defendants' Motion to Transfer Venue to the Southern

District of New York.

2.      Connolly Bove Lodge & Hutz LLP is counsel of record in *Pfizer Inc v. Sandoz*

*Inc. et al.* 1:06-cv-00090-JJF, which is pending in the United States District Court for the District

of Delaware. A true and correct copy of the complaint in that action (without exhibits), which

was filed on February 8, 2006, is attached hereto as Exhibit A.

3.      On February 16, 2006, Pfizer alerted the Court about the pendency of the instant

action and the *Pfizer Inc v. Sandoz Inc. et al.*, 1:06-cv-00090-JJF action and their separate judge

assignments. A true and correct copy of the letter to the Court in the *Pfizer Inc v. Sandoz Inc. et al.*, 1:06-cv-00090-JJF action is attached hereto as Exhibit B.

4.     Connolly Bove Lodge & Hutz LLP is counsel of record in *Teva Pharmaceuticals USA Inc. et al. v. Pfizer Inc*, 06cv1134 (LAP) (the "Teva DJ Action"), which defendants', Teva Pharmaceuticals USA and Teva Pharmaceutical Industries Ltd. (respectively "Teva USA" and "Teva Ltd."; collectively "Teva") filed on February 14, 2006, in the United States District Court for the Southern District of New York six days after Pfizer brought the instant action in this Court. Teva has submitted a true and correct copy of the New York Action complaint as Exhibit G to the Hardman Declaration. A true and correct copy of Pfizer's answer and counterclaims in the Teva DJ Action (without exhibits) is attached hereto as Exhibit C.

5.     Teva previously filed two declaratory judgment actions against Pfizer in the Southern District of New York (the "New York Action") involving two unrelated patents, U.S. Patent Nos. 5,605,889 ("the '889 patent") and 6,268,489 ("the '489 patent"). A true and correct copy of the '889 patent attached hereto as Exhibit D. A true and correct copy of the '489 patent attached hereto as Exhibit E.

6.     Attached hereto as Exhibit F is a true and correct copy of a printout from LexisNexis Courtlink showing all of the District of Delaware cases since 1983 where Pfizer has been a party. Also attached hereto as Exhibit G is a true and correct copy of a printout from LexisNexis Courtlink showing all of the District of Delaware cases since 1998 where Teva USA and/or Teva Ltd. has been a party.

7.     Attached hereto as Exhibit H is a true and correct copy of the first 45 of 112 flight options from www.orbitz.com for flights from Tel Aviv, Israel (TLV) to Newark International Airport (EWR), selected based on shortest flight time. Attached hereto as Exhibit I is a true and

correct copy of the first 45 of 164 flight options from www.orbitz.com for flights from Tel Aviv, Israel (TLV) to Philadelphia International Airport (PHL), selected based on shortest flight time. Attached hereto as Exhibit J is a true and correct copy of the first 45 of 184 flight options from www.orbitz.com for flights from Tel Aviv, Israel (TLV) to John F. Kennedy International Airport in New York (JFK), selected based on shortest flight time. Attached hereto as Exhibit K is a true and correct copy of the first 45 of 193 flight options from www.orbitz.com for flights from Tel Aviv, Israel (TLV) to LaGuardia International Airport in New York (LGA), selected based on shortest flight time.

8.    Attached hereto as Exhibit L is a true and correct copy of the Amtrak train schedule from www.amtrak.com showing the weekday travel options from Newark International Airport (EWR) to Wilmington, Delaware.

9.    Attached hereto as Exhibit M is a true and correct copy of the driving directions from www.yahoo.com showing the driving distance from Newark International Airport (EWR) to the District of Delaware Courthouse. Attached hereto as Exhibit N is a true and correct copy of the driving directions from www.yahoo.com showing the driving distance from Newark International Airport (EWR) to the Southern District of New York Courthouse in downtown Manhattan.

10.    Attached hereto as Exhibit O is a true and correct copy of a map of Wilmington, Delaware showing that the train station is within blocks of the District of Delaware Federal Courthouse.

11.    Attached hereto as Exhibit P is a true and correct copy of Teva USA's Opening Brief in Support of its Motion to Transfer to the Northern District of Illinois filed as D.I. 15 on November 8, 2002, in the *Abbott Labs. et al. v. Teva Pharms. USA, Inc.*, No. 02-1512 action.

Attached hereto as Exhibit Q is a true and correct copy of Teva USA's May 12, 2003 letter to the Court stating that Teva has withdrawn its Motion to Transfer to the Northern District of Illinois.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed at Wilmington, Delaware, on March 8, 2006.

Daniel C. Mulveny, Esq. (#3984)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

450656_1.DOC

# TABLE OF CONTENTS

**Document**                                                                        **Exhibit**

Pfizer's Complaint in
*Pfizer Inc v. Sandoz Inc. et al.* 1:06-cv-00090-JJF ........................................................ A

Pfizer's February 16, 2006 letter to the Court in
*Pfizer Inc v. Sandoz Inc. et al.* 1:06-cv-00090-JJF ........................................................ B

Pfizer's Answer and Counterclaims in
*Teva Pharmaceuticals USA Inc. et al. v. Pfizer Inc*, 06cv1134 (LAP) ........................................ C

U.S. Patent No. 5,605,889 ........................................................................................ D

U.S. Patent No. 6,268,489 ........................................................................................ E

LexisNexis Coutlink Search Result for
all Pfizer cases in the District of Delaware ........................................................................ F

LexisNexis Coutlink Search Result for
all Teva cases in the District of Delaware ........................................................................ G

Orbitz Airline Flight Search Result for
flights from Tel Aviv, Israel (TLV) to Newark International Airport (EWR) ............................ H

Orbitz Airline Flight Search Result for
flights from Tel Aviv, Israel (TLV) to Philadelphia International Airport (PHL) ........................ I

Orbitz Airline Flight Search Result for
flights from Tel Aviv, Israel (TLV) to John F. Kennedy International Airport (JFK) .................... J

Orbitz Airline Flight Search Result for
flights from Tel Aviv, Israel (TLV) to LaGuardia International Airport (LGA) .......................... K

Amtrak Train Schedule from
Newark International Airport (EWR) to Wilmington, Delaware (WIL) ................................ L

Yahoo! Maps Driving Directions from
Newark International Airport (EWR) to District of Delaware Federal Courthouse .................... M

Yahoo! Maps Driving Directions from
Newark International Airport (EWR) to Southern District of New York Federal Courthouse ..... N

Map of Wilmington, Delaware ........................................................................................ O

Teva's Motion to Transfer to the Northern District of Illinois in
*Abbott Laboratories v. Teva Pharmaceuticals USA Inc.*, No 02-1512, (Nov. 8, 2002) ................ P

Teva's Letter Withdrawing Its Motion to Transfer to the Northern District of Illinois in
*Abbott Laboratories v. Teva Pharmaceuticals USA Inc.*, No 02-1512, (Nov. 8, 2002) ............... Q

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2006, I electronically filed **DECLARATION OF DANIEL C. MULVENY, ESQ. IN SUPPORT OF PLAINTIFF PFIZER'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF NEW YORK** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> Mary B. Matterer
> Morris James Hitchens & Williams LLP
> 222 Delaware Avenue, 10th Floor
> P.O. Box 2306
> Wilmington, DE 19899-2306

I hereby certify that on March 9, 2006, I have mailed by First Class Mail, the document(s) to the following non-registered participants:

> Steven Lee
> Elizabeth J. Holland
> Sheila Mortazavi
> Cynthia Lambert Hardman
> Kenyon & Kenyon LLP
> One Broadway
> New York, NY 10004

> /s/ Rudolf E. Hutz
> Rudolf E. Hutz (#484)
> Daniel C. Mulveny (#3984)
> 1007 N. Orange Street
> P. O. Box 2207
> Wilmington, DE 19899-2207
> (302) 658-9141
> *Attorneys for Pfizer Inc*

450656_1.DOC

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action No. _____ 0 6    9 0 |
| | ) | |
| | ) | |
| SANDOZ INC. | ) | |
| and NOVARTIS AG | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

Plaintiff Pfizer Inc ("Pfizer") by its attorneys, for its Complaint of patent infringement against Defendants Sandoz Inc. and Novartis AG (collectively referred to as "Sandoz"), alleges as follows:

## PARTIES

1.    Pfizer is a corporation organized and existing under the laws of the State of Delaware and has corporate offices at 235 East 42nd Street, New York, New York 10017.

2.    Pfizer holds approved New Drug Application No. 050711 for azithromycin tablets for oral administration, 250 mg, which it sells under the registered name ZITHROMAX.

1

3.    Pfizer holds approved New Drug Application No. 050784 for azithromycin tablets for oral administration, 500 mg, which it sells under the registered name ZITHROMAX.

4.    Pfizer holds approved New Drug Application No. 050730 for azithromycin tablets for oral administration, 600 mg, which it sells under the registered name ZITHROMAX.

5.    Pfizer also holds approved New Drug Application No. 050710 for azithromycin in an oral suspension (100 mg base/5ml and 200mg base/5 ml); approved New Drug Application No. 050693 for azithromycin in an oral suspension (1 gram base/packet); and approved New Drug Application No. 050733 for azithromycin in injectable form (500 mg base/vial) -- all of which are sold by Pfizer under the registered name ZITHROMAX.

6.    On information and belief, defendant Sandoz Inc. is a corporation organized and existing under the laws of the State of Colorado, having its principal place of business at 506 Carnegie Center, Suite 400, Princeton, N.J. 08540 and a manufacturing facility at 2555 West Midway Boulevard, Broomfield, Colorado 80020.

7.    On information and belief, defendant Novartis AG is a corporation or other entity organized and existing under the laws of Switzerland, having its principal place of business at Basel, Switzerland.  Sandoz Inc. is a wholly-owned subsidiary or division of Novartis AG.

2

## JURISDICTION AND VENUE

8.    This action for patent infringement arises under the patent laws of the United States, United States Code, Title 35. This Court has subject matter jurisdiction over this action pursuant to the provisions of United States Code, Title 28, §§ 1331 and 1338(a).

9.    Sandoz Inc. is, upon information and belief, transacting business in Delaware.  Accordingly, Sandoz Inc. is subject to personal jurisdiction in this District under 10 Del. Code § 3104.

10.    Sandoz Inc. is, upon information and belief, also engaged in activities in Delaware that give rise to the cause of action that is the basis for this complaint. Accordingly, Sandoz Inc. is subject to personal jurisdiction in this District under 10 Del. Code § 3104.

11.    The activities of Sandoz Inc. that are the basis for this complaint, have been and remain, upon information and belief, under the control and direction of the parent company, Novartis AG.  Accordingly, Novartis AG is subject to personal jurisdiction in this District under 10 Del. Code § 3104.

12.    Venue is proper in this District pursuant to the provisions of United States Code, Title 28, §§ 1391(c), (d) and 1400(b).

## THE PATENT-IN-SUIT

13.    On December 20, 2005 the United States Patent and Trademark Office ("USPTO") issued U.S. Patent No. 6,977,243 ("the '243 patent"), entitled "Crystal Forms of Azithromycin", based on an application filed by Zheng J. Li and

Andrew V. Trask and assigned to Pfizer. A true and complete copy of the '243 patent as issued is attached hereto as Exhibit A.

14. Errors appeared in the '243 patent as published on December 20, 2005, as a result of mistakes made by the USPTO.

15. On January 18, 2006, Pfizer filed a Request for Certificate of Correction to correct errors in the '243 patent.

16. On February 7, 2006, a Certificate of Correction of the '243 patent duly and legally issued and a true and complete copy of the Certificate of Correction is attached hereto as Exhibit B. The Certificate of Correction was published and appeared on the United States Patent and Trademark Office website on February 8, 2006.

17. The '243 patent, as corrected by the Certificate of Correction, covers azithromycin sesquihydrate.

18. Since its issue date, plaintiff Pfizer has been and remains the owner of all right, title and interest in and to the '243 patent, including its Certificate of Correction.

## COUNT 1
### (Patent Infringement)

19. The allegations of paragraphs 1-18 above are repeated and re-alleged as if set forth fully herein.

20. Upon information and belief, on or about November 14, 2005, Sandoz Inc. received approval for Abbreviated New Drug Application ("ANDA") No.

4

065211 for azythromycin tablets, 250 mg and continues to have such approval.

21. Upon information and belief, on or about November 14, 2005, Sandoz Inc. received approval for ANDA No. 065212 for azythromycin tablets, 500 mg and continues to have such approval.

22. Upon information and belief, on or about November 14, 2005, Sandoz Inc. received approval for ANDA No. 065209 for azythromycin tablets, 600 mg and continues to have such approval.

23. Upon information and belief, Sandoz Inc. began shipping azithromycin tablets, 250 mg, 500 mg and 600 mg, on, about or after November 14, 2005 and continues to do so, including shipments into the State of Delaware.

24. Upon information and belief, the drug products containing azithromycin that were the subject of ANDA Nos. 065211, 065212 and 065209, contain azithromycin sesquihydrate and are covered by one or more claims of the '243 patent.

25. Upon information and belief, the azithromycin tablets, 250 mg, 500 mg and 600 mg, that Sandoz Inc. began shipping on, about or after November 14, 2005, contain azithromycin sesquihydrate and are covered by one or more claims of the '243 patent.

26. Upon information and belief Sandoz Inc. has infringed the '243 patent under 35 U.S.C. § 271(e)(2)(A) by reason of ANDA No. 065211 seeking approval from the FDA to engage in the commercial manufacture, use, or sale of tablets, 250 mg, containing azithromycin sesquihydrate prior to the expiration of the '243 patent.

5

27. Upon information and belief Sandoz Inc. has infringed the '243 patent under 35 U.S.C. § 271(e)(2)(A) by reason of ANDA No. 065212 seeking approval from the FDA to engage in the commercial manufacture, use, or sale of tablets, 500 mg, containing azithromycin sesquihydrate prior to the expiration of the '243 patent.

28. Upon information and belief Sandoz Inc. has infringed the '243 patent under 35 U.S.C. § 271(e)(2)(A) by reason of ANDA No. 065209 seeking approval from the FDA to engage in the commercial manufacture, use, or sale of tablets, 600 mg, containing azithromycin sesquihydrate prior to the expiration of the '243 patent.

29. Upon information and belief Sandoz Inc. has infringed and continues to infringe one or more claims of the '243 patent under 35 U.S.C. § 271(a) by importing into the United States and offering to sell and selling within the United States a product containing azithromycin sesquihydrate prior to the expiration of the '243 patent.

30. Pfizer will be irreparably harmed if Sandoz Inc. is not enjoined from infringing the '243 patent.

## COUNT II
### (Active Inducement of Infringement)

31. Pfizer repeats and re-alleges paragraphs 1-30 above as if fully set forth herein.

32. On information and belief, defendant Novartis AG actively participated in the research and development of the azithromycin products which

6

are the subject of ANDA Nos. 065211, 065212 and 065209 and was responsible for and controlled the preparation, filing and prosecution of these ANDAs.

33. On information and belief, defendant Novartis AG has actively engaged in activities relating to the importation, manufacture, use, sale or offer for sale of the azithromycin tablets, 250 mg, 500 mg and 600 mg that Sandoz Inc. began shipping on, about or after November 14, 2005, and those activities induced Sandoz Inc. to undertake such importation, manufacture, use, sale or offer for sale of the azithromycin tablets whereby Sandoz Inc. directly infringed one or more claims of the '243 patent.

34. Defendant Novartis AG is therefore liable as an infringer of the '243 patent under 35 U.S.C. § 271(b) by actively inducing defendant Sandoz Inc. to directly infringe the '243 patent.

35. Pfizer will be irreparably harmed if Novartis AG is not enjoined from inducing the infringement of the '243 patent.

## COUNT III
### (Declaratory Judgment of Infringement of the '243 Patent)

36. Pfizer repeats and re-alleges paragraphs 1 through 35 above as if fully set forth herein.

37. This count arises under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, based upon an actual controversy between the parties. Sandoz Inc. has taken immediate and active steps to continue the use, sale and/or offer for sale in the United States, and specifically in the State of Delaware, of the azithromycin

7

tablets, 250 mg, 500 mg and 600 mg that Sandoz Inc. began shipping on, about or after November 14, 2005.

38.  Upon information and belief, Sandoz Inc. intends to offer to sell, sell or use within the United States, and specifically within the State of Delaware, the azithromycin tablets, 250 mg, 500 mg and 600 mg that Sandoz Inc. began shipping on, about or after November 14, 2005, prior to the expiration of the '243 patent.

39.  Upon information and belief, Sandoz Inc.'s activities as described in paragraph 38 will infringe the '243 patent under 35 U.S.C. § 271(a).

40.  Pfizer will be irreparably harmed if Sandoz Inc. is not enjoined from infringing the '243 patent.

## COUNT IV
### (Declaratory Judgment of Infringement of the '243 Patent)

41.  Pfizer repeats and re-alleges paragraphs 1 through 40 above as if fully set forth herein.

42.  This count arises under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, based upon an actual controversy between the parties.  Novartis AG has taken immediate and active steps to actively induce Sandoz Inc. to continue the use, sale and/or offer for sale in the United States, and specifically in the State of Delaware, of the azithromycin tablets, 250 mg, 500 mg and 600 mg that Sandoz Inc. began shipping on, about or after November 14, 2005.

43.  Upon information and belief, Sandoz Inc. intends to offer to sell, sell or use within the United States, and specifically within the State of Delaware, the

azithromycin tablets, 250 mg, 500 mg and 600 mg that Sandoz Inc. began shipping on, about or after November 14, 2005, prior to the expiration of the '243 patent, and Novartis AG has actively induced Sandoz Inc. to engage in these activities.

44.  Upon information and belief, Sandoz Inc.'s activities as described in paragraph 43 will directly infringe the '243 patent under 35 U.S.C. § 271(a). Accordingly, Novartis AG's activities as described in paragraph 43 will infringe the '243 patent under 35 U.S.C. § 271(b).

45.  Pfizer will be irreparably harmed if Novartis AG is not enjoined from infringing the '243 patent.

## PRAYER FOR RELIEF

WHEREFORE, Pfizer requests the following relief:

A.  A judgment under 35 U.S.C. § 271(a) that Sandoz Inc.'s azithromycin product (250 mg tablet), which is marketed under approved ANDA No. 065211, infringes the '243 patent;

B.  A judgment under 35 U.S.C. § 271(a) that Sandoz Inc.'s azithromycin product (500 mg tablet), which is marketed under approved ANDA No. 065212, infringes the '243 patent;

C.  A judgment under 35 U.S.C. § 271(a) that Sandoz Inc.'s azithromycin product (600 mg tablet), which is marketed under approved ANDA No. 065209, infringes the '243 patent;

D.  A judgment under 35 U.S.C. § 271(e)(2)(A) that Sandoz Inc. infringed the '243 patent by submitting ANDA No. 065211 prior to the date of expiration of

the '243 patent;

E. A judgment under 35 U.S.C. § 271(e)(2)(A) that Sandoz Inc. infringed the '243 patent by submitting ANDA No. 065212 prior to the date of expiration of the '243 patent;

F. A judgment under 35 U.S.C. § 271(e)(2)(A) that Sandoz Inc. infringed the '243 patent by submitting ANDA No. 065209 prior to the date of expiration of the '243 patent;

G. A judgment under 35 U.S.C. § 271(e)(4)(A) that the effective date of any approval of a product that is the subject of ANDA No. 065211 shall be a date not earlier than the date of expiration of the '243 patent;

H. A judgment under 35 U.S.C. § 271(e)(4)(A) that the effective date of any approval of a product that is the subject of ANDA No. 065212 shall be a date not earlier than the date of expiration of the '243 patent;

I. A judgment under 35 U.S.C. § 271(e)(4)(A) that the effective date of any approval of a product that is the subject of ANDA No. 065209 shall be a date not earlier than the date of expiration of the '243 patent;

J. A preliminary and permanent injunction enjoining defendant Sandoz Inc. from making, using, selling, offering to sell, or importing a product containing azithromycin sesquihydrate until the date of the expiration of the '243 patent;

K. A judgment under 35 U.S.C. § 271(b) that defendant Novartis AG has actively induced defendant Sandoz Inc. to infringe the '243 patent;

L. A preliminary and permanent injunction enjoining defendant Novartis AG from actively inducing infringement of the '243 patent;

10

M.  A declaratory judgment that Sandoz Inc.'s azithromycin product (250 mg tablet), which is marketed under approved ANDA No. 065211, will infringe the '243 patent;

N.  A declaratory judgment that Sandoz Inc.'s azithromycin product (500 mg tablet), which is marketed under approved ANDA No. 065212, will infringe the '243 patent;

O.  A declaratory judgment that Sandoz Inc.'s azithromycin product (600 mg tablet), which is marketed under approved ANDA No. 065209, will infringe the '243 patent;

P.  A declaratory judgment that defendant Novartis AG will actively induce defendant Sandoz Inc. to infringe the '243 patent;

Q.  An award of damages to Pfizer as a result of Sandoz's infringement of the '243 patent, altogether with interest and costs pursuant to 35 U.S.C. § 271(e)(4)(C);

R.  An award of damages to Pfizer as a result of Sandoz's infringement of the '243 patent, altogether with interest and costs pursuant to 35 U.S.C. §284;

S.  A declaration by this Court that this an exceptional case and an order that Sandoz pay to Pfizer its reasonable attorneys' fees, costs and interest in this action, pursuant to 35 U.S.C. § 285; and

T.  Such further and other relief as this Court may deem just and proper.

Respectfully submitted,

Dated:  February 8, 2006

Rudolf E. Hutz (#484)
Daniel C. Mulveny (#3984)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
(302) 658-9141
(302) 658-5614 (Facsimile)

Attorneys for Plaintiffs Pfizer,
and Pfizer Global

(445562)

**EXHIBIT B**

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

Rudolf E. Hutz
Partner

TEL (302) 888-6266
FAX (302) 656-9072
EMAIL rhutz@cblh.com
REPLY TO Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

February 16, 2006

Honorable Joseph J. Farnan, Jr.
U. S. District Court for the
    District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   Pfizer Inc v. Sandoz Inc. and Novartis AG,
      Case 1:06-cv-00090-JJF

Dear Judge Farnan:

        We were notified yesterday that the above-captioned case has been assigned to Your Honor.  As counsel for Pfizer Inc, I wish to advise that on the same day the complaint was filed in this action, Pfizer filed suit on the same patent against Teva Pharmaceuticals USA and Teva Pharmaceutical Industries Ltd.  That case, captioned <u>Pfizer Inc v. Teva Pharmaceuticals USA and Teva Pharmaceutical Industries Ltd.</u>, CA 1:06-cv-00089-GMS, has been assigned to Judge Gregory M. Sleet.  While the plaintiff and the patent are the same in each action, the defendants and the products at issue are different.

        I am also advising Judge Sleet of these circumstances.

                                        Very truly yours,

                                        Rudolf E. Hutz
                                        Connolly Bove Lodge & Hutz LLP

REH.bjh

447313_1.DOC

**EXHIBIT C**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LTD. <br><br> Plaintiffs, <br><br> v. <br><br> PFIZER INC <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) |
| PFIZER INC <br><br> Counterclaim Plaintiff <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LTD. <br><br> Counterclaim Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 06-CV-1134 (LAP)

## PFIZER INC'S ANSWER AND COUNTERCLAIMS

Pfizer Inc ("Pfizer"), by and through its undersigned counsel, hereby files its Answer and Counterclaims in response to the Complaint For Declaratory Judgment ("Complaint") of Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd. (respectively "Teva USA" and "Teva Ltd."; collectively "Teva") in the above-captioned action in accordance with the numbered paragraphs in the Complaint. Except to the extent expressly and specifically admitted herein, such admissions being solely for the purpose of this action and none other, Pfizer denies each and every allegation

contained in the Complaint.

## ANSWER

## THE PARTIES

1.    Admitted.

2.    Admitted.

3.    Admitted.

4.    Admitted.

5.    Admitted.

### JURISDICTION AND VENUE

6.    Pfizer admits that the Complaint purports to state a cause of action for a declaratory judgment allegedly based on claims arising under 35 U.S.C. §§ 1 *et seq.*, and thus this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a). All other allegations in paragraph 6 are denied on the basis that Pfizer lacks knowledge or information sufficient to form a belief as to their truth.

7.    Denied.

8.    Admitted.

9.    Denied, as the proper venue for resolution of the issues raised by the Complaint is in the United States District Court for the District of Delaware, where Pfizer first filed its complaint charging Teva with infringing the '243 patent in suit.

### THE PRESENCE OF AN ACTUAL CONTROVERSY

10.    Admitted.

11.    Admitted.

12.    Denied.

13.    Admitted.

14.    Pfizer admits that on February 8, 2006, it filed a complaint against both Teva USA and Teva Ltd. for infringement of the '243 patent in the United States District Court for the District of Delaware before Teva USA and Teva Ltd. filed their complaint for declaratory judgment in this Court based on the '243 patent. All other allegations in paragraph 14 are denied.

15.    Pfizer admits that the prior consolidated litigations captioned, *Teva Pharmaceuticals USA, Inc. v. Pfizer Inc*, 03cv7423 and 04cv4979 (LAP) (consolidated), that were before this Court, involved, *inter alia*, the '489 patent which is unrelated to the '243 patent; and that in the prior case Teva USA sought a declaratory judgment for, *inter alia*, alleged noninfringement, invalidity and unenforceability, and Pfizer counterclaimed alleging, *inter alia*, that Teva USA infringed the '489 patent. Pfizer denies that any issues of patent infringement remain pending before this Court in the prior consolidated cases, rather, the only remaining issue before this Court is Teva USA's proposed motion for attorney fees pursuant to 35 U.S.C. § 285. Pfizer admits that it owns the '489 patent and that the '489 patent claims are directed to crystalline azithromycin dehydrate, a crystalline azithromycin different from the hemiethanolate. All other allegations in paragraph 15 are denied.

16.    Admitted.

17.    Admitted that an actual controversy exists as alleged but all other allegations of this paragraph are denied.

## COUNT I
## DECLARATORY JUDGMENT OF NONINFRINGEMENT

18.    Pfizer incorporates by reference and restates its answers to paragraphs 1-

3

17 as though fully set forth herein.

  19.  Denied.

## COUNT II
## DECLARATORY JUDGMENT OF NONINFRINGEMENT

  20.  Pfizer incorporates by reference and restates its answers to paragraphs 1-19 as though fully set forth herein.

  21.  Denied.

## COUNT III
## DECLARATORY JUDGMENT OF PATENT INVALIDITY

  22.  Pfizer incorporates by reference and restates its answers to paragraphs 1-21 as though fully set forth herein.

  23.  Denied.

## RESPONSE TO PRAYER FOR RELIEF

  Pfizer denies that Teva is entitled to the relief sought in its "Prayer for Relief" in the Complaint.

## COUNTERCLAIMS

Defendant and Counterclaim Plaintiff Pfizer hereby pleads the following Counterclaims against Teva USA and Teva Ltd., and requests relief as follows:

### PARTIES

24.    Pfizer incorporates by reference paragraphs 1, 2, 3, 4, 5, 10, and 11 of the Complaint and the above Answer, as if fully set forth herein.

25.    Pfizer is a corporation organized and existing under the laws of the State of Delaware and has corporate offices at 235 East 42nd Street, New York, New York 10017.

26.    Pfizer holds approved New Drug Application No. 050711 for azithromycin tablets for oral administration, 250 mg, which it sells under the registered name ZITHROMAX.

27.    Pfizer holds approved New Drug Application No. 050784 for azithromycin tablets for oral administration, 500 mg, which it sells under the registered name ZITHROMAX.

28.    Pfizer holds approved New Drug Application No. 050730 for azithromycin tablets for oral administration, 600 mg, which it sells under the registered name ZITHROMAX.

29.    Pfizer also holds approved New Drug Application No. 050710 for azithromycin in an oral suspension (100 mg base/5ml and 200mg base/5 ml); approved New Drug Application No. 050693 for azithromycin in an oral suspension (1 gram base/packet); and approved New Drug Application No. 050733 for azithromycin in

injectable form (500 mg base/vial) -- all of which are sold by Pfizer under the registered name ZITHROMAX.

30.    Counterclaim Defendant Teva USA is a corporation organized and existing under the laws of the State of Delaware, having its principal place of business at 1090 Horsham Road, North Wales, Pennsylvania 19454 and a manufacturing facility at 650 Cathill Road, Sellersville, Pennsylvania 18960.

31.    Counterclaim Defendant Teva Ltd. is a corporation or other entity organized and existing under the laws of Israel, having its principal place of business at 5 Basel Street, Petach Tikva 49131, Israel. Teva USA is a wholly-owned subsidiary of Teva Ltd.

### JURISDICTION AND VENUE

32.    This Counterclaim for patent infringement arises under the patent laws of the United States, United States Code, Title 35. This Court has subject matter jurisdiction over this action pursuant to the provisions of United States Code, Title 28, §§ 1331 and 1338(a).

33.    Personal jurisdiction exists over the Counterclaim Defendants Teva USA and Teva Ltd because they have come to this Court with their Complaint against Pfizer.

34.    Denies that the United States District Court for the Southern District of New York is the proper venue to resolve this dispute.

### THE PATENT-IN-SUIT

35.    On December 20, 2005 the United States Patent and Trademark Office ("USPTO") issued the '243 patent, entitled "Crystal Forms of Azithromycin", based on

an application filed by Zheng J. Li and Andrew V. Trask and assigned to Pfizer. A true and complete copy of the '243 patent as issued is attached hereto as Exhibit A.

36.    Errors appeared in the '243 patent as published on December 20, 2005, as a result of mistakes made by the USPTO.

37.    On January 18, 2006, Pfizer filed a Request for Certificate of Correction to correct errors in the '243 patent.

38.    On February 7, 2006, a Certificate of Correction of the '243 patent duly and legally issued and a true and complete copy of the Certificate of Correction is attached hereto as Exhibit B. The Certificate of Correction was published and appeared on the United States Patent and Trademark Office website on February 8, 2006.

39.    The '243 patent, as corrected by the Certificate of Correction, covers azithromycin sesquihydrate.

40.    Since its issue date, plaintiff Pfizer has been and remains the owner of all right, title and interest in and to the '243 patent, including its Certificate of Correction.

### COUNTERCLAIM COUNT 1
### (Patent Infringement)

41.    The allegations of paragraphs 24-40 above are repeated and re-alleged as if set forth fully herein.

42.    Upon information and belief, on or about November 14, 2005, Teva USA received approval for Abbreviated New Drug Application ("ANDA") No. 065153 for azithromycin tablets, 250 mg and continues to have such approval.

43.    Upon information and belief, on or about November 14, 2005, Teva USA received approval for ANDA No. 065193 for azithromycin tablets, 500 mg and continues to have such approval.

7

44.    Upon information and belief, on or about November 14, 2005, Teva USA received approval for ANDA No. 065150 for azithromycin tablets, 600 mg and continues to have such approval.

45.    Upon information and belief, Teva USA began shipping azithromycin tablets, 250 mg, 500 mg and 600 mg, on, about or after November 14, 2005, and continues to do so.

46.    Upon information and belief, the drug products containing azithromycin that were the subject of ANDA Nos. 065153, 065193 and 065150, contain azithromycin sesquihydrate and are covered by one or more claims of the '243 patent.

47.    Upon information and belief, the azithromycin tablets, 250 mg, 500 mg and 600 mg, that Teva USA began shipping on, about or after November 14, 2005, contain azithromycin sesquihydrate and are covered by one or more claims of the '243 patent.

48.    Upon information and belief Teva USA has infringed the '243 patent under 35 U.S.C. § 271(e)(2)(A) by reason of ANDA No. 065153 seeking approval from the FDA to engage in the commercial manufacture, use, or sale of tablets, 250 mg, containing azithromycin sesquihydrate prior to the expiration of the '243 patent.

49.    Upon information and belief Teva USA has infringed the '243 patent under 35 U.S.C. § 271(e)(2)(A) by reason of ANDA No. 065193 seeking approval from the FDA to engage in the commercial manufacture, use, or sale of tablets, 500 mg, containing azithromycin sesquihydrate prior to the expiration of the '243 patent.

50.    Upon information and belief Teva USA has infringed the '243 patent under 35 U.S.C. § 271(e)(2)(A) by reason of ANDA No. 065150 seeking approval from

the FDA to engage in the commercial manufacture, use, or sale of tablets, 600 mg, containing azithromycin sesquihydrate prior to the expiration of the '243 patent.

51.    Upon information and belief Teva USA has infringed and continues to infringe one or more of the claims of the '243 patent under 35 U.S.C. § 271(a) by importing into the United States and offering to sell and selling within the United States a product containing azithromycin sesquihydrate prior to the expiration of the '243 patent.

52.    Pfizer will be irreparably harmed if Teva USA is not enjoined from infringing the '243 patent.

## COUNTERCLAIM COUNT II
### (Active Inducement of Infringement)

53.    Pfizer repeats and re-alleges paragraphs 24-52 above as if fully set forth herein.

54.    On information and belief, defendant Teva Ltd. actively participated in the research and development of the azithromycin products which are the subject of ANDA Nos. 065153, 065193 and 065150 and was responsible for and controlled the preparation, filing and prosecution of these ANDAs.

55.    On information and belief, defendant Teva Ltd. has actively engaged in activities relating to the importation, manufacture, use, sale or offer for sale of the azithromycin tablets, 250 mg, 500 mg and 600 mg that Teva USA began shipping on, about or after November 14, 2005, and those activities induced Teva USA to undertake such importation, manufacture, use, sale or offer for sale of the azithromycin tablets whereby Teva USA directly infringed one or more claims of the '243 patent.

9

56.    Defendant Teva Ltd. is therefore liable as an infringer of the '243 patent under 35 U.S.C. § 271(b) by actively inducing defendant Teva USA to directly infringe the '243 patent.

57.    Pfizer will be irreparably harmed if Teva Ltd. is not enjoined from inducing the infringement of the '243 patent.

## COUNTERCLAIM COUNT III
### (Declaratory Judgment of Infringement of the '243 Patent)

58.    Pfizer repeats and re-alleges paragraphs 24-57 above as if fully set forth herein.

59.    This count arises under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, based upon an actual controversy between the parties. Teva USA has taken immediate and active steps to continue the use, sale and/or offer for sale in the United States, of the azithromycin tablets, 250 mg, 500 mg and 600 mg that Teva USA began shipping on, about or after November 14, 2005.

60.    Upon information and belief, Teva USA intends to offer to sell, sell or use within the United States, the azithromycin tablets, 250 mg, 500 mg and 600 mg that Teva USA began shipping on, about or after November 14, 2005, prior to the expiration of the '243 patent.

61.    Upon information and belief, Teva USA's activities as described in paragraph 60 will infringe the '243 patent under 35 U.S.C. § 271(a).

62.    Pfizer will be irreparably harmed if Teva USA is not enjoined from infringing the '243 patent.

## COUNTERCLAIM COUNT IV
### (Declaratory Judgment of Infringement of the '243 Patent)

63.     Pfizer repeats and re-alleges paragraphs 24-62 above as if fully set forth herein.

64.     This count arises under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, based upon an actual controversy between the parties. Teva Ltd. has taken immediate and active steps to actively induce Teva USA to continue the use, sale and/or offer for sale in the United States, of the azithromycin tablets, 250 mg, 500 mg and 600 mg that Teva USA began shipping on, about or after November 14, 2005.

65.     Upon information and belief, Teva USA intends to offer to sell, sell or use within the United States, the azithromycin tablets, 250 mg, 500 mg and 600 mg that Teva USA began shipping on, about or after November 14, 2005, prior to the expiration of the '243 patent, and Teva Ltd. has actively induced Teva USA to engage in these activities.

66.     Upon information and belief, Teva USA's activities as described in paragraph 65 will directly infringe the '243 patent under 35 U.S.C. § 271(a). Accordingly, Teva Ltd.'s activities as described in paragraph 65 will infringe the '243 patent under 35 U.S.C. § 271(b).

67.     Pfizer will be irreparably harmed if Teva Ltd. is not enjoined from infringing the '243 patent.

## PRAYER FOR RELIEF

WHEREFORE, Pfizer requests the following relief:

## WITH RESPECT TO TEVA'S COMPLAINT

A.     An order dismissing all counts of the Complaint with prejudice and denying all relief sought by Teva.

B.     An order declaring that the '243 patent is valid, enforceable and has been

infringed by Teva.

## WITH RESPECT TO PFIZER'S COUNTERCLAIMS

      A.     A judgment under 35 U.S.C. § 271 (a) that Teva USA's azithromycin product (250 mg tablet), which is marketed under approved ANDA No. 065153, infringes the '243 patent;

      B.     A judgment under 35 U.S.C. § 271 (a) that Teva USA's azithromycin product (500 mg tablet), which is marketed under approved ANDA No. 065193, infringes the '243 patent;

      C.     A judgment under 35 U.S.C. § 271(a) that Teva USA's azithromycin product (600 mg tablet), which is marketed under approved ANDA No. 065150, infringes the '243 patent;

      D.     A judgment under 35 U.S.C. § 271(e)(2)(A) that Teva USA infringed the '243 patent by submitting ANDA No. 065153 prior to the date of expiration of the '243 patent;

      E.     A judgment under 35 U.S.C. § 271(e)(2)(A) that Teva USA infringed the '243 patent by submitting ANDA No. 065193 prior to the date of expiration of the '243 patent;

      F.     A judgment under 35 U.S.C. § 271(e)(2)(A) that Teva USA infringed the '243 patent by submitting ANDA No. 065150 prior to the date of expiration of the '243 patent;

      G.     A judgment under 35 U.S.C. § 271(e)(4)(A) that the effective date of any approval of a product that is the subject of ANDA No. 065153 shall be a date not earlier than the date of expiration of the '243 patent;

H.     A judgment under 35 U.S.C. § 271(e)(4)(A) that the effective date of any approval of a product that is the subject of ANDA No. 065193 shall be a date not earlier than the date of expiration of the '243 patent;

I.      A judgment under 35 U.S.C. § 271(e)(4)(A) that the effective date of any approval of a product that is the subject of ANDA No. 065150 shall be a date not earlier than the date of expiration of the '243 patent;

J.      A preliminary and permanent injunction enjoining Counterclaim Defendant Teva USA from making, using, selling, offering to sell, or importing a product containing azithromycin sesquihydrate until the date of the expiration of the '243 patent;

K.     A judgment under 35 U.S.C. § 271 (b) that Counterclaim Defendant Teva Ltd. has actively induced defendant Teva USA to infringe the '243 patent;

L.      A preliminary and permanent injunction enjoining Counterclaim Defendant Teva Ltd. from actively inducing infringement of the '243 patent;

M.     A declaratory judgment that Teva USA's azithromycin product (250 mg tablet), which is marketed under approved ANDA No. 065153, will infringe the '243 patent;

N.     A declaratory judgment that Teva USA's azithromycin product (500 mg tablet), which is marketed under approved ANDA No. 065193, will infringe the '243 patent;

O.     A declaratory judgment that Teva USA's azithromycin product (600 mg tablet), which is marketed under approved ANDA No. 065150, will infringe the '243 patent;

P.      A declaratory judgment that Counterclaim Defendant Teva Ltd. will

13

actively induce defendant Teva USA to infringe the '243 patent;

Q.   An award of damages to Pfizer as a result of Teva's infringement of the

'243 patent, altogether with interest and costs pursuant to 35 U.S.C. § 271(e)(4)(C);

R.   An award of damages to Pfizer as a result of Teva's infringement of the

'243 patent, altogether with interest and costs pursuant to 35 U.S.C. § 284;

S.   A declaration by this Court that this an exceptional case and an order that

Teva pay to Pfizer its reasonable attorneys' fees, costs and interest in this action, pursuant

to 35 U.S.C. § 285; and

T.   Such further and other relief as this Court may deem just and proper.

Dated: March 7, 2006
       New York, New York

                               Respectfully submitted,

                               JONES DAY

                               By: _____
                                   Todd R. Geremia (TG 4454)
                                   222 East 41st Street
                                   New York, New York 10017
                                   (212) 326-3939 (telephone)
                                   (212) 755-7206 (facsimile)

                                   Attorneys for Defendant / Counterclaim
                                   Plaintiff, Pfizer Inc.

*Of Counsel*
Rudolf E. Hutz
William E. McShane
Daniel C. Mulveny
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
(302) 658-9141 (telephone)
(302) 658-5614 (telefax)

## CERTIFICATE OF SERVICE

I certify that I caused a true and correct copy of the foregoing Pfizer Inc.'s

Answer and Counterclaims to be served upon the following counsel for the plaintiff in

this action by overnight mail on March 7, 2006:

> Elizabeth J. Holland, Esq.
> KENYON & KENYON LLP
> One Broadway
> New York, NY 10004
>
> Attorney for Plaintiffs / Counterclaim Defendants,
> Teva Pharmaceuticals USA, Inc. and Teva
> Pharmaceutical Industries Ltd.

Dated:  March 7, 2006
        New York, New York

_____
Todd R. Geremia

449366_1.DOC

**EXHIBIT D**

US005605889A

# United States Patent [19]

## Curatolo et al.

[11] Patent Number: 5,605,889

[45] Date of Patent: Feb. 25, 1997

[54] **METHOD OF ADMINISTERING AZITHROMYCIN**

[75] Inventors: **William J. Curatolo**, Niantic; **George H. Foulds**, Waterford, both of Conn.; **Hylar L. Friedman**, Brattleboro, Vt.

[73] Assignee: **Pfizer Inc.**, New York, N.Y.

[21] Appl. No.: **235,069**

[22] Filed: **Apr. 29, 1994**

[51] Int. Cl.⁶ ............................ **A61K 31/70**; A61K 9/14; A61K 9/20

[52] U.S. Cl. ............................ **514/29**; 514/960; 424/464; 424/465; 424/474; 424/480; 424/481; 536/7.2

[58] Field of Search ....................... 514/29, 960; 536/7.2; 424/464, 465, 474, 480, 481

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,382,085 | 5/1983 | Sciavolino et al. | 514/29 |
| 4,474,768 | 10/1984 | Bright | 514/29 |
| 4,517,359 | 5/1985 | Kobrehel et al. | 536/7.4 |
| 4,963,531 | 10/1990 | Remington | 514/29 |
| 5,250,518 | 10/1993 | Kobrehel et al. | 514/29 |
| 5,350,839 | 9/1994 | Asaka et al. | 536/7.4 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0307128 | 3/1989 | European Pat. Off. . |
| 0582396 | 2/1994 | European Pat. Off. . |

### OTHER PUBLICATIONS

Curatolo et al. *J. Pharm. Sci.*, vol. 77 (4), pp. 322–324, (1988).
Welling et al. *J. Pharm. Sci.*, vol. 67 (6), pp. 764–766, (1978).

Welling et al. *J. Pharm. Sci.*, vol. 68 (2), pp. 150–155, (1979).

Malmborg, A. *Curr. Med. Res. Opin.* vol. 5 (Suppl. 2), pp. 15–18, (1978).

Drew et al., Pharmacotherapy, 12, 3, 161–173 (1992).

Chu et al., J. Clin. Pharmacol., 32, 32–36 (1992).

Hopkins, S., Am. J. Med., 91 (Suppl 3A), 405–455 (1991).

Toothaker et al., Ann. Rev. Pharmacol. Toxicol. vol. 20, 173–199, 1980.

Russell et al., Pharmaceutical Research, vol. 10, No. 2, 187–196, 1993.

CA Abstracts: vol. 120:38194a; 1994.

Zithromax (Trademark of Pfizer, Inc.) Capsules Package Insert for azithromycin capsule dosage form sold commercially in U.S.

*Primary Examiner*—John Kight
*Assistant Examiner*—Howard C. Lee
*Attorney, Agent, or Firm*—Peter C. Richardson; Gregg C. Benson; James T. Jones

[57] **ABSTRACT**

An oral dosage form of azithromycin which does not exhibit an adverse food effect; Specific azithromycin oral dosage forms including tablets, powders for oral suspensions and unit dose packets; Methods of treating microbial infections with the dosage forms; And therapeutic packages containing the dosage forms.

**99 Claims, No Drawings**

5,605,889

1

# METHOD OF ADMINISTERING AZITHROMYCIN

This invention relates to a dosage form of azithromycin, and also to a method of treating a microbial infection which involves administering azithromycin in the fed state to a mammal, including a human patient, in need of such treatment.

## BACKGROUND OF THE INVENTION

Azithromycin is the U.S.A.N. (generic name) for 9a-aza-9a-methyl-9-deoxo-9a-homoerythromycin A, a broad spectrum antimicrobial compound derived from erythromycin A. Azithromycin was independently discovered by Bright, U.S. Pat. No. 4,474,768 and Kobrehel et al., U.S. Pat. No. 4,517,359. These patents disclose that azithromycin and certain derivatives thereof possess antibacterial properties and are accordingly useful as antibiotics.

In general, it is known that the absorption and bioavailability of any particular therapeutic agent can be affected by numerous factors when dosed orally. Such factors include the presence of food in the gastrointestinal (GI) tract because, in general, the gastric residence time of a drug is usually significantly longer in the presence of food than in the fasted state. If the bioavailability of a drug is affected beyond a certain point due to the presence of food in the GI tract, the drug is said to exhibit a "food effect". Food effects are important inasmuch as, when a drug exhibits an adverse food effect, there is risk associated with administering it to a patient who has eaten recently. The risk derives from the potential that absorption into the bloodstream may be adversely affected to the point that the patient risks insufficient absorption to remediate the condition for which the drug was administered.

Other factors can also be involved in drug bioavailability, the following being a non-comprehensive listing:

(1) The particular dosage form can affect bioavailability. For example, the gastric residence time of a tablet or capsule can be significantly longer than that of a suspension, and the difference may vary depending on whether the subject has eaten or is fasted.

(2) The pH of the stomach varies, between the fed and fasted state, with the amount of food therein, and drugs which are decomposition-sensitive to pH can be affected accordingly.

(3) The capacity of the liver to metabolize an absorbed drug (so-called "first pass" metabolism) may vary with the type of meal eaten. For example some vegetables (such as brussels sprouts) can stimulate first pass metabolism of some drugs, but not others. Grapefruit juice, on the other hand, may inhibit first pass metabolism of some drugs.

(4) Bile, which is released from the gallbladder into the small intestine when a meal is ingested, has the ability to solubilize poorly soluble drugs and thus increase bioavailability.

Additional factors can also be involved in the absorption and bioavailability of a particular drug, and absorption can actually be increased as well as decreased. These additional factors include, for example, pH-dependent solubility, site-specific intestinal permeation rate, instability to intestinal enzymes, susceptibility to first pass metabolism, and instability to colonic bacteria. Given the plethora of factors which can influence bioavailability, there usually is no way to predict, in the absence of actual testing, whether a particular drug will exhibit a food effect. For example, Toothaker and

2

Welling, *Ann. Rev. Pharmacol. Toxicol.*, 1980, 173–99, discuss various drugs whose absorption is delayed in the presence of food (cephalexin, cefaclor, metronidazole, aspirin, alclofenac, indoprofen, digoxin, cimetidine), whose absorption may be unaffected by food (ampicillin, erythromycin estolate, spiramycin, propylthiouracil, oxazepam, bendroflumethiazide), and whose absorption is increased in the presence of food (erythromycin ethylsuccinate, nitrofurantoin, 8-methoxsalen, propranolol, metoprolol, dicoumarol, diazepam, hydrochlorothiazide).

As a further example, there appears to be no clear or definitive support for the proposition that tablets might exhibit fewer food effects than capsules, or vice-versa. Toothaker and Welling review studies which demonstrate food related reduced absorption for tablet dosage forms of erythromycin stearate, aspirin, nafcillin, and sotalol.

In the case of azithromycin, at least one (unpublished) study has shown that the absorption of azithromycin can be adversely affected if the patient is in a fed state, and it has heretofore been conventional wisdom that azithromycin capsule dosage forms exhibit a so-called adverse "food effect". Accordingly, in countries where azithromycin is currently available for use in the treatment of human patients, the product is sold with the specific direction that it be administered only in the fasted state, i.e. at least one hour before or two hours following a meal.

It would accordingly be useful if azithromycin could be administered to patients that have eaten recently and also if a dosage form for azithromycin were available which could be administered to patients that have eaten, as well as patients in a fasted state.

## SUMMARY OF THE INVENTION

This invention provides an oral dosage form of azithromycin which can be administered to a mammal (including humans) that has eaten and which exhibits substantially no adverse food effect, excluding any dosage form which contains a significant amount of an alkaline earth oxide or hydroxide. The dosage form exhibits a mean $(AUC_{fed})/(AUC_{fa})$ of at least 0.80 with a lower 90% confidence limit of at least 0.75, the terms "$(AUC_{fed})/(AUC_{fa})$" and "90% confidence limit" being fully defined below.

In a further aspect, this invention provides a specific oral azithromycin dosage form which does not exhibit an adverse food effect. The dosage form comprises azithromycin and a pharmaceutically acceptable carrier, as hereinafter further detailed and described. The dosage form is in the form of a tablet (including both swallowable-only and chewable forms), in the form of a unit dose packet (sometimes referred to in the art as a "sachet"), in the form of a suspension made from a unit dose packet, in the form of a powder for oral suspension, and in the form of an oral suspension per se. It is noted that when a unit dose packet is constituted, it is probably mainly in the form of a suspension if reconstituted according to directions, although the extent of suspension versus solution depends on a number of factors such as pH. The use of the term "suspension" herein is intended to embrace liquids containing azithromycin partially in suspension and partially in solution, and also totally in solution.

In a further aspect, this invention provides a method for treating a microbial infection in a mammal which comprises administering, to a mammal that has eaten in need of such treatment, an antimicrobially effective amount of azithromycin in an oral dosage form which exhibits substantially no adverse food effect. The dosage form employed exhibits a

5,605,889

3

mean $(AUC_{fed})/(AUC_{fst})$ of at least 0.80 with a lower 90% confidence limit of at least 0.75.

Reference herein and in the claims to a mammal (including humans) that has "eaten" means that the mammal has eaten food of any sort within one hour prior to dosing up to two hours after dosing.

In a further aspect, this invention provides a therapeutic package suitable for commercial sale, comprising a container, an oral dosage form of azithromycin which does not exhibit an adverse food effect contained therein, and, associated with said container, written matter non-limited as to whether the dosage form can be taken with or without food.

It is noted that powders for oral suspension and unit dose packets, of course, are not ingested directly by patients; rather, they are reconstituted in a suitable vehicle. These terms are nonetheless considered to be within the penumbra of the term "dosage form" for purposes of this invention.

Capsules as a dosage form do not form a part of the invention.

For purposes of this invention azithromycin may be administered alone or in combination with other therapeutic agents.

A food effect can be detected and quantified as described, for example in Toothaker and Welling, supra, by determining the area under a curve (AUC) which plots the serum concentration (e.g., in μg/mL) of azithromycin along the ordinate (Y-axis) against time along the abscissa (X-axis). Generally, the values for AUC represent a number of values taken from all the subjects in a patient test population and are, therefore, mean values averaged over the entire test population. By measuring the area under the curve for a fed population of subjects $(AUC_{fed})$ and comparing it with the area for the same population of fasted subjects $(AUC_{fst})$, it can be determined whether a given drug exhibits an adverse food effect or not.

For definitional purposes of this invention, and specifically with respect to azithromycin dosage forms only, a dosage form of azithromycin exhibits an adverse food effect if, after dosing a population, once fasted and once fed, the mean $(AUC_{fed})/(AUC_{fst})$ is below the value 0.80 and/or the lower 90% confidence limit for this ratio is below 0.75.

Conversely, a dosage form of azithromycin which does not exhibit an adverse food effect is one which, when tested on a test population, exhibits a value for $(AUC_{fed})/(AUC_{fst})$ of at least 0.80 and a lower 90% confidence limit for this value of at least 0.75. The value for mean $(AUC_{fed})/(AUC_{fst})$ can have any value above 0.80 and still be within the scope of this invention, though it is preferred that it have an upper (mean) limit of 1.25, with an upper 90% confidence limit of 1.40 or below.

A population of "fed" subjects, for purposes of definition and for measuring $AUC_{fed}$, is one made up of subjects each of whom has eaten a Food and Drug Administration (FDA)-recommended standard high fat breakfast within a period of twenty minutes, and then ingested (i.e., swallowed) the test dosage form essentially immediately thereafter. A standard high-fat breakfast consists of, for example, two eggs fried in one tablespoon of butter, two strips of bacon, six ounces of hash brown potatoes, two pieces of toast with two teaspoons of butter and two pats of jelly, and eight ounces of whole milk. This standard high-fat breakfast contains approximately 964 calories, 54% supplied as fat (58 gm) and 12% supplied as protein, calculated using the monograph "Nutritive Value of Foods", U.S. Department of Agriculture Home and Garden Bulletin Number 72. Additional food can also be consumed within the twenty minute period and the subject still qualifies as "fed". A "fasted subject" for purposes of definition and for measuring $AUC_{fst}$ is one who has not eaten for at least eight hours, typically overnight, prior to ingestion of the dosage form.

4

The 90% confidence limits on $AUC_{fed}/AUC_{fst}$ for a particular population, in this case either a fed or a fasted population, can be (and were) calculated as described following using Schuirman's two one-sided test procedure.

The log-transformed AUCs were analyzed by means of an analysis of variance appropriate for a two-period, two-treatment crossover design. Analysis was carried out using Statistical Analysis System (SAS) software from SAS Institute, Cary, N.C. SAS procedure referred to in the SAS software as PROC GLM was used to determine sequence, subject within sequence, period and treatment (Fed/Fasted) effects. The sequence effect was tested using the [subject within sequence] mean square from the analysis of variance (ANOVA) as an error term. All other effects were tested against residual error (error mean square) from the ANOVA. The LSMEANS statement of SAS was used to calculate the least square means and their standard errors and covariances. These were used to obtain estimates for adjusted differences between treatment means and standard errors associated with these differences (log transformed).

The 90% confidence interval for two-way crossover design was constructed, based on these estimates, as the difference plus (or minus) the standard error of the difference times the 95th percentile of the t-distribution with (twice the sample size-2) degrees of freedom. The anti-log was taken on the limits to obtain the corresponding confidence for the ratio.

That a dosage form according to the invention does not exhibit an adverse food effect is surprising in view of the fact that azithromycin is unstable at low (acid) pH, on the order of the acidity encountered at the pH of stomach acid. The inventors have demonstrated that azithromycin breaks down if exposed to stomach juices which inherently exhibit acid pH. Thus, without being bound to any mechanism of action, it is surprising that rapid disintegration in the GI tract appears to be of importance to the invention.

Commonly assigned co-pending application Ser. No. 07/922,262 filed Jul. 30, 1992 discloses taste masking compositions of bitter pharmaceutical agents, such as azalide antibiotics, containing, as a taste-masking component, a basic compound selected from the group consisting of alkaline earth oxides and alkaline earth hydroxides. A composition of this invention, if it contains an alkaline earth oxide or hydroxide at all, contains less than a taste-masking amount of the taste-masking component. A composition of this invention therefore preferably contains less than about 1% of an alkaline earth oxide or hydroxide, and may be free of such taste-masking component entirely.

DETAILED DESCRIPTION

Azithromycin is typically present in formulations according to the invention in an amount of from about 25 mg to about three grams, preferably 250 mg to two grams, for treatment of a human. If dosage forms are to be used for animal/veterinary applications, the amount can, of course, be adjusted to be outside these limits depending, for example, on the size of the animal subject being treated (e.g., a horse). The term "azithromycin" includes the pharmaceutically acceptable salts thereof, and also anhydrous as well as hydrated forms. The azithromycin is preferably present as the dihydrate, disclosed, for example, in published European Patent Application 0 298 650 A2.

In order to test whether a particular azithromycin dosage form exhibits an adverse food effect, the most reliable method is actually to test the dosage form in vivo on a subject population, once fed and once fasted, determine the level of serum (or plasma) azithromycin with time, plot curves for the concentration of serum (or plasma) azithro-

5,605,889

| 5 | 6 |

mycin with time in each subject (fed and fasted) as described above, determine the area under each curve (conventionally, for example by simple integration) and finally determine whether the mean ratio (AUC$_{fed}$)/(AUC$_{fd}$) exceeds 0.80, and whether the lower 90% confidence limit equals or exceeds 0.75.

It is believed that the azithromycin dosage forms of the invention do not exhibit a food effect in large part because they either provide azithromycin ready for dissolution in the GI tract essentially immediately following ingestion (suspensions), or they disintegrate rapidly following ingestion (tablets) and thereby provide azithromycin rapidly for dissolution. While not wishing to be bound by theory, it is believed that if an azithromycin dosage form provides azithromycin immediately following ingestion for dissolution in the GI tract, or at least provides azithromycin for dissolution within a certain time period following ingestion, the azithromycin will be absorbed into the bloodstream at a rate which results in substantially no adverse food effect. In order for an adequate rate of absorption to occur, it is believed that the dosage form should provide azithromycin at a rate such that at least about 90% of the azithromycin dissolves within about 30 minutes following ingestion, preferably within about 15 minutes following ingestion. A non-capsule dosage form comprising azithromycin is also considered to fall within the scope of the appended claims if it satisfies the in vitro dissolution testing requirements enumerated herein. An azithromycin dosage form according to the invention exhibits at least about 90% dissolution of azithromycin within about 30 minutes, preferably within 15 minutes, when an amount of the dosage form equivalent to 200 mg of azithromycin is tested as set forth in USP test <711> in a USP-2 dissolution apparatus under conditions at least as stringent as the following: 900 ml approx. 0.1M dibasic sodium phosphate buffer, pH 6.0, 37° C. with paddles turning at 100 rpm. This test is described in US Pharmacopaea XXII, pp. 1578–1579. Dosage forms which pass this test under more stringent conditions (lower volume of buffer, greater amount of dosage form, lower temperature, higher pH, lower paddle speed) are also included under the above definition. Any modifications to this test are also described herein. The time required for dissolution of a particular azithromycin dosage form in this in vitro test is believed to be an indicator of the time required for dissolution of the dosage form in the GI environment. The following discussion is believed pertinent in this regard.

It is generally assumed and observed that the in vitro dissolution rate of dosage forms exhibits a rank order correlation with in vivo dissolution, particularly for a single dosage form type, e.g. tablets, which vary systematically in composition. Thus in vitro dissolution evaluation serves an important role in control of the quality of manufactured dosage forms. It is not necessarily true that the in vitro dissolution rate is exactly the same as the in vivo dissolution rate. This is not surprising, since the artificial conditions of an in vitro dissolution test (e.g. vessel geometry, stirring rate, stirring method, and so forth) are not identical to the conditions under which a dosage form disintegrates and dissolves in the GI tract.

When comparing dosage forms of different type, e.g. capsules and tablets, in vitro dissolution rate should correlate roughly with in vivo dissolution rate. However, subtle differences exist between the disintegration mechanisms of capsules and tablets. For capsules, at least partial dissolution of the gelatin shell must precede complete dissolution of the enclosed drug. Furthermore, capsule shells generally dissolve first at the capsule ends, and later at the capsule center. Tablets, on the other hand, disintegrate homogeneously. Thus subtle differences may exist in the in vitro/in vivo dissolution correlation when comparing capsules and tab-

lets. For example, capsules and tablets which exhibit similar in vitro dissolution rates may exhibit subtle differences in in vivo dissolution rate. While such subtle differences may have no therapeutically significant effect on systemic bioavailability of an orally dosed drug, there are situations in which a significant effect may occur. For example, if a drug has the potential to exhibit an adverse food effect, drug-containing capsules and tablets which exhibit similar in vitro dissolution rates may actually differ with respect to whether an adverse food effect is observed when the dosage forms are orally dosed. In fact, this has been observed for azithromycin, as exemplified in the Examples herein.

For the in vitro dissolution studies disclosed herein, azithromycin was assayed by HPLC, utilizing a 5 micron alumina based hydrocarbonaceous spherical particle chromatographic column (15 cm×0.4 cm), and a 5 micron alumina based hydrocarbonaceous spherical particle precolumn (5 cm×0.4 cm) (both available from ES Industries, Marlton, N.J.). A mobile phase consisting of 71% phosphate buffer/29% acetonitrile (pH 11) was used, with electrochemical detection (e.g. Bioanalytical Systems, West Lafayette, Ind., LC-4B amperometric detector with dual series glassy carbon electrodes).

For in vivo food effect studies, serum azithromycin is assayed using an HPLC assay described by R. M. Shepard et al. (1991) J. Chromatog. Biomed. Appl. 565, 321–337, with amperometric electochemical detection. Alternatively, any assay method that produces equivalent results, for example, bioassay, can be used.

Tablets according to the invention contain, as necessary ingredients, azithromycin and a disintegrant. Examples of tablet disintegrants are starch, pregelatinized starch, sodium starch glycolate, sodium carboxymethylcellulose, crosslinked sodium carboxymethylcellulose (sodium croscarmellose; crosslinked starch available from FMC Corp., Philadelphia, Pa.), clays (e.g. magnesium aluminum silicate), microcrystalline cellulose (of the type available under the registered trademark Avicel from FMC Corp. or the registered trademark Emcocel from Mendell Corp., Carmel, N.Y.), alginates, gums, surfactants, effervescent mixtures, hydrous aluminum silicate, cross-linked polyvinylpyrrolidone (available commercially under the registered trademark PVP-XL from International Specialty Products, Inc.), and others as known in the art. Preferred disintegrants for azithromycin tablets are sodium croscarmellose (Ac-Di-Sol), sodium starch glycolate (available commercially under the registered trademarks Primojel from Avebe (Union, N.J.) or Generichem, (Little Falls, N.J.) and Explotab from Mendell Corp.), microcrystalline cellulose (Avicel), and cross-linked polyvinylpyrrolidone (PVP-XL). Azithromycin tablets of this invention comprise azithromycin and 1–25% disintegrant, preferably 3–15% disintegrant based on total tablet weight. For example, a 463.5 mg tablet (250 mg activity azithromycin) may contain 9 mg sodium croscarmellose and 27 mg pregelatinized starch.

In addition to the active ingredient azithromycin and a disintegrant, tablets according to this invention may be formulated to optionally include a variety of conventional excipients, depending on the exact formulation, such as binders, flavorings, buffers, diluents, colors, lubricants, sweetening agents, thickening agents, and glidants. Some excipients can serve multiple functions, for example as both binder and disintegrant.

Examples of binders are acacia, cellulose derivatives (such as methylcellulose and carboxymethylcellulose, hydroxypropylmethylcellulose, hydroxypropylcellulose, hydroxyethylcellulose), gelatin, glucose, dextrose, xylitol, polymethacrylates, polyvinylpyrrolidone, starch paste, sucrose, sorbitol, pregelatinized starch, gum tragacanth,

5,605,889

7

alginic acids and salts thereof such as sodium alginate, magnesium aluminum silicate, polyethylene glycol, guar gum, bentonites, and the like. A preferred binder for azithromycin tablets is pregelatinized starch (available, for example, under the registered trademark Starch 1500, from Colorcon, Inc., West Point, Pa.).

Flavors incorporated in the composition may be chosen from synthetic flavor oils and flavoring aromatics and/or natural oils, extracts from plants leaves, flowers, fruits, and so forth and combinations thereof. These may include cinnamon oil, oil of wintergreen, peppermint oils, clove oil, bay oil, anise oil, eucalyptus, thyme oil, cedar leaf oil, oil of nutmeg, oil of sage, oil of bitter almonds, and cassia oil. Also useful as flavors are vanilla, citrus oil, including lemon, orange, grape, lime and grapefruit, and fruit essences, including apple, banana, pear, peach, strawberry, raspberry, cherry, plum, pineapple, apricot, and so forth. The amount of flavoring may depend on a number of factors including the organoleptic effect desired. Generally the flavoring will be present in an amount of from 0.5 to about 3.0 percent by weight based on the total tablet weight, when a flavor is used.

A variety of materials may be used as fillers or diluents. Examples are spray-dried or anhydrous lactose, sucrose, dextrose, mannitol, sorbitol, starch (e.g. starch 1500), cellulose (e.g. microcrystalline cellulose; Avicel), dihydrated or anhydrous dibasic calcium phosphate (available commercially under the registered trademark Emcompress from Mendell or A-Tab and Di-Tab from Rhone-Poulenc, Inc., Monmouth Junction, N.J.), calcium carbonate, calcium sulfate, and others as known in the art.

Lubricants can also be employed herein in the manufacture of certain dosage forms, and will usually be employed when producing tablets. Examples of lubricants are magnesium stearate, stearic acid, glycerylbehaptate, polyethylene glycol, ethylene oxide polymers (for example, available under the registered trademark Carbowax from Union Carbide, Inc., Danbury, Conn.), sodium lauryl sulfate, magnesium lauryl sulfate, sodium oleate, sodium stearyl fumarate, DL-leucine, colloidal silica, and others as known in the art. Preferred lubricants are magnesium stearate, and mixtures of magnesium stearate with sodium lauryl sulfate. Lubricants generally comprise 0.5 to 7.0% of the total tablet weight.

Other excipients such as glidants and coloring agents may also be added to azithromycin tablets. Coloring agents may include titanium dioxide and/or dyes suitable for food such as those known as F. D. & C, dyes and natural coloring agents such as grape skin extract, beet red powder, beta carotene, annato, carmine, turmeric, paprika, and so forth. A coloring agent is an optional ingredient in the compositions of this invention, but when used will generally be present in an amount up to about 3.5 percent based on the total tablet weight.

As known in the art, tablet blends may be dry-granulated or wet granulated before tableting. Alternatively, tablet blends may be directly compressed. The choice of processing approach depends upon the properties of the drug and chosen excipients, for example particle size, blending compatibility, density and flowability. For azithromycin tablets, granulation is preferred, with wet granulation being most preferred. Azithromycin may be wet-granulated, and then other excipients may be added extragranularly. Alternatively, azithromycin and one or more excipients may be wet-granulated. In addition, tablets may also be coated, with a coating that exhibits little or no effect on or interference with tablet dissolution, to assure ease of swallowing or to provide an elegant appearance.

In a preferred embodiment, tablets of this invention are film-coated to provide ease of swallowing and an elegant appearance. Many polymeric film-coating materials are

8

known in the art. A preferred film-coating material is hydroxypropylmethylcellulose (HPMC). HPMC may be obtained commercially, for example from Colorcon Corp., in coating formulations containing excipients which serve as coating aids, under the registered trademark Opadry. Opadry formulations may contain lactose, polydextrose, triacetin, polyethyleneglycol, polysorbate 80, titanium dioxide, and one or more dyes or lakes. Other suitable film-forming polymers also may be used herein, including, hydroxypropylcellulose, and acrylate-methacrylate copolymers.

The tableting process itself is otherwise standard and readily practiced by forming a tablet from a desired blend or mixture of ingredients into the appropriate shape using a conventional tablet press. Tablet formulation and conventional processing techniques have been widely described, for Example in Pharmaceutical Dosage Forms: Tablets; Edited By Lieberman, Lachman, and Schwartz; Published by Marcel Dekker, Inc., 2d Edition, Copyright 1989, the text of which is herein incorporated by reference.

The azithromycin dosage forms of this invention also include powders to make oral suspensions, and also the oral suspensions themselves. Generally the powder is a non-caking, free flowing powder which is sold direct to pharmacies or other retail outlets and then made up into the actual suspension by a pharmacist. The oral suspension is thus the actual dosage form ingested by patients. The typical shelf life for a suspension is about five days because azithromycin therapy is generally of five days duration.

Azithromycin suspensions according to the invention contain, as necessary ingredients in addition to azithromycin, one or more thickening agents in a total amount of 0.1 to 2%, and a buffer or pH-altering agent in an amount of 0.1 to 2.5%, with percentages based on the weight of the dry powder formulation. Dispersing agents may also be used in an amount of from 0.05 to 2%. Preservatives may also be used in an amount from 0.1 to 2%.

Suitable thickening agents function as suspending agents and include, for example, hydrocolloid gums known for such purpose, examples of which include xanthan gum, guar gum, locust bean gum, gum tragacanth, and the like. Alternatively, synthetic suspending agents may be used such as sodium carboxymethylcellulose, polyvinylpyrrolidone, hydroxypropylcellulose and the like.

Dispersing agents include colloidal silicon dioxide, available from Cabot Corporation, Boston, Mass. under the trade designation Cab-O-Sil.

For the purpose of preparing formulations of a powder for oral suspension, the bitter taste of azithromycin may be masked by including a basic buffer or pH-altering agent which will provide a pH of approximately 10 in the constituted suspension. Maintenance of the pH at around 10 minimizes the quantity of azithromycin in solution, and thus masks the bitter taste of the drug. Many combinations of flavors or flavor systems may be used in addition to mask the bitter taste of azithromycin. Preferred flavors are those which provide a constant flavor for approximately 5 days at the elevated pH of the formulation after constitution. A preferred flavor system consists of spray dried cherry #11929, artificial creme de vanilla #11489, and spray-dried artificial banana #15223 available commercially from Bush Boake Allen, Inc., Chicago, Ill. Artificial sweeteners may also be used.

A powder used to make a suspension herein may also contain conventional optional ingredients such as (1) wetting agents such as sorbitan monolaurate, polysorbate 80, and sodium lauryl sulfate; (2) anti-foaming agents and (3) sweeteners and fillers such as glucose. The powder may also contain a buffer to maintain a high pH upon reconstitution, as discussed above. Suitable buffers and pH-altering agents

5,605,889

| 9 | 10 |

include anhydrous tribasic sodium phosphate, anhydrous sodium carbonate, glycine, and the like. Suitable preservatives are well known, for example sodium benzoate and the like. After swallowing, azithromycin from a suspension dissolves quickly.

In the preparation of azithromycin powder for oral suspension formulations, all ingredients may be blended together and deagglomerated, as known in the art. Preferably, azithromycin and flavors are blended, and other ingredients are separately blended. Finally, these two blends are blended and deagglomerated.

Preferred oral suspensions are those which resuspend easily after constitution with aqueous media and which do not cake on storage after constitution. Preferred suspensions contain sucrose NF, when sucrose is used, and anhydrous excipients when available, to assure facile suspension upon constitution. The drug-containing powder is generally reconstituted with water.

Suspensions of this invention exhibit about 90% dissolution of azithromycin in vitro in about 15 minutes. The test can be summarized as follows:

Shake the azithromycin-containing bottle to loosen the powder, and constitute the sample as per label instructions, e.g. as described in Example 12 to provide a 40 mg/ml azithromycin suspension. Shake the bottle vigorously for 2 minutes, then allow the bottle to sit for 30 minutes. Shake again vigorously for 15 seconds. Withdraw 5 ml from the bottle (typically equivalent to 200 mg of azithromycin), taking care to eliminate air bubbles. Carefully dispense the 5 ml aliquot of the azithromycin suspension approximately 10 cm over the surface of the dissolution medium (0.10M sodium phosphate buffer, pH 6.0) in a USP Apparatus 2, with the paddles positioned 2.5 cm from the bottom of the vessels. Begin rotating the paddles at 25 rpm, after the Oral Suspension samples have sunk to the bottom of the vessels. Remove approximately 10 ml from the dissolution vessel at each sampling time, filter, and assay filtrate for azithromycin using the HPLC assay described previously.

An azithromycin unit dose packet dosage form (also referred to herein as a "sachet") consists of a unit packet, designed to be emptied into an aqueous vehicle, for example water or a natural or artificial fruit beverage. The packet contains a blend of azithromycin and excipients which is thus reconstituted. The packet contains, as necessary ingredients, azithromycin and a dispersing agent which makes the sachet powder free flowing, for example colloidal silicon dioxide such as Cab-O-Sil from Cabot. Generally the dispersing agent is present in an amount of about 0.2 to 2.0% by weight based on the weight of the dry sachet as it is to be sold. The dispersing agent also serves as a glidant. The formulation may also optionally contain ingredients including (1) a filler or sweetener (e.g. glucose); (2) a buffer (e.g. sodium phosphate); (3) a wetting agent such as a surfactant, for example sodium lauryl sulfate, and (4) flavors such as any of those enumerated herein, and the like. The powder in the packet flows freely and disperses quickly, essentially immediately upon stirring when reconstituted. Azithromycin unit dose packet dosage forms may be prepared by blending and deagglomerating all ingredients, as known in the art. Preferably, the filler (e.g. sucrose), buffer (e.g. anhydrous tribasic sodium phosphate), and glidant (e.g. colloidal silicon dioxide) are blended and deagglomerated, followed by blending with azithromycin and flavors, followed by deagglomeration. The azithromycin in the packet dissolves quickly when evaluated as follows. The contents of a packet are added to a 250 ml beaker containing 60 ml water treated with the Milli-Q Plus system, Millipore Corp. (>18 megohms resistivity). The contents of the beaker are stirred with a spoon until a homogeneous suspension is obtained (1–2 min.). With the paddles raised, the suspension is poured into

the center of a dissolution vessel of a USP-2 dissolution apparatus containing 900 ml 0.1M sodium phosphate buffer, pH 6.0. The paddles are then lowered into the vessel, and rotation is begun at 50 rpm. 10 mL aliquots are removed at each time point, filtered, and filtrates are assayed for azithromycin in solution, using an HPLC assay as described above. Using this method, greater than 90% dissolution of a 1 gm azithromycin packet is observed in less than 5 minutes. The packet thus does not exhibit an adverse food effect.

As stated, the oral azithromycin dosage forms disclosed and described above can be administered to a mammal, including man, in need of such treatment when the mammal has eaten, regardless of how recently and of the nature and quantity of food, without exhibiting an adverse food effect. To this end, and as an additional feature of the invention, this invention provides a therapeutic package suitable for commercial sale, comprising a container, an oral dosage form of azithromycin which does not exhibit an adverse food effect contained therein, and, associated with said package, written (i.e., printed) matter non-limited as to whether the dosage form can be taken with or without food. The written matter is of the type containing information and/or instructions for the physician, pharmacist or patient. The written material can be "non-limited as to whether the dosage form can be taken with or without food" by virtue of including no statement regarding whether or not the dosage form can be taken with or without food, i.e. the statement is silent with regard to food effects. Alternatively, the written material can be non-limited by containing one or more statements affirmatively informing the user (i.e., the patient, pharmacist, or physician) that the said oral dosage form can be taken by or administered to a patient regardless of whether the patient has eaten or otherwise imbibed food (optionally, for example, also stating something like "without regard to type or quantity of food"). The written material can not contain limiting language with respect to food, e.g, "This dosage form can not be taken with food" or "This dosage form may only be given after the patient has fasted" or the like.

The container can be in any conventional shape or form as known in the art which is made of a pharmaceutically acceptable material, for example a paper or cardboard box, a glass or plastic bottle or jar, a re-sealable bag (for example, to hold a "refill" of tablets for placement into a different container), or a blister pack with individual dosages for pressing out of the pack according to a therapeutic schedule. The container employed can depend on the exact dosage form involved, for example a conventional cardboard box would not generally be used to hold a liquid suspension. It is feasible that more than one container can be used together in a single package to market a single dosage form. For example, tablets may be contained in a bottle which is in turn contained within a box.

Printed or otherwise written matter is associated with the package in which the azithromycin dosage form is sold. The term "associated with" is intended to include all manners in which written matter, such as instructional or informational materials can be associated with a medicament, as known conventionally in the art. Thus written matter can be associated with the container, for example, by being: written on a label (e.g., the prescription label or a separate label) adhesively affixed to a bottle containing an azithromycin suspension; included inside a container as a written package insert, such as inside a box which contains unit dose packets; applied directly to the container such as being printed on the wall of a box; or attached as by being tied or taped, for example as an instructional card affixed to the neck of a bottle via a string, cord or other line, lanyard or tether type device. The written matter may be printed directly on a unit dose pack or blister pack or blister card. If the written matter affirmatively contains a non-limiting statement, the written

5,605,889

**11**

matter may contain other information in addition. An affirmative non-limiting statement may, for example, read like the following exemplary statement:

This product does not exhibit an adverse food effect and may accordingly be administered to patients whether or not they have eaten and without regard to type or quantity of food.

or something similar, such as "may be taken without regard to food".

The invention will now be illustrated by the following examples which are not to be taken as limiting. In general, the examples demonstrate that (1) azithromycin capsules exhibit an adverse food effect, and that more slowly dissolving capsules exhibit a larger food effect, and (2) azithromycin fast dissolving tablet, powder for oral suspension, and unit dose packet dosage forms do not exhibit an adverse food effect.

### EXAMPLE 1

This example is comparative and demonstrates the effect of a high fat breakfast on systemic exposure of azithromycin dosed in a capsule dosage form with moderate dissolution rate.

Capsules were prepared which contained 250 mg activity azithromycin. The formula for these capsules is presented in Table I. The dissolution behavior of these capsules was evaluated by the method previously discussed, using rotating paddles, 100 rpm, 900 ml pH 6.0 phosphate buffer at 37 degrees C. The average % azithromycin dissolved at 15 minutes was 25%, and at 30 minutes was 76%.

The effect of feeding on azithromycin bioavailability was determined as follows. Eleven healthy male human volunteers were orally dosed with 500 mg azithromycin (2×250 mg capsules), on each of 2 occasions. On one occasion, the subjects were dosed after an overnight fast (food and fluid) of 12 hr. The dose was swallowed with 150 ml water, and a further 150 ml water was taken at 1 hr post-dosing. On the other occasion, the subjects consumed a meal consisting of milk, bread and butter, bacon, 2 fried eggs, and coffee. The dose was administered with 150 ml water within 30 minutes of completion of the meal. Blood samples were withdrawn prior to dosing, and at 0.5, 1, 2, 3, 4, 6, 8, 12, and 24 hr post-dosing. Serum azithromycin concentration was determined using a high performance liquid chromatography assay. For each subject under each dosing condition, the area under the drug serum concentration vs. time curve (AUC) was determined for each feeding condition. The ratio AUCfed/AUCfasted was used as a measure of the effect of food on oral bioavailability. The average AUCfed/AUCfasted was 0.22, with lower and upper 90% confidence levels of 0.06 and 0.84, respectively.

#### TABLE I

Formulation of 250 mg Azithromycin Capsules. Prepared in #0 white opaque locking type capsules.

| INGREDIENT | MG/CAPSULE |
|---|---|
| Azithromycin* | 263.72 |
| Lactose, anhydrous | 149.88 |
| Corn starch, hydrous | 47.0 |
| Magnesium stearate/Sodium lauryl sulfate (90/10) | 9.40 |
| TOTAL | 470.0 |

*Based on a bulk potency of 94.8%; Non-stoichiometric hydrate.

### EXAMPLE 2

This example is comparative and demonstrates the effect of a high fat breakfast on systemic exposure of azithromycin

**12**

dosed in a capsule dosage form which dissolved more quickly than the capsules of Example 1.

Azithromycin capsules (250 mg strength) were prepared according to the formula in Table II. Dissolution of azithromycin from these capsules was evaluated as in Example 1. In 15 minutes, 97% of the encapsulated azithromycin was dissolved.

The effect of feeding on azithromycin bioavailability from this dosage form was determined as follows. Twelve healthy male human volunteers were orally dosed with 500 mg azithromycin (2×250 mg capsules), on each of 2 occasions. On one occasion, the subjects were dosed after an overnight fast, and on the other occasion the subjects were dosed after consumption of a meal consisting of two eggs fried in one tablespoon butter, two strips of bacon, two ounces of ham, two pieces of toast with two teaspoons of butter and two pats of jelly, and eight ounces whole-fat milk. The oral doses were administered with 250 ml water. Blood samples were withdrawn prior to dosing, and at 0.5, 1, 2, 3, 4, 6, 8, 12, 18, 24, 48, 72, and 96 hr post-dosing. Serum azithromycin concentration was determined using a high performance liquid chromatography assay. For each subject under each dosing condition, the area under the drug serum concentration vs. time curve (AUC) was determined for each feeding condition.

The ratio AUCfed/AUCfasted was used as a measure of the effect of food on azithromycin oral bioavailability. The average AUCfed/AUCfasted was 0.80, with lower and upper 90% confidence levels of 0.67 and 0.96, respectively.

#### TABLE II

Formula for Azithromycin capsules. This formula was prepared as a dry granulation and was loaded into #0 opaque locking capsules.

| INGREDIENT | MG/CAPSULE |
|---|---|
| Azithromycin Dihydrate* | 262.05 |
| Lactose, anhydrous | 151.55 |
| Corn starch, hydrous | 47.00 |
| Magnesium stearate/Sodium lauryl sulfate | 9.40 |
| TOTAL | 470.00 |

*Equivalent to 250 mg azithromycin, based on a bulk potency of 95.4%.

### EXAMPLE 3

This example is comparative and demonstrates the effect of a light breakfast on systemic exposure of azithromycin dosed in a capsule dosage form which dissolves quickly.

Azithromycin capsules (250 mg strength) were prepared according to the formula in Table II. Dissolution of azithromycin from these capsules was evaluated as in Example 1. In 15 minutes, 99% of the encapsulated azithromycin was dissolved.

The effect of a light (Continental) breakfast on azithromycin bioavailability from this dosage form was determined as follows. Twelve healthy male human volunteers were orally dosed with 1000 mg azithromycin (4×250 mg capsules), on each of 2 occasions. On one occasion, the subjects were dosed after a 12 hr fast, and on the other occasion the subjects were dosed after consumption of a light breakfast consisting of two rolls with butter and jam and Ca. 300 ml of coffee or tea with milk. The oral doses were administered with 240 ml water. Blood samples were withdrawn prior to dosing, and at 0.5, 1, 1.5, 2, 2.5, 3, 3.5, 4, 5, 6, 8, 12, 24, and 46.5 hr post-dosing. Serum azithromycin concentration was determined using a high performance liquid chromatography assay. For each subject under each dosing condition, the

5,605,889

13

area under the drug serum concentration vs. time curve (AUC) was determined for each feeding condition.

The ratio AUCfed/AUCfasted was used as a measure of the effect of food on oral bioavailability. The average AUCfed/AUCfasted was 0.71, with lower and upper 90% confidence levels of 0.53 and 0.95, respectively.

### EXAMPLE 4

This example demonstrates the effect of a high fat breakfast on systemic exposure of azithromycin dosed in a tablet dosage form which dissolves quickly.

Azithromycin tablets were prepared according to the formula given in Table III. Dissolution evaluation was carried out as in Example 1. At 30 minutes, 100% of the azithromycin was dissolved.

The effect of feeding on azithromycin bioavailability from these tablets was determined as follows. Twelve healthy male human volunteers were orally dosed with 500 mg azithromycin ($2\times250$ mg tablets), on each of 2 occasions. On one occasion, the subjects were dosed after an overnight fast, and on the other occasion the subjects were dosed after consumption of a meal consisting of two eggs fried in one tablespoon butter, two strips of bacon, two pieces of toast with two teaspoons of butter and two pats of jelly, eight ounces whole-fat milk, and 6 ounces hash-brown potatoes, ingested over a twenty minute period. The oral doses were administered with 240 ml water. Blood samples were withdrawn prior to dosing, and at 0.5, 1, 2, 3, 4, 6, 8, 12, 18, 24, 48, 72, and 96 hr post-dosing. Serum azithromycin concentration was determined using a high performance liquid chromatography assay. For each subject under each dosing condition, the area under the drug serum concentration vs. time curve (AUC) was determined for each feeding condition.

The ratio AUCfed/AUCfasted was used as a measure of the effect of food on oral bioavailability. The average AUCfed/AUCfasted was 0.97, with lower and upper 90% confidence levels of 0.82 and 1.13, respectively.

### TABLE III

Formula for azithromycin film coated tablets. This formula was compressed to form a 0.262" × 0.5312" modified capsular, upper engraved "Pfizer", lower scored, tablet, and was coated with "pink Opadry".

| INGREDIENT | WEIGHT (MG/UNIT) |
|---|---|
| Azithromycin dihydrate* | 262.05 |
| Pregelatinized starch** | 27.00 |
| Calcium phosphate dibasic, anhydrous | 138.84 |
| Sodium croscarmellose*** | 9.00 |
| Magnesium stearate/Sodium lauryl sulfate (90/10) | 13.11 |
| Pink Opadry II## | 18.00 |

*Equivalent to 250 mg azithromycin, based on a bulk potency of 95.4%.
**Starch 1500.
***Ac-Di-Sol.
##Contains lactose, hydroxypropyl methylcellulose, titanium dioxide, triacetin, and D&C Red No. 30 Aluminum Lake.

### EXAMPLE 5

This example demonstrates the effect of a Japanese meal on systemic exposure of azithromycin dosed in a tablet dosage form which dissolves quickly.

A tablet dosage form of azithromycin was prepared according to the formula described in Table IV. Dissolution of this dosage form was evaluated as in Example 1. In 15 minutes, 100% of the azithromycin dose was dissolved.

14

The effect of feeding on azithromycin bioavailability from these tablets was determined as follows. Eight healthy male human volunteers were orally dosed with 500 mg azithromycin ($2\times250$ mg tablets), on each of 2 occasions. On one occasion, the subjects were dosed after a 12 hr fast, and on the other occasion the subjects were dosed 30 minutes after consumption of a Japanese meal consisting of rice, miso soup, fried egg, seaweed, spinach, and pickles. The oral doses were administered with 200 ml water. Blood samples were withdrawn prior to dosing, and at 0.5, 1, 2, 3, 4, 6, 9, 12, 24, 48, 72, 96, 120, 144, and 168 hr post-dosing. Serum azithromycin concentration was determined using a high performance liquid chromatography assay. For each subject under each dosing condition, the area under the drug serum concentration vs. time curve (AUC) was determined for each feeding condition.

The ratio AUCfed/AUCfasted was used as a measure of the effect of food on oral bioavailability. The average AUCfed/AUCfasted was 1.00, with lower and upper 90% confidence levels of 0.87 and 1.15, respectively.

### TABLE IV

Azithromycin film-coated tablet formula. Capsular plain white film-coated tablets (0.262" × 0.5312") were compressed and then coated with "White Opadry"and "Clear Opadry".

| INGREDIENT | WEIGHT (MG/TABLET) |
|---|---|
| Azithromycin dihydrate* | 262.05 |
| Pregelatinized starch** | 27.00 |
| Calcium phosphate dibasic, Anhydrous | 138.84 |
| Sodium croscarmellose*** | 9.00 |
| White Opadry## | 12.825 |
| Clear Opadry### | 0.675 |
| Magnesium Stearate/ Sodium Lauryl Sulfate (90/10) | 13.11 |

*Equivalent to 250 mg azithromycin, based on a bulk potency of 95.4%.
**Starch 1500.
***Ac-Di-Sol.
##Contains hydroxypropyl methylcellulose, titanium dioxide, polyethyleneglycol, and polysorbate 80.
###Contains hydroxypropyl methylcellulose and polyethyleneglycol.

### EXAMPLE 6

This example compares the effects of a high fat breakfast and a low fat breakfast on systemic exposure of azithromycin dosed in a "Powder for Oral Suspension" dosage form.

An azithromycin "Powder for Oral Suspension" was prepared according to the formula in Table V. This formula was designed to wet and disperse quickly when reconstituted with an aqueous vehicle. Dissolution of this suspension was evaluated as described in the "Detailed Description". In 15 minutes 97% of the azithromycin dose dissolved; in 30 minutes 99.6% of the azithromycin dose dissolved.

The effect of a high fat meal and a low fat meal on azithromycin bioavailability from this suspension dosage form was determined as follows. Six healthy male human volunteers were orally dosed with 500 mg azithromycin (12.5 ml of a 40 mg/ml oral suspension), on each of 3 occasions. On one occasion, the subjects were dosed after an overnight fast of 10–12 hr. On another occasion the subjects were dosed after consumption of a high fat meal consisting of two eggs fried in one tablespoon butter, two strips of bacon, two pieces of toast with two pats of butter, eight ounces whole-fat milk, and 6 ounces hash-brown potatoes, ingested over a twenty minute period. On the third occasion, the subjects were dosed after consumption of a low fat meal consisting of one ounce of Cheerios (registered trademark of

5,605,889

**15**

General Mills Inc.) cereal and eight ounces of whole milk. The oral doses were administered with 240 ml water (two 60 ml rinses of the oral syringe plus an additional 120 ml). Blood samples were withdrawn prior to dosing, and at 0.5, 1, 2, 3, 4, 6, 8, 12, 18, 24, 48, 72, and 96 hr post-dosing. Serum azithromycin concentration was determined using a high performance liquid chromatography assay. For each subject under each dosing condition, the area under the drug serum concentration vs. time curve (AUC) was determined for each feeding condition.

The ratio AUCfed/AUCfasted was used as a measure of the effect of food on oral bioavailability. For the high fat meal, the average AUCfed/AUCfasted was 1.01, with lower and upper 90% confidence levels of 0.79 and 1.28, respectively. For the low fat meal, the average AUCfed/AUCfasted was 1.04, with lower and upper 90% confidence levels of 0.82 and 1.33, respectively.

TABLE V

| Formula for azithromycin "Powder for Oral Suspension". To reconstitute this formulation, 0.52 ml water was added per gm dry formulation. | |
|---|---|
| INGREDIENT | WEIGHT (MG/BOTTLE) |
| Azithromycin dihydrate* | 838.57 |
| Sucrose | 15487.74 |
| Sodium phosphate tribasic, anhydrous | 70.01 |
| Hydroxypropylcellulose (Klucel-EF) | 26.62 |
| Xanthan gum (Keltrol) | 26.62 |
| FD&C Red #40 | 0.67 |
| Spray Dried Cherry #11929 | 59.94 |
| Art. Creme de Vanilla #11489 | 133.28 |
| S.D. Art. Banana #15223 | 99.96 |
| TOTAL | 16743.41 |

*Based on a bulk potency of 95.4%.

**EXAMPLE 7**

This example demonstrates the effect of a high fat breakfast on systemic exposure of azithromycin dosed in a "Single Dose Packet" (sachet) dosage form.

A "Single Dose Packet" (sachet) dosage form of azithromycin was prepared according to the formula described in Table VI. Dissolution of this dosage form was evaluated as described in the "Detailed Description" above. In 15 minutes, 99% of the azithromycin was dissolved.

The effect of feeding on azithromycin bioavailability from this sachet dosage form was determined as follows. Twelve healthy male human volunteers were orally dosed with 1000 mg azithromycin (1 gm sachet), on each of 2 occasions. On

**16**

one occasion, the subjects were dosed after an overnight fast of at least 12 hr, and on the other occasion the subjects were dosed after consumption of a high-fat meal consisting of two eggs fried in one tablespoon butter, two strips of bacon, two pieces of toast with two teaspoons of butter and with two pats of jelly, eight ounces whole-fat milk, and 6 ounces hash-brown potatoes. The oral doses were administered with 240 ml water (two 60 ml rinses of the oral syringe plus an additional 120 ml). Blood samples were withdrawn prior to dosing, and at 0.25, 0.5, 1, 1.5, 2, 2.5, 3, 4, 6, 8, 12, 18, 24, 48, 72, 96, and 120 hr post-dosing. Serum azithromycin concentration was determined using a high performance liquid chromatography assay. For each subject under each dosing condition, the area under the drug serum concentration vs. time curve (AUC) was determined for each feeding condition.

The ratio AUCfed/AUCfasted was used as a measure of the effect of food on oral bioavailability. The average AUCfed/AUCfasted was 1.12, with lower and upper 90% confidence levels of 0.99 and 1.27.

TABLE VI

| Formula for azithromycin "Unit Dose Packet" dosage form. This blend was prepared, and filled into 3.25" × 4" white paper/aluminum/polyethylene laminate sachets. To reconstitute for dosing, the contents of a sachet is added to 60 ml water, and stirred well. | |
|---|---|
| INGREDIENT | WEIGHT (GM/UNIT) |
| Azithromycin dihydrate* | 1.048 |
| Sucrose | 9.707 |
| Sodium phosphate tribasic, anhydrous | 0.088 |
| Colloidal silicon dioxide | 0.055 |
| Spray Dried art. cherry #11929 | 0.038 |
| Spray Dried art. banana #15223 | 0.064 |
| TOTAL | 11.000 |

*Equivalent to 1 gm azithromycin, based on a bulk potency of 95.4% for azithromycin dihydrate.

**EXAMPLE 8**

Azithromycin tablets of this invention were prepared at 150, 200, 250, 300, 500, and 600 mg dosage strengths. Tablet cores were prepared by wet granulation of all tablet core ingredients (except magnesium stearate/sodium lauryl sulfate). The dried granules were blended with the lubricant mixture magnesium stearate/sodium lauryl sulfate, followed by tableting on a tablet press. Tablets were coated with an aqueous film coat comprising colored and/or clear Opadry. These tablet formulations do not exhibit an adverse food effect. Tablet formulations were as described in Table VII.

TABLE VII

| Examples of azithromycin tablet formulations which do not exhibit a food effect. | | | | | | |
|---|---|---|---|---|---|---|
| | WEIGHT (MG/TABLET) | | | | | |
| Component | 150 MG STRENGTH | 200 MG STRENGTH | 250 MG STRENGTH | 300 MG STRENGTH | 500 MG STRENGTH | 600 MG STRENGTH |
| Azithromycin dihydrate** | 157.23 | 209.613 | 262.05 | 314.46 | 524.10 | 628.93 |
| Pregelatinized starch** | 16.20 | 21.60 | 27.00 | 32.40 | 54.00 | 64.80 |
| Calcium phosphate dibasic, anhydrous | 83.305 | 111.01 | 138.84 | 166.61 | 277.68 | 333.21 |
| Sodium croscarmellose# | 5.400 | 7.200 | 9.00 | 10.80 | 18.00 | 21.60 |

5,605,889

17                                                                          18

### TABLE VII-continued

Examples of azithromycin tablet formulations which do not exhibit a food effect.

| Component | WEIGHT (MG/TABLET) | | | | | |
|---|---|---|---|---|---|---|
| | 150 MG STRENGTH | 200 MG STRENGTH | 250 MG STRENGTH | 300 MG STRENGTH | 500 MG STRENGTH | 600 MG STRENGTH |
| Magnesium stearate/ Sodium lauryl sulfate (90/10) | 7.865 | 10.486 | 13.11 | 15.73 | 26.22 | 31.46 |
| Opadry@ | 8.1 | 10.8 | 13.5 | 16.2 | 27.0 | 32.4 |
| TOTAL | 278.1 | 370.8 | 463.5 | 556.2 | 927.0 | 1,112.4 |

*Based on a theoretical potency of 95.4%.
**Starch 1500.
#e.g. Ac-Di-Sol.
@Hydroxypropylmethylcellulose and appropriate plasticizers, film-coating adjuvants, opacifier, and lakes.

### EXAMPLE 9

Additional tablet formulations of azithromycin (250 mg) are prepared which do not exhibit an adverse food effect and are described in Table VIII. The diluent in these formulations (calcium phosphate dibasic, anhydrous) may be substituted by calcium phosphate dibasic dihydrate, microcrystalline cellulose, lactose NF/BP/EP/JP, or other appropriate diluent. The lubricant in these tablets (magnesium stearate/sodium lauryl sulfate, 90/10) may be substituted by magnesium stearate and/or colloidal silica or sodium stearyl fumarate. Magnesium stearate and sodium stearyl fumarate are generally used in amounts constituting 0.5–7% of the total tablet weight. Colloidal silica is generally used in an amount constituting 0.1–1% of the total tablet weight. While considerable latitude in relative excipient ratios is possible, the calcium phosphate/pregelatinized starch ratio should be around 2:1 or greater. The Opadry film coat is not necessary to achieve food-independent drug exposure, but serves to improve ease-of-swallowing and tablet appearance and serves to differentiate strengths. The Opadry coat may comprise between 2–6% of the total tablet weight. Tablets at other potencies may be obtained by maintaining the approximate azithromycin/excipient ratios described in Table VIII, and increasing or decreasing total tablet weight.

### TABLE VIII

Examples of azithromycin tablet formulations (250 mg) which do not exhibit an adverse food effect.

| COMPONENT | WEIGHT (MG/TABLET) | | |
|---|---|---|---|
| | FORMU- LATION 1 | FORMU- LATION 2 | FORMU- LATION 3 |
| Azithromycin dihydrate | 262.05 | 262.05 | 262.05 |
| Pregelatinized starch | 50.0 | 13.9 | 50.0 |
| Calcium phosphate dibasic, anh. | 115.84 | 140.94 | 104.84 |
| Sodium croscarmellose | 9.0 | 20.0 | 20.0 |
| Magnesium stearate/sodium lauryl sulfate | 13.11 | 13.11 | 13.11 |
| Opadry@ | 13.50 | 13.50 | 13.50 |
| TOTAL | 463.5 | 463.5 | 463.5 |

@Hydroxypropylmethylcellulose and appropriate plasticizers, film-coating adjuvants, opacifiers, and lakes.

### EXAMPLE 10

Further 250 mg azithromycin tablet formulations are prepared which do not exhibit an adverse food effect and are presented in Tables IX and X. In these formulations, maize starch, sodium starch glycolate, and crosslinked polyvinylpyrrolidone serve as disintegrants. Calcium phosphate dibasic, lactose NF/BP/EP, and microcrystalline cellulose serve as diluents.

Magnesium stearate/sodium lauryl sulfate serves as a lubricant. Magnesium stearate/sodium lauryl sulfate may be substituted by magnesium stearate and/or colloidal silica or sodium stearyl fumarate. Magnesium stearate and sodium stearyl fumarate are generally used in amounts constituting 0.5–7% of the total tablet weight. Colloidal silica is generally used in an amount constituting 0.1–1% of the total tablet weight. While considerable latitude in relative excipient ratios is possible, the diluent/disintegrant ratio should be around 2:1 or greater. The Opadry film coat is not necessary to achieve food-independent drug exposure, but serves to improve ease-of-swallowing and tablet appearance. The Opadry coat may comprise between 2–6% of the total tablet weight. Tablets at other potencies are obtained by maintaining the approximate azithromycin/excipient ratios described in Tables IX and X, and increasing or decreasing total tablet weight. These formulas are illustrative, and substitutions of other disintegrants, diluents, and lubricants are possible, as known in the art.

### TABLE IX

azithromycin tablet formulations which do not exhibit an adverse food effect.

| COMPONENT | WEIGHT (MG/TABLET) | | |
|---|---|---|---|
| | FORMU- LATION 4 | FORMU- LATION 5 | FORMU- LATION 6 |
| Azithromycin dihydrate | 262.05 | 262.05 | 262.05 |
| Maize starch* | 13.9 | 27.0 | 50.0 |
| Calcium phosphate, dibasic** OR Lactose NF/BP/EP/JP OR Microcrystalline cellulose | 151.94 | 138.84 | 115.84 |
| Sodium starch glycolate# OR Crosslinked polyvinylpyrrolidone## | 9.0 | 9.0 | 9.0 |

5,605,889

**19**

**20**

### TABLE IX-continued

azithromycin tablet formulations which do not exhibit an adverse food effect.

| COMPONENT | WEIGHT (MG/TABLET) | | |
|---|---|---|---|
| | FORMU-LATION 4 | FORMU-LATION 5 | FORMU-LATION 6 |
| Magnesium stearate/sodium lauryl sulfate | 13.11 | 13.11 | 13.11 |
| Opadry @ | 13.5 | 13.5 | 13.5 |
| TOTAL | 463.5 | 463.5 | 463.5 |

†Equivalent to 250 mg azithromycin.
*Also called starch NF or cornstarch
**Either anhydrous or dihydrate
#e.g. Explotab or Primojel
##e.g. PVP-XL from International Specialty Products Inc.
@Hydroxypropylmethylcellulose and appropriate plasticizers, film-coating adjuvants, opacifiers, and lakes.

### TABLE X

Examples of azithromycin tablet formulations which do not exhibit an adverse food effect.

| COMPONENT | WEIGHT (MG/TABLET) | | |
|---|---|---|---|
| | FORMU-LATION 7 | FORMU-LATION 8 | FORMU-LATION 9 |
| Azithromycin dihydrate† | 262.05 | 262.05 | 262.05 |
| Maize starch* | 13.9 | 27.0 | 27.0 |
| Calcium phosphate, dibasic** OR Lactose NF/BP/EP/JP OR Microcrystalline cellulose | 140.94 | 144.84 | 127.84 |
| Sodium starch glycolate# OR Crosslinked polyvinylpyrrolidone## | 20.0 | 3.0 | 20.0 |
| Magnesium stearate/sodium lauryl sulfate | 13.11 | 13.11 | 13.11 |
| Opadry @ | 13.5 | 13.5 | 13.5 |
| TOTAL | 463.5 | 463.5 | 463.5 |

*Also called starch NF or cornstarch
**Either anhydrous or dihydrate
#e.g. Explotab or Primojel
##e.g. PVP-XL from International Specialty Products Inc.
@Hydroxypropylmethylcellulose and appropriate plasticizers, film-coating adjuvants, and lakes.
†Equivalent to 250 mg azithromycin.

### EXAMPLE 11

The "Powder for Oral Suspension" formulation described in Table XI was prepared. This formulation does not exhibit an adverse food effect.

### TABLE XI

A formulation for azithromycin "Powder for Oral Suspension"

| COMPONENT | WEIGHT (MG/GM) |
|---|---|
| Azithromycin dihydrate | 47.97 |
| Sucrose NF | 579.71 |
| Sorbitol, crystalline, powder, NF/FCC | 289.86 |
| Sodium carbonate, anhydrous, NF | 18.84 |
| Sodium benzoate, NF/FCC | 4.35 |
| Tragacanth gum powder, NF | 14.49 |
| Titanium dioxide USP | 14.49 |
| Colloidal silicon dioxide, NF | 1.45 |
| Aminoacetic acid (glycine) USP | 5.80 |
| Spray-dried Art. Strawberry #22653 | 15.26 |
| Tropical apple punch #26508 | 7.63 |
| Spray-dried peppermint stick #15634 | 0.15 |
| TOTAL | 1000.00 |

### EXAMPLE 12

Azithromycin "Powder for Oral Suspension" formulations are prepared as illustrated in Tables XII and XIII. The unit potency of these formulations is 600 mg azithromycin/bottle, and the use potency after constitution with water is 40 mg/ml. To constitute, 0.52 ml water is added per gm of blend. 9 mL water and 16.74 gm blend produce approximately 20 ml suspension. These formulations include 200 mg Azithromycin/bottle overfill. The listed "flavor system" may be freely substituted with other flavors which provide a pleasant taste and are stable at pH 10 over the shelf-life of the constituted suspension (approximately 5 days). The dye may also be freely substituted. The formulations in this Example are illustrative, and not limiting. These formulations do not exhibit an adverse food effect.

### TABLE XII

Examples of formulations of Azithromycin "Powder for Oral Suspension"

| COMPONENT | WEIGHT (MG/BOTTLE) | | |
|---|---|---|---|
| | FORMU-LATION 1 | FORMU-LATION 2 | FORMU-LATION 3 |
| Azithromycin dihydrate | 838.57 | 838.57 | 838.57 |
| Sucrose NF | 15487.74 | 15370.54 | 15487.74 |
| Sodium phosphate tribasic anhydrous | 70.01 | 70.01 | 70.01 |
| Hydroxypropyl-cellulose | 26.62 | 26.62 | 0 |
| Xanthan gum | 26.62 | 26.62 | 0 |
| Sodium carboxy-methylcellulose | 0 | 0 | 53.24 |
| Colloidal silicon dioxide | 0 | 16.74 | 0 |
| Glycine | 0 | 100.46 | 0 |
| Spray-dried cherry #11929 | 59.94 | 59.94 | 59.94 |
| Art. Creme de Vanilla #11489 | 133.28 | 133.28 | 133.28 |
| Spray-dried Art. Banana #15223 | 99.96 | 99.96 | 99.96 |
| FD&C Red #40 | 0.67 | 0.67 | 0.67 |
| TOTAL | 16743.41 | 16743.41 | 16743.41 |

65

5,605,889

21

## TABLE XIII

Examples of formulations of Azithromycin "Powder for Oral Suspension"

| COMPONENT | WEIGHT (MG/BOTTLE) | | |
|---|---|---|---|
| | FORMU-LATION 4 | FORMU-LATION 5 | FORMU-LATION 6 |
| Azithromycin dihydrate | 838.57 | 838.57 | 838.57 |
| Sorbitol | 15138.55 | 7743.87 | 7656.37 |
| Sucrose NF | 0 | 7743.87 | 7656.37 |
| Sodium carbonate, anhydrous, NF | 302.00 | 0 | 150.00 |
| Sodium phosphate tribasic anhydrous | 0 | 70.01 | 35.00 |
| Hydroxypropyl-cellulose | 0 | 26.62 | 17.75 |
| Xanthan gum | 0 | 26.62 | 17.75 |
| Sodium carboxy-methylcellulose | 53.24 | 0 | 17.75 |
| Colloidal silicon dioxide | 16.74 | 0 | 10.00 |
| Glycine | 100.46 | 0 | 50.00 |
| Spray-dried cherry #11929 | 59.94 | 59.94 | 59.94 |
| Art. Creme de Vanilla #11489 | 133.28 | 133.28 | 133.28 |
| Spray-dried Banana #15223 | 99.96 | 99.96 | 99.96 |
| FD&C Red #40 | 0.67 | 0.67 | 0.67 |
| TOTAL | 16743.41 | 16743.41 | 16743.41 |

## EXAMPLE 14

The following formulations of unit dose packets of azithromycin are prepared as being exemplary, not limiting, of the invention (Tables XIV and XV). The flavor system for these dosage forms may be freely substituted with any flavor system which provides a pleasant taste when the contents of the packet are reconstituted in water or an aqueous beverage. When constituted in water or an aqueous beverage, these dosage forms do not exhibit an adverse food effect.

## TABLE XIV

Examples of unit dose packet formulations.

| COMPOSITION | FORMU-LATION 1 | FORMU-LATION 2 | FORMU-LATION 3 |
|---|---|---|---|
| Azithromycin dihydrate | 1.048 | 1.048 | 1.048 |
| sucrose | 9.707 | 9.707 | 5.0 |
| sorbitol | 0 | 0 | 0 |
| sodium phosphate tribasic, anhydrous | 0.04 | 0.2 | 0.088 |
| sodium carbonate, anhydrous | 0 | 0 | 0 |
| glycine | 0 | 0 | 0 |
| colloidal silicon dioxide | 0.022 | 0.22 | 0.055 |
| Spray-dried art. cherry #11929 | 0.038 | 0.038 | 0.038 |
| Spray-dried art. banana #15223 | 0.064 | 0.064 | 0.064 |

22

## TABLE XV

Examples of unit dose packet formulations.

| COMPOSITION | FORMU-LATION 1 | FORMU-LATION 2 | FORMU-LATION 3 |
|---|---|---|---|
| Azithromycin dihydrate | 1.048 | 1.048 | 1.048 |
| sucrose | 0 | 4.85 | 4.85 |
| sorbitol | 9.707 | 4.85 | 4.85 |
| sodium phosphate tribasic, anhydrous | 0.088 | 0.088 | 0.044 |
| sodium carbonate, anhydrous | 0 | 0 | 0.022 |
| glycine | 0 | 0 | 0.022 |
| colloidal silicon dioxide | 0.055 | 0.055 | 0.055 |
| Spray-dried art. cherry #11929 | 0.038 | 0.038 | 0.038 |
| Spray-dried art. banana #15223 | 0.064 | 0.064 | 0.064 |

What is claimed is:

1. An oral dosage form of azithromycin which is in the form of a tablet made by wet granulation, which is administrable to a mammal that has eaten, which comprises azithromycin and a disintegrant, and which exhibits no adverse food effect, said dosage form effecting at least about 90% dissolution of azithromycin within about 30 minutes when an amount of the dosage form equivalent to 200 mg of azithromycin is tested as set forth in USP test <711> in a USP-2 dissolution apparatus under conditions at least as stringent as the following: 900 ml sodium phosphate buffer, pH 6.0, 37° C., with paddles turning at 100 rpm, provided that said dosage form contains less than a taste-masking amount of an alkaline earth metal oxide or hydroxide.

2. A dosage form as defined in claim 1, wherein said mammal is a human.

3. A dosage form as defined in claim 1, further comprising a flavoring agent.

4. An oral dosage form of azithromycin which is in the form of a powder for oral suspension containing anhydrous buffer, which is administrable to a mammal that has eaten, which comprises azithromycin, one or more thickening agents, and said anhydrous buffer, and which exhibits no adverse food effect, said dosage form effecting at least about 90% dissolution of azithromycin within about 30 minutes when an amount of the dosage form equivalent to 200 mg of azithromycin is tested as set forth in USP test <711> in a USP-2 dissolution apparatus under conditions at least as stringent as the following: 900 ml sodium phosphate buffer, pH 6.0, 37° C., with paddles turning at 100 rpm, provided that said dosage form contains less than a taste-masking amount of an alkaline earth metal oxide or hydroxide.

5. A dosage form as defined in claim 4, wherein said mammal is a human.

6. A dosage form as defined in claim 4, further comprising a flavoring agent.

7. A dosage form as defined in claim 6, wherein said flavoring agent is a flavor system consisting of cherry, vanilla, and banana.

8. A dosage form as defined in claim 4, in the form of a suspension made from said powder.

9. An oral dosage form of azithromycin which is in the form of a unit dose packet containing a dispersing agent, which is administrable to a mammal that has eaten, which

5,605,889

**23**

comprises azithromycin and said dispersing agent, and which exhibits no adverse food effect, said dosage form effecting at least about 90% dissolution of azithromycin within about 30 minutes when an amount of the dosage form equivalent to 200 mg of azithromycin is tested as set forth in USP test <711> in a USP-2 dissolution apparatus under conditions at least as stringent as the following: 900 ml sodium phosphate buffer, pH 6.0, 37° C., with paddles turning at 100 rpm, provided that said dosage form contains less than a taste-masking amount of an alkaline earth metal oxide or hydroxide.

10. A dosage form as defined in claim 9, wherein said mammal is a human.

11. A dosage form as defined in claim 9, further comprising an anhydrous buffer.

12. A dosage form as defined in claim 9, wherein said dispersing agent is colloidal silicon dioxide.

13. A dosage form as defined in claim 9, in the form of a suspension made from said unit dose packet.

14. An oral dosage form of azithromycin which is in the form of a tablet made by wet granulation, which is administrable to a mammal that has eaten, which comprises azithromycin and a disintegrant, and which exhibits no adverse food effect, said dosage form exhibiting a value of $(AUC_{fed})/(AUC_{fst})$ of at least 0.80 with a lower 90% confidence limit of at least 0.75, provided that said dosage form contains less than a taste-masking amount of an alkaline earth metal oxide or hydroxide.

15. A dosage form as defined in claim 14, wherein said mammal is a human.

16. A dosage form as defined in claim 14, further comprising a flavoring agent.

17. An oral dosage form of azithromycin which is in the form of a powder for oral suspension containing an anhydrous buffer, which is administrable to a mammal that has eaten, which comprises azithromycin, one or more thickening agents, and said anhydrous buffer, and which exhibits no adverse food effect, said dosage form exhibiting a value of $(AUC_{fed})/(AUC_{fst})$ of at least 0.80 with a lower 90% confidence limit of at least 0.75, provided that said dosage form contains less than a taste-masking amount of an alkaline earth metal oxide or hydroxide.

18. A dosage form as defined in claim 17, wherein said mammal is a human.

19. A dosage form as defined in claim 17, further comprising a flavoring agent.

20. A dosage form as defined in claim 17, wherein said flavoring agent is a flavoring system consisting of cherry, vanilla, and banana.

21. A dosage form as defined in claim 17, in the form of a suspension made from said powder.

22. An oral dosage form of azithromycin which is in the form of a unit dose packet containing a dispersing agent, which is administrable to a mammal that has eaten, which comprises azithromycin and said dispersing agent, and which exhibits no adverse food effect, said dosage form exhibiting a value of $(AUC_{fed})/(AUC_{fst})$ of at least 0.80 with a lower 90% confidence limit of at least 0.75, provided that said dosage form contains less than a taste-masking amount of an alkaline earth metal oxide or hydroxide.

23. A dosage form as defined in claim 22, wherein said mammal is a human.

24. A dosage form as defined in claim 22, further comprising an anhydrous buffer.

25. A dosage form as defined in claim 22, wherein said dispersing agent is colloidal silicon dioxide.

26. A dosage form as defined in claim 22, in the form of a suspension made from said unit dose packet.

**24**

27. A dosage form as defined in claim 1, comprising:
58.2% azithromycin dihydrate;
6.0% pregelatinized starch;
30.9% anhydrous dibasic calcium phosphate;
2.0% sodium croscarmellose; and
2.9% lubricant.

28. A dosage form as defined in claim 1, comprising:
58.2% azithromycin dihydrate;
11.1% pregelatinized starch;
25.7% anhydrous dibasic calcium phosphate;
2.0% sodium croscarmellose; and
2.9% lubricant.

29. A dosage form as defined in claim 1, comprising:
58.2% azithromycin dihydrate;
3.1% pregelatinized starch;
31.3% anhydrous dibasic calcium phosphate;
4.4% sodium croscarmellose; and
2.9% lubricant.

30. A dosage form as defined in claim 1, comprising:
58.2% azithromycin dihydrate;
11.1% pregelatinized starch;
23.3% anhydrous dibasic calcium phosphate;
4.4% sodium croscarmellose; and
2.9% lubricant.

31. A dosage form as defined in claim 1, comprising:
58.2% azithromycin dihydrate;
3.1% maize starch;
33.8% dibasic calcium phosphate, lactose, or microcrystalline cellulose;
2.0% sodium starch glycolate or crosslinked polyvinylpyrrolidone; and
2.9% lubricant.

32. A dosage form as defined in claim 1, comprising:
58.2% azithromycin dihydrate;
6.0% maize starch;
30.9% dibasic calcium phosphate, lactose, or microcrystalline cellulose;
2.0% sodium starch glycolate or crosslinked polyvinylpyrrolidone; and
2.9% lubricant.

33. A dosage form as defined in claim 1, comprising:
58.2% azithromycin dihydrate;
11.1% maize starch;
25.7% dibasic calcium phosphate, lactose, or microcrystalline cellulose;
2.0% sodium starch glycolate or crosslinked polyvinylpyrrolidone; and
2.9% lubricant.

34. A dosage form as defined in claim 1, comprising:
58.2% azithromycin dihydrate;
3.1% maize starch;
31.3% dibasic calcium phosphate, lactose, or microcrystalline cellulose;
4.4% sodium starch glycolate or crosslinked polyvinylpyrrolidone; and
2.9% lubricant.

35. A dosage form as defined in claim 1, comprising:
58.2% azithromycin dihydrate;
6.0% maize starch;

5,605,889

25

32.2% dibasic calcium phosphate, lactose, or microcrystalline cellulose;

0.7% sodium starch glycolate or crosslinked polyvinylpyrrolidone; and

2.9% lubricant.

**36.** A dosage form as defined in claim 1, comprising:

58.2% azithromycin dihydrate;

6.0% maize starch;

28.4% dibasic calcium phosphate, lactose, or microcrystalline cellulose;

4.4% sodium starch glycolate or crosslinked polyvinylpyrrolidone; and

2.9% lubricant.

**37.** A dosage form as defined in claim 4, comprising:

5.0% azithromycin dihydrate;

92.5% sucrose;

0.4% anhydrous tribasic sodium phosphate;

0.2% hydroxypropylcellulose;

0.2% xanthan gum;

trace coloring; and

1.8% flavoring.

**38.** A dosage form as defined in claim 4, comprising:

4.8% azithromycin dihydrate;

58.0% sucrose;

29.0% sorbitol;

1.9% anhydrous sodium carbonate;

0.4% sodium benzoate;

1.5% tragacanth gum powder;

1.5% titanium dioxide;

1.15% colloidal silicon dioxide;

0.6% glycine; and

2.3% flavoring.

**39.** A dosage form as defined in claim 4, comprising:

5.0% azithromycin dihydrate;

91.8% sucrose;

0.4% anhydrous tribasic sodium phosphate;

0.2% hydroxypropylcellulose;

0.2% xanthan gum;

0.1% colloidal silicon dioxide;

0.6% glycine;

trace coloring; and

1.8% flavoring.

**40.** A dosage form as defined in claim 4, comprising:

5.0% azithromycin dihydrate;

92.5% sucrose;

0.4% anhydrous tribasic sodium phosphate;

0.3% sodium carboxymethylcellulose;

trace coloring; and

1.8% flavoring.

**41.** A dosage form as defined in claim 4, comprising:

5.0% azithromycin dihydrate;

90.4% sorbitol;

1.8% anhydrous sodium carbonate;

0.3% sodium carboxymethylcellulose;

0.1% colloidal silicon dioxide;

0.6% glycine;

trace coloring; and

1.8% flavoring.

26

**42.** A dosage form as defined in claim 4, comprising:

5.0% azithromycin dihydrate;

46.3% sorbitol;

46.3% sucrose;

0.4% anhydrous tribasic sodium phosphate;

0.2% hydroxypropylmethylcellulose;

0.2% xanthan gum; and

trace coloring

1.8% flavoring.

**43.** A dosage form as defined in claim 4, comprising:

5.0% azithromycin dihydrate;

45.7% sucrose;

45.7% sorbitol;

0.9% anhydrous sodium carbonate;

0.2% anhydrous tribasic sodium phosphate;

0.1% hydroxypropylmethylcellulose;

0.1% xanthan gum;

0.1% sodium carboxymethylcellulose;

0.1% colloidal silicon dioxide;

0.3% glycine;

trace coloring; and

1.8% flavoring.

**44.** A dosage form as defined in claim 9, comprising:

9.5% azithromycin dihydrate;

88.2% sucrose;

0.8% anhydrous tribasic sodium phosphate;

0.5% colloidal silicon dioxide; and

0.9% flavoring.

**45.** A dosage form as defined in claim 9, comprising:

9.5% azithromycin dihydrate;

88.2% sorbitol;

0.8% anhydrous tribasic sodium phosphate;

0.5% colloidal silicon dioxide; and

0.9% flavoring.

**46.** A dosage form as defined in claim 9, comprising:

9.6% azithromycin dihydrate;

88.9% sucrose;

0.4% anhydrous tribasic sodium phosphate;

0.2% colloidal silicon dioxide; and

0.9% flavoring.

**47.** A dosage form as defined in claim 9, comprising:

9.3% azithromycin dihydrate;

86.1% sucrose;

1.8% anhydrous tribasic sodium phosphate;

2.0% colloidal silicon dioxide; and

0.9% flavoring.

**48.** A dosage form as defined in claim 9, comprising:

16.7% azithromycin dihydrate;

79.5% sucrose;

1.4% anhydrous tribasic sodium phosphate;

0.9% colloidal silicon dioxide; and

1.6% flavoring.

**49.** A dosage form as defined in claim 9, comprising:

9.5% azithromycin dihydrate;

44.1% sucrose;

44.1% sorbitol;

0.8% anhydrous tribasic sodium phosphate;

0.5% colloidal silicon dioxide; and

5,605,889

## 27

0.9% flavoring.

**50.** A dosage form as defined in claim **9,** comprising:

9.5% azithromycin dihydrate;

44.1% sucrose;

44.1% sorbitol;

0.4% anhydrous tribasic sodium phosphate;

0.2% anhydrous sodium carbonate;

0.2% glycine;

0.5% colloidal silicon dioxide; and

0.9% flavoring.

**51.** A dosage form as defined in claim **14,** comprising:

58.2% azithromycin dihydrate;

6.0% pregelatinized starch;

30.9% anhydrous dibasic calcium phosphate;

2.0% sodium croscarmellose; and

2.9% lubricant.

**52.** A dosage form as defined in claim **14,** comprising:

58.2% azithromycin dihydrate;

11.1% pregelatinized starch;

25.7% anhydrous dibasic calcium phosphate;

2.0% sodium croscarmellose; and

2.9% lubricant.

**53.** A dosage form as defined in claim **14,** comprising:

58.2% azithromycin dihydrate;

3.1% pregelatinized starch;

31.3% anhydrous dibasic calcium phosphate;

4.4% sodium croscarmellose; and

2.9% lubricant.

**54.** A dosage form as defined in claim **14,** comprising:

58.2% azithromycin dihydrate;

11.1% pregelatinized starch;

23.3% anhydrous dibasic calcium phosphate;

4.4% sodium croscarmellose; and

2.9% lubricant.

**55.** A dosage form as defined in claim **14,** comprising:

58.2% azithromycin dihydrate;

3.1% maize starch;

33.8% dibasic calcium phosphate, lactose, or microcrystalline cellulose;

2.0% sodium starch glycolate or crosslinked polyvinylpyrrolidone; and

2.9% lubricant.

**56.** A dosage form as defined in claim **14,** comprising:

58.2% azithromycin dihydrate;

6.0% maize starch;

30.9% dibasic calcium phosphate, lactose, or microcrystalline cellulose;

2.0% sodium starch glycolate or crosslinked polyvinylpyrrolidone; and

2.9% lubricant.

**57.** A dosage form as defined in claim **14,** comprising:

58.2% azithromycin dihydrate;

11.1% maize starch;

25.7% dibasic calcium phosphate, lactose, or microcrystalline cellulose;

2.0% sodium starch glycolate or crosslinked polyvinylpyrrolidone; and

2.9% lubricant.

**58.** A dosage form as defined in claim **14,** comprising:

## 28

58.2% azithromycin dihydrate;

3.1% maize starch;

31.3% dibasic calcium phosphate, lactose, or microcrystalline cellulose;

4.4% sodium starch glycolate or crosslinked polyvinylpyrrolidone; and

2.9% lubricant.

**59.** A dosage form as defined in claim **14,** comprising:

58.2% azithromycin dihydrate;

6.0% maize starch;

32.2% dibasic calcium phosphate, lactose, or microcrystalline cellulose;

0.7% sodium starch glycolate or crosslinked polyvinylpyrrolidone; and

2.9% lubricant.

**60.** A dosage form as defined in claim **14,** comprising:

58.2% azithromycin dihydrate;

6.0% maize starch;

28.4% dibasic calcium phosphate, lactose, or microcrystalline cellulose;

4.4% sodium starch glycolate or crosslinked polyvinylpyrrolidone; and

2.9% lubricant.

**61.** A dosage form as defined in claim **17,** comprising:

5.0% azithromycin dihydrate;

92.5% sucrose;

0.4% anhydrous tribasic sodium phosphate;

0.2% hydroxypropylcellulose;

0.2% xanthan gum;

trace coloring; and

1.8% flavoring.

**62.** A dosage form as defined in claim **17,** comprising:

4.8% azithromycin dihydrate;

58.0% sucrose;

29.0% sorbitol;

1.9% anhydrous sodium carbonate;

0.4% sodium benzoate;

1.5% tragacanth gum powder;

1.5% titanium dioxide;

1.15% colloidal silicon dioxide;

0.6% glycine; and

2.3% flavoring.

**63.** A dosage form as defined in claim **17,** comprising:

5.0% azithromycin dihydrate;

91.8% sucrose;

0.4% anhydrous tribasic sodium phosphate;

0.2% hydroxypropylcellulose;

0.2% xanthan gum;

0.1% colloidal silicon dioxide;

0.6% glycine;

trace coloring; and

1.8% flavoring.

**64.** A dosage form as defined in claim **17,** comprising:

5.0% azithromycin dihydrate;

92.5% sucrose;

0.4% anhydrous tribasic sodium phosphate;

0.3% sodium carboxymethylcellulose;

trace coloring; and

5,605,889

29

1.8% flavoring.

**65.** A dosage form as defined in claim 17, comprising:

5.0% azithromycin dihydrate;

90.4% sorbitol;

1.8% anhydrous sodium carbonate;

0.3% sodium carboxymethylcellulose;

0.1% colloidal silicon dioxide;

0.6% glycine;

trace coloring; and

1.8% flavoring.

**66.** A dosage form as defined in claim 17, comprising:

5.0% azithromycin dihydrate;

46.3% sorbitol;

46.3% sucrose;

0.4% anhydrous tribasic sodium phosphate;

0.2% hydroxypropylmethylcellulose;

0.2% xanthan gum; and

trace coloring

1.8% flavoring.

**67.** A dosage form as defined in claim 17, comprising:

5.0% azithromycin dihydrate;

45.7% sucrose;

45.7% sorbitol;

0.9% anhydrous sodium carbonate;

0.2% anhydrous tribasic sodium phosphate;

0.1% hydroxypropylmethylcellulose;

0.1% xanthan gum;

0.1% sodium carboxymethylcellulose;

0.1% colloidal silicon dioxide;

0.3% glycine;

trace coloring; and

1.8% flavoring.

**68.** A dosage form as defined in claim 22, comprising:

9.5% azithromycin dihydrate;

88.2% sucrose;

0.8% anhydrous tribasic sodium phosphate;

0.5% colloidal silicon dioxide; and

0.9% flavoring.

**69.** A dosage form as defined in claim 22, comprising:

9.5% azithromycin dihydrate;

88.2% sorbitol;

0.8% anhydrous tribasic sodium phosphate;

0.5% colloidal silicon dioxide; and

0.9% flavoring.

**70.** A dosage form as defined in claim 22, comprising:

9.6% azithromycin dihydrate;

88.9% sucrose;

0.4% anhydrous tribasic sodium phosphate;

0.2% colloidal silicon dioxide; and

0.9% flavoring.

**71.** A dosage form as defined in claim 22, comprising:

9.3% azithromycin dihydrate;

86.1% sucrose;

1.8% anhydrous tribasic sodium phosphate;

2.0% colloidal silicon dioxide; and

0.9% flavoring.

**72.** A dosage form as defined in claim 22, comprising:

16.7% azithromycin dihydrate;

30

79.5% sucrose;

1.4% anhydrous tribasic sodium phosphate;

0.9% colloidal silicon dioxide; and

1.6% flavoring.

**73.** A dosage form as defined in claim 22, comprising:

9.5% azithromycin dihydrate;

44.1% sucrose;

44.1% sorbitol;

0.8% anhydrous tribasic sodium phosphate;

0.5% colloidal silicon dioxide; and

0.9% flavoring.

**74.** A dosage form as defined in claim 22, comprising:

9.5% azithromycin dihydrate;

44.1% sucrose;

44.1% sorbitol;

0.4% anhydrous tribasic sodium phosphate;

0.2% anhydrous sodium carbonate;

0.2% glycine;

0.5% colloidal silicon dioxide; and

0.9% flavoring.

**75.** A therapeutic package, comprising

a container,

an oral dosage form of azithromycin which exhibits either or both of:

(a) at least about 90% dissolution of azithromycin within about 30 minutes when an amount of the dosage form equivalent to 200 mg of azithromycin is tested as set forth in USP test <711> in a USP-2 dissolution apparatus under conditions at least as stringent as the following: 900 ml sodium phosphate buffer, pH 6.0, 37° C., with paddles turning at 100 rpm; and/or

(b) a value of $(AUC_{fed})/(AUC_{fit})$ of at least 0.80 with a lower 90% confidence limit of at least 0.75,

and, associated with said package, written matter non-limited as to whether the dosage form can be taken with or without food.

**76.** A therapeutic package as defined in claim 75, wherein said dosage form is in the form of a tablet.

**77.** A therapeutic package as defined in claim 75, wherein said dosage form is in the form of a powder for oral suspension.

**78.** A therapeutic package as defined in claim 77, wherein said dosage form is in the form of a suspension made from said powder.

**79.** A therapeutic package as defined in claim 75, wherein said dosage form is in the form of a unit dose packet.

**80.** A therapeutic package as defined in claim 79, wherein said dosage form is in the form of a suspension made from said unit dose packet.

**81.** A method for treating a microbial infection in a mammal which comprises administering, to a mammal that has eaten in need of such treatment, an antimicrobially effective amount of azithromycin in an oral dosage form which exhibits either or both of:

(a) at least about 90% dissolution of azithromycin within about 30 minutes when an amount of the dosage form equivalent to 200 mg of azithromycin is tested as set forth in USP test <711> in a USP-2 dissolution apparatus under conditions at least as stringent as the following: 900 ml sodium phosphate buffer, pH 6.0, 37° C., with paddles turning at 100 rpm; and/or

(b) a value of $(AUC_{fed})/(AUC_{fit})$ of at least 0.80 with a lower 90% confidence limit of at least 0.75.

5,605,889

31

**82**. A method as defined in claim **81**, wherein said mammal is a human.

**83**. A method as defined in claim **82**, wherein said dosage form exhibits a value of $(AUC_{fed})/(AUC_{fst})$ of at least 0.80 with a lower 90% confidence limit of at least 0.75.

**84**. A method as defined in claim **82**, wherein said dosage form is in the form of a tablet.

**85**. A method as defined in claim **82**, wherein said dosage form is in the form of a powder for oral suspension.

**86**. A method as defined in claim **85**, wherein said dosage form is in the form of a suspension made from said powder.

**87**. A method as defined in claim **82**, wherein said dosage form is in the form of a unit dose packet.

**88**. Method as defined in claim **87**, wherein said dosage form is in the form of a suspension made from said unit dose packet.

**89**. A method as defined in claim **83**, wherein said dosage form is in the form of a tablet.

**90**. A method as defined in claim **89**, wherein said dosage form is in the form of a powder for oral suspension.

**91**. A method as defined in claim **90**, wherein said dosage form is in the form of a suspension made from said powder.

32

**92**. A method as defined in claim **83**, wherein said dosage form is in the form of a unit dose packet.

**93**. A method as defined in claim **92**, wherein said dosage form is in the form of a suspension made from said unit dose packet.

**94**. A package as defined in claim **75**, wherein said dosage form exhibits a value of $(AUC_{fed})/(AUC_{fst})$ of at least 0.80 with a lower 90% confidence limit of at least 0.75.

**95**. A package as defined in claim **94**, wherein said dosage form is in the form of a tablet.

**96**. A package as defined in claim **94** wherein said dosage form is in the form of a powder for oral suspension.

**97**. A package as defined in claim **96**, wherein said dosage form is in the form of a suspension made from said powder.

**98**. A package as defined in claim **94**, wherein said dosage form is in the form of a unit dose packet.

**99**. A package as defined in claim **98**, wherein said dosage form is in the form of a suspension made from said unit dose packet.

\* \* \* \* \*

**EXHIBIT E**

US006268489B1

(12) **United States Patent**
    Allen et al.

(10) Patent No.:     **US 6,268,489 B1**
(45) Date of Patent:        **Jul. 31, 2001**

(54) **AZITHROMYCIN DIHYDRATE**

(75) Inventors: **Douglas J. M. Allen**, New London;
                **Kevin M. Nepveux**, Old Saybrook,
                both of CT (US)

(73) Assignee: **Pfizer Inc.**, New York, NY (US)

( * ) Notice:   Subject to any disclaimer, the term of this
                patent is extended or adjusted under 35
                U.S.C. 154(b) by 0 days.

(21) Appl. No.: **07/994,040**

(22) Filed:     **Dec. 21, 1992**

**Related U.S. Application Data**

(63) Continuation of application No. 07/449,961, filed on Dec.
     11, 1989, now abandoned.

(30)        **Foreign Application Priority Data**

    Jul. 9, 1987   (WO) ................................. PCT/US87/01612

(51) **Int. Cl.**$^7$ ..................................................... **C07H 17/08**
(52) **U.S. Cl.** ............................................. **536/7.4**; 536/18.5
(58) **Field of Search** ...................................... 536/7.4, 18.5

(56)                **References Cited**

                U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,020,270 | 4/1977 | Arcamone et al. | 536/18 |
| 4,219,641 | * 8/1980 | Deposato et al. | 536/7.2 |
| 4,474,768 | * 10/1984 | Bright | 514/29 |
| 4,512,982 | * 4/1985 | Hauske et al. | 536/7.2 |
| 4,517,359 | 5/1985 | Kobrehel et al. | 536/7.4 |
| 4,526,889 | 7/1985 | Bright | 514/29 |
| 4,963,531 | 10/1990 | Remington | 514/29 |

                OTHER PUBLICATIONS

Pelizza et al., Farmaco–Ed.Sc., 31, 254–262 (1976).
Allen et al., J. Pharm. Sci., 67, 1087–1093 (1978).

* cited by examiner

*Primary Examiner*—Elli Peselev
(74) *Attorney, Agent, or Firm*—Peter C. Richardson; Gregg
C. Benson; Mervin E. Brokke

(57)                **ABSTRACT**

Non-hygroscopic, azithromycin (9-deoxo-9a-aza-9a-methyl-9a-homoerythromycin) dihydrate and a process therefor.

**3 Claims, No Drawings**

US 6,268,489 B1

**1**

## AZITHROMYCIN DIHYDRATE

This is a continuation of application Ser. No. 07/449,961, filed on Dec. 11, 1989 now abandoned as a request for U.S. examination of International Application No. PCT/US87/ 01612, filed Jul. 9, 1987.

### BACKGROUND OF THE INVENTION

The present invention is directed to a valuable new form of azithromycin (9-deoxo-9a-aza-9a-methyl-9a-homoerythromycin A), viz., a non-hygroscopic dihydrate form thereof.

Azithromycin is the U.S.A.N. (generic name) for 9-deoxo-9a-aza-9a-methyl-9a-homoerythromycin A, a broad spectrum antibacterial compound derived from erythromycin A. Azithromycin was independently discovered by Bright, U.S. Pat. No. 4,474,768 and Kobrehel et al., U.S. Pat. No. 4,517,359. The name "N-methyl-11-aza-10-deoxo-10-dihydroerythromycin A" was employed in these patents. The present more systematic name is based upon the ring expansion and replacement nomenclature of the "IUPAC Nomenclature of Organic Chemistry, 1979 Edition," Pergamon Press, 1979, pp. 68–70, 459, 500–503.

As previously crystallized from ethanol and water (e.g., Example 3 of U.S. Pat. No. 4,474,768), azithromycin was obtained as a hygroscopic monohydrate (for details, see Preparation 1 below). Because of its hygroscopic nature, it is most difficult to prepare and maintain this prior monohydrate product in a form having a constant, reproducible water-content. It is particularly difficult to handle during formulation, since at higher relative humidity levels which are generally required to avoid electrostatic problems (e.g., flow rates, dusting with potential for explosion), the monohydrate readily picks up varying amounts of water, the amount depending upon exposure time and the precise value of the relative humidity (see Preparation 1 below). Such problems have been overcome by the present invention of a stable dihydrate which is essentially non-hygroscopic under conditions of relative humidity conducive to formulation of azithromycin.

### SUMMARY OF THE INVENTION

The present invention is directed to a valuable new form of azithromycin, viz., a crystalline, non-hygroscopic dihydrate, prepared by crystallization from tetrahydrofuran and an aliphatic ($C_5$–$C_7$)hydrocarbon in the presence of at least two molar equivalents of water.

**2**

Azithromycin is of the formula



It is derived from erythromycin A without involvement of asymmetric centers, and so has stereochemistry at each of these centers (*) which is identical with that of erythromycin A. Named systematically as an erythromycin A derivative, the compound is called 9-deoxo-9a-aza-9a-methyl-9a-homoerythromycin A. Azithromycin, including the present dihydrate, possess broad-spectrum antibacterial activity useful in the treatment of susceptible bacterial infections in mammals, including man.

The expression "aliphatic ($C_5$–$C_7$)hydrocarbon" refers to lower boiling hydrocarbon solvents, frequently mixtures of particular boiling point ranges such as those generally referred to as "pentane", "hexane", "hexanes", etc., but which may also be substantially pure, e.g., n-hexane, cyclohexane or methylcyclohexane. A preferred hydrocarbon solvent is so-called "hexane", having a boiling point which ranges near that of pure n-hexane.

### DETAILED DESCRIPTION OF THE INVENTION

The present invention is readily carried out. Azithromycin, prepared according to Bright or Kobrehel et al. (cited above) in amorphous form, or as the monohydrate (which may contain, because of its hygroscopicity, more than one molar equivalent of water) is dissolved in tetrahydrofuran. Since the temperatures required for the initial stages of the present process are not critical, ambient temperatures are generally employed, avoiding the cost of heating and cooling. Furthermore, to maximize yield and minimize solvent, labor and equipment costs, the volume of tetrahydrofuran is kept to a near minimum, e.g., 2 liters of solvent per kilogram of substrate. Any insoluble impurities which may be present at this stage are readily removed by conventional methods of filtration. If necessary, the mixture can be decolorized with activated carbon. If desired, the highly concentrated mixture can be diluted with a portion of ($C_5$–$C_7$)hydrocarbon prior to filtration, in order to facilitate handling. If the water content of the ingoing bulk is much greater than one molar equivalent, e.g., approaching 2-molar equivalents, it is preferable to dry the mixture for a short period of time over a drying agent such as $MgSO_4$, particularly if hydrocarbon solvent is to be added prior to filtration. To obtain the crystalline dihydrate, water is added to the resulting clear solution, in an amount sufficient to bring the total water content to a level corresponding to at least two molar equivalents, generally not exceeding a level of about 3–4 molar equivalents. The level of water present in the

US 6,268,489 B1

3

system is readily monitored by standard Karl Fischer titration. The addition of water is followed by the addition of the hydrocarbon solvent (or of more hydrocarbon solvent, if the mixture was previously diluted before filtration), leading to crystallization of the desired dihydrate product. This stage of the process can be carried out at ambient temperature (e.g. 17–30° C.), but to facilitate the initial crystallization, is preferably carried at slightly elevated temperature (e.g. 30–40° C.). The total volume of hydrocarbon solvent employed is generally at least about four times in volume that of the tetrahydrofuran. Higher volumes of hydrocarbon are satisfactory, but are generally avoided in the interest of minimizing cost. Once crystallization is complete, the product is recovered by filtration, usually after a period of granulation (e.g., 3–24 hours) at ambient temperature. The product is usually vacuum dried of organic solvents (at 20–40° C., conveniently at ambient temperature). To avoid loss of water of hydration, the volatiles and water-content are generally monitored during drying, such that the level of tetrahydrofuran and hydrocarbon will generally fall below 0.25% and the water content will be within 0.3% of theory (4.6%).

Azithromycin dihydrate is formulated and administered in the treatment of susceptible bacterial infections in man according to methods and in amounts previously detailed by Bright, U.S. Pat. No. 4,474,768, cited above and hereby incorporated by reference.

The present invention is illustrated by the following examples. However, it should be understood that the invention is not limited to the specific details of these examples.

### EXAMPLE 1

#### Non-Hygroscopic Azithromycin Dihydrate

**Method A**

The hygroscopic monohydrate of Preparation 1 (100 g; water-content:3.1%), tetrahydrofuran (220 ml) and diatomaceous earth (5 g) were combined in a 500 ml Erlenmyer flask, stirred for 30 minutes and filtered with 20 ml of tetrahydrofuran wash. The combined filtrate and wash was transferred to a 3 liter round bottom flask. The solution was stirred vigorously and $H_2O$ (2.0 ml) was added. After 5 minutes, hexane (1800 ml) was added over 5 minutes, with continued vigorous stirring. Following an 18 hour granulation period, title product was recovered by filtration with 1×10 ml hexane wash, and dried in vacuo to 4.6±0.2% $H_2O$ by Karl Fischer, 89.5 g.

**Method B**

The hygroscopic monohydrate of Preparation 1 (197.6 g) and tetrahydrofuran (430 ml) were charged to a reactor and the mixture stirred to achieve a milky white solution. Activated carbon (10 g) and diatomaceous earth (10 g) were added and the mixture stirred for 15 minutes, then diluted with 800 ml of hexane and filtered with suction over a pad of diatomaceous earth with 250 ml of hexane for wash. The combined filtrate and wash was diluted to 2500 ml with hexane and warmed to 34° C. With stirring, 24.7 ml of $H_2O$ was added. The mixture was allowed to cool to room temperature, granulated for five hours and title product recovered and dried as in Method A, 177.8 g.

The dihydrate melts sharply at 126° C. (hot stage, 10°/minute); differential scanning calorimetry (heating rate, 20° C./minute) shows an endotherm at 127° C.; thermal gravimetric analysis (heating rate 30° C./minute) shows a 1.8% weight loss at 100° C. and a 4.3% weight loss at 150° C.; ir (KBr) 3953, 3553, 3488, 2968, 2930, 2888, 2872, 2827,

4

2780, 2089, 1722, 1664, 1468, 1426, 1380, 1359, 1344, 1326, 1318, 1282, 1270, 1252, 1187, 1167, 1157, 1123, 1107, 1082, 1050, 1004, 993, 977, 955, 930, 902, 986, 879, 864, 833, 803, 794, 775, 756, 729, 694, 671, 661, 637, 598, 571, 526, 495, 459, 399, 374, 321 and 207 cm$^{-1}$; [alpha]$^{26}_D$=41.4° (c=1, CHCl$_3$).

Anal. Calcd. for $C_{38}H_{72}N_2O_{12}.2H_2O$: C, 58.14; H, 9.77; N, 3.57; OCH$_3$, 3.95; $H_2O$, 4.59. Found: C, 58.62; H, 9.66; N, 3.56; OCH$_3$, 4.11; $H_2O$, 4.49. Neutralization Equivalent (0.5N HCl in 1:1 CH$_3$CN:H$_2$O): Calcd.: 374.5. Found: 393.4.

Samples of a dihydrate, slightly over dried to contain 4.1% water (less than theoretical) rapidly picked-up water at 33%, 75% or 100% relative humidities to achieve the theoretical water content (4.6%) for the dihydrate. At 33% and 75% relative humidities, water content remained essentially constant for at least 4 days. At 100% relative humidity, the water content further rose to about 5.2, where it remained essentially constant of the next three days.

A sample of the same dihydrate, maintained at 18% relative humidity gradually lost water. At four days, the water content was 2.5% and at 12 days, 1.1%.

### PREPARATION 1

#### Hygroscopic Azithromycin Monohydrate

Substantially following the methylation procedure of Kobrehel et al., U.S. Pat. No. 4,517,359; and the crystallization procedure of Bright, U.S. Pat. No. 4,474,768; 9-deoxo-9a-aza-9a-homoerythromycin A (previously called 11-aza-10-deoxo-10-dihydroerythromycin A; 100 g, 0.218 mol) was dissolved with stirring in 400 ml CHCl$_3$. Formic acid (98%; 10.4 ml, 0.436 mol) and formaldehyde (37%; 16.4 ml, 0.349 mol) were added over 4–5 minutes, and the mixture heated at reflux for 20 hours. The mixture was cooled to ambient temperature, diluted with 400 ml $H_2O$ and adjusted to pH 10.5 with 50% NaOH. The aqueous layer was separated and extracted 2×100 ml with fresh CHCl$_3$. The organic layers were combined, stripped in vacuo to 350 ml, twice diluted with 450 ml of ethanol and restripped to 350 ml, and finally diluted with 1000 ml $H_2O$ over a 1 hour period, pausing for 15 minutes as a slurry began to develop after the addition of about 250 ml of $H_2O$. Title product was recovered by filtration and dried in air at 50° C. for 24 hours, 85 g; mp 136° C.; differential thermal analysis (heating rate 20° C./minute) shows an endotherm at 142° C.; thermal gravimetric analysis (heating rate 30° C./minute) shows a 2.6% weight loss at 100° C. and a 4.5% weight loss at 150° C.; water content 3.92%; ethanol content 1.09%.

Anal. Calcd. for $C_{38}H_{72}N_2O_{12}$ (corrected for ethanol and water content): C, 58.46; H, 9.78; N, 3.74; Alkoxy, 4.67. Found: C, 58.40; H, 9.29; N, 3.50; Alkoxy, 4.52.

A sample of the monohydrate (having a water content of 3.2%) was maintained at 18% relative humidity for 14 days. The sample lost water over the first 24 hours to yield monohydrate having the theoretical water content (2.35%). The water content then remained substantially constant over 14 days, a value of 2.26% being recorded at 14 days.

At 33% relative humidity the water content of a sample of the same monohydrate rapidly rose to 5.6% where it remained substantially steady for at least three days. Similarly at 75% and 100% relative humidity, the water content rose rapidly, but was now maintained at even higher levels, 6.6% and 7.2%, respectively, for at least 3 days.

US 6,268,489 B1

5

What is claimed is:

1. Crystalline azithromycin dihydrate.

2. A method of preparing crystalline azithromycin dihydrate which comprises crystallization of amorphous azithromycin or azithromycin monohydrate from a mixture of

6

tetrahydrofuran and a ($C_5$–$C_7$) aliphatic hydrocarbon in the presence of at least 2 molar equivalents of water.

3. A method of claim 2 wherein the hydrocarbon is hexane.

*  *  *  *  *

**EXHIBIT F**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Search Result List** | | | | | | | |
| **Court** | **Docket Number** | **Description** | **Participant** | **Filed** | **Date Retrieved** | **Active or Closed** | **Identification** |
| U.S. District - Delaware | 1:83cv834 | American Standard v. Pfizer, Inc, et al | - | 12/02/1983 | 02/23/2005 | Closed | NOS : (830) Patent |
| U.S. District - Delaware | 1:90cv625 | Pfizer Hospital Prod v. Zimmer Inc | - | 10/30/1990 | 11/03/1998 | Closed | NOS : (830) Patent |
| U.S. District - Delaware | 1:91mc44 | Schneider(Usa), Inc v. CR Bard, Inc | - | 03/14/1991 | 11/16/1998 | Active | NOS : (890) Other Statutory Actions |
| U.S. District - Delaware | 1:92cv95 | Centocor, Inc v. Xoma Corporation, et al | - | 02/18/1992 | 11/03/1998 | Closed | NOS : (830) Patent |
| U.S. District - Delaware | 1:92cv402 | Pfizer Incorporated v. Elan Pharmaceutical, et al | - | 07/09/1992 | 11/22/2002 | Closed | NOS : (830) Patent |
| U.S. District - Delaware | 1:95cv195 | Edgehill Drugs, Inc, et al v. Abbott Laboratories, et al | - | 03/24/1995 | 10/04/2001 | Closed | NOS : (410) Antitrust |
| U.S. District - Delaware | 1:95cv653 | Worrell, et al v. Danek Medical, Inc, et al | - | 10/23/1995 | 11/14/1998 | Closed | NOS : (365) Product Liability |
| U.S. District - Delaware | 1:95cv789 | Gross-Heinrich, et al v. Acromed CHRT 614043, et al | - | 12/15/1995 | 11/15/1998 | Closed | NOS : (365) Product Liability |
| U.S. District - Delaware | 1:95cv790 | Hurley, et al v. Acromed CHRT 614043, et al | - | 12/15/1995 | 11/15/1998 | Closed | NOS : (365) Product Liability |
| U.S. District - Delaware | 1:95cv795 | Hinkle, et al v. Danek Medical, Inc, et al | - | 12/15/1995 | 11/15/1998 | Closed | NOS : (365) Product Liability |
| U.S. District - Delaware | 1:95cv796 | Wright, et al v. Acromed CHRT 614043, et al | - | 12/15/1995 | 11/15/1998 | Closed | NOS : (365) Product Liability |
| U.S. District - Delaware | 1:96cv111 | Osteonics Corp v. Pfizer, Inc, et al | - | 03/04/1996 | 11/04/1998 | Closed | NOS : (830) Patent |
| U.S. District - Delaware | 1:98cv613 | Allen v. Howmedica Leibinger, et al | - | 10/28/1998 | 07/01/2002 | Closed | NOS : (380) Personal Property |
| U.S. District - Delaware | 1:99cv279 | Pfizer Inc v. Sibia Neurosciences | - | 05/05/1999 | 08/12/2003 | Closed | NOS : (830) Patent |
| U.S. District - Delaware | 1:99cv907 | Pfizer Inc v. Henney, et al | - | 12/20/1999 | 05/08/2003 | Closed | NOS : (890) Other Statutory Actions |
| U.S. District - Delaware | 1:01mc11 | Pfizer Inc, et al v. Novopharm Limited | - | 02/09/2001 | 02/13/2001 | Closed | NOS : (890) Other Statutory Actions |
| U.S. District - | 1:01cv308 | Conopco Inc v. Pfizer Inc, et al | - | 05/09/2001 | 01/07/2004 | Closed | NOS : (830) Patent |

| Delaware | | | | | | | |
|---|---|---|---|---|---|---|---|
| U.S. District - Delaware | 1:01cv325 | In Re: Mon Mass II | - | 05/17/2001 | 05/21/2001 | Closed | NOS : (190) Other Contract |
| U.S. District - Delaware | 1:01cv534 | Alcock, et al v. Armstrong World Ind, et al | | 08/09/2001 | 02/27/2004 | Active | NOS : (368) Asbestos |
| U.S. District - Delaware | 1:01cv535 | Hart, et al v. Armstrong World, et al | | 08/09/2001 | 08/13/2001 | Active | NOS : (368) Asbestos |
| U.S. District - Delaware | 1:01cv536 | Kuhn, et al v. Center for Claims, et al | - | 08/09/2001 | 08/13/2001 | Active | NOS : (368) Asbestos |
| U.S. District - Delaware | 1:01cv656 | Adams, et al v. Claims Resolution, et al | | 09/28/2001 | 12/05/2005 | Closed | NOS : (890) Other Statutory Actions |
| U.S. District - Delaware | 1:01cv757 | Scott, et al v. Acands Inc, et al | | 11/20/2001 | 11/23/2001 | Closed | NOS : (368) Asbestos |
| U.S. District - Delaware | 1:01cv758 | McMillan, et al v. A C & S Inc, et al | - | 11/20/2001 | 11/23/2001 | Closed | NOS : (368) Asbestos |
| U.S. District - Delaware | 1:01cv759 | Bradley, et al v. Acands Inc, et al | - | 11/20/2001 | 11/23/2001 | Closed | NOS : (368) Asbestos |
| U.S. District - Delaware | 1:01cv764 | Gilbert, et al v. Acands Inc, et al | - | 11/20/2001 | 11/26/2001 | Closed | NOS : (368) Asbestos |
| U.S. District - Delaware | 1:01cv771 | Hunt, et al v. AC & S Inc, et al | - | 11/21/2001 | 11/26/2001 | Closed | NOS : (368) Asbestos |
| U.S. District - Delaware | 1:01cv777 | Steltzer, et al v. AC & S Inc, et al | - | 11/21/2001 | 11/26/2001 | Closed | NOS : (368) Asbestos |
| U.S. District - Delaware | 1:01cv845 | McMillan, et al v. A C & S Inc, et al | - | 12/19/2001 | 12/20/2001 | Closed | NOS : (368) Asbestos |
| U.S. District - Delaware | 1:01cv847 | Bradley, et al v. Acands Inc, et al | - | 12/19/2001 | 12/21/2001 | Closed | NOS : (368) Asbestos |
| U.S. District - Delaware | 1:01cv852 | Aniceti, et al v. Armstrong World, et al | - | 12/19/2001 | 12/20/2001 | Active | NOS : (368) Asbestos |
| U.S. District - Delaware | 1:01cv858 | Dineen, et al v. Acands Inc, et al | - | 12/20/2001 | 12/24/2001 | Closed | NOS : (368) Asbestos |
| U.S. District - Delaware | 1:01cv859 | Donahue v. Acands Inc, et al | - | 12/20/2001 | 12/24/2001 | Closed | NOS : (368) Asbestos |
| U.S. District - Delaware | 1:01cv861 | Federowicz, et al v. A C & S Inc, et al | - | 12/20/2001 | 12/21/2001 | Closed | NOS : (368) Asbestos |
| U.S. District - Delaware | 1:01cv862 | Greer, et al v. Acands Inc, et al | - | 12/20/2001 | 12/21/2001 | Closed | NOS : (368) Asbestos |

| U.S. District - Delaware | 1:01cv863 | Harmon v. Acands Inc, et al | - | | 12/20/2001 | 12/24/2001 | Closed | NOS : (368) Asbestos |
|---|---|---|---|---|---|---|---|---|
| U.S. District - Delaware | 1:01cv865 | Kline, et al v. AC & S Inc, et al | - | | 12/20/2001 | 12/24/2001 | Closed | NOS : (368) Asbestos |
| U.S. District - Delaware | 1:01cv866 | Hunt, et al v. AC & S Inc, et al | - | | 12/20/2001 | 12/21/2001 | Closed | NOS : (368) Asbestos |
| U.S. District - Delaware | 1:01cv867 | Marhsall, et al v. AP Green, et al | - | | 12/20/2001 | 12/24/2001 | Closed | NOS : (368) Asbestos |
| U.S. District - Delaware | 1:01cv869 | Montgomery, et al v. Acands, Inc, et al | - | | 12/20/2001 | 12/24/2001 | Closed | NOS : (368) Asbestos |
| U.S. District - Delaware | 1:01cv871 | Parent, et al v. Acands, Inc, et al | - | | 12/20/2001 | 12/24/2001 | Closed | NOS : (368) Asbestos |
| U.S. District - Delaware | 1:01cv873 | Shields v. Acands, Inc, et al | - | | 12/20/2001 | 12/24/2001 | Closed | NOS : (368) Asbestos |
| U.S. District - Delaware | 1:01cv875 | Steltzer, et al v. AC & S Inc, et al | - | | 12/20/2001 | 12/21/2001 | Closed | NOS : (368) Asbestos |
| U.S. District - Delaware | 1:01cv895 | Hunt, et al v. AC & S Inc, et al | - | | 12/27/2001 | 12/31/2001 | Closed | NOS : (368) Asbestos |
| U.S. District - Delaware | 1:02cv81 | Ryan, et al v. Acands Inc, et al | - | | 01/31/2002 | 02/04/2002 | Closed | NOS : (368) Asbestos |
| U.S. District - Delaware | 1:02cv100 | Walker, et al v. Acands Inc, et al | - | | 02/06/2002 | 02/07/2002 | Closed | NOS : (368) Asbestos |
| U.S. District - Delaware | 1:02cv116 | Walker, et al v. Acands Inc, et al | - | | 02/08/2002 | 03/07/2003 | Closed | NOS : (368) Asbestos |
| U.S. District - Delaware | 1:02cv178 | McClay, et al v. Acands Inc, et al | - | | 03/12/2002 | 03/14/2002 | Closed | NOS : (368) Asbestos |
| U.S. District - Delaware | 1:02cv1560 | Pfizer Inc, et al v. Bayer AG, et al | - | | 10/22/2002 | 03/03/2006 | Closed | NOS : (830) Patent |
| U.S. District - Delaware | 1:02cv1561 | Pfizer Inc, et al v. Lilly Icos LLC, et al | - | | 10/22/2002 | 03/03/2006 | Active | NOS : (830) Patent |
| U.S. District - Delaware | 1:03cv209 | Pfizer Inc, et al v. Ranbaxy Laboratories, et al | - | | 02/21/2003 | 03/03/2006 | Closed | NOS : (830) Patent |
| U.S. District - Delaware | 1:03cv259 | Pfizer Inc, et al v. Ranbaxy Laboratories, et al | - | | 03/07/2003 | 02/28/2006 | Closed | NOS : (830) Patent |
| U.S. District - Delaware | 1:03cv374 | Pfizer Inc, et al v. Ranbaxy Laboratories, et al | - | | 04/11/2003 | 02/28/2006 | Closed | NOS : (830) Patent |
| U.S. District - | 1:03cv375 | Pfizer Inc, et al v. Ranbaxy | - | | 04/11/2003 | 02/28/2006 | Closed | NOS : (830) Patent |

| Delaware | | Laboratories, et al | | | | | |
|---|---|---|---|---|---|---|---|
| U.S. District - Delaware | 1:03cv888 | Pfizer Inc, et al v. Bayer AG, et al | - | 09/22/2003 | 04/12/2005 | Closed | NOS : (830) Patent |
| U.S. District - Delaware | 1:03cv990 | Apotex Inc, et al v. Pfizer Inc, et al | | 10/29/2003 | 02/02/2006 | Active | NOS : (830) Patent |
| U.S. District - Delaware | 1:04cv223 | Pfizer Inc, et al v. Amudhan | - | 04/12/2004 | 02/02/2006 | Active | NOS : (830) Patent |
| U.S. District - Delaware | 1:04cv280 | Pfizer Inc, et al v. Adirondack Company | | 05/04/2004 | 02/02/2006 | Closed | NOS : (830) Patent |
| U.S. District - Delaware | 1:04cv281 | Pfizer Inc, et al v. Koli, et al | | 05/04/2004 | 02/02/2006 | Active | NOS : (830) Patent |
| U.S. District - Delaware | 1:04cv282 | Pfizer Inc, et al v. Saranath, et al | | 05/04/2004 | 02/02/2006 | Active | NOS : (830) Patent |
| U.S. District - Delaware | 1:04cv283 | Pfizer Inc, et al v. Singh, et al | - | 05/04/2004 | 02/02/2006 | Active | NOS : (830) Patent |
| U.S. District - Delaware | 1:04cv1212 | Pfizer Inc, et al v. Intl-Pharmacy Corp, et al | | 09/02/2004 | 02/02/2006 | Active | NOS : (830) Patent |
| U.S. District - Delaware | 1:04cv1213 | Pfizer Inc, et al v. Fitzsimons | - | 09/02/2004 | 02/02/2006 | Active | NOS : (830) Patent |
| U.S. District - Delaware | 1:04cv1214 | Pfizer Inc, et al v. Gibson | - | 09/02/2004 | 02/02/2006 | Active | NOS : (830) Patent |
| U.S. District - Delaware | 1:04cv1215 | Pfizer Inc, et al v. Limestar Inc | - | 09/02/2004 | 02/02/2006 | Active | NOS : (830) Patent |
| U.S. District - Delaware | 1:04cv1216 | Pfizer Inc, et al v. Luke Amoresano, et al | - | 09/02/2004 | 02/02/2006 | Closed | NOS : (830) Patent |
| U.S. District - Delaware | 1:04cv1217 | Pfizer Inc, et al v. Sarode | - | 09/02/2004 | 02/02/2006 | Active | NOS : (830) Patent |
| U.S. District - Delaware | 1:04cv1218 | Pfizer Inc, et al v. Chapman | - | 09/02/2004 | 02/02/2006 | Active | NOS : (830) Patent |
| U.S. District - Delaware | 1:04cv1219 | Pfizer Inc, et al v. Jayanti Nagar | - | 09/02/2004 | 02/02/2006 | Active | NOS : (830) Patent |
| U.S. District - Delaware | 1:04cv1220 | Pfizer Inc, et al v. Cohen | - | 09/02/2004 | 02/02/2006 | Closed | NOS : (830) Patent |
| U.S. District - Delaware | 1:04cv1221 | Pfizer Inc, et al v. Hillman | - | 09/02/2004 | 02/15/2006 | Closed | NOS : (830) Patent |
| U.S. District - Delaware | 1:04cv1222 | Pfizer Inc, et al v. Becker | - | 09/02/2004 | 02/02/2006 | Active | NOS : (830) Patent |

| U.S. District - Delaware | 1:04cv1223 | Pfizer Inc, et al v. Becker, et al | - | | 09/02/2004 | 02/02/2006 | Active | NOS : (830) Patent |
|---|---|---|---|---|---|---|---|---|
| U.S. District - Delaware | 1:04cv1224 | Pfizer Inc, et al v. Generic Lipitor, et al | - | | 09/02/2004 | 02/02/2006 | Active | NOS : (830) Patent |
| U.S. District - Delaware | 1:04cv1225 | Pfizer Inc, et al v. GDL Access | - | | 09/02/2004 | 02/02/2006 | Active | NOS : (830) Patent |
| U.S. District - Delaware | 1:04cv1226 | Pfizer Inc, et al v. Young | - | | 09/02/2004 | 02/02/2006 | Active | NOS : (830) Patent |
| U.S. District - Delaware | 1:05cv208 | Hatcher v. Pfizer Inc et al | - | | 04/08/2005 | 04/12/2005 | Active | NOS : (470) Rico |
| U.S. District - Delaware | 1:06cv89 | Pfizer Inc v. Teva Pharmaceuticals USA et al | - | | 02/08/2006 | 02/28/2006 | Active | NOS : (830) Patent |
| U.S. District - Delaware | 1:06cv90 | Pfizer Inc v. Sandoz Inc et al | - | | 02/08/2006 | 02/28/2006 | Active | NOS : (830) Patent |

Total number of results: 79

**Search Title**     Untitled Search 3/3/2006 (3)
**Client Matter Code** 121*841

## U.S. District Courts (Civil)

**Courts**          United States District Courts (Civil) - Delaware

**Litigants**        Pfizer Plaintiff,Defendant,Other

**Case Types**       Civil

**Case Status**      ALL

**EXHIBIT G**

| Court | Docket Number | Description | Participant | Filed | Date Retrieved | Active or Closed | Identification |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| U.S. District - Delaware | 1:98cv406 | Glaxo Wellcome Inc v. Teva Pharmaceuticals | - | 07/14/1998 | 08/02/2005 | Closed | NOS : (830) Patent |
| U.S. District - Delaware | 1:00cv35 | Merck & Co Inc v. Teva Pharm USA Inc, et al | - | 01/19/2000 | 07/27/2005 | Closed | NOS : (830) Patent |
| U.S. District - Delaware | 1:00cv466 | Bayer AG, et al v. Biovail Corporation, et al | - | 05/08/2000 | 02/02/2005 | Closed | NOS : (830) Patent |
| U.S. District - Delaware | 1:01cv48 | Merck & Co Inc v. Teva Pharmaceuticals | - | 01/25/2001 | 08/29/2005 | Closed | NOS : (830) Patent |
| U.S. District - Delaware | 1:01cv675 | Merck & Co Inc v. Teva Pharmaceuticals | - | 10/04/2001 | 02/02/2005 | Closed | NOS : (830) Patent |
| U.S. District - Delaware | 1:01cv728 | Merck & Co Inc v. Teva Pharmaceuticals | - | 11/06/2001 | 02/02/2005 | Closed | NOS : (830) Patent |
| U.S. District - Delaware | 1:02cv219 | Glaxo Group Limited, et al v. Teva Pharmaceuticals, et al | - | 03/22/2002 | 03/03/2006 | Closed | NOS : (830) Patent |
| U.S. District - Delaware | 1:02cv332 | Novo Nordisk Pharm, et al v. Bio-Technology Gen, et al | - | 04/30/2002 | 01/20/2006 | Active | NOS : (830) Patent |
| U.S. District - Delaware | 1:02cv1377 | Merck & Co Inc v. Teva Pharmaceuticals | - | 08/13/2002 | 02/02/2005 | Closed | NOS : (830) Patent |
| U.S. District - Delaware | 1:02cv1512 | Abbott Laboratories, et al v. Teva Pharmaceuticals | - | 10/04/2002 | 03/03/2006 | Active | NOS : (830) Patent |
| U.S. District - Delaware | 1:03cv773 | Merck & Co Inc, et al v. Teva Pharmaceuticals | - | 08/04/2003 | 06/23/2005 | Closed | NOS : (830) Patent |
| U.S. District - Delaware | 1:03cv808 | Teva Pharmaceuticals, et al v. Pharmaceutical Inc, et al | - | 08/14/2003 | 02/02/2005 | Closed | NOS : (830) Patent |
| U.S. District - Delaware | 1:03cv847 | Abbott Laboratories, et al v. Teva Pharmaceuticals | - | 08/29/2003 | 03/01/2006 | Active | NOS : (830) Patent |
| U.S. District - Delaware | 1:03cv858 | Glaxo Group Limited, et al v. Teva Pharm USA Inc, et al | - | 09/04/2003 | 03/03/2006 | Closed | NOS : (830) Patent |
| U.S. District - Delaware | 1:03cv1039 | Glaxo Group Limited, et al v. Teva Pharmaceuticals, et al | - | 11/03/2003 | 03/03/2006 | Closed | NOS : (830) Patent |
| U.S. District - Delaware | 1:04cv20 | Glaxo Group Limited, et al v. Teva Pharmaceuticals, et al | - | 01/09/2004 | 03/03/2006 | Closed | NOS : (830) Patent |
| U.S. District - Delaware | 1:04cv47 | Abbott Laboratories, et al v. Teva Pharmaceuticals | - | 01/22/2004 | 01/19/2006 | Active | NOS : (830) Patent |

| U.S. District - Delaware | 1:04cv171 | Glaxo Group Limited v. Teva Pharma USA Inc, et al | - | | 03/18/2004 | 02/28/2006 | Active | NOS : (830) Patent |
|---|---|---|---|---|---|---|---|---|
| U.S. District - Delaware | 1:04cv884 | Ferring BV v. Teva Pharmaceuticals, et al | - | | 07/20/2004 | 02/28/2006 | Active | NOS : (830) Patent |
| U.S. District - Delaware | 1:04cv939 | Merck & Co Inc v. Teva Pharmaceuticals | - | | 08/13/2004 | 03/01/2006 | Active | NOS : (830) Patent |
| U.S. District - Delaware | 1:04cv940 | Procter & Gamble Co v. Teva Pharmaceuticals | - | | 08/13/2004 | 03/03/2006 | Active | NOS : (830) Patent |
| U.S. District - Delaware | 1:05cv197 | Smith Kline & French Laboratories Limited et al v. Teva Pharmaceuticals USA Inc | - | | 04/06/2005 | 03/03/2006 | Active | NOS : (830) Patent |
| U.S. District - Delaware | 1:05cv336 | Item Development AB et al v. Sicor Inc et al | - | | 05/26/2005 | 02/28/2006 | Active | NOS : (830) Patent |
| U.S. District - Delaware | 1:05cv337 | King Pharmaceuticals Research and Development, Inc et al v. Sicor Inc Et A | - | | 05/26/2005 | 03/03/2006 | Active | NOS : (830) Patent |
| U.S. District - Delaware | 1:05cv356 | In Re: '318 Patent Infringement Litigation | - | | 06/03/2005 | 03/03/2006 | Active | NOS : (830) Patent |
| U.S. District - Delaware | 1:05cv562 | King Pharmaceuticals Inc et al v. Teva Pharmaceuticals USA Inc | - | | 08/03/2005 | 03/03/2006 | Closed | NOS : (830) Patent |
| U.S. District - Delaware | 1:06cv33 | Takeda Pharmaceutical Company Ltd et al v. Teva Pharmaceuticals USA Inc | - | | 01/17/2006 | 02/28/2006 | Active | NOS : (830) Patent |
| U.S. District - Delaware | 1:06cv89 | Pfizer Inc v. Teva Pharmaceuticals USA Inc et al | - | | 02/08/2006 | 02/28/2006 | Active | NOS : (830) Patent |

Total number of results: 28

**Search Title**     Untitled Search 3/3/2006 (2)

**Client Matter Code** 121*841

## U.S. District Courts (Civil)

**Courts**     United States District Courts (Civil) - Delaware

**Litigants**     Teva Plaintiff,Defendant,Other

**Case Types**     Civil

**Case Status**     ALL

**EXHIBIT H**


Pinpoint the right candidate with
Monster's TargetReach Job Postings.

    **Deeper Discounts**    Below-published fares, even last minute. Be flexible, save more.    

**My Search**



**Flight + Hotel deals for Newark**

**Find flights by:**

| |  |  |  |  | AIR FRANCE |  |
|---|---|---|---|---|---|---|
| Airline | British Airways | Lufthansa | Multiple Carriers | Alitalia | Air France | Air Canada |

Stops    Price

**Non-stop**

| | | | | | | |
|---|---|---|---|---|---|---|
| **1 stop** | **$946** total $1,278 | **$999** total $1,357 | **$1,300** total $1,452 | **$1,239** total $1,475 | **$1,432** total $1,540 | **$1,414** total $1,620 |
| **2+ stops** | **$1,458** total $1,799 | **$999** total $1,364 | **$999** total $1,364 | | **$1,432** total $1,540 | **$1,506** total $1,719 |

Fares are per person in US dollars, using e-tickets. Total fare includes all taxes and fees.
Some itineraries require paper tickets with an additional charge. Changes after purchase are subject to change fees.

**Sort flights by:**    **Lowest price**    **Departure time**    **Shortest flight**

Showing **lowest priced flights** (45 flights out of 112 total)    See all 112 flights

---

Select    **$1,777** + $71 taxes & fees = **$1,848** per person     Part of OrbitzTLC

| Leave | **Sun, Mar 26** Depart: **11:45pm** Arrive: **4:45am** | **Continental Airlines 91** Tel Aviv Yafo, Israel (TLV) Newark, NJ (EWR) | Choose departure |
|---|---|---|---|

**Non-stop**    Economy │ 12hr 0min │ Boeing 777 │ View seats

This is an overnight flight.

| Return | **Fri, Mar 31** Depart: **10:50pm** Arrive: **5:05pm** | **Continental Airlines 90** Newark, NJ (EWR) Tel Aviv Yafo, Israel (TLV) | Choose return |
|---|---|---|---|

**Non-stop**    Economy │ 10hr 15min │ Boeing 777 │ View seats

This is an overnight flight.

---

Select    **$1,723** + $71 taxes & fees = **$1,794** per person     Part of OrbitzTLC

| Leave | **Sun, Mar 26** Depart: **11:45pm** Arrive: **4:45am** | **Continental Airlines 91** Tel Aviv Yafo, Israel (TLV) Newark, NJ (EWR) | Choose departure |
|---|---|---|---|

**Non-stop**    Economy │ 12hr 0min │ Boeing 777 │ View seats

This is an overnight flight.

| Return | **Fri, Mar 31** Depart: **3:50pm** Arrive: **10:15pm** | **Continental Airlines 84** Newark, NJ (EWR) Tel Aviv Yafo, Israel (TLV) | Choose return |
|---|---|---|---|

**Non-stop**    Economy │ 10hr 25min │ Boeing 777 │ View seats

This is an overnight flight.

Select

**$1,723** + $71 taxes & fees = **$1,794** per person    *TLC*    Part of OrbitzTLC

| Leave | **Sun, Mar 26** | **Continental Airlines 85** | | Choose departure |
| | Depart: 11:15am | Tel Aviv Yafo, Israel (TLV) | | |
| | Arrive: 4:35pm | Newark, NJ (EWR) | | |
| | **Non-stop** | Economy | 12hr 20min | Boeing 777 | View seats |
| Return | **Fri, Mar 31** | **Continental Airlines 90** | | Choose return |
| | Depart: 10:50pm | Newark, NJ (EWR) | | |
| | Arrive: 5:05pm | Tel Aviv Yafo, Israel (TLV) | | |
| | **Non-stop** | Economy | 10hr 15min | Boeing 777 | View seats |

This is an overnight flight.

---

Select

**$1,669** + $71 taxes & fees = **$1,740** per person    *TLC*    Part of OrbitzTLC

| Leave | **Sun, Mar 26** | **Continental Airlines 85** | | Choose departure |
| | Depart: 11:15am | Tel Aviv Yafo, Israel (TLV) | | |
| | Arrive: 4:35pm | Newark, NJ (EWR) | | |
| | **Non-stop** | Economy | 12hr 20min | Boeing 777 | View seats |
| Return | **Fri, Mar 31** | **Continental Airlines 84** | | Choose return |
| | Depart: 3:50pm | Newark, NJ (EWR) | | |
| | Arrive: 10:15am | Tel Aviv Yafo, Israel (TLV) | | |
| | **Non-stop** | Economy | 10hr 25min | Boeing 777 | View seats |

This is an overnight flight.

---

Select

**$1,744** + $84 taxes & fees = **$1,828** per person

| Leave | **Sun, Mar 26** | **Delta Air Lines 8985** | | Choose departure |
| | | operated by El Al Israel -- LY 0027 | | |
| | Depart: 12:05am | Tel Aviv Yafo, Israel (TLV) | | |
| | Arrive: 4:40am | Newark, NJ (EWR) | | |
| | **Non-stop** | Economy | 11hr 35min | Boeing 747 | View seats |
| Return | **Fri, Mar 31** | **Delta Air Lines 8243** | | Choose return |
| | | operated by Alitalia -- AZ 0645 | | |
| | Depart: 4:10pm | Newark, NJ (EWR) | | |
| | Arrive: 7:30am | Rome, Italy (FCO) | | |
| | **1 stop** | Economy | 8hr 20min | Boeing 767 | View seats |

**Change Airline.** Time between flights: 2hr 40min

| | **Alitalia 810** | |
| Depart: 10:10am | Rome, Italy (FCO) | |
| Arrive: 2:25pm | Tel Aviv Yafo, Israel (TLV) | |
| | Economy | 3hr 15min | Airbus A321 |
| | Total duration: 14hr 15min | |

This is an overnight flight.

**$1,763** + $100 taxes & fees = **$1,863** per person

Select

| | | | | |
|---|---|---|---|---|
| Leave | **Sun, Mar 26** | **El Al Israel 323** | | Choose departure |
| EL AL | Depart: 8:00am | Tel Aviv Yafo, Israel (TLV) | | |
| | Arrive: 1:00pm | Paris, France (CDG) | | |
| | **1 stop** | Economy ¦ 5hr 0min ¦ Boeing 767 | | |

Change Airline. Time between flights: **1hr 45min**

| | | | | |
|---|---|---|---|---|
| | Depart: 2:45pm | **Continental Airlines 55** | | |
| | Arrive: 4:30pm | Paris, France (CDG) | | |
| | | Newark, NJ (EWR) | | |
| | | Economy ¦ 8hr 45min ¦ Boeing 757 ¦ View seats | | |
| | | Total duration: 15hr 30min | | |
| Return | **Fri, Mar 31** | **Continental Airlines 84** | | Choose return |
| | Depart: 3:50pm | Newark, NJ (EWR) | | |
| | Arrive: 10:15am | Tel Aviv Yafo, Israel (TLV) | | |
| | **Non-stop** | Economy ¦ 10hr 25min ¦ Boeing 777 ¦ View seats | | |

This is an overnight flight.

---

Select

**$1,763** + $84 taxes & fees = **$1,847** per person

| | | | | |
|---|---|---|---|---|
| Leave | **Sun, Mar 26** | **Alitalia 805** | | Choose departure |
| | Depart: 4:35am | Tel Aviv Yafo, Israel (TLV) | | |
| | Arrive: 9:00am | Milan, Italy (MXP) | | |
| | **1 stop** | Economy ¦ 4hr 25min ¦ Airbus A321 | | |

Change Airline. Time between flights: **2hr 10min**

| | | | | |
|---|---|---|---|---|
| | Depart: 11:10am | **Continental Airlines 45** | | |
| | Arrive: 1:25pm | Milan, Italy (MXP) | | |
| | | Newark, NJ (EWR) | | |
| | | Economy ¦ 9hr 15min ¦ Boeing 767 ¦ View seats | | |
| | | Total duration: 15hr 50min | | |
| Return | **Fri, Mar 31** | **Continental Airlines 84** | | Choose return |
| | Depart: 3:50pm | Newark, NJ (EWR) | | |
| | Arrive: 10:15am | Tel Aviv Yafo, Israel (TLV) | | |
| | **Non-stop** | Economy ¦ 10hr 25min ¦ Boeing 777 ¦ View seats | | |

This is an overnight flight.

---

Select

**$1,763** + $83 taxes & fees = **$1,846** per person

| | | | | |
|---|---|---|---|---|
| Leave | **Sun, Mar 26** | **El Al Israel 337** | | Choose departure |
| EL AL | Depart: 6:45am | Tel Aviv Yafo, Israel (TLV) | | |
| | Arrive: 11:45am | Amsterdam, Netherlands (AMS) | | |
| | **1 stop** | Economy ¦ 5hr 0min ¦ Boeing 757 | | |

Change Airline. Time between flights: **2hr 40min**

| | | | | |
|---|---|---|---|---|
| | Depart: 2:25pm | **Continental Airlines 71** | | |
| | Arrive: 4:00pm | Amsterdam, Netherlands (AMS) | | |
| | | Newark, NJ (EWR) | | |
| | | Economy ¦ 8hr 35min ¦ Boeing 767 ¦ View seats | | |
| | | Total duration: 16hr 15min | | |
| Return | **Fri, Mar 31** | **Continental Airlines 84** | | Choose return |
| | Depart: 3:50pm | Newark, NJ (EWR) | | |
| | Arrive: 10:15am | Tel Aviv Yafo, Israel (TLV) | | |
| | **Non-stop** | Economy ¦ 10hr 25min ¦ Boeing 777 ¦ View seats | | |

This is an overnight flight.

---

Select

**$1,748** + $78 taxes & fees = **$1,826** per person          TLC  Part of OrbitzTLC

| Leave | **Sun, Mar 26** | **Delta Air Lines 8985** | | Choose departure |
| | | operated by El Al Israel -- LY 0027 | | |
| | Depart:  12:05am | Tel Aviv Yafo, Israel (TLV) | | |
| | Arrive:  4:40am | Newark, NJ (EWR) | | |
| | **Non-stop** | Economy   11hr 35min   Boeing 747   View seats | | |
| Return | **Fri, Mar 31** | **Delta Air Lines 1469** | | Choose return |
| | Depart:  7:10pm | Newark, NJ (EWR) | | |
| | Arrive:  9:47pm | Atlanta, GA (ATL) | | |
| | **1 stop** | Economy   2hr 37min   Boeing Douglas MD-80   View seats | | |

Change planes. Time between flights: 0hr 58min

| | **Delta Air Lines 152** |
| Depart:  10:45pm | Atlanta, GA (ATL) |
| Arrive:  6:25pm | Tel Aviv Yafo, Israel (TLV) |
| | Economy   11hr 40min   Boeing 777   View seats |
| | Total duration: 15hr 15min |

This is an overnight flight.

---

Select

**$1,432** + $108 taxes & fees = **$1,540** per person          TLC  Part of OrbitzTLC

| Leave | **Sun, Mar 26** | **Air France 2221** | | Choose departure |
| | Depart:  7:15am | Tel Aviv Yafo, Israel (TLV) | | |
| | Arrive:  12:20pm | Paris, France (CDG) | | |
| | **1 stop** | Economy   5hr 5min   Airbus A320   View seats | | |

Change planes. Time between flights: 0hr 55min

| | **Air France 18** |
| Depart:  1:15pm | Paris, France (CDG) |
| Arrive:  2:35pm | Newark, NJ (EWR) |
| | Economy   8hr 20min   Airbus A343   View seats |
| | Total duration: 14hr 20min |

| Return | **Fri, Mar 31** | **Air France 19** | | Choose return |
| | Depart:  6:35pm | Newark, NJ (EWR) | | |
| | Arrive:  8:50am | Paris, France (CDG) | | |
| | **1 stop** | Economy   7hr 15min   Airbus A343   View seats | | |

Change planes. Time between flights: 1hr 40min

| | **Air France 1620** |
| Depart:  10:30am | Paris, France (CDG) |
| Arrive:  4:00pm | Tel Aviv Yafo, Israel (TLV) |
| | Economy   4hr 30min   Airbus A320   View seats |
| | Total duration: 13hr 25min |

This is an overnight flight.

---

Select

**$1,748** + $78 taxes & fees = **$1,826** per person



| Leave | Sun, Mar 26 | **Delta Air Lines 8985**<br>operated by El Al Israel – LY 0027 | | Choose departure |
| | Depart: **12:05am** | Tel Aviv Yafo, Israel (TLV) | | |
| | Arrive: **4:40am** | Newark, NJ (EWR) | | |
| | **Non-stop** | Economy : 11hr 35min : Boeing 747 : View seats | | |
| Return | Fri, Mar 31 | **Delta Air Lines 1561** | | Choose return |
| | Depart: **5:25pm** | Newark, NJ (EWR) | | |
| | Arrive: **7:55pm** | Atlanta, GA (ATL) | | |
| | **1 stop** | Economy : 2hr 30min : Boeing Douglas MD-80 : View seats | | |

Change planes. Time between flights: **2hr 50min**

| | | **Delta Air Lines 152** | |
| | Depart: **10:45pm** | Atlanta, GA (ATL) | |
| | Arrive: **6:25pm** | Tel Aviv, Israel (TLV) | |
| | | Economy : 11hr 40min : Boeing 777 : View seats<br>Total duration: 17hr 0min | |

This is an overnight flight.

---

**Select**

$1,763 + $89 taxes & fees = $1,852 per person

| Leave | Sun, Mar 26 | **Continental Airlines 85** | | Choose departure |
| | Depart: **11:15am** | Tel Aviv Yafo, Israel (TLV) | | |
| | Arrive: **4:35pm** | Newark, NJ (EWR) | | |
| | **Non-stop** | Economy : 12hr 20min : Boeing 777 : View seats | | |
| Return | Fri, Mar 31 | **Continental Airlines 54** | | Choose return |
| | Depart: **10:10pm** | Newark, NJ (EWR) | | |
| | Arrive: **12:20pm** | Paris, France (CDG) | | |
| | **1 stop** | Economy : 7hr 10min : Boeing 757 : View seats | | |

Change Airline. Time between flights: **6hr 5min**

| | | **Air France 2220** | |
| | Depart: **6:25pm** | Paris, France (CDG) | |
| | Arrive: **11:55pm** | Tel Aviv Yafo, Israel (TLV) | |
| | | Economy : 4hr 30min : Airbus A320 : View seats<br>Total duration: 17hr 45min | |

This is an overnight flight.

---

**Select**

$1,748 + $78 taxes & fees = $1,826 per person    Part of OrbitzTLC

| Leave | Sun, Mar 26 | **Delta Air Lines 8985**<br>operated by El Al Israel – LY 0027 | | Choose departure |
| | Depart: **12:05am** | Tel Aviv Yafo, Israel (TLV) | | |
| | Arrive: **4:40am** | Newark, NJ (EWR) | | |
| | **Non-stop** | Economy : 11hr 35min : Boeing 747 : View seats | | |
| Return | Fri, Mar 31 | **Delta Air Lines 221** | | Choose return |
| | Depart: **3:50pm** | Newark, NJ (EWR) | | |
| | Arrive: **6:27pm** | Atlanta, GA (ATL) | | |
| | **1 stop** | Economy : 2hr 37min : Boeing Douglas MD-80 : View seats | | |

Change planes. Time between flights: **4hr 18min**

| | | **Delta Air Lines 152** | |
| | Depart: **10:45pm** | Atlanta, GA (ATL) | |



| | Arrive: | **6:25pm** | Tel Aviv Yafo, Israel (TLV) |
|---|---|---|---|

Economy | 11hr 40min | Boeing 777 | View seats
Total duration: 18hr 35min

This is an overnight flight.

---

**Select**

**$1,432** + $108 taxes & fees = **$1,540** per person

| Leave | **Sun, Mar 26** | **Air France 2221** | Choose departure |
|---|---|---|---|
| | Depart: **7:15am** | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: **12:20pm** | Paris, France (CDG) | |

**1 stop**    Economy | 5hr 5min | Airbus A320 | View seats

**Change planes. Time between flights: 0hr 55min**

**Air France 18**
Depart: **1:15pm** Paris, France (CDG)
Arrive: **2:35pm** Newark, NJ (EWR)

Economy | 8hr 20min | Airbus A343 | View seats
Total duration: 14hr 20min

| Return | **Fri, Mar 31** | **Air Canada 8535** | Choose return |
|---|---|---|---|
| | | **operated by AIR CANADA JAZZ** | |
| | Depart: **4:00pm** | Newark, NJ (EWR) | |
| | Arrive: **5:22pm** | Montreal, Canada (YUL) | |

**2 stops**    Economy | 1hr 22min | Canadair | View seats

**Change Airline. Time between flights: 1hr 43min**

**Air France 347**
Depart: **7:05pm** Montreal, Canada (YUL)
Arrive: **8:50am** Paris, France (CDG)

Economy | 6hr 45min | Boeing 747 | View seats

**Change planes. Time between flights: 1hr 40min**

**Air France 1620**
Depart: **10:30am** Paris, France (CDG)
Arrive: **4:00pm** Tel Aviv Yafo, Israel (TLV)

Economy | 4hr 30min | Airbus A320 | View seats
Total duration: 16hr 0min

This is an overnight flight.

---

**Select**

**$1,475** + $332 taxes & fees = **$1,807** per person        Part of OrbitzTLC

| Leave | **Sun, Mar 26** | **British Airways 162** | Choose departure |
|---|---|---|---|
| | Depart: **7:05am** | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: **11:40am** | London, United Kingdom (LHR) | |

**1 stop**    Economy | 5hr 35min | Boeing 767 | View seats

**Change planes. Time between flights: 2hr 55min**

**British Airways 189**
Depart: **2:35pm** London, United Kingdom (LHR)
Arrive: **4:20pm** Newark, NJ (EWR)

Economy | 7hr 45min | Boeing 777 | View seats
Total duration: 16hr 15min

| Return | **Fri, Mar 31** | **British Airways 186** | Choose return |
|---|---|---|---|
| | Depart: **7:00am** | Newark, NJ (EWR) | |
| | Arrive: **8:05pm** | London, United Kingdom (LHR) | |

**Change planes.** Time between flights: 2hr 25min

| | Depart: | 10:30pm | **British Airways 163** |
|---|---|---|---|
| | Arrive: | 5:25am | London, United Kingdom (LHR) |
| | | | Tel Aviv Yafo, Israel (TLV) |

Economy | 4hr 55min | Boeing 767 | View seats
Total duration: 14hr 25min

This is an overnight flight.

---

Select

**$1,432** + $115 taxes & fees = **$1,547** per person

| Leave | **Sun, Mar 26** | | | Choose departure |
|---|---|---|---|---|
| | Depart: | 7:15am | **Air France 2221** | |
| | Arrive: | 12:20pm | Tel Aviv Yafo, Israel (TLV) | |
| | | | Paris, France (CDG) | |

**1 stop**    Economy | 5hr 5min | Airbus A320 | View seats

**Change planes.** Time between flights: 0hr 55min

| | Depart: | 1:15pm | **Air France 18** |
|---|---|---|---|
| | Arrive: | 2:35pm | Paris, France (CDG) |
| | | | Newark, NJ (EWR) |

Economy | 8hr 20min | Airbus A343 | View seats
Total duration: 14hr 20min

| Return | **Fri, Mar 31** | | | Choose return |
|---|---|---|---|---|
| | Depart: | 3:30pm | **Continental Airlines 1172** | |
| | Arrive: | 4:43pm | Newark, NJ (EWR) | |
| | | | Boston, MA (BOS) | |

**2 stops**    Economy | 1hr 13min | Boeing 737 | View seats

**Change Airline.** Time between flights: 2hr 7min

| | Depart: | 6:50pm | **Air France 321** |
|---|---|---|---|
| | Arrive: | 8:35am | Boston, MA (BOS) |
| | | | Paris, France (CDG) |

Economy | 6hr 45min | Airbus A343 | View seats

**Change planes.** Time between flights: 1hr 55min

| | Depart: | 10:30am | **Air France 1620** |
|---|---|---|---|
| | Arrive: | 4:00pm | Paris, France (CDG) |
| | | | Tel Aviv Yafo, Israel (TLV) |

Economy | 4hr 30min | Airbus A320 | View seats
Total duration: 16hr 30min

This is an overnight flight.

---

Select

**$1,432** + $115 taxes & fees = **$1,547** per person

| Leave | **Sun, Mar 26** | | | Choose departure |
|---|---|---|---|---|
| | Depart: | 7:15am | **Air France 2221** | |
| | Arrive: | 12:20pm | Tel Aviv Yafo, Israel (TLV) | |
| | | | Paris, France (CDG) | |

**1 stop**    Economy | 5hr 5min | Airbus A320 | View seats

**Change planes.** Time between flights: 0hr 55min

| | Depart: | 1:15pm | **Air France 18** |
|---|---|---|---|
| | Arrive: | 2:35pm | Paris, France (CDG) |
| | | | Newark, NJ (EWR) |

Economy | 8hr 20min | Airbus A343 | View seats

| Return | **Fri, Mar 31** | **Continental Airlines 2224** | Choose return |
|---|---|---|---|
| | Depart: **3:20pm** | operated by EXPRESSJET AIRLINES INC DBA CO EXPRESS | |
| | Arrive: **4:34pm** | Newark, NJ (EWR) | |
| | | Philadelphia, PA (PHL) | |
| | **2 stops** | Economy ⋮ 1hr 14min ⋮ Embraer RJ135-145 ⋮ View seats | |

**Change Airline. Time between flights: 1hr 41min**

| | Depart: **6:15pm** | **Air France 365** | |
|---|---|---|---|
| | Arrive: **8:45am** | Philadelphia, PA (PHL) | |
| | | Paris, France (CDG) | |
| | | Economy ⋮ 7hr 30min ⋮ Airbus A343 ⋮ View seats | |

**Change planes. Time between flights: 1hr 45min**

| | Depart: **10:30am** | **Air France 1620** | |
|---|---|---|---|
| | Arrive: **4:00pm** | Paris, France (CDG) | |
| | | Tel Aviv Yafo, Israel (TLV) | |
| | | Economy ⋮ 4hr 30min ⋮ Airbus A320 ⋮ View seats | |
| | | Total duration: 16hr 40min | |

This is an overnight flight.

---

Select
$1,174 + $348 taxes & fees = $1,522 per person    *TLC* Part of OrbitzTLC

| Leave | **Sun, Mar 26** | **Lufthansa 691** | Choose departure |
|---|---|---|---|
| | Depart: **4:30am** | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: **9:00am** | Frankfurt, Germany (FRA) | |
| | **1 stop** | Economy ⋮ 4hr 30min ⋮ Airbus A332 ⋮ View seats | |

**Change planes. Time between flights: 3hr 55min**

| | Depart: **12:55pm** | **Lufthansa 402** | |
|---|---|---|---|
| | Arrive: **2:15pm** | Frankfurt, Germany (FRA) | |
| | | Newark, NJ (EWR) | |
| | | Economy ⋮ 8hr 20min ⋮ Boeing 747 ⋮ View seats | |
| | | Total duration: 16hr 45min | |

| Return | **Fri, Mar 31** | **Lufthansa 403** | Choose return |
|---|---|---|---|
| | Depart: **4:15pm** | Newark, NJ (EWR) | |
| | Arrive: **6:30am** | Frankfurt, Germany (FRA) | |
| | **1 stop** | Economy ⋮ 7hr 15min ⋮ Boeing 747 ⋮ View seats | |

**Change planes. Time between flights: 3hr 25min**

| | Depart: **9:55am** | **Lufthansa 686** | |
|---|---|---|---|
| | Arrive: **2:40pm** | Frankfurt, Germany (FRA) | |
| | | Tel Aviv Yafo, Israel (TLV) | |
| | | Economy ⋮ 3hr 45min ⋮ Boeing 747 ⋮ View seats | |
| | | Total duration: 14hr 25min | |

This is an overnight flight.

---

Select
$1,432 + $115 taxes & fees = $1,547 per person

| Leave | **Sun, Mar 26** | **Air France 2221** | Choose departure |
|---|---|---|---|
| | Depart: **7:15am** | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: **12:20pm** | Paris, France (CDG) | |
| | **2 stops** | Economy ⋮ 5hr 5min ⋮ Airbus A320 ⋮ View seats | |

**Change planes. Time between flights: 0hr 55min**

**Air France 366**
Depart: 1:15pm     Paris, France (CDG)
Arrive: 2:35pm     Philadelphia, PA (PHL)
Economy | 8hr 20min | Airbus A343 | View seats

**Change Airline.** Time between flights: **2hr 35min**

**Continental Airlines 2344**
operated by EXPRESSJET AIRLINES INC DBA CO EXPRESS
Depart: 5:10pm     Philadelphia, PA (PHL)
Arrive: 6:10pm     Newark, NJ (EWR)
Economy | 1hr 0min | Embraer RJ135-145 | View seats
Total duration: 17hr 55min

Return    **Fri, Mar 31**     **Air France 19**                                              Choose return
Depart: 6:35pm     Newark, NJ (EWR)
Arrive: 8:50am     Paris, France (CDG)
**1 stop**          Economy | 7hr 15min | Airbus A343 | View seats

**Change planes.** Time between flights: **1hr 40min**

**Air France 1620**
Depart: 10:30am    Paris, France (CDG)
Arrive: 4:00pm     Tel Aviv Yafo, Israel (TLV)
Economy | 4hr 30min | Airbus A320 | View seats
Total duration: 13hr 25min

This is an overnight flight.

---

Select
$1,748 + $78 taxes & fees = $1,826 per person          Part of OrbitzTLC

Leave    **Sun, Mar 26**     **Delta Air Lines 8985**                                      Choose departure
operated by El Al Israel -- LY 0027
Depart: 12:05am    Tel Aviv Yafo, Israel (TLV)
Arrive: 4:40am     Newark, NJ (EWR)
**Non-stop**        Economy | 11hr 35min | Boeing 747 | View seats

Return    **Fri, Mar 31**     **Delta Air Lines 1060**                                      Choose return
Depart: 2:10pm     Newark, NJ (EWR)
Arrive: 4:36pm     Atlanta, GA (ATL)
**1 stop**          Economy | 2hr 26min | Boeing 757 | View seats

**Change planes.** Time between flights: **6hr 9min**

**Delta Air Lines 152**
Depart: 10:45pm    Atlanta, GA (ATL)
Arrive: 6:25pm     Tel Aviv Yafo, Israel (TLV)
Economy | 11hr 40min | Boeing 777 | View seats
Total duration: 20hr 15min

This is an overnight flight.

---

Select
$1,414 + $206 taxes & fees = $1,620 per person          Part of OrbitzTLC

Leave    **Sun, Mar 26**     **Air Canada 87**                                             Choose departure
Depart: 12:50am    Tel Aviv Yafo, Israel (TLV)
Arrive: 6:15am     Toronto, Canada (YYZ)
**1 stop**          Economy | 12hr 25min | Boeing 767 | View seats

**Change planes.** Time between flights: **2hr 55min**

**Air Canada 8642**



|  | | | |
|---|---|---|---|
| ✦ | Depart: **9:10am**<br>Arrive: **10:43am** | operated by AIR CANADA JAZZ<br>Toronto, Canada (YYZ)<br>Newark, NJ (EWR) | |
| | | Economy ┊ 1hr 33min ┊ View seats<br>Total duration: 16hr 53min | |
| Return | **Fri, Mar 31** | **Air Canada 773** | Choose<br>return |
| ✦ | Depart: **7:20pm**<br>Arrive: **8:58pm** | Newark, NJ (EWR)<br>Toronto, Canada (YYZ) | |
| | **1 stop** | Economy ┊ 1hr 38min ┊ Embraer 175 ┊ View seats | |
| | **Change planes.** Time between flights: **2hr 57min** | | |
| ✦ | Depart: **11:55pm**<br>Arrive: **6:50pm** | **Air Canada 86**<br>Toronto, Canada (YYZ)<br>Tel Aviv Yafo, Israel (TLV) | |
| | | Economy ┊ 10hr 55min ┊ Boeing 767 ┊ View seats<br>Total duration: 15hr 30min | |
| | This is an overnight flight. | | |

---

| Select | | | |
|---|---|---|---|
| | **$1,174** + $355 taxes & fees = **$1,529** per person | | |
| Leave | **Sun, Mar 26** | **Lufthansa 691** | Choose<br>departure |
| ✈ | Depart: **4:30am**<br>Arrive: **9:00am** | Tel Aviv Yafo, Israel (TLV)<br>Frankfurt, Germany (FRA) | |
| | **1 stop** | Economy ┊ 4hr 30min ┊ Airbus A332 ┊ View seats | |
| | **Change planes.** Time between flights: **3hr 55min** | | |
| ✈ | Depart: **12:55pm**<br>Arrive: **2:15pm** | **Lufthansa 402**<br>Frankfurt, Germany (FRA)<br>Newark, NJ (EWR) | |
| | | Economy ┊ 8hr 20min ┊ Boeing 747 ┊ View seats<br>Total duration: 16hr 45min | |
| Return | **Fri, Mar 31** | **United Airlines 7134**<br>operated by UNITED EXPRESS/MESA AIRLINES | Choose<br>return |
| ▨ | Depart: **2:45pm**<br>Arrive: **4:04pm** | Newark, NJ (EWR)<br>Washington, DC (IAD) | |
| | **2 stops** | Economy ┊ 1hr 19min ┊ Embraer RJ145 ┊ View seats | |
| | **Change Airline.** Time between flights: **1hr 6min** | | |
| ✈ | Depart: **5:10pm**<br>Arrive: **7:55am** | **Lufthansa 419**<br>Washington, DC (IAD)<br>Frankfurt, Germany (FRA) | |
| | | Economy ┊ 7hr 45min ┊ Boeing 747 ┊ View seats | |
| | **Change planes.** Time between flights: **2hr 0min** | | |
| ✈ | Depart: **9:55am**<br>Arrive: **2:40pm** | **Lufthansa 686**<br>Frankfurt, Germany (FRA)<br>Tel Aviv Yafo, Israel (TLV) | |
| | | Economy ┊ 3hr 45min ┊ Boeing 747 ┊ View seats<br>Total duration: 15hr 55min | |
| | This is an overnight flight. | | |

---

| Select | | | |
|---|---|---|---|
| | **$1,174** + $355 taxes & fees = **$1,529** per person | | |
| Leave | **Sun, Mar 26** | **Lufthansa 691** | Choose<br>departure |
| ✈ | Depart: **4:30am**<br>Arrive: **9:00am** | Tel Aviv Yafo, Israel (TLV)<br>Frankfurt, Germany (FRA) | |

|  |  |  |  | **Change planes.** Time between flights: 3hr 55min |
|---|---|---|---|---|
|  | Depart: | 12:55pm | **Lufthansa 402** Frankfurt, Germany (FRA) |  |
|  | Arrive: | 2:15pm | Newark, NJ (EWR) |  |
|  |  |  | Economy | 8hr 20min | Boeing 747 | View seats Total duration: 16hr 45min |  |

Return   **Fri, Mar 31**   **United Airlines 7134**
**operated by UNITED EXPRESS/MESA AIRLINES**
Depart: 2:45pm   Newark, NJ (EWR)
Arrive: 4:04pm   Washington, DC (IAD)   Choose return
**2 stops**   Economy | 1hr 19min | Embraer RJ145 | View seats

**Change Airline.** Time between flights: 1hr 13min

**Lufthansa 9051**
**operated by United Airlines – UA 0916**
Depart: 5:17pm   Washington, DC (IAD)
Arrive: 8:10am   Frankfurt, Germany (FRA)
Economy | 7hr 53min | Boeing 747 | View seats

**Change planes.** Time between flights: 1hr 45min

**Lufthansa 686**
Depart: 9:55am   Frankfurt, Germany (FRA)
Arrive: 2:40pm   Tel Aviv Yafo, Israel (TLV)
Economy | 3hr 45min | Boeing 747 | View seats
Total duration: 15hr 55min

This is an overnight flight.

---

Select

**$1,498** + $316 taxes & fees = **$1,814** per person

Leave   **Sun, Mar 26**   **Lufthansa 691**
Depart: 4:30am   Tel Aviv Yafo, Israel (TLV)
Arrive: 9:00am   Frankfurt, Germany (FRA)   Choose departure
**1 stop**   Economy | 4hr 30min | Airbus A332 | View seats

**Change planes.** Time between flights: 3hr 55min

**Lufthansa 402**
Depart: 12:55pm   Frankfurt, Germany (FRA)
Arrive: 2:15pm   Newark, NJ (EWR)
Economy | 8hr 20min | Boeing 747 | View seats
Total duration: 16hr 45min

Return   **Fri, Mar 31**   **Continental Airlines 1132**
Depart: 2:30pm   Newark, NJ (EWR)
Arrive: 3:33pm   Boston, MA (BOS)   Choose return
**2 stops**   Economy | 1hr 3min | Boeing 737 | View seats

**Change Airline.** Time between flights: 2hr 22min

**SWISS 53**
Depart: 5:55pm   Boston, MA (BOS)
Arrive: 8:15am   Zurich, Switzerland (ZRH)
Economy | 7hr 20min | Airbus A332

**Change planes.** Time between flights: 1hr 30min

**SWISS 254**
Depart: 9:45pm   Zurich, Switzerland (ZRH)
Arrive: 2:35pm   Tel Aviv Yafo, Israel (TLV)
Economy | 3hr 50min | Airbus A343

This is an overnight flight.

---

Select

**$1,748** + $78 taxes & fees = **$1,826** per person    *TLC* Part of OrbitzTLC

| | | | | |
|---|---|---|---|---|
| Leave | **Sun, Mar 26** | **Delta Air Lines 8985**<br>operated by El Al Israel -- LY 0027 | | Choose departure |
| | Depart: 12:05am<br>Arrive: 4:40am | Tel Aviv Yafo, Israel (TLV)<br>Newark, NJ (EWR) | | |
| | **Non-stop** | Economy   11hr 35min   Boeing 747   View seats | | |
| Return | **Fri, Mar 31** | **Delta Air Lines 1457** | | Choose return |
| | Depart: 12:35pm<br>Arrive: 3:07pm | Newark, NJ (EWR)<br>Atlanta, GA (ATL) | | |
| | **1 stop** | Economy   2hr 32min   Boeing Douglas MD-80   View seats | | |

Change planes. Time between flights: **7hr 38min**

**Delta Air Lines 152**
Depart: 10:45pm    Atlanta, GA (ATL)
Arrive: 6:25pm    Tel Aviv Yafo, Israel (TLV)

Economy   11hr 40min   Boeing 777   View seats
Total duration: 21hr 50min

This is an overnight flight.

---

Select

**$1,239** + $236 taxes & fees = **$1,475** per person    *TLC* Part of OrbitzTLC

| | | |
|---|---|---|
| Leave | **Sun, Mar 26** | **Alitalia 805** | Choose departure |
| | Depart: 4:35am<br>Arrive: 9:00am | Tel Aviv Yafo, Israel (TLV)<br>Milan, Italy (MXP) | |
| | **1 stop** | Economy   4hr 25min   Airbus A321 | |

Change planes. Time between flights: **6hr 15min**

**Alitalia 606**
Depart: 3:15pm    Milan, Italy (MXP)
Arrive: 4:55pm    Newark, NJ (EWR)

Economy   8hr 40min   Boeing 777
Total duration: 19hr 20min

| | | |
|---|---|---|
| Return | **Fri, Mar 31** | **Alitalia 645** | Choose return |
| | Depart: 4:10pm<br>Arrive: 7:30am | Newark, NJ (EWR)<br>Rome, Italy (FCO) | |
| | **1 stop** | Economy   8hr 20min   Boeing 767 | |

Change planes. Time between flights: **2hr 40min**

**Alitalia 810**
Depart: 10:10am    Rome, Italy (FCO)
Arrive: 2:25pm    Tel Aviv Yafo, Israel (TLV)

Economy   3hr 15min   Airbus A321
Total duration: 14hr 15min

This is an overnight flight.

---

**Select**

**$1,498** + $316 taxes & fees = **$1,814** per person

| | | | |
|---|---|---|---|
| Leave | **Sun, Mar 26** | **Lufthansa 691** | Choose departure |
| | Depart: 4:30am | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: 9:00am | Frankfurt, Germany (FRA) | |

**1 stop**    Economy | 4hr 30min | Airbus A332 | View seats

Change planes. Time between flights: **3hr 55min**

| | | |
|---|---|---|
| | Depart: 12:55pm | **Lufthansa 402** |
| | Arrive: 2:15pm | Frankfurt, Germany (FRA) |
| | | Newark, NJ (EWR) |

Economy | 8hr 20min | Boeing 747 | View seats
Total duration: 16hr 45min

| | | | |
|---|---|---|---|
| Return | **Fri, Mar 31** | **Continental Airlines 1128** | Choose return |
| | Depart: 1:30pm | Newark, NJ (EWR) | |
| | Arrive: 2:32pm | Boston, MA (BOS) | |

**2 stops**    Economy | 1hr 2min | Boeing 737 | View seats

Change Airline. Time between flights: **3hr 23min**

| | | |
|---|---|---|
| | Depart: 5:55pm | **SWISS 53** |
| | Arrive: 8:15am | Boston, MA (BOS) |
| | | Zurich, Switzerland (ZRH) |

Economy | 7hr 20min | Airbus A332

Change planes. Time between flights: **1hr 30min**

| | | |
|---|---|---|
| | Depart: 9:45am | **SWISS 254** |
| | Arrive: 2:35pm | Zurich, Switzerland (ZRH) |
| | | Tel Aviv Yafo, Israel (TLV) |

Economy | 3hr 50min | Airbus A343
Total duration: 17hr 5min

This is an overnight flight.

---

**Select**

**$1,744** + $84 taxes & fees = **$1,828** per person

| | | | |
|---|---|---|---|
| Leave | **Sun, Mar 26** | **Delta Air Lines 8985** | Choose departure |
| | | operated by El Al Israel -- LY 0027 | |
| | Depart: 12:05am | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: 4:40am | Newark, NJ (EWR) | |

**Non-stop**    Economy | 11hr 35min | Boeing 747 | View seats

| | | | |
|---|---|---|---|
| Return | **Fri, Mar 31** | **Delta Air Lines 8254** | Choose return |
| | | operated by Alitalia -- AZ 0607 | |
| | Depart: 9:35pm | Newark, NJ (EWR) | |
| | Arrive: 12:35pm | Milan, Italy (MXP) | |

**1 stop**    Economy | 8hr 0min | Boeing 767 | View seats

Change Airline. Time between flights: **10hr 20min**

| | | |
|---|---|---|
| | Depart: 10:55pm | **Alitalia 812** |
| | Arrive: 3:50am | Milan, Italy (MXP) |
| | | Tel Aviv Yafo, Israel (TLV) |

Economy | 3hr 55min | Airbus A321
Total duration: 22hr 15min

This flight arrives two days later.

---

**Select**

**$1,763** + $84 taxes & fees = **$1,847** per person

| | | | | | |
|---|---|---|---|---|---|
| Leave | **Sun, Mar 26** | **Continental Airlines 85** | | | Choose departure |
| | Depart: **11:15am** | Tel Aviv Yafo, Israel (TLV) | | | |
| | Arrive: **4:35pm** | Newark, NJ (EWR) | | | |
| | **Non-stop** | Economy \| 12hr 20min \| Boeing 777 \| View seats | | | |
| Return | **Fri, Mar 31** | **Continental Airlines 70** | | | Choose return |
| | Depart: **7:00pm** | Newark, NJ (EWR) | | | |
| | Arrive: **9:15am** | Amsterdam, Netherlands (AMS) | | | |
| | **1 stop** | Economy \| 7hr 15min \| Boeing 767 \| View seats | | | |

**Change Airline. Time between flights: 11hr 45min**

| | | |
|---|---|---|
| KLM | Depart: **9:00pm** | **KLM 461** |
| | Arrive: **2:25am** | Amsterdam, Netherlands (AMS) |
| | | Tel Aviv Yafo, Israel (TLV) |
| | | Economy \| 4hr 25min \| Boeing 737 |
| | | Total duration: 23hr 30min |

This flight arrives two days later.

---

Select

**$1,414** + $206 taxes & fees = **$1,620** per person    Part of OrbitzTLC

| | | | | | |
|---|---|---|---|---|---|
| Leave | **Sun, Mar 26** | **Air Canada 87** | | | Choose departure |
| | Depart: **12:50am** | Tel Aviv Yafo, Israel (TLV) | | | |
| | Arrive: **6:15am** | Toronto, Canada (YYZ) | | | |
| | **1 stop** | Economy \| 12hr 25min \| Boeing 767 \| View seats | | | |

**Change planes. Time between flights: 2hr 55min**

| | | |
|---|---|---|
| | | **Air Canada 8642** |
| | | **operated by AIR CANADA JAZZ** |
| | Depart: **9:10am** | Toronto, Canada (YYZ) |
| | Arrive: **10:43am** | Newark, NJ (EWR) |
| | | Economy \| 1hr 33min \| View seats |
| | | Total duration: 16hr 53min |

| | | | | | |
|---|---|---|---|---|---|
| Return | **Fri, Mar 31** | **Air Canada 769** | | | Choose return |
| | Depart: **3:20pm** | Newark, NJ (EWR) | | | |
| | Arrive: **4:58pm** | Toronto, Canada (YYZ) | | | |
| | **1 stop** | Economy \| 1hr 38min \| Embraer 175 \| View seats | | | |

**Change planes. Time between flights: 6hr 57min**

| | | |
|---|---|---|
| | Depart: **11:55pm** | **Air Canada 86** |
| | Arrive: **6:50pm** | Toronto, Canada (YYZ) |
| | | Tel Aviv Yafo, Israel (TLV) |
| | | Economy \| 10hr 55min \| Boeing 767 \| View seats |
| | | Total duration: 19hr 30min |

This is an overnight flight.

---

Select

**$1,763** + $85 taxes & fees = **$1,848** per person

| | | | | | |
|---|---|---|---|---|---|
| Leave | **Sun, Mar 26** | **Continental Airlines 85** | | | Choose departure |
| | Depart: **11:15am** | Tel Aviv Yafo, Israel (TLV) | | | |
| | Arrive: **4:35pm** | Newark, NJ (EWR) | | | |
| | **Non-stop** | Economy \| 12hr 20min \| Boeing 777 \| View seats | | | |
| Return | **Fri, Mar 31** | **Continental Airlines 50** | | | Choose return |
| | Depart: **7:25pm** | Newark, NJ (EWR) | | | |
| | Arrive: **10:15am** | Frankfurt, Germany (FRA) | | | |
| | **1 stop** | Economy \| 7hr 50min \| Boeing 767 \| View seats | | | |

**Change Airline. Time between flights: 12hr 30min**



**Lufthansa 690**
Depart: 10:45pm    Frankfurt, Germany (FRA)
Arrive: 3:40am    Tel Aviv Yafo, Israel (TLV)

Economy | 3hr 55min | Airbus A346 | View seats
Total duration: 24hr 15min

This flight arrives two days later.

---

Select

**$1,113** + $334 taxes & fees = **$1,447** per person        Part of OrbitzTLC

| Leave | **Sun, Mar 26** | **British Airways 164** | Choose departure |
| | Depart: 4:05pm | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: 8:30pm | London, United Kingdom (LHR) | |

**1 stop**    Economy | 5hr 25min | Boeing 777 | View seats

Change planes. Time between flights: **12hr 25min**

Depart: 8:55am    **British Airways 185**
Arrive: 10:30am    London, United Kingdom (LHR)
Newark, NJ (EWR)

Economy | 7hr 35min | Boeing 777 | View seats
Total duration: 25hr 25min

This is an overnight flight.

| Return | **Fri, Mar 31** | **British Airways 184** | Choose return |
| | Depart: 5:20pm | Newark, NJ (EWR) | |
| | Arrive: 6:20am | London, United Kingdom (LHR) | |

**1 stop**    Economy | 7hr 0min | Boeing 777 | View seats

Change planes. Time between flights: **2hr 30min**

Depart: 8:50am    **British Airways 165**
Arrive: 3:35pm    London, United Kingdom (LHR)
Tel Aviv Yafo, Israel (TLV)

Economy | 4hr 45min | Boeing 777 | View seats
Total duration: 14hr 15min

This is an overnight flight.

---

Select

**$946** + $332 taxes & fees = **$1,278** per person        Part of OrbitzTLC

| Leave | **Sun, Mar 26** | **British Airways 164** | Choose departure |
| | Depart: 4:05pm | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: 8:30pm | London, United Kingdom (LHR) | |

**1 stop**    Economy | 5hr 25min | Boeing 777 | View seats

Change planes. Time between flights: **12hr 25min**

Depart: 8:55am    **British Airways 185**
Arrive: 10:30am    London, United Kingdom (LHR)
Newark, NJ (EWR)

Economy | 7hr 35min | Boeing 777 | View seats
Total duration: 25hr 25min

This is an overnight flight.

| Return | **Fri, Mar 31** | **British Airways 186** | Choose return |
| | Depart: 7:00am | Newark, NJ (EWR) | |
| | Arrive: 8:05pm | London, United Kingdom (LHR) | |

**1 stop**    Economy | 7hr 5min | Boeing 767 | View seats

Change planes. Time between flights: **2hr 25min**

British Airways 163
Depart:  10:30pm  London, United Kingdom (LHR)
Arrive:  5:25am  Tel Aviv Yafo, Israel (TLV)

Economy | 4hr 55min | Boeing 767 | View seats
Total duration: 14hr 25min

This is an overnight flight.

---

Select

$1,414 + $206 taxes & fees = $1,620 per person          TLC    Part of OrbitzTLC

Leave   Sun, Mar 26   Air Canada 87                                         Choose
        Depart:  12:50am  Tel Aviv Yafo, Israel (TLV)                       departure
        Arrive:  6:15am   Toronto, Canada (YYZ)
        1 stop          Economy | 12hr 25min | Boeing 767 | View seats
        Change planes. Time between flights: 2hr 55min

                        Air Canada 8642
                        operated by AIR CANADA JAZZ
        Depart:  9:10am   Toronto, Canada (YYZ)
        Arrive:  10:43am  Newark, NJ (EWR)
                        Economy | 1hr 33min | View seats
                        Total duration: 16hr 53min

Return  Fri, Mar 31   Air Canada 8641                                       Choose
                        operated by AIR CANADA JAZZ                          return
        Depart:  11:20am  Newark, NJ (EWR)
        Arrive:  12:58pm  Toronto, Canada (YYZ)
        1 stop          Economy | 1hr 38min | Canadair | View seats
        Change planes. Time between flights: 10hr 57min

                        Air Canada 86
        Depart:  11:55pm  Toronto, Canada (YYZ)
        Arrive:  6:50pm   Tel Aviv Yafo, Israel (TLV)
                        Economy | 10hr 55min | Boeing 767 | View seats
                        Total duration: 23hr 30min

        This is an overnight flight.

---

Select

$1,300 + $152 taxes & fees = $1,452 per person

Leave   Sun, Mar 26   Air France 2221                                       Choose
        Depart:  7:15am   Tel Aviv Yafo, Israel (TLV)                       departure
        Arrive:  12:20pm  Paris, France (CDG)
        1 stop          Economy | 5hr 5min | Airbus A320 | View seats
        Change planes. Time between flights: 0hr 55min

                        Air France 18
        Depart:  1:15pm   Paris, France (CDG)
        Arrive:  2:35pm   Newark, NJ (EWR)
                        Economy | 8hr 20min | Airbus A343 | View seats
                        Total duration: 14hr 20min

Return  Fri, Mar 31   KLM 658                                               Choose
        Depart:  3:30pm   Newark, NJ (EWR)                                   return
        Arrive:  6:00am   Amsterdam, Netherlands (AMS)
        1 stop          Economy | 7hr 30min | Airbus A332
        Change planes. Time between flights: 15hr 0min

                        KLM 461
        Depart:  9:00pm   Amsterdam, Netherlands (AMS)

---

KLM

| | Arrive: | **2:25am** | Tel Aviv Yafo, Israel (TLV) |

Economy | 4hr 25min | Boeing 737
Total duration: 26hr 55min

This flight arrives two days later.

---

Select

**$1,506** + $213 taxes & fees = **$1,719** per person

| Leave | **Sun, Mar 26** | | **Lufthansa 691** | Choose departure |
| | Depart: | **4:30am** | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: | **9:00am** | Frankfurt, Germany (FRA) | |

**2 stops** | Economy | 4hr 30min | Airbus A332 | View seats

**Change Airline. Time between flights: 1hr 0min**

| | | | **Air Canada 875** |
| | Depart: | **10:00am** | Frankfurt, Germany (FRA) |
| | Arrive: | **11:15am** | Montreal, Canada (YUL) |

Economy | 8hr 15min | Airbus A333 | View seats

**Change planes. Time between flights: 2hr 45min**

| | | | **Air Canada 8534** |
| | | | operated by AIR CANADA JAZZ |
| | Depart: | **2:00pm** | Montreal, Canada (YUL) |
| | Arrive: | **3:28pm** | Newark, NJ (EWR) |

Economy | 1hr 28min | Canadair | View seats
Total duration: 17hr 58min

| Return | **Fri, Mar 31** | | **Air Canada 8641** | Choose return |
| | | | operated by AIR CANADA JAZZ | |
| | Depart: | **11:20am** | Newark, NJ (EWR) | |
| | Arrive: | **12:58pm** | Toronto, Canada (YYZ) | |

**1 stop** | Economy | 1hr 38min | Canadair | View seats

**Change planes. Time between flights: 10hr 57min**

| | | | **Air Canada 86** |
| | Depart: | **11:55pm** | Toronto, Canada (YYZ) |
| | Arrive: | **6:50pm** | Tel Aviv Yafo, Israel (TLV) |

Economy | 10hr 55min | Boeing 767 | View seats
Total duration: 23hr 30min

This is an overnight flight.

---

Select

**$1,239** + $236 taxes & fees = **$1,475** per person    TLC  Part of OrbitzTLC

| Leave | **Sun, Mar 26** | | **Alitalia 805** | Choose departure |
| | Depart: | **4:35am** | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: | **9:00am** | Milan, Italy (MXP) | |

**1 stop** | Economy | 4hr 25min | Airbus A321

**Change planes. Time between flights: 6hr 15min**

| | | | **Alitalia 606** |
| | Depart: | **3:15pm** | Milan, Italy (MXP) |
| | Arrive: | **4:55pm** | Newark, NJ (EWR) |

Economy | 8hr 40min | Boeing 777
Total duration: 19hr 20min

| Return | **Fri, Mar 31** | | **Alitalia 607** | Choose return |
| | Depart: | **9:35pm** | Newark, NJ (EWR) | |
| | Arrive: | **12:35pm** | Milan, Italy (MXP) | |

|  | 1 stop | Economy | 8hr 0min | Boeing 767 |
|--|--------|---------|----------|------------|

**Change planes.** Time between flights: **10hr 20min**

**Alitalia 812**
Depart: 10:55pm    Milan, Italy (MXP}
Arrive: 3:50am    Tel Aviv Yafo, Israel (TLV)

Economy : 3hr 55min : Airbus A321
Total duration: 22hr 15min

This flight arrives two days later.

---

Select

**$1,458** + $341 taxes & fees = **$1,799** per person

**Leave**    **Sun, Mar 26**    **British Airways 164**    Choose
Depart: 4:05pm    Tel Aviv Yafo, Israel (TLV)    departure
Arrive: 8:30pm    London, United Kingdom (LHR)

1 stop    Economy : 5hr 25min : Boeing 777 : View seats

**Change planes.** Time between flights: **12hr 25min**

**British Airways 185**
Depart: 8:55am    London, United Kingdom (LHR)
Arrive: 10:30am    Newark, NJ (EWR)

Economy : 7hr 35min : Boeing 777 : View seats
Total duration: 25hr 25min

This is an overnight flight.

**Return**    **Fri, Mar 31**    **Continental Airlines 2224**    Choose
operated by EXPRESSJET AIRLINES INC DBA CO EXPRESS    return
Depart: 3:20pm    Newark, NJ (EWR)
Arrive: 4:34pm    Philadelphia, PA (PHL)

2 stops    Economy : 1hr 14min : Embraer RJ135-145 : View
seats

**Change Airline.** Time between flights: **1hr 21min**

**British Airways 66**
Depart: 5:55pm    Philadelphia, PA (PHL)
Arrive: 7:05pm    London, United Kingdom (LHR)

Economy : 7hr 10min : Boeing 777 : View seats

**Change planes.** Time between flights: **1hr 45min**

**British Airways 165**
Depart: 8:50am    London, United Kingdom (LHR)
Arrive: 3:35pm    Tel Aviv Yafo, Israel (TLV)

Economy : 4hr 45min : Boeing 777 : View seats
Total duration: 16hr 15min

This is an overnight flight.

---

Select

**$1,300** + $159 taxes & fees = **$1,459** per person

**Leave**    **Sun, Mar 26**    **Air France 2221**    Choose
Depart: 7:15am    Tel Aviv Yafo, Israel (TLV)    departure
Arrive: 12:20pm    Paris, France (CDG)

2 stops    Economy : 5hr 5min : Airbus A320 : View seats

**Change planes.** Time between flights: **0hr 55min**

**Air France 366**



|  | Depart: **1:15pm** Arrive: **2:35pm** | Paris, France (CDG) Philadelphia, PA (PHL) |  |  |
|---|---|---|---|---|
|  |  | Economy ┊ 8hr 20min ┊ Airbus A343 ┊ View seats |  |  |
|  | **Change Airline.** Time between flights: **2hr 35min** |  |  |  |
|  |  | **Continental Airlines 2344** operated by EXPRESSJET AIRLINES INC DBA CO EXPRESS |  |  |
|  | Depart: **5:10pm** Arrive: **6:10pm** | Philadelphia, PA (PHL) Newark, NJ (EWR) |  |  |
|  |  | Economy ┊ 1hr 0min ┊ Embraer RJ135-145 ┊ View seats Total duration: 17hr 55min |  |  |
| Return | **Fri, Mar 31** | **KLM 658** | Choose return |  |
| KLM | Depart: **3:30pm** Arrive: **6:00am** | Newark, NJ (EWR) Amsterdam, Netherlands (AMS) |  |  |
|  | **1 stop** | Economy ┊ 7hr 30min ┊ Airbus A332 |  |  |
|  | **Change planes.** Time between flights: **15hr 0min** |  |  |  |
|  |  | **KLM 461** |  |  |
| KLM | Depart: **9:00pm** Arrive: **2:25am** | Amsterdam, Netherlands (AMS) Tel Aviv Yafo, Israel (TLV) |  |  |
|  |  | Economy ┊ 4hr 25min ┊ Boeing 737 Total duration: 26hr 55min |  |  |
|  | This flight arrives two days later. |  |  |  |

---

| Select |  | **$999** + $358 taxes & fees = **$1,357** per person | TLC Part of OrbitzTLC |
|---|---|---|---|
| Leave | **Sun, Mar 26** | **Lufthansa 687** | Choose departure |
|  | Depart: **3:30pm** Arrive: **7:45pm** | Tel Aviv Yafo, Israel (TLV) Frankfurt, Germany (FRA) |  |
|  | **1 stop** | Economy ┊ 4hr 15min ┊ Boeing 747 ┊ View seats |  |
|  | **Change planes.** Time between flights: **41hr 10min** |  |  |
|  |  | **Lufthansa 402** |  |
|  | Depart: **12:55pm** Arrive: **2:15pm** | Frankfurt, Germany (FRA) Newark, NJ (EWR) |  |
|  |  | Economy ┊ 8hr 20min ┊ Boeing 747 ┊ View seats Total duration: 53hr 45min |  |
|  | This flight arrives two days later. |  |  |
| Return | **Fri, Mar 31** | **Lufthansa 403** | Choose return |
|  | Depart: **4:15pm** Arrive: **6:30am** | Newark, NJ (EWR) Frankfurt, Germany (FRA) |  |
|  | **1 stop** | Economy ┊ 7hr 15min ┊ Boeing 747 ┊ View seats |  |
|  | **Change planes.** Time between flights: **3hr 25min** |  |  |
|  |  | **Lufthansa 686** |  |
|  | Depart: **9:55am** Arrive: **2:40pm** | Frankfurt, Germany (FRA) Tel Aviv Yafo, Israel (TLV) |  |
|  |  | Economy ┊ 3hr 45min ┊ Boeing 747 ┊ View seats Total duration: 14hr 25min |  |
|  | This is an overnight flight. |  |  |

---

| Select |  | **$1,287** + $365 taxes & fees = **$1,652** per person |  |
|---|---|---|---|
| Leave | **Sun, Mar 26** | **Lufthansa 687** | Choose |



| | | | |
|---|---|---|---|
| | Depart: | **3:30pm** | Tel Aviv Yafo, Israel (TLV) |
| | Arrive: | **7:45pm** | Frankfurt, Germany (FRA) |
| | **1 stop** | | Economy | 4hr 15min | Boeing 747 | View seats |

*departure*

**Change planes.** Time between flights: **41hr 10min**

**Lufthansa 402**
Depart: **12:55pm** Frankfurt, Germany (FRA)
Arrive: **2:15pm** Newark, NJ (EWR)
Economy | 8hr 20min | Boeing 747 | View seats
Total duration: 53hr 45min

This flight arrives two days later.

**Return**   **Fri, Mar 31**   **Continental Airlines 1277**
operated by EXPRESSJET AIRLINES INC DBA CO EXPRESS
Depart: **3:00pm** Newark, NJ (EWR)
Arrive: **4:24pm** Washington, DC (IAD)
**2 stops**   Economy | 1hr 24min | Embraer RJ135-145 | View seats

*Choose return*

**Change Airline.** Time between flights: **0hr 53min**

**Lufthansa 9051**
operated by United Airlines – UA 0916
Depart: **5:17pm** Washington, DC (IAD)
Arrive: **8:10am** Frankfurt, Germany (FRA)
Economy | 7hr 53min | Boeing 747 | View seats

**Change planes.** Time between flights: **1hr 45min**

**Lufthansa 686**
Depart: **9:55am** Frankfurt, Germany (FRA)
Arrive: **2:40pm** Tel Aviv Yafo, Israel (TLV)
Economy | 3hr 45min | Boeing 747 | View seats
Total duration: 15hr 40min

This is an overnight flight.

---

**Select**
**$999** + **$365** taxes & fees = **$1,364** per person

**Leave**   **Sun, Mar 26**   **Lufthansa 687**
Depart: **3:30pm** Tel Aviv Yafo, Israel (TLV)
Arrive: **7:45pm** Frankfurt, Germany (FRA)
**1 stop**   Economy | 4hr 15min | Boeing 747 | View seats

*Choose departure*

**Change planes.** Time between flights: **41hr 10min**

**Lufthansa 402**
Depart: **12:55pm** Frankfurt, Germany (FRA)
Arrive: **2:15pm** Newark, NJ (EWR)
Economy | 8hr 20min | Boeing 747 | View seats
Total duration: 53hr 45min

This flight arrives two days later.

**Return**   **Fri, Mar 31**   **United Airlines 7134**
operated by UNITED EXPRESS/MESA AIRLINES
Depart: **2:45pm** Newark, NJ (EWR)
Arrive: **4:04pm** Washington, DC (IAD)
**2 stops**   Economy | 1hr 19min | Embraer RJ145 | View seats

*Choose return*

**Change Airline.** Time between flights: **1hr 6min**

**Lufthansa 419**
Depart: **5:10pm** Washington, DC (IAD)
Arrive: **7:55am** Frankfurt, Germany (FRA)
Economy | 7hr 45min | Boeing 747 | View seats

**Change planes.** Time between flights: **2hr 0min**

**Lufthansa 686**

| Depart: | 9:55am | Frankfurt, Germany (FRA) |
| Arrive: | 2:40pm | Tel Aviv Yafo, Israel (TLV) |

Economy   3hr 45min   Boeing 747   <u>View seats</u>
Total duration: 15hr 55min

This is an overnight flight.

---

Select

**$999** + $365 taxes & fees = **$1,364** per person

**Leave**   **Sun, Mar 26**    **Lufthansa 687**     <u>Choose departure</u>

| Depart: | 3:30pm | Tel Aviv Yafo, Israel (TLV) |
| Arrive: | 7:45pm | Frankfurt, Germany (FRA) |

**1 stop**    Economy   4hr 15min   Boeing 747   <u>View seats</u>

**Change planes.** Time between flights: **41hr 10min**

**Lufthansa 402**

| Depart: | 12:55pm | Frankfurt, Germany (FRA) |
| Arrive: | 2:15pm | Newark, NJ (EWR) |

Economy   8hr 20min   Boeing 747   <u>View seats</u>
Total duration: 53hr 45min

This flight arrives two days later.

**Return**   **Fri, Mar 31**    **United Airlines 7134**     <u>Choose return</u>
operated by UNITED EXPRESS/MESA AIRLINES

| Depart: | 2:45pm | Newark, NJ (EWR) |
| Arrive: | 4:04pm | Washington, DC (IAD) |

**2 stops**    Economy   1hr 19min   Embraer RJ145   <u>View seats</u>

**Change Airline.** Time between flights: **1hr 13min**

**Lufthansa 9051**
operated by United Airlines – UA 0916

| Depart: | 5:17pm | Washington, DC (IAD) |
| Arrive: | 8:10am | Frankfurt, Germany (FRA) |

Economy   7hr 53min   Boeing 747   <u>View seats</u>

**Change planes.** Time between flights: **1hr 45min**

**Lufthansa 686**

| Depart: | 9:55am | Frankfurt, Germany (FRA) |
| Arrive: | 2:40pm | Tel Aviv Yafo, Israel (TLV) |

Economy   3hr 45min   Boeing 747   <u>View seats</u>
Total duration: 15hr 55min

This is an overnight flight.

---

Select

**$1,323** + $326 taxes & fees = **$1,649** per person

**Leave**   **Sun, Mar 26**    **Lufthansa 687**     <u>Choose departure</u>

| Depart: | 3:30pm | Tel Aviv Yafo, Israel (TLV) |
| Arrive: | 7:45pm | Frankfurt, Germany (FRA) |

**1 stop**    Economy   4hr 15min   Boeing 747   <u>View seats</u>

**Change planes.** Time between flights: **41hr 10min**

**Lufthansa 402**

| Depart: | 12:55pm | Frankfurt, Germany (FRA) |
| Arrive: | 2:15pm | Newark, NJ (EWR) |

Economy   8hr 20min   Boeing 747   <u>View seats</u>

This flight arrives two days later.

| | | | | | |
|---|---|---|---|---|---|
| Return | **Fri, Mar 31**<br>Depart: 2:30pm<br>Arrive: 3:33pm | **Continental Airlines 1132**<br>Newark, NJ (EWR)<br>Boston, MA (BOS) | | | Choose<br>return |

**2 stops**    Economy  |  1hr 3min  |  Boeing 737  |  <u>View seats</u>

**Change Airline. Time between flights: 2hr 22min**

| | | | |
|---|---|---|---|
| | **SWISS 53**<br>Depart: 5:55pm<br>Arrive: 8:15am | Boston, MA (BOS)<br>Zurich, Switzerland (ZRH) | |

Economy  |  7hr 20min  |  Airbus A332

**Change planes. Time between flights: 1hr 30min**

| | | | |
|---|---|---|---|
| | **SWISS 254**<br>Depart: 9:45am<br>Arrive: 2:35pm | Zurich, Switzerland (ZRH)<br>Tel Aviv Yafo, Israel (TLV) | |

Economy  |  3hr 50min  |  Airbus A343<br>Total duration: 16hr 5min

This is an overnight flight.

---

Select

**$1,323** + $326 taxes & fees = **$1,649** per person

| | | | | | |
|---|---|---|---|---|---|
| Leave | **Sun, Mar 26**<br>Depart: 3:30pm<br>Arrive: 7:45pm | **Lufthansa 687**<br>Tel Aviv Yafo, Israel (TLV)<br>Frankfurt, Germany (FRA) | | | Choose<br>departure |

**1 stop**    Economy  |  4hr 15min  |  Boeing 747  |  <u>View seats</u>

**Change planes. Time between flights: 41hr 10min**

| | | | |
|---|---|---|---|
| | **Lufthansa 402**<br>Depart: 12:55pm<br>Arrive: 2:15pm | Frankfurt, Germany (FRA)<br>Newark, NJ (EWR) | |

Economy  |  8hr 20min  |  Boeing 747  |  <u>View seats</u><br>Total duration: 53hr 45min

This flight arrives two days later.

| | | | | | |
|---|---|---|---|---|---|
| Return | **Fri, Mar 31**<br>Depart: 1:30pm<br>Arrive: 2:32pm | **Continental Airlines 1128**<br>Newark, NJ (EWR)<br>Boston, MA (BOS) | | | Choose<br>return |

**2 stops**    Economy  |  1hr 2min  |  Boeing 737  |  <u>View seats</u>

**Change Airline. Time between flights: 3hr 23min**

| | | | |
|---|---|---|---|
| | **SWISS 53**<br>Depart: 5:55pm<br>Arrive: 8:15am | Boston, MA (BOS)<br>Zurich, Switzerland (ZRH) | |

Economy  |  7hr 20min  |  Airbus A332

**Change planes. Time between flights: 1hr 30min**

| | | | |
|---|---|---|---|
| | **SWISS 254**<br>Depart: 9:45am<br>Arrive: 2:35pm | Zurich, Switzerland (ZRH)<br>Tel Aviv Yafo, Israel (TLV) | |

Economy  |  3hr 50min  |  Airbus A343<br>Total duration: 17hr 5min

This is an overnight flight.

---

<u>My Trips</u> | <u>My Account</u> | <u>Flight status</u> | <u>Site map</u> | <u>Contact Us</u> | <u>Site feedback</u> | <u>About Orbitz</u> | <u>Corporate Travel Solutions</u> | <u>Advertise</u>

http://www.orbitz.com/App/ViewFlightSearchResults?z=c9dd&r=x4      3/6/2006

**Didn't find the right combination of flights in one itinerary?**
Build your own itinerary. Start by choosing an outbound or return flight above.

See all 112 flights                                       Return to top

on Orbitz
Become an affiliate | Careers | Media | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights
Flights | Hotels | Car Rental | Vacation Packages | Travel Deals | Travel Guides | Cruises          Add
Orbitz RSS feeds 

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2006, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; **Nevada 2003-0387**; Washington 602-102-724



#1 BEST IN BUSINESS TRAVEL
2005   2004   2003
Business Traveler Magazine



"Highest Customer Satisfaction
For Independent Travel
Web Sites – Hotels"

**EXHIBIT I**



Search Resumes on Monster
Find Employees Now
monster

 

Deeper Discounts    Below-published fares, even last minute. Be flexible, save more.

**My Search**



**Flight + Hotel deals for Philadelphia**

**Find flights by:**

| | |  Continental Airlines |  Multiple Carriers |  US Airways |  Lufthansa | British Airways |  Air France |
|---|---|---|---|---|---|---|---|
| **Airline** | | | | | | | |
| **Stops** | **Price** | | | | | | |
| Non-stop | | | | | | | |
| 1 stop | | $1,024 total $1,106 | $1,109 total $1,219 | $1,109 total $1,219 | $999 total $1,349 | $1,133 total $1,469 | $1,432 total $1,541 |
| 2+ stops | | $1,107 total $1,201 | $1,107 total $1,201 | $1,759 total $1,860 | $999 total $1,356 | $1,655 total $1,998 | $1,432 total $1,549 |

Fares are per person in US dollars, using e-tickets. Total fare includes all taxes and fees.
Some itineraries require paper tickets with an additional charge. Changes after purchase are subject to change fees.

Sort flights by:    Lowest price    Departure time    Shortest flight

Showing **lowest priced flights** (45 flights out of 164 total)    See all 164 flights

---

Select    **$1,432** + $109 taxes & fees = **$1,541** per person    Part of OrbitzTLC

| Leave | Sun, Mar 26 | Air France 2221 | Choose departure |
|---|---|---|---|
| | Depart: 7:15am | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: 12:20pm | Paris, France (CDG) | |

1 stop    Economy | 5hr 5min | Airbus A320 | View seats

Change planes. Time between flights: 0hr 55min

| | Depart: 1:15pm | Air France 366 | |
| | Arrive: 2:35pm | Paris, France (CDG) | |
| | | Philadelphia, PA (PHL) | |

Economy | 8hr 20min | Airbus A343 | View seats
Total duration: 14hr 20min

| Return | Fri, Mar 31 | Air France 365 | Choose return |
|---|---|---|---|
| | Depart: 6:15am | Philadelphia, PA (PHL) | |
| | Arrive: 8:45am | Paris, France (CDG) | |

1 stop    Economy | 7hr 30min | Airbus A343 | View seats

Change planes. Time between flights: 1hr 45min

| | Depart: 10:30am | Air France 1620 | |
| | Arrive: 4:00pm | Paris, France (CDG) | |
| | | Tel Aviv Yafo, Israel (TLV) | |

Economy | 4hr 30min | Airbus A320 | View seats
Total duration: 13hr 45min

This is an overnight flight.

---

Select    **$1,659** + $71 taxes & fees = **$1,730** per person

| | | | | |
|---|---|---|---|---|
| Leave | **Sun, Mar 26**<br>Depart:   **11:15am**<br>Arrive:   **4:35pm** | **Continental Airlines 85**<br>Tel Aviv Yafo, Israel (TLV)<br>Newark, NJ (EWR) | | Choose<br>departure |
| | **1 stop** | Economy  │  12hr 20min  │  Boeing 777  │  View seats | | |

    **Connect to train. Time for connection: 1hr 52min**

| | | | | |
|---|---|---|---|---|
| | Depart:   **6:27pm**<br>Arrive:   **7:27pm** | **Continental Airlines 9408**<br>operated by **AMTRAK TRAIN 135**<br>Newark, NJ (EWR)<br>Philadelphia, PA (ZFV) | | |
| | | Economy  │  1hr 0min  │  Train  │  View seats<br>Total duration: 15hr 12min | | |
| Return | **Fri, Mar 31**<br>Depart:   **1:16pm**<br>Arrive:   **2:16pm** | **Continental Airlines 9454**<br>operated by **AMTRAK TRAIN 648**<br>Philadelphia, PA (ZFV)<br>Newark, NJ (EWR) | | Choose<br>return |
| | **1 stop** | Economy  │  1hr 0min  │  Train  │  View seats | | |

    **Connect from train. Time for connection: 1hr 34min**

| | | | | |
|---|---|---|---|---|
| | Depart:   **3:50pm**<br>Arrive:   **10:15am** | **Continental Airlines 84**<br>Newark, NJ (EWR)<br>Tel Aviv Yafo, Israel (TLV) | | |
| | | Economy  │  10hr 25min  │  Boeing 777  │  View seats<br>Total duration: 12hr 59min | | |

    This is an overnight flight.

---

Select      **$1,758** + $71 taxes & fees = **$1,829** per person      Part of OrbitzTLC

| | | | | |
|---|---|---|---|---|
| Leave | **Sun, Mar 26**<br>Depart:   **11:15am**<br>Arrive:   **4:35pm** | **Continental Airlines 85**<br>Tel Aviv Yafo, Israel (TLV)<br>Newark, NJ (EWR) | | Choose<br>departure |
| | **1 stop** | Economy  │  12hr 20min  │  Boeing 777  │  View seats | | |

    **Connect to train. Time for connection: 1hr 52min**

| | | | | |
|---|---|---|---|---|
| | Depart:   **6:27pm**<br>Arrive:   **7:27pm** | **Continental Airlines 9408**<br>operated by **AMTRAK TRAIN 135**<br>Newark, NJ (EWR)<br>Philadelphia, PA (ZFV) | | |
| | | Economy  │  1hr 0min  │  Train  │  View seats<br>Total duration: 15hr 12min | | |
| Return | **Fri, Mar 31**<br>Depart:   **7:57pm**<br>Arrive:   **9:02pm** | **Continental Airlines 9446**<br>operated by **AMTRAK TRAIN 138**<br>Philadelphia, PA (ZFV)<br>Newark, NJ (EWR) | | Choose<br>return |
| | **1 stop** | Economy  │  1hr 5min  │  Train  │  View seats | | |

    **Connect from train. Time for connection: 1hr 48min**

| | | | | |
|---|---|---|---|---|
| | Depart:   **10:50pm**<br>Arrive:   **5:05pm** | **Continental Airlines 90**<br>Newark, NJ (EWR)<br>Tel Aviv Yafo, Israel (TLV) | | |
| | | Economy  │  10hr 15min  │  Boeing 777  │  View seats<br>Total duration: 13hr 8min | | |

    This is an overnight flight.

| | | | |
|---|---|---|---|
| **Select** | | **$1,758** + $71 taxes & fees = $1,829 per person | *TLC* Part of OrbitzTLC |

| | | | |
|---|---|---|---|
| Leave | **Sun, Mar 26** | **Continental Airlines 85** | Choose departure |
| | Depart: **11:15am** | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: **4:35pm** | Newark, NJ (EWR) | |
| | **1 stop** | Economy ┊ 12hr 20min ┊ Boeing 777 ┊ View seats | |

Connect to train. Time for connection: **1hr 52min**

| | | |
|---|---|---|
| | **Continental Airlines 9408** | |
| | **operated by AMTRAK TRAIN 135** | |
| Depart: **6:27pm** | Newark, NJ (EWR) | |
| Arrive: **7:27pm** | Philadelphia, PA (ZFV) | |
| | Economy ┊ 1hr 0min ┊ Train ┊ View seats | |
| | Total duration: 15hr 12min | |

| | | | |
|---|---|---|---|
| Return | **Fri, Mar 31** | **Continental Airlines 9402** | Choose return |
| | | **operated by AMTRAK TRAIN 136** | |
| | Depart: **7:02pm** | Philadelphia, PA (ZFV) | |
| | Arrive: **8:15pm** | Newark, NJ (EWR) | |
| | **1 stop** | Economy ┊ 1hr 13min ┊ Train ┊ View seats | |

Connect from train. Time for connection: **2hr 35min**

| | | |
|---|---|---|
| | **Continental Airlines 90** | |
| Depart: **10:50pm** | Newark, NJ (EWR) | |
| Arrive: **5:05pm** | Tel Aviv Yafo, Israel (TLV) | |
| | Economy ┊ 10hr 15min ┊ Boeing 777 ┊ View seats | |
| | Total duration: 14hr 3min | |

This is an overnight flight.

---

| | | | |
|---|---|---|---|
| **Select** | | **$1,659** + $71 taxes & fees = $1,730 per person | *TLC* Part of OrbitzTLC |

| | | | |
|---|---|---|---|
| Leave | **Sun, Mar 26** | **Continental Airlines 85** | Choose departure |
| | Depart: **11:15am** | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: **4:35pm** | Newark, NJ (EWR) | |
| | **1 stop** | Economy ┊ 12hr 20min ┊ Boeing 777 ┊ View seats | |

Connect to train. Time for connection: **3hr 2min**

| | | |
|---|---|---|
| | **Continental Airlines 9485** | |
| | **operated by AMTRAK TRAIN 657** | |
| Depart: **7:37pm** | Newark, NJ (EWR) | |
| Arrive: **8:39pm** | Philadelphia, PA (ZFV) | |
| | Economy ┊ 1hr 2min ┊ Train ┊ View seats | |
| | Total duration: 16hr 24min | |

| | | | |
|---|---|---|---|
| Return | **Fri, Mar 31** | **Continental Airlines 9454** | Choose return |
| | | **operated by AMTRAK TRAIN 648** | |
| | Depart: **1:16pm** | Philadelphia, PA (ZFV) | |
| | Arrive: **2:16pm** | Newark, NJ (EWR) | |
| | **1 stop** | Economy ┊ 1hr 0min ┊ Train ┊ View seats | |

Connect from train. Time for connection: **1hr 34min**

| | | |
|---|---|---|
| | **Continental Airlines 84** | |
| Depart: **3:50pm** | Newark, NJ (EWR) | |
| Arrive: **10:15am** | Tel Aviv Yafo, Israel (TLV) | |
| | Economy ┊ 10hr 25min ┊ Boeing 777 ┊ View seats | |
| | Total duration: 12hr 59min | |

This is an overnight flight.

Select    **$1,758** + $71 taxes & fees = **$1,829** per person    *Orbitz TLC* Part of OrbitzTLC

| | | |
|---|---|---|
| Leave | **Sun, Mar 26** | **Continental Airlines 85** | Choose departure |
| | Depart: 11:15am | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: 4:35pm | Newark, NJ (EWR) | |
| | **1 stop** | Economy ¦ 12hr 20min ¦ Boeing 777 ¦ View seats | |

Connect to train. Time for connection: **3hr 2min**

**Continental Airlines 9485**
**operated by AMTRAK TRAIN 657**
Depart: 7:37pm    Newark, NJ (EWR)
Arrive: 8:39pm    Philadelphia, PA (ZFV)
Economy ¦ 1hr 2min ¦ Train ¦ View seats
Total duration: 16hr 24min

Return    **Fri, Mar 31**    **Continental Airlines 9446**    Choose return
**operated by AMTRAK TRAIN 138**
Depart: 7:57pm    Philadelphia, PA (ZFV)
Arrive: 9:02pm    Newark, NJ (EWR)
**1 stop**    Economy ¦ 1hr 5min ¦ Train ¦ View seats

Connect from train. Time for connection: **1hr 48min**

**Continental Airlines 90**
Depart: 10:50pm    Newark, NJ (EWR)
Arrive: 5:05pm    Tel Aviv Yafo, Israel (TLV)
Economy ¦ 10hr 15min ¦ Boeing 777 ¦ View seats
Total duration: 13hr 8min

This is an overnight flight.

---

Select    **$1,758** + $71 taxes & fees = **$1,829** per person    *Orbitz TLC* Part of OrbitzTLC

Leave    **Sun, Mar 26**    **Continental Airlines 91**    Choose departure
Depart: 11:45pm    Tel Aviv Yafo, Israel (TLV)
Arrive: 4:45am    Newark, NJ (EWR)
**1 stop**    Economy ¦ 12hr 0min ¦ Boeing 777 ¦ View seats

Connect to train. Time for connection: **3hr 47min**

**Continental Airlines 9415**
**operated by AMTRAK TRAIN 185**
Depart: 8:32am    Newark, NJ (EWR)
Arrive: 9:32am    Philadelphia, PA (ZFV)
Economy ¦ 1hr 0min ¦ Train ¦ View seats
Total duration: 16hr 47min

This is an overnight flight.

Return    **Fri, Mar 31**    **Continental Airlines 9454**    Choose return
**operated by AMTRAK TRAIN 648**
Depart: 1:16pm    Philadelphia, PA (ZFV)
Arrive: 2:16pm    Newark, NJ (EWR)
**1 stop**    Economy ¦ 1hr 0min ¦ Train ¦ View seats

Connect from train. Time for connection: **1hr 34min**

**Continental Airlines 84**
Depart: 3:50pm    Newark, NJ (EWR)
Arrive: 10:15am    Tel Aviv Yafo, Israel (TLV)
Economy ¦ 10hr 25min ¦ Boeing 777 ¦ View seats
Total duration: 12hr 59min

This is an overnight flight.

My Trips | My Account | Flight status | Site map | Contact Us | Site feedback | About Orbitz | Corporate Travel Solutions | Advertise

http://www.orbitz.com/App/ViewFlightSearchResults?z=2d26&r=27u    3/6/2006



Select

**$1,294** + $348 taxes & fees = **$1,642** per person

Leave **Sun, Mar 26**    **Lufthansa 691**                    Choose
Depart:  4:30am    Tel Aviv Yafo, Israel (TLV)    departure
Arrive:  9:00am    Frankfurt, Germany (FRA)

**2 stops**    Economy | 4hr 30min | Airbus A332 | View seats

Change planes. Time between flights: **1hr 15min**

**Lufthansa 422**
Depart:  10:15am    Frankfurt, Germany (FRA)
Arrive:  11:00am    Boston, MA (BOS)

Economy | 7hr 45min | Boeing 747 | View seats

Change Airline. Time between flights: **1hr 30min**

**US Airways 3249**
operated by US Airways Express - Chautauqua Airlines
Depart:  12:30pm    Boston, MA (BOS)
Arrive:  1:58pm    Philadelphia, PA (PHL)

Economy | 1hr 28min | Embraer RJ135-145 | View seats
Total duration: 16hr 28min

Return **Fri, Mar 31**    **Lufthansa 427**                    Choose
Depart:  5:20pm    Philadelphia, PA (PHL)    return
Arrive:  7:55am    Frankfurt, Germany (FRA)

**1 stop**    Economy | 7hr 35min | Boeing 747 | View seats

Change planes. Time between flights: **2hr 0min**

**Lufthansa 686**
Depart:  9:55am    Frankfurt, Germany (FRA)
Arrive:  2:40pm    Tel Aviv Yafo, Israel (TLV)

Economy | 3hr 45min | Boeing 747 | View seats
Total duration: 13hr 20min

This is an overnight flight.

---

Select

**$1,659** + $71 taxes & fees = **$1,730** per person    TLC  Part of OrbitzTLC

Leave **Sun, Mar 26**    **Continental Airlines 85**                    Choose
Depart:  11:15am    Tel Aviv Yafo, Israel (TLV)    departure
Arrive:  4:35pm    Newark, NJ (EWR)

**1 stop**    Economy | 12hr 20min | Boeing 777 | View seats

Connect to train. Time for connection: **1hr 52min**

**Continental Airlines 9408**
operated by AMTRAK TRAIN 135
Depart:  6:27pm    Newark, NJ (EWR)
Arrive:  7:27pm    Philadelphia, PA (ZFV)

Economy | 1hr 0min | Train | View seats
Total duration: 15hr 12min

Return **Fri, Mar 31**    **Continental Airlines 9469**                    Choose
operated by AMTRAK TRAIN 174    return
Depart:  11:21am    Philadelphia, PA (ZFV)
Arrive:  12:21pm    Newark, NJ (EWR)

**1 stop**    Economy | 1hr 0min | Train | View seats

Connect from train. Time for connection: **3hr 29min**

**Continental Airlines 84**
Depart:  3:50pm    Newark, NJ (EWR)



|  | Arrive: | 10:15am | Tel Aviv Yafo, Israel (TLV) |
|--|---------|---------|---------------------------|

Economy  |  10hr 25min  |  Boeing 777  |  View seats
Total duration: 14hr 54min

This is an overnight flight.

---

Select

**$1,659** + $71 taxes & fees = **$1,730** per person       **TLC** Part of OrbitzTLC

| Leave | **Sun, Mar 26** | | **Continental Airlines 85** | Choose |
|-------|-----------------|--|-----------------------------|--------|
|  | Depart: | 11:15am | Tel Aviv Yafo, Israel (TLV) | departure |
|  | Arrive: | 4:35pm | Newark, NJ (EWR) | |

**1 stop**       Economy  |  12hr 20min  |  Boeing 777  |  View seats

Connect to train. Time for connection: 3hr 42min

**Continental Airlines 9480**
**operated by AMTRAK TRAIN 165**
Depart:  8:17pm   Newark, NJ (EWR)
Arrive:  9:22pm   Philadelphia, PA (ZFV)

Economy  |  1hr 5min  |  Train  |  View seats
Total duration: 17hr 7min

| Return | **Fri, Mar 31** | | **Continental Airlines 9454** | Choose |
|--------|-----------------|--|-------------------------------|--------|
|  |  |  | **operated by AMTRAK TRAIN 648** | return |
|  | Depart: | 1:16pm | Philadelphia, PA (ZFV) | |
|  | Arrive: | 2:16pm | Newark, NJ (EWR) | |

**1 stop**       Economy  |  1hr 0min  |  Train  |  View seats

Connect from train. Time for connection: 1hr 34min

**Continental Airlines 84**
Depart:  3:50pm   Newark, NJ (EWR)
Arrive:  10:15am  Tel Aviv Yafo, Israel (TLV)

Economy  |  10hr 25min  |  Boeing 777  |  View seats
Total duration: 12hr 59min

This is an overnight flight.

---

Select

**$1,552** + $116 taxes & fees = **$1,668** per person

| Leave | **Sun, Mar 26** | | **Air France 2221** | Choose |
|-------|-----------------|--|---------------------|--------|
|  | Depart: | 7:15am | Tel Aviv Yafo, Israel (TLV) | departure |
|  | Arrive: | 12:20pm | Paris, France (CDG) | |

**1 stop**       Economy  |  5hr 5min  |  Airbus A320  |  View seats

Change planes. Time between flights: 0hr 55min

**Air France 366**
Depart:  1:15pm   Paris, France (CDG)
Arrive:  2:35pm   Philadelphia, PA (PHL)

Economy  |  8hr 20min  |  Airbus A343  |  View seats
Total duration: 14hr 20min

| Return | **Fri, Mar 31** | | **United Airlines 2436** | Choose |
|--------|-----------------|--|--------------------------|--------|
|  |  |  | **operated by US Airways — US 0548** | return |
|  | Depart: | 3:30pm | Philadelphia, PA (PHL) | |
|  | Arrive: | 4:49pm | Boston, MA (BOS) | |

**2 stops**       Economy  |  1hr 19min  |  Airbus A320  |  View seats

Change Airline. Time between flights: 2hr 1min

**Air France 321**
Depart:  6:50pm   Boston, MA (BOS)

|  | Arrive: | 8:35am | Paris, France (CDG) | |
|---|---|---|---|---|

Economy | 6hr 45min | Airbus A343 | View seats

**Change planes.** Time between flights: **1hr 55min**

**Air France 1620**
Depart: 10:30am — Paris, France (CDG)
Arrive: 4:00pm — Tel Aviv Yafo, Israel (TLV)

Economy | 4hr 30min | Airbus A320 | View seats
Total duration: 16hr 30min

This is an overnight flight.

---

Select
**$1,552** + $116 taxes & fees = **$1,668** per person

Leave — **Sun, Mar 26**
**Air France 2221**
Depart: 7:15am — Tel Aviv Yafo, Israel (TLV)
Arrive: 12:20pm — Paris, France (CDG)                    Choose departure

**1 stop**

Economy | 5hr 5min | Airbus A320 | View seats

**Change planes.** Time between flights: **0hr 55min**

**Air France 366**
Depart: 1:15pm — Paris, France (CDG)
Arrive: 2:35pm — Philadelphia, PA (PHL)

Economy | 8hr 20min | Airbus A343 | View seats
Total duration: 14hr 20min

Return — **Fri, Mar 31**
**US Airways 548**
Depart: 3:30pm — Philadelphia, PA (PHL)
Arrive: 4:49pm — Boston, MA (BOS)                    Choose return

**2 stops**

Economy | 1hr 19min | Airbus A320 | View seats

**Change Airline.** Time between flights: **2hr 1min**

**Air France 321**
Depart: 6:50pm — Boston, MA (BOS)
Arrive: 8:35pm — Paris, France (CDG)

Economy | 6hr 45min | Airbus A343 | View seats

**Change planes.** Time between flights: **1hr 55min**

**Air France 1620**
Depart: 10:30am — Paris, France (CDG)
Arrive: 4:00pm — Tel Aviv Yafo, Israel (TLV)

Economy | 4hr 30min | Airbus A320 | View seats
Total duration: 16hr 30min

This is an overnight flight.

---

Select
**$1,109** + $110 taxes & fees = **$1,219** per person

Leave — **Sun, Mar 26**
**Lufthansa 691**
Depart: 4:30am — Tel Aviv Yafo, Israel (TLV)
Arrive: 9:00am — Frankfurt, Germany (FRA)                    Choose departure

**1 stop**

Economy | 4hr 30min | Airbus A332 | View seats

**Change Airline.** Time between flights: **3hr 15min**

**US Airways 781**
Depart: 12:15pm — Frankfurt, Germany (FRA)
Arrive: 2:00pm — Philadelphia, PA (PHL)

Economy | 8hr 45min | Airbus A333 | View seats



| Return | **Fri, Mar 31** | **US Airways 782** | | Choose return |
|---|---|---|---|---|
| | Depart: **4:00pm** | Philadelphia, PA (PHL) | | |
| | Arrive: **7:00am** | Frankfurt, Germany (FRA) | | |
| | **1 stop** | Economy  \|  8hr 0min  \|  Airbus A333  \|  View seats | | |

**Change Airline. Time between flights: 2hr 55min**

|  | Depart: **9:55am** | **Lufthansa 686** | |
|---|---|---|---|
| | Arrive: **2:40pm** | Frankfurt, Germany (FRA) | |
| | | Tel Aviv Yafo, Israel (TLV) | |
| | | Economy  \|  3hr 45min  \|  Boeing 747  \|  View seats | |
| | | Total duration: 14hr 40min | |

This is an overnight flight.

---

**Select**
    **$1,659** + $71 taxes & fees = **$1,730** per person    ⊘TLC Part of OrbitzTLC

| Leave | **Sun, Mar 26** | **Continental Airlines 85** | | Choose departure |
|---|---|---|---|---|
| | Depart: **11:15am** | Tel Aviv Yafo, Israel (TLV) | | |
| | Arrive: **4:35pm** | Newark, NJ (EWR) | | |
| | **1 stop** | Economy  \|  12hr 20min  \|  Boeing 777  \|  View seats | | |

**Connect to train. Time for connection: 3hr 2min**

|  | | **Continental Airlines 9485** | |
|---|---|---|---|
| | | **operated by AMTRAK TRAIN 657** | |
| | Depart: **7:37pm** | Newark, NJ (EWR) | |
| | Arrive: **8:39pm** | Philadelphia, PA (ZFV) | |
| | | Economy  \|  1hr 2min  \|  Train  \|  View seats | |
| | | Total duration: 16hr 24min | |

| Return | **Fri, Mar 31** | **Continental Airlines 9469** | | Choose return |
|---|---|---|---|---|
| | | **operated by AMTRAK TRAIN 174** | | |
| | Depart: **11:21am** | Philadelphia, PA (ZFV) | | |
| | Arrive: **12:21pm** | Newark, NJ (EWR) | | |
| | **1 stop** | Economy  \|  1hr 0min  \|  Train  \|  View seats | | |

**Connect from train. Time for connection: 3hr 29min**

|  | | **Continental Airlines 84** | |
|---|---|---|---|
| | Depart: **3:50pm** | Newark, NJ (EWR) | |
| | Arrive: **10:15am** | Tel Aviv Yafo, Israel (TLV) | |
| | | Economy  \|  10hr 25min  \|  Boeing 777  \|  View seats | |
| | | Total duration: 14hr 54min | |

This is an overnight flight.

---

**Select**
    **$1,659** + $71 taxes & fees = **$1,730** per person    ⊘TLC Part of OrbitzTLC

| Leave | **Sun, Mar 26** | **Continental Airlines 85** | | Choose departure |
|---|---|---|---|---|
| | Depart: **11:15am** | Tel Aviv Yafo, Israel (TLV) | | |
| | Arrive: **4:35pm** | Newark, NJ (EWR) | | |
| | **1 stop** | Economy  \|  12hr 20min  \|  Boeing 777  \|  View seats | | |

**Connect to train. Time for connection: 1hr 52min**

|  | | **Continental Airlines 9408** | |
|---|---|---|---|
| | | **operated by AMTRAK TRAIN 135** | |
| | Depart: **6:27pm** | Newark, NJ (EWR) | |
| | Arrive: **7:27pm** | Philadelphia, PA (ZFV) | |
| | | Economy  \|  1hr 0min  \|  Train  \|  View seats | |

| Return | **Fri, Mar 31** | **Continental Airlines 9450** | Choose |
|---|---|---|---|
| | | **operated by AMTRAK TRAIN 646** | return |
| | Depart:  **10:05am** | Philadelphia, PA (ZFV) | |
| | Arrive:  **11:08am** | Newark, NJ (EWR) | |
| | **1 stop** | Economy ┊ 1hr 3min ┊ Train ┊ View seats | |

Connect from train. Time for connection: **4hr 42min**

| | | **Continental Airlines 84** | |
|---|---|---|---|
| | Depart:  **3:50pm** | Newark, NJ (EWR) | |
| | Arrive:  **10:15am** | Tel Aviv Yafo, Israel (TLV) | |
| | | Economy ┊ 10hr 25min ┊ Boeing 777 ┊ View seats | |
| | | Total duration: 16hr 10min | |

This is an overnight flight.

---

**Select**

**$1,659** + $71 taxes & fees = **$1,730** per person        ▨TLC  Part of OrbitzTLC

| Leave | **Sun, Mar 26** | **Continental Airlines 85** | Choose |
|---|---|---|---|
| | Depart:  **11:15am** | Tel Aviv Yafo, Israel (TLV) | departure |
| | Arrive:  **4:35pm** | Newark, NJ (EWR) | |
| | **1 stop** | Economy ┊ 12hr 20min ┊ Boeing 777 ┊ View seats | |

Connect to train. Time for connection: **3hr 42min**

| | | **Continental Airlines 9480** | |
|---|---|---|---|
| | | **operated by AMTRAK TRAIN 165** | |
| | Depart:  **8:17pm** | Newark, NJ (EWR) | |
| | Arrive:  **9:22pm** | Philadelphia, PA (ZFV) | |
| | | Economy ┊ 1hr 5min ┊ Train ┊ View seats | |
| | | Total duration: 17hr 7min | |

| Return | **Fri, Mar 31** | **Continental Airlines 9469** | Choose |
|---|---|---|---|
| | | **operated by AMTRAK TRAIN 174** | return |
| | Depart:  **11:21am** | Philadelphia, PA (ZFV) | |
| | Arrive:  **12:21pm** | Newark, NJ (EWR) | |
| | **1 stop** | Economy ┊ 1hr 0min ┊ Train ┊ View seats | |

Connect from train. Time for connection: **3hr 29min**

| | | **Continental Airlines 84** | |
|---|---|---|---|
| | Depart:  **3:50pm** | Newark, NJ (EWR) | |
| | Arrive:  **10:15am** | Tel Aviv Yafo, Israel (TLV) | |
| | | Economy ┊ 10hr 25min ┊ Boeing 777 ┊ View seats | |
| | | Total duration: 14hr 54min | |

This is an overnight flight.

---

**Select**

**$1,659** + $71 taxes & fees = **$1,730** per person        ▨TLC  Part of OrbitzTLC

| Leave | **Sun, Mar 26** | **Continental Airlines 85** | Choose |
|---|---|---|---|
| | Depart:  **11:15am** | Tel Aviv Yafo, Israel (TLV) | departure |
| | Arrive:  **4:35pm** | Newark, NJ (EWR) | |
| | **1 stop** | Economy ┊ 12hr 20min ┊ Boeing 777 ┊ View seats | |

Connect to train. Time for connection: **1hr 52min**

| | | **Continental Airlines 9408** | |
|---|---|---|---|
| | | **operated by AMTRAK TRAIN 135** | |
| | Depart:  **6:27pm** | Newark, NJ (EWR) | |
| | Arrive:  **7:27pm** | Philadelphia, PA (ZFV) | |

Return | **Fri, Mar 31** | **Continental Airlines 9432**
operated by AMTRAK TRAIN 172 | Choose return

Depart: 9:21am | Philadelphia, PA (ZFV)
Arrive: 10:18am | Newark, NJ (EWR)

**1 stop** | Economy | 57min | Train | View seats

**Connect from train. Time for connection: 5hr 32min**

Depart: 3:50pm | **Continental Airlines 84**
Arrive: 10:15am | Newark, NJ (EWR)
Tel Aviv Yafo, Israel (TLV)

Economy | 10hr 25min | Boeing 777 | View seats
Total duration: 16hr 54min

This is an overnight flight.

---

**Select**

**$1,284** + $108 taxes & fees = **$1,392** per person

Leave | **Sun, Mar 26** | **El Al Israel 353** | Choose departure
Depart: 5:00am | Tel Aviv Yafo, Israel (TLV)
Arrive: 9:10am | Munich, Germany (MUC)

**1 stop** | Economy | 4hr 10min | Boeing 737

**Change Airline. Time between flights: 4hr 30min**

Depart: 1:40pm | **US Airways 15**
Arrive: 4:00pm | Munich, Germany (MUC)
Philadelphia, PA (PHL)

Economy | 9hr 20min | Boeing 767 | View seats
Total duration: 18hr 0min

Return | **Fri, Mar 31** | **US Airways 782** | Choose return
Depart: 4:00pm | Philadelphia, PA (PHL)
Arrive: 7:00am | Frankfurt, Germany (FRA)

**1 stop** | Economy | 8hr 0min | Airbus A333 | View seats

**Change Airline. Time between flights: 2hr 55min**

Depart: 9:55am | **Lufthansa 686**
Arrive: 2:40pm | Frankfurt, Germany (FRA)
Tel Aviv Yafo, Israel (TLV)

Economy | 3hr 45min | Boeing 747 | View seats
Total duration: 14hr 40min

This is an overnight flight.

---

**Select**

**$1,432** + $117 taxes & fees = **$1,549** per person

Leave | **Sun, Mar 26** | **Air France 2221** | Choose departure
Depart: 7:15am | Tel Aviv Yafo, Israel (TLV)
Arrive: 12:20pm | Paris, France (CDG)

**1 stop** | Economy | 5hr 5min | Airbus A320 | View seats

**Change planes. Time between flights: 0hr 55min**

Depart: 1:15pm | **Air France 366**
Arrive: 2:35pm | Paris, France (CDG)
Philadelphia, PA (PHL)

Economy | 8hr 20min | Airbus A343 | View seats
Total duration: 14hr 20min

Return | **Fri, Mar 31** | **Air Canada 7915** | Choose return



| | | | |
|---|---|---|---|
| | Depart: | 1:35pm | operated by AIR CANADA JAZZ |
| | | | Philadelphia, PA (PHL) |
| | Arrive: | 3:10pm | Toronto, Canada (YYZ) |
| **2 stops** | | | Economy | 1hr 35min | Canadair | View seats |

**Change Airline.** Time between flights: **3hr 0min**

**Air France 359**
Depart: 6:10pm Toronto, Canada (YYZ)
Arrive: 8:40am Paris, France (CDG)

Economy | 7hr 30min | Airbus A343 | View seats

**Change planes.** Time between flights: **1hr 50min**

**Air France 1620**
Depart: 10:30am Paris, France (CDG)
Arrive: 4:00pm Tel Aviv Yafo, Israel (TLV)

Economy | 4hr 30min | Airbus A320 | View seats
Total duration: 18hr 25min

This is an overnight flight.

---

**Select**

**$1,496** + $132 taxes & fees = **$1,628** per person

Leave | **Sun, Mar 26** | **El Al Israel 105** | Choose
EL AL | Depart: 12:05am | Tel Aviv Yafo, Israel (TLV) | departure
 | Arrive: 5:30am | Toronto, Canada (YYZ)

**1 stop** | Economy | 12hr 25min | Boeing 767

**Change Airline.** Time between flights: **5hr 0min**

**US Airways 2431**
Depart: 10:30am operated by US Airways Express - PSA Airlines
 Toronto, Canada (YYZ)
Arrive: 12:03pm Philadelphia, PA (PHL)

Economy | 1hr 33min | Canadair | View seats
Total duration: 18hr 58min

Return | **Fri, Mar 31** | **US Airways 782** | Choose
 | Depart: 4:00pm | Philadelphia, PA (PHL) | return
 | Arrive: 7:00am | Frankfurt, Germany (FRA)

**1 stop** | Economy | 8hr 0min | Airbus A333 | View seats

**Change Airline.** Time between flights: **2hr 55min**

**Lufthansa 686**
Depart: 9:55am Frankfurt, Germany (FRA)
Arrive: 2:40pm Tel Aviv Yafo, Israel (TLV)

Economy | 3hr 45min | Boeing 747 | View seats
Total duration: 14hr 40min

This is an overnight flight.

---

**Select**

**$1,526** + $229 taxes & fees = **$1,755** per person          TLC Part of OrbitzTLC

Leave | **Sun, Mar 26** | **Air Canada 87** | Choose
 | Depart: 12:50am | Tel Aviv Yafo, Israel (TLV) | departure
 | Arrive: 6:15am | Toronto, Canada (YYZ)

**1 stop** | Economy | 12hr 25min | Boeing 767 | View seats

**Change planes.** Time between flights: **5hr 15min**

**Air Canada 7912**
operated by AIR CANADA JAZZ



|  |  |  |  |  |
|---|---|---|---|---|
|  | Depart: **11:30am** | Toronto, Canada (YYZ) |  |  |
|  | Arrive: **1:02pm** | Philadelphia, PA (PHL) |  |  |

Economy | 1hr 32min | Canadair | View seats
Total duration: 19hr 12min

**Return    Fri, Mar 31**    Air Canada 7919    Choose
**operated by AIR CANADA JAZZ**    return

Depart: **7:05pm**    Philadelphia, PA (PHL)
Arrive: **8:40pm**    Toronto, Canada (YYZ)

**1 stop**    Economy | 1hr 35min | Canadair | View seats

**Change planes. Time between flights: 3hr 15min**

**Air Canada 86**

Depart: **11:55pm**    Toronto, Canada (YYZ)
Arrive: **6:50pm**    Tel Aviv Yafo, Israel (TLV)

Economy | 10hr 55min | Boeing 767 | View seats
Total duration: 15hr 45min

This is an overnight flight.

---

Select

**$1,659** + $71 taxes & fees = **$1,730** per person    *TLC* Part of OrbitzTLC

**Leave    Sun, Mar 26**    Continental Airlines 85    Choose
Depart: **11:15am**    Tel Aviv Yafo, Israel (TLV)    departure
Arrive: **4:35pm**    Newark, NJ (EWR)

**1 stop**    Economy | 12hr 20min | Boeing 777 | View seats

**Connect to train. Time for connection: 1hr 52min**

**Continental Airlines 9408**
**operated by AMTRAK TRAIN 135**
Depart: **6:27pm**    Newark, NJ (EWR)
Arrive: **7:27pm**    Philadelphia, PA (ZFV)

Economy | 1hr 0min | Train | View seats
Total duration: 15hr 12min

**Return    Fri, Mar 31**    Continental Airlines 9427    Choose
**operated by AMTRAK TRAIN 190**    return
Depart: **5:15am**    Philadelphia, PA (ZFV)
Arrive: **6:16am**    Newark, NJ (EWR)

**1 stop**    Economy | 1hr 1min | Train | View seats

**Connect from train. Time for connection: 9hr 34min**

Depart: **3:50pm**    Continental Airlines 84
Arrive: **10:15am**    Newark, NJ (EWR)
Tel Aviv Yafo, Israel (TLV)

Economy | 10hr 25min | Boeing 777 | View seats
Total duration: 21hr 0min

This is an overnight flight.

---



Select

**$1,526** + $229 taxes & fees = **$1,755** per person    *TLC* Part of OrbitzTLC

**Leave    Sun, Mar 26**    Air Canada 87    Choose
Depart: **12:50am**    Tel Aviv Yafo, Israel (TLV)    departure
Arrive: **6:15am**    Toronto, Canada (YYZ)

**1 stop**    Economy | 12hr 25min | Boeing 767 | View seats

**Change planes. Time between flights: 7hr 10min**

**Air Canada 7914**



|  | Depart: | 1:25pm | operated by **AIR CANADA JAZZ** |  |
|  | Arrive: | 2:57pm | Toronto, Canada (YYZ) |  |
|  |  |  | Philadelphia, PA (PHL) |  |

Economy | 1hr 32min | Canadair | View seats
Total duration: 21hr 7min

**Return**  **Fri, Mar 31**    **Air Canada 7919**    Choose return
operated by **AIR CANADA JAZZ**

| Depart: | 7:05pm | Philadelphia, PA (PHL) |
| Arrive: | 8:40pm | Toronto, Canada (YYZ) |

**1 stop**    Economy | 1hr 35min | Canadair | View seats

**Change planes.** Time between flights: **3hr 15min**

**Air Canada 86**

| Depart: | 11:55pm | Toronto, Canada (YYZ) |
| Arrive: | 6:50pm | Tel Aviv Yafo, Israel (TLV) |

Economy | 10hr 55min | Boeing 767 | View seats
Total duration: 15hr 45min

This is an overnight flight.

---

Select
**$1,526** + $229 taxes & fees = **$1,755** per person    Part of OrbitzTLC

**Leave**  **Sun, Mar 26**    **Air Canada 87**    Choose departure
| Depart: | 12:50am | Tel Aviv Yafo, Israel (TLV) |
| Arrive: | 6:15am | Toronto, Canada (YYZ) |

**1 stop**    Economy | 12hr 25min | Boeing 767 | View seats

**Change planes.** Time between flights: **5hr 15min**

**Air Canada 7912**
operated by **AIR CANADA JAZZ**

| Depart: | 11:30am | Toronto, Canada (YYZ) |
| Arrive: | 1:02pm | Philadelphia, PA (PHL) |

Economy | 1hr 32min | Canadair | View seats
Total duration: 19hr 12min

**Return**  **Fri, Mar 31**    **Air Canada 7917**    Choose return
operated by **AIR CANADA JAZZ**

| Depart: | 3:30pm | Philadelphia, PA (PHL) |
| Arrive: | 5:05pm | Toronto, Canada (YYZ) |

**1 stop**    Economy | 1hr 35min | Canadair | View seats

**Change planes.** Time between flights: **6hr 50min**

**Air Canada 86**

| Depart: | 11:55pm | Toronto, Canada (YYZ) |
| Arrive: | 6:50pm | Tel Aviv Yafo, Israel (TLV) |

Economy | 10hr 55min | Boeing 767 | View seats
Total duration: 19hr 20min

This is an overnight flight.

---

Select
**$1,133** + $336 taxes & fees = **$1,469** per person    Part of OrbitzTLC

**Leave**  **Sun, Mar 26**    **British Airways 164**    Choose departure
| Depart: | 4:05pm | Tel Aviv Yafo, Israel (TLV) |
| Arrive: | 8:30pm | London, United Kingdom (LHR) |

**1 stop**    Economy | 5hr 25min | Boeing 777 | View seats

**Change planes.** Time between flights: **15hr 15min**



**British Airways 67**
Depart: 11:45am  London, United Kingdom (LHR)
Arrive: 1:30pm  Philadelphia, PA (PHL)

Economy | 7hr 45min | Boeing 777 | View seats
Total duration: 28hr 25min

This is an overnight flight.

Return  **Fri, Mar 31**  **British Airways 66**  Choose
Depart: 5:55pm  Philadelphia, PA (PHL)  return
Arrive: 7:05am  London, United Kingdom (LHR)

1 stop  Economy | 7hr 10min | Boeing 777 | View seats

Change planes. Time between flights: 1hr 45min

**British Airways 165**
Depart: 8:50am  London, United Kingdom (LHR)
Arrive: 3:35pm  Tel Aviv, Israel (TLV)

Economy | 4hr 45min | Boeing 777 | View seats
Total duration: 13hr 40min

This is an overnight flight.

---

Select
**$999** + $350 taxes & fees = **$1,349** per person   TLC   Part of OrbitzTLC

Leave  **Sun, Mar 26**  **Lufthansa 687**  Choose
Depart: 3:30pm  Tel Aviv Yafo, Israel (TLV)  departure
Arrive: 7:45pm  Frankfurt, Germany (FRA)

1 stop  Economy | 4hr 15min | Boeing 747 | View seats

Change planes. Time between flights: 17hr 50min

**Lufthansa 426**
Depart: 1:35pm  Frankfurt, Germany (FRA)
Arrive: 3:20pm  Philadelphia, PA (PHL)

Economy | 8hr 45min | Airbus A343 | View seats
Total duration: 30hr 50min

This is an overnight flight.

Return  **Fri, Mar 31**  **Lufthansa 427**  Choose
Depart: 5:20pm  Philadelphia, PA (PHL)  return
Arrive: 7:55am  Frankfurt, Germany (FRA)

1 stop  Economy | 7hr 35min | Boeing 747 | View seats

Change planes. Time between flights: 2hr 0min

**Lufthansa 686**
Depart: 9:55am  Frankfurt, Germany (FRA)
Arrive: 2:40pm  Tel Aviv Yafo, Israel (TLV)

Economy | 3hr 45min | Boeing 747 | View seats
Total duration: 13hr 20min

This is an overnight flight.

---

Select
**$1,526** + $218 taxes & fees = **$1,744** per person   TLC   Part of OrbitzTLC

Leave  **Sun, Mar 26**  **Air Canada 87**  Choose
Depart: 12:50am  Tel Aviv Yafo, Israel (TLV)  departure
Arrive: 6:15am  Toronto, Canada (YYZ)

1 stop  Economy | 12hr 25min | Boeing 767 | View seats

Change planes. Time between flights: 5hr 15min



**Air Canada 7912**
operated by AIR CANADA JAZZ

| | Depart: | 11:30am | Toronto, Canada (YYZ) |
| | Arrive: | 1:02pm | Philadelphia, PA (PHL) |

Economy | 1hr 32min | Canadair | View seats
Total duration: 19hr 12min

Return    **Fri, Mar 31**    **Air Canada 7913**    Choose return
operated by AIR CANADA JAZZ

| | Depart: | 9:25am | Philadelphia, PA (PHL) |
| | Arrive: | 11:00am | Toronto, Canada (YYZ) |

**1 stop**    Economy | 1hr 35min | Canadair | View seats

**Change planes. Time between flights: 12hr 55min**

**Air Canada 86**

| | Depart: | 11:55pm | Toronto, Canada (YYZ) |
| | Arrive: | 6:50pm | Tel Aviv Yafo, Israel (TLV) |

Economy | 10hr 55min | Boeing 767 | View seats
Total duration: 25hr 25min

This is an overnight flight.

---

Select
**$1,526** + $218 taxes & fees = **$1,744**  per person    TLC  Part of OrbitzTLC

Leave    **Sun, Mar 26**    **Air Canada 87**    Choose departure

| | Depart: | 12:50am | Tel Aviv Yafo, Israel (TLV) |
| | Arrive: | 6:15am | Toronto, Canada (YYZ) |

**1 stop**    Economy | 12hr 25min | Boeing 767 | View seats

**Change planes. Time between flights: 7hr 10min**

**Air Canada 7914**
operated by AIR CANADA JAZZ

| | Depart: | 1:25pm | Toronto, Canada (YYZ) |
| | Arrive: | 2:57pm | Philadelphia, PA (PHL) |

Economy | 1hr 32min | Canadair | View seats
Total duration: 21hr 7min

Return    **Fri, Mar 31**    **Air Canada 7913**    Choose return
operated by AIR CANADA JAZZ

| | Depart: | 9:25am | Philadelphia, PA (PHL) |
| | Arrive: | 11:00am | Toronto, Canada (YYZ) |

**1 stop**    Economy | 1hr 35min | Canadair | View seats

**Change planes. Time between flights: 12hr 55min**

**Air Canada 86**

| | Depart: | 11:55pm | Toronto, Canada (YYZ) |
| | Arrive: | 6:50pm | Tel Aviv Yafo, Israel (TLV) |

Economy | 10hr 55min | Boeing 767 | View seats
Total duration: 25hr 25min

This is an overnight flight.

---

Select
**$999** + $357 taxes & fees = **$1,356**  per person

Leave    **Sun, Mar 26**    **Lufthansa 687**    Choose departure

| | Depart: | 3:30pm | Tel Aviv Yafo, Israel (TLV) |
| | Arrive: | 7:45pm | Frankfurt, Germany (FRA) |

**1 stop**    Economy | 4hr 15min | Boeing 747 | View seats

**Change planes. Time between flights: 17hr 50min**

**Lufthansa 426**
| | | |
|---|---|---|
| Depart: | 1:35pm | Frankfurt, Germany (FRA) |
| Arrive: | 3:20pm | Philadelphia, PA (PHL) |

Economy | 8hr 45min | Airbus A343 | View seats
Total duration: 30hr 50min

This is an overnight flight.

Return | **Fri, Mar 31** | **United Airlines 7195** | Choose return
| | | **operated by UNITED EXPRESS/MESA AIRLINES** |
| Depart: | 2:35pm | Philadelphia, PA (PHL) |
| Arrive: | 3:40pm | Washington, DC (IAD) |

2 stops          Economy | 1hr 5min | Canadair | View seats

Change Airline. Time between flights: **1hr 37min**

**Lufthansa 9051**
**operated by United Airlines – UA 0916**
| | | |
|---|---|---|
| Depart: | 5:17pm | Washington, DC (IAD) |
| Arrive: | 8:10am | Frankfurt, Germany (FRA) |

Economy | 7hr 53min | Boeing 747 | View seats

Change planes. Time between flights: **1hr 45min**

**Lufthansa 686**
| | | |
|---|---|---|
| Depart: | 9:55am | Frankfurt, Germany (FRA) |
| Arrive: | 2:40pm | Tel Aviv Yafo, Israel (TLV) |

Economy | 3hr 45min | Boeing 747 | View seats
Total duration: 16hr 5min

This is an overnight flight.

---

Select
**$999** + $357 taxes & fees = **$1,356** per person

Leave | **Sun, Mar 26** | **Lufthansa 687** | Choose departure
| Depart: | 3:30pm | Tel Aviv Yafo, Israel (TLV) |
| Arrive: | 7:45pm | Frankfurt, Germany (FRA) |

1 stop          Economy | 4hr 15min | Boeing 747 | View seats

Change planes. Time between flights: **17hr 50min**

**Lufthansa 426**
| | | |
|---|---|---|
| Depart: | 1:35pm | Frankfurt, Germany (FRA) |
| Arrive: | 3:20pm | Philadelphia, PA (PHL) |

Economy | 8hr 45min | Airbus A343 | View seats
Total duration: 30hr 50min

This is an overnight flight.

Return | **Fri, Mar 31** | **United Airlines 7195** | Choose return
| | | **operated by UNITED EXPRESS/MESA AIRLINES** |
| Depart: | 2:35pm | Philadelphia, PA (PHL) |
| Arrive: | 3:40pm | Washington, DC (IAD) |

2 stops          Economy | 1hr 5min | Canadair | View seats

Change Airline. Time between flights: **1hr 30min**

**Lufthansa 419**
| | | |
|---|---|---|
| Depart: | 5:10pm | Washington, DC (IAD) |
| Arrive: | 7:55am | Frankfurt, Germany (FRA) |

Economy | 7hr 45min | Boeing 747 | View seats

Change planes. Time between flights: **2hr 0min**

**Lufthansa 686**
| | | |
|---|---|---|
| Depart: | 9:55am | Frankfurt, Germany (FRA) |
| Arrive: | 2:40pm | Tel Aviv Yafo, Israel (TLV) |

Economy | 3hr 45min | Boeing 747 | View seats
Total duration: 16hr 5min

This is an overnight flight.

---

Select

**$1,133** + $336 taxes & fees = **$1,469** per person    Orbitz TLC   Part of OrbitzTLC

| Leave | **Sun, Mar 26** | **British Airways 164** | | Choose departure |
| BRITISH AIRWAYS | Depart: 4:05pm<br>Arrive: 8:30pm | Tel Aviv Yafo, Israel (TLV)<br>London, United Kingdom (LHR) | | |
| | **1 stop** | Economy | 5hr 25min | Boeing 777 | View seats | |

**Change planes.** Time between flights: **19hr 45min**

| BRITISH AIRWAYS | Depart: 4:15pm<br>Arrive: 6:25pm | **British Airways 69**<br>London, United Kingdom (LHR)<br>Philadelphia, PA (PHL) | |
| | | Economy | 8hr 10min | Boeing 767 | View seats<br>Total duration: 33hr 20min | |

This is an overnight flight.

| Return | **Fri, Mar 31** | **British Airways 66** | | Choose return |
| BRITISH AIRWAYS | Depart: 5:55pm<br>Arrive: 7:05am | Philadelphia, PA (PHL)<br>London, United Kingdom (LHR) | | |
| | **1 stop** | Economy | 7hr 10min | Boeing 777 | View seats | |

**Change planes.** Time between flights: **1hr 45min**

| BRITISH AIRWAYS | Depart: 8:50am<br>Arrive: 3:35pm | **British Airways 165**<br>London, United Kingdom (LHR)<br>Tel Aviv Yafo, Israel (TLV) | |
| | | Economy | 4hr 45min | Boeing 777 | View seats<br>Total duration: 13hr 40min | |

This is an overnight flight.

---

Select

**$1,174** + $82 taxes & fees = **$1,256** per person    Orbitz TLC   Part of OrbitzTLC

| Leave | **Sun, Mar 26** | **Continental Airlines 85** | | Choose departure |
| | Depart: 11:15am<br>Arrive: 4:35pm | Tel Aviv Yafo, Israel (TLV)<br>Newark, NJ (EWR) | | |
| | **1 stop** | Economy | 12hr 20min | Boeing 777 | View seats | |

**Connect to train.** Time for connection: **1hr 52min**

| | Depart: 6:27pm<br>Arrive: 7:27pm | **Continental Airlines 9408**<br>**operated by AMTRAK TRAIN 135**<br>Newark, NJ (EWR)<br>Philadelphia, PA (ZFV) | |
| | | Economy | 1hr 0min | Train | View seats<br>Total duration: 15hr 12min | |

| Return | **Fri, Mar 31** | **Continental Airlines 2344**<br>**operated by EXPRESSJET AIRLINES INC DBA CO EXPRESS** | | Choose return |
| | Depart: 5:10pm<br>Arrive: 6:10pm | Philadelphia, PA (PHL)<br>Newark, NJ (EWR) | | |
| | **1 stop** | Economy | 1hr 0min | Embraer RJ135-145 | View seats | |

**Change planes.** Time between flights: **21hr 40min**

| | Depart: 3:50pm<br>Arrive: 10:15am | **Continental Airlines 84**<br>Newark, NJ (EWR)<br>Tel Aviv Yafo, Israel (TLV) | |

This flight arrives two days later.

This flight departs from a different airport.

---

Select

**$1,174** + $82 taxes & fees = **$1,256** per person          Part of OrbitzTLC

| | | | | |
|---|---|---|---|---|
| Leave | **Sun, Mar 26**<br>Depart:   11:15am<br>Arrive:    4:35pm | **Continental Airlines 85**<br>Tel Aviv Yafo, Israel (TLV)<br>Newark, NJ (EWR) | | Choose departure |

**1 stop**          Economy : 12hr 20min : Boeing 777 : View seats

Connect to train. Time for connection: 3hr 2min

| | | |
|---|---|---|
| | Depart:   7:37pm<br>Arrive:    8:39pm | **Continental Airlines 9485**<br>**operated by AMTRAK TRAIN 657**<br>Newark, NJ (EWR)<br>Philadelphia, PA (ZFV) |

Economy : 1hr 2min : Train : View seats
Total duration: 16hr 24min

| | | | | |
|---|---|---|---|---|
| Return | **Fri, Mar 31**<br>Depart:   5:10pm<br>Arrive:    6:10pm | **Continental Airlines 2344**<br>**operated by EXPRESSJET AIRLINES INC DBA CO EXPRESS**<br>Philadelphia, PA (PHL)<br>Newark, NJ (EWR) | | Choose return |

**1 stop**          Economy : 1hr 0min : Embraer RJ135-145 : View seats

Change planes. Time between flights: 21hr 40min

| | | |
|---|---|---|
| | Depart:   3:50pm<br>Arrive:    10:15am | **Continental Airlines 84**<br>Newark, NJ (EWR)<br>Tel Aviv Yafo, Israel (TLV) |

Economy : 10hr 25min : Boeing 777 : View seats
Total duration: 33hr 5min

This flight arrives two days later.

This flight departs from a different airport.

---

Select

**$1,024** + $82 taxes & fees = **$1,106** per person          Part of OrbitzTLC

| | | | | |
|---|---|---|---|---|
| Leave | **Sun, Mar 26**<br>Depart:   11:45pm<br>Arrive:    4:45am | **Continental Airlines 91**<br>Tel Aviv Yafo, Israel (TLV)<br>Newark, NJ (EWR) | | Choose departure |

**1 stop**          Economy : 12hr 0min : Boeing 777 : View seats

Connect to train. Time for connection: 3hr 47min

| | | |
|---|---|---|
| | Depart:   8:32am<br>Arrive:    9:32am | **Continental Airlines 9415**<br>**operated by AMTRAK TRAIN 185**<br>Newark, NJ (EWR)<br>Philadelphia, PA (ZFV) |

Economy : 1hr 0min : Train : View seats
Total duration: 16hr 47min

This is an overnight flight.

| | | | | |
|---|---|---|---|---|
| Return | **Fri, Mar 31**<br>Depart:   5:10pm<br>Arrive:    6:10pm | **Continental Airlines 2344**<br>**operated by EXPRESSJET AIRLINES INC DBA CO EXPRESS**<br>Philadelphia, PA (PHL)<br>Newark, NJ (EWR) | | Choose return |

|  | | **Change planes.** Time between flights: **21hr 40min** |

| | Depart: | **3:50pm** | **Continental Airlines 84** |
|---|---|---|---|
| | Arrive: | **10:15am** | Newark, NJ (EWR) |
| | | | Tel Aviv Yafo, Israel (TLV) |

Economy | 10hr 25min | Boeing 777 | View seats
Total duration: 33hr 5min

This flight arrives two days later.

This flight departs from a different airport.

---

Select

**$1,174** + $82 taxes & fees = **$1,256** per person      🔶TLC  Part of OrbitzTLC

| Leave | **Sun, Mar 26** | | **Continental Airlines 85** | Choose departure |
|---|---|---|---|---|
| | Depart: | **11:15am** | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: | **4:35pm** | Newark, NJ (EWR) | |
| | **1 stop** | | | |

Economy | 12hr 20min | Boeing 777 | View seats

**Connect to train.** Time for connection: **3hr 42min**

| | | | **Continental Airlines 9480** |
|---|---|---|---|
| | | | **operated by AMTRAK TRAIN 165** |
| | Depart: | **8:17pm** | Newark, NJ (EWR) |
| | Arrive: | **9:22pm** | Philadelphia, PA (ZFV) |

Economy | 1hr 5min | Train | View seats
Total duration: 17hr 7min

| Return | **Fri, Mar 31** | | **Continental Airlines 2344** | Choose return |
|---|---|---|---|---|
| | | | **operated by EXPRESSJET AIRLINES INC DBA CO EXPRESS** | |
| | Depart: | **5:10pm** | Philadelphia, PA (PHL) | |
| | Arrive: | **6:10pm** | Newark, NJ (EWR) | |
| | **1 stop** | | | |

Economy | 1hr 0min | Embraer RJ135-145 | View seats

**Change planes.** Time between flights: **21hr 40min**

| | Depart: | **3:50pm** | **Continental Airlines 84** |
|---|---|---|---|
| | Arrive: | **10:15am** | Newark, NJ (EWR) |
| | | | Tel Aviv Yafo, Israel (TLV) |

Economy | 10hr 25min | Boeing 777 | View seats
Total duration: 33hr 5min

This flight arrives two days later.

This flight departs from a different airport.

---

Select

**$1,228** + $94 taxes & fees = **$1,322** per person

| Leave | **Sun, Mar 26** | | **Continental Airlines 91** | Choose departure |
|---|---|---|---|---|
| | Depart: | **11:45pm** | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: | **4:45am** | Newark, NJ (EWR) | |
| | **2 stops** | | | |

Economy | 12hr 0min | Boeing 777 | View seats

**Change planes.** Time between flights: **2hr 15min**

| | | | **Continental Airlines 1101** |
|---|---|---|---|
| | Depart: | **7:00am** | Newark, NJ (EWR) |
| | Arrive: | **8:05am** | Washington, DC (DCA) |

|  |  |  | **Change Airline.** Time between flights: **1hr 35min** |
|---|---|---|---|

**US Airways 3882**
operated by US AIRWAYS EXPRESS-AIR WISCONSIN

| Depart: | 9:40am | Washington, DC (DCA) |
| Arrive: | 10:39am | Philadelphia, PA (PHL) |

Economy | 59min | Canadair | View seats
Total duration: 17hr 54min

This is an overnight flight.

| Return | **Fri, Mar 31** | **Continental Airlines 2344** | Choose return |
|---|---|---|---|

operated by EXPRESSJET AIRLINES INC DBA CO EXPRESS

| Depart: | 5:10pm | Philadelphia, PA (PHL) |
| Arrive: | 6:10pm | Newark, NJ (EWR) |

**1 stop**    Economy | 1hr 0min | Embraer RJ135-145 | View seats

**Change planes.** Time between flights: **21hr 40min**

**Continental Airlines 84**

| Depart: | 3:50pm | Newark, NJ (EWR) |
| Arrive: | 10:15am | Tel Aviv Yafo, Israel (TLV) |

Economy | 10hr 25min | Boeing 777 | View seats
Total duration: 33hr 5min

This flight arrives two days later.

---

**Select**

**$1,119** + $357 taxes & fees = **$1,476**  per person

| Leave | **Sun, Mar 26** | **Lufthansa 687** | Choose departure |
|---|---|---|---|
|  | Depart: 3:30pm | Tel Aviv Yafo, Israel (TLV) |  |
|  | Arrive: 7:45pm | Frankfurt, Germany (FRA) |  |

**1 stop**    Economy | 4hr 15min | Boeing 747 | View seats

**Change planes.** Time between flights: **17hr 50min**

**Lufthansa 426**

| Depart: | 1:35pm | Frankfurt, Germany (FRA) |
| Arrive: | 3:20pm | Philadelphia, PA (PHL) |

Economy | 8hr 45min | Airbus A343 | View seats
Total duration: 30hr 50min

This is an overnight flight.

| Return | **Fri, Mar 31** | **US Airways 1094** | Choose return |
|---|---|---|---|
|  | Depart: 10:30am | Philadelphia, PA (PHL) |  |
|  | Arrive: 11:44am | Boston, MA (BOS) |  |

**2 stops**    Economy | 1hr 14min | Airbus A319 | View seats

**Change Airline.** Time between flights: **3hr 56min**

**Lufthansa 423**

| Depart: | 3:40pm | Boston, MA (BOS) |
| Arrive: | 5:30am | Frankfurt, Germany (FRA) |

Economy | 6hr 50min | Boeing 747 | View seats

**Change planes.** Time between flights: **4hr 25min**

**Lufthansa 686**

| Depart: | 9:55am | Frankfurt, Germany (FRA) |
| Arrive: | 2:40pm | Tel Aviv Yafo, Israel (TLV) |

Economy | 3hr 45min | Boeing 747 | View seats
Total duration: 20hr 10min

This is an overnight flight.

---

Select

**$1,184** + $94 taxes & fees = **$1,278** per person

| | | | |
|---|---|---|---|
| Leave | **Sun, Mar 26** | **Continental Airlines 91** | Choose departure |
| | Depart:  11:45pm | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive:   4:45am | Newark, NJ (EWR) | |
| | **2 stops** | Economy | 12hr 0min | Boeing 777 | View seats | |

Change planes. Time between flights: **1hr 50min**

| | | | |
|---|---|---|---|
| | | **Continental Airlines 3165**<br>**operated by EXPRESSJET AIRLINES INC DBA CO EXPRESS** | |
| | Depart:  6:35am | Newark, NJ (EWR) | |
| | Arrive:  8:13am | Raleigh/Durham, NC (RDU) | |
| | | Economy | 1hr 38min | Embraer RJ135-145 | View seats | |

Change Airline. Time between flights: **1hr 17min**

| | | | |
|---|---|---|---|
| | | **US Airways 3372**<br>**operated by US AIRWAYS EXPRESS-REPUBLIC AIRWAYS** | |
| | Depart:  9:30am | Raleigh/Durham, NC (RDU) | |
| | Arrive: 10:44am | Philadelphia, PA (PHL) | |
| | | Economy | 1hr 14min | Embraer 170 | View seats<br>Total duration: 17hr 59min | |

This is an overnight flight.

| | | | |
|---|---|---|---|
| Return | **Fri, Mar 31** | **Continental Airlines 2344**<br>**operated by EXPRESSJET AIRLINES INC DBA CO EXPRESS** | Choose return |
| | Depart:  5:10pm | Philadelphia, PA (PHL) | |
| | Arrive:  6:10pm | Newark, NJ (EWR) | |
| | **1 stop** | Economy | 1hr 0min | Embraer RJ135-145 | View seats | |

Change planes. Time between flights: **21hr 40min**

| | | | |
|---|---|---|---|
| | | **Continental Airlines 84** | |
| | Depart:  3:50pm | Newark, NJ (EWR) | |
| | Arrive: 10:15am | Tel Aviv Yafo, Israel (TLV) | |
| | | Economy | 10hr 25min | Boeing 777 | View seats<br>Total duration: 33hr 5min | |

This flight arrives two days later.

---

Select

**$1,200** + $94 taxes & fees = **$1,294** per person

| | | | |
|---|---|---|---|
| Leave | **Sun, Mar 26** | **Continental Airlines 91** | Choose departure |
| | Depart:  11:45pm | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive:   4:45am | Newark, NJ (EWR) | |
| | **2 stops** | Economy | 12hr 0min | Boeing 777 | View seats | |

Change planes. Time between flights: **2hr 25min**

| | | | |
|---|---|---|---|
| | | **Continental Airlines 2347**<br>**operated by EXPRESSJET AIRLINES INC DBA CO EXPRESS** | |
| | Depart:  7:10am | Newark, NJ (EWR) | |
| | Arrive:  8:47am | Pittsburgh, PA (PIT) | |
| | | Economy | 1hr 37min | Embraer RJ135-145 | View seats | |

Change Airline. Time between flights: **0hr 43min**

**US Airways 3058**
**operated by US Airways Express - Chautauqua Airlines**

| | | |
|---|---|---|
| Depart: | 9:30am | Pittsburgh, PA (PIT) |
| Arrive: | 10:45am | Philadelphia, PA (PHL) |

Economy | 1hr 15min | Embraer RJ135-145 | View seats
Total duration: 18hr 0min

This is an overnight flight.

| Return | **Fri, Mar 31** | **Continental Airlines 2344** | Choose return |
|---|---|---|---|

**operated by EXPRESSJET AIRLINES INC DBA CO EXPRESS**

| Depart: | 5:10pm | Philadelphia, PA (PHL) |
|---|---|---|
| Arrive: | 6:10pm | Newark, NJ (EWR) |

**1 stop**      Economy | 1hr 0min | Embraer RJ135-145 | View seats

**Change planes.** Time between flights: **21hr 40min**

**Continental Airlines 84**

| Depart: | 3:50pm | Newark, NJ (EWR) |
|---|---|---|
| Arrive: | 10:15am | Tel Aviv Yafo, Israel (TLV) |

Economy | 10hr 25min | Boeing 777 | View seats
Total duration: 33hr 5min

This flight arrives two days later.

---

Select

**$1,107** + $94 taxes & fees = **$1,201** per person

| Leave | **Sun, Mar 26** | **Continental Airlines 91** | Choose departure |
|---|---|---|---|
| | Depart: | 11:45pm | Tel Aviv Yafo, Israel (TLV) |
| | Arrive: | 4:45am | Newark, NJ (EWR) |

**2 stops**      Economy | 12hr 0min | Boeing 777 | View seats

**Change planes.** Time between flights: **2hr 25min**

**Continental Airlines 2347**
**operated by EXPRESSJET AIRLINES INC DBA CO EXPRESS**

| Depart: | 7:10am | Newark, NJ (EWR) |
|---|---|---|
| Arrive: | 8:47am | Pittsburgh, PA (PIT) |

Economy | 1hr 37min | Embraer RJ135-145 | View seats

**Change Airline.** Time between flights: **1hr 13min**

**US Airways 416**

| Depart: | 10:00am | Pittsburgh, PA (PIT) |
|---|---|---|
| Arrive: | 11:08am | Philadelphia, PA (PHL) |

Economy | 1hr 8min | Boeing 737 | View seats
Total duration: 18hr 23min

This is an overnight flight.

| Return | **Fri, Mar 31** | **Continental Airlines 2344** | Choose return |
|---|---|---|---|

**operated by EXPRESSJET AIRLINES INC DBA CO EXPRESS**

| Depart: | 5:10pm | Philadelphia, PA (PHL) |
|---|---|---|
| Arrive: | 6:10pm | Newark, NJ (EWR) |

**1 stop**      Economy | 1hr 0min | Embraer RJ135-145 | View seats

**Change planes.** Time between flights: **21hr 40min**

**Continental Airlines 84**

| Depart: | 3:50pm | Newark, NJ (EWR) |
|---|---|---|
| Arrive: | 10:15am | Tel Aviv Yafo, Israel (TLV) |

Economy | 10hr 25min | Boeing 777 | View seats
Total duration: 33hr 5min

on Orbitz

This flight arrives two days later.

---

Select

**$1,174** + $111 taxes & fees = **$1,285** per person

| | | | |
|---|---|---|---|
| Leave | **Sun, Mar 26** | **El Al Israel 323** | Choose departure |
| EL אל | Depart: 8:00am | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: 1:00pm | Paris, France (CDG) | |

**2 stops**    Economy | 5hr 0min | Boeing 767

**Change Airline. Time between flights: 1hr 45min**

| | | |
|---|---|---|
| | | **Continental Airlines 55** |
| | Depart: 2:45pm | Paris, France (CDG) |
| | Arrive: 4:30pm | Newark, NJ (EWR) |

Economy | 8hr 45min | Boeing 757 | View seats

**Connect to train. Time for connection: 1hr 57min**

| | | |
|---|---|---|
| | | **Continental Airlines 9408** |
| | | **operated by AMTRAK TRAIN 135** |
| | Depart: 6:27pm | Newark, NJ (EWR) |
| | Arrive: 7:27pm | Philadelphia, PA (ZFV) |

Economy | 1hr 0min | Train | View seats
Total duration: 18hr 27min

| | | | |
|---|---|---|---|
| Return | **Fri, Mar 31** | **Continental Airlines 2344** | Choose return |
| | | **operated by EXPRESSJET AIRLINES INC DBA CO EXPRESS** | |
| | Depart: 5:10pm | Philadelphia, PA (PHL) | |
| | Arrive: 6:10pm | Newark, NJ (EWR) | |

**1 stop**    Economy | 1hr 0min | Embraer RJ135-145 | View seats

**Change planes. Time between flights: 21hr 40min**

| | | |
|---|---|---|
| | | **Continental Airlines 84** |
| | Depart: 3:50pm | Newark, NJ (EWR) |
| | Arrive: 10:15am | Tel Aviv Yafo, Israel (TLV) |

Economy | 10hr 25min | Boeing 777 | View seats
Total duration: 33hr 5min

This flight arrives two days later.

This flight departs from a different airport.

---

Select

**$1,174** + $94 taxes & fees = **$1,268** per person

| | | | |
|---|---|---|---|
| Leave | **Sun, Mar 26** | **El Al Israel 337** | Choose departure |
| EL אל | Depart: 6:45am | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: 11:45am | Amsterdam, Netherlands (AMS) | |

**2 stops**    Economy | 5hr 0min | Boeing 757

**Change Airline. Time between flights: 2hr 40min**

| | | |
|---|---|---|
| | | **Continental Airlines 71** |
| | Depart: 2:25pm | Amsterdam, Netherlands (AMS) |
| | Arrive: 4:00pm | Newark, NJ (EWR) |

Economy | 8hr 35min | Boeing 767 | View seats

**Connect to train. Time for connection: 1hr 27min**

| | | |
|---|---|---|
| | | **Continental Airlines 9420** |
| | | **operated by AMTRAK TRAIN 159** |
| | Depart: 5:27pm | Newark, NJ (EWR) |
| | Arrive: 6:27pm | Philadelphia, PA (ZFV) |

| | | | | Choose return |
|---|---|---|---|---|
| Return | **Fri, Mar 31** | **Continental Airlines 2344** | | |
| | | operated by EXPRESSJET AIRLINES INC DBA CO EXPRESS | | |
| | Depart: 5:10pm | Philadelphia, PA (PHL) | | |
| | Arrive: 6:10pm | Newark, NJ (EWR) | | |
| | **1 stop** | Economy | 1hr 0min | Embraer RJ135-145 | View seats |

Change planes. Time between flights: **21hr 40min**

| | | **Continental Airlines 84** | |
|---|---|---|---|
| | Depart: 3:50pm | Newark, NJ (EWR) | |
| | Arrive: 10:15am | Tel Aviv Yafo, Israel (TLV) | |
| | | Economy | 10hr 25min | Boeing 777 | View seats | |
| | | Total duration: 33hr 5min | |

This flight arrives two days later.

This flight departs from a different airport.

---

Select

**$1,133 + $336 taxes & fees = $1,469 per person**    ⊕TLC  Part of OrbitzTLC

| | | | | Choose departure |
|---|---|---|---|---|
| Leave | **Sun, Mar 26** | **British Airways 164** | | |
| | Depart: 4:05pm | Tel Aviv Yafo, Israel (TLV) | | |
| | Arrive: 8:30pm | London, United Kingdom (LHR) | | |
| | **1 stop** | Economy | 5hr 25min | Boeing 777 | View seats | |

Change planes. Time between flights: **15hr 15min**

| | | **British Airways 67** | |
|---|---|---|---|
| | Depart: 11:45am | London, United Kingdom (LHR) | |
| | Arrive: 1:30pm | Philadelphia, PA (PHL) | |
| | | Economy | 7hr 45min | Boeing 777 | View seats | |
| | | Total duration: 28hr 25min | |

This is an overnight flight.

| | | | | Choose return |
|---|---|---|---|---|
| Return | **Fri, Mar 31** | **British Airways 68** | | |
| | Depart: 7:55pm | Philadelphia, PA (PHL) | | |
| | Arrive: 9:20am | London, United Kingdom (LHR) | | |
| | **1 stop** | Economy | 7hr 25min | Boeing 767 | View seats | |

Change planes. Time between flights: **13hr 10min**

| | | **British Airways 163** | |
|---|---|---|---|
| | Depart: 10:30pm | London, United Kingdom (LHR) | |
| | Arrive: 5:25am | Tel Aviv Yafo, Israel (TLV) | |
| | | Economy | 4hr 55min | Boeing 767 | View seats | |
| | | Total duration: 25hr 30min | |

This flight arrives two days later.

---

Select

**$1,024 + $87 taxes & fees = $1,111 per person**    ⊕TLC  Part of OrbitzTLC

| | | | | Choose departure |
|---|---|---|---|---|
| Leave | **Sun, Mar 26** | **Continental Airlines 91** | | |
| | Depart: 11:45pm | Tel Aviv Yafo, Israel (TLV) | | |
| | Arrive: 4:45am | Newark, NJ (EWR) | | |
| | **1 stop** | Economy | 12hr 0min | Boeing 777 | View seats | |

Change planes. Time between flights: **10hr 35min**

**Continental Airlines 2224**

|  | Depart: | 3:20pm | operated by EXPRESSJET AIRLINES INC DBA CO EXPRESS<br>Newark, NJ (EWR) |  |
|  | Arrive: | 4:34pm | Philadelphia, PA (PHL) |  |

Economy | 1hr 14min | Embraer RJ135-145 | View seats
Total duration: 23hr 49min

This is an overnight flight.

| Return | Fri, Mar 31 | **Continental Airlines 2344** | Choose return |

**operated by EXPRESSJET AIRLINES INC DBA CO EXPRESS**

| Depart: | 5:10pm | Philadelphia, PA (PHL) |
| Arrive: | 6:10pm | Newark, NJ (EWR) |

**1 stop**   Economy | 1hr 0min | Embraer RJ135-145 | View seats

Change planes. Time between flights: 21hr 40min

| Depart: | 3:50pm | **Continental Airlines 84**<br>Newark, NJ (EWR) |
| Arrive: | 10:15am | Tel Aviv Yafo, Israel (TLV) |

Economy | 10hr 25min | Boeing 777 | View seats
Total duration: 33hr 5min

This flight arrives two days later.

---

Select

**$1,133** + $336 taxes & fees = **$1,469** per person   Part of OrbitzTLC

| Leave | Sun, Mar 26 | **British Airways 164** | Choose departure |
| | Depart: | 4:05pm | Tel Aviv Yafo, Israel (TLV) |
| | Arrive: | 8:30pm | London, United Kingdom (LHR) |

**1 stop**   Economy | 5hr 25min | Boeing 777 | View seats

Change planes. Time between flights: 19hr 45min

| Depart: | 4:15pm | **British Airways 69**<br>London, United Kingdom (LHR) |
| Arrive: | 6:25pm | Philadelphia, PA (PHL) |

Economy | 8hr 10min | Boeing 767 | View seats
Total duration: 33hr 20min

This is an overnight flight.

| Return | Fri, Mar 31 | **British Airways 68** | Choose return |
| | Depart: | 7:55pm | Philadelphia, PA (PHL) |
| | Arrive: | 9:20am | London, United Kingdom (LHR) |

**1 stop**   Economy | 7hr 25min | Boeing 767 | View seats

Change planes. Time between flights: 13hr 10min

| Depart: | 10:30pm | **British Airways 163**<br>London, United Kingdom (LHR) |
| Arrive: | 5:25am | Tel Aviv Yafo, Israel (TLV) |

Economy | 4hr 55min | Boeing 767 | View seats
Total duration: 25hr 30min

This flight arrives two days later.

---

**Didn't find the right combination of flights in one itinerary?**
Build your own itinerary. Start by choosing an outbound or return flight above.

See all 164 flights                                    **Return to top**

Become an affiliate | Careers | Media | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights

Flights | Hotels | Car Rental | Vacation Packages | Travel Deals | Travel Guides | Cruises                         Add

Orbitz RSS feeds  RSS

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2006, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; **Nevada 2003-0387**; Washington 602-102-724







"Highest Customer Satisfaction
For Independent Travel
Web Sites – Hotels"

**EXHIBIT J**


DUNK YOUR WAY
TO GREATNESS!


PLAY OUR NEW GAME & YOU COULD
WIN FREE TRAVEL!
❂ PLAY NOW!

 

**Deeper Discounts**  | Below-published fares, even last minute. Be flexible, save more.



**My Search**

 

**Flight + Hotel deals for New York**

| Find flights by: | | Turkish Airlines | American Airlines | Multiple Carriers | Olympic Airways | LOT Polish Airlines | Austrian Airlines |
|---|---|---|---|---|---|---|---|
| Airline | | | | | | | |
| Stops Price | | | | | | | |
| **Non-stop** | | | | | | | |
| 1 stop | | $649 total $870 | $992 total $1,094 | $992 total $1,094 | $662 total $976 | $799 total $1,047 | $924 total $1,191 to |
| 2+ stops | | | $767 total $890 | $767 total $890 | | | to |

Fares are per person in US dollars, using e-tickets. Total fare includes all taxes and fees . Some itineraries require paper tickets with an additional charge. Changes after purchase are subject to change fees.

| Sort flights by: | Lowest price | Departure time | Shortest flight |
|---|---|---|---|

Showing **lowest priced flights** (45 flights out of 184 total)                       See all 184 flights

---

**Select**

**$992** + $102 taxes & fees = **$1,094**  per person

Leave  **Sun, Mar 26**  **SN Brussels Airlines 5704**                                   Choose departure
                        **operated by El Al Israel – LY 0331**
       Depart:  4:50am   Tel Aviv Yafo, Israel (TLV)
       Arrive:  9:40am   Brussels, Belgium (BRU)
       **1 stop**   Economy | 4hr 50min | Boeing 767

              **Change Airline. Time between flights: 1hr 30min**

                        **American Airlines 171**
       Depart:  11:10am  Brussels, Belgium (BRU)
       Arrive:  12:20pm  New York, NY (JFK)
                         Economy | 8hr 10min | Boeing 767 | View seats
                         Total duration: 14hr 30min

Return  **Fri, Mar 31**  **American Airlines 64**                                       Choose return
       Depart:  5:20pm   New York, NY (JFK)
       Arrive:  8:05am   Zurich, Switzerland (ZRH)
       **1 stop**   Economy | 7hr 45min | Boeing 767 | View seats

              **Change Airline. Time between flights: 1hr 40min**

                        **SWISS 254**
       Depart:  9:45am   Zurich, Switzerland (ZRH)
       Arrive:  2:35pm   Tel Aviv Yafo, Israel (TLV)
                         Economy | 3hr 50min | Airbus A343
                         Total duration: 13hr 15min

              This is an overnight flight.

---

**Select**



**$924** + $267 taxes & fees = **$1,191**  per person

| Leave | **Sun, Mar 26** | **Austrian Airlines 7192** | Choose departure |
|---|---|---|---|
| | | operated by El Al Israel -- LY 0363 | |
| | Depart: 6:10am | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: 10:00am | Vienna, Austria (VIE) | |
| | **1 stop** | Economy | 3hr 50min | Boeing 737 | |

**Change planes. Time between flights: 1hr 30min**

**Austrian Airlines 87**
Depart: 11:30am   Vienna, Austria (VIE)
Arrive: 1:45pm    New York, NY (JFK)

Economy | 9hr 15min | Boeing 767
Total duration: 14hr 35min

| Return | **Fri, Mar 31** | **Austrian Airlines 88** | Choose return |
|---|---|---|---|
| | Depart: 5:15pm | New York, NY (JFK) | |
| | Arrive: 8:50am | Vienna, Austria (VIE) | |
| | **1 stop** | Economy | 8hr 35min | Boeing 767 | |

**Change planes. Time between flights: 1hr 50min**

**Austrian Airlines 857**
Depart: 10:40am   Vienna, Austria (VIE)
Arrive: 3:05pm    Tel Aviv Yafo, Israel (TLV)

Economy | 3hr 25min | Airbus A321
Total duration: 13hr 50min

This is an overnight flight.



Select

**$924** + $267 taxes & fees = **$1,191**  per person

| Leave | **Sun, Mar 26** | **Austrian Airlines 860** | Choose departure |
|---|---|---|---|
| | Depart: 5:55am | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: 9:40am | Vienna, Austria (VIE) | |
| | **1 stop** | Economy | 3hr 45min | Airbus A320 | |

**Change planes. Time between flights: 1hr 50min**

**Austrian Airlines 87**
Depart: 11:30am   Vienna, Austria (VIE)
Arrive: 1:45pm    New York, NY (JFK)

Economy | 9hr 15min | Boeing 767
Total duration: 14hr 50min

| Return | **Fri, Mar 31** | **Austrian Airlines 88** | Choose return |
|---|---|---|---|
| | Depart: 5:15pm | New York, NY (JFK) | |
| | Arrive: 8:50am | Vienna, Austria (VIE) | |
| | **1 stop** | Economy | 8hr 35min | Boeing 767 | |

**Change planes. Time between flights: 1hr 50min**

**Austrian Airlines 857**
Depart: 10:40am   Vienna, Austria (VIE)
Arrive: 3:05pm    Tel Aviv Yafo, Israel (TLV)

Economy | 3hr 25min | Airbus A321
Total duration: 13hr 50min

This is an overnight flight.

Select

**$1,159** + $96 taxes & fees = **$1,255**  per person

| Leave | **Sun, Mar 26** | **El Al Israel 8395** | | | | Choose departure |
| ELAL | | operated by Iberia -- IB 3751 | | | | |
| | Depart:  5:45am | Tel Aviv Yafo, Israel (TLV) | | | | |
| | Arrive:  11:00am | Madrid, Spain (MAD) | | | | |
| | **1 stop** | Economy | 5hr 15min | Airbus A320 | View seats | |

Change Airline. Time between flights: 2hr 0min

| | | **American Airlines 7613** | | | | |
| AA | Depart:  1:00pm | operated by Iberia -- IB 6251 | | | | |
| | Arrive:  2:10pm | Madrid, Spain (MAD) | | | | |
| | | New York, NY (JFK) | | | | |
| | | Economy | 8hr 10min | Airbus A340 | View seats | |
| | | Total duration: 15hr 25min | | | | |

| Return | **Fri, Mar 31** | **American Airlines 64** | | | | Choose return |
| AA | Depart:  5:20pm | New York, NY (JFK) | | | | |
| | Arrive:  8:05am | Zurich, Switzerland (ZRH) | | | | |
| | **1 stop** | Economy | 7hr 45min | Boeing 767 | View seats | |

Change planes. Time between flights: 1hr 40min

| | | **American Airlines 6290** | | | | |
| AA | Depart:  9:45am | operated by SWISS -- LX 0254 | | | | |
| | Arrive:  2:35pm | Zurich, Switzerland (ZRH) | | | | |
| | | Tel Aviv Yafo, Israel (TLV) | | | | |
| | | Economy | 3hr 50min | Airbus A340 | View seats | |
| | | Total duration: 13hr 15min | | | | |

This is an overnight flight.

---

Select

**$1,159** + $96 taxes & fees = **$1,255** per person

| Leave | **Sun, Mar 26** | **Iberia 3751** | | | | Choose departure |
| | Depart:  5:45am | Tel Aviv Yafo, Israel (TLV) | | | | |
| | Arrive:  11:00am | Madrid, Spain (MAD) | | | | |
| | **1 stop** | Economy | 5hr 15min | Airbus A320 | View seats | |

Change Airline. Time between flights: 2hr 0min

| | | **American Airlines 7613** | | | | |
| AA | Depart:  1:00pm | operated by Iberia -- IB 6251 | | | | |
| | Arrive:  2:10pm | Madrid, Spain (MAD) | | | | |
| | | New York, NY (JFK) | | | | |
| | | Economy | 8hr 10min | Airbus A340 | View seats | |
| | | Total duration: 15hr 25min | | | | |

| Return | **Fri, Mar 31** | **American Airlines 64** | | | | Choose return |
| AA | Depart:  5:20pm | New York, NY (JFK) | | | | |
| | Arrive:  8:05am | Zurich, Switzerland (ZRH) | | | | |
| | **1 stop** | Economy | 7hr 45min | Boeing 767 | View seats | |

Change planes. Time between flights: 1hr 40min

| | | **American Airlines 6290** | | | | |
| AA | Depart:  9:45am | operated by SWISS -- LX 0254 | | | | |
| | Arrive:  2:35pm | Zurich, Switzerland (ZRH) | | | | |
| | | Tel Aviv Yafo, Israel (TLV) | | | | |
| | | Economy | 3hr 50min | Airbus A340 | View seats | |
| | | Total duration: 13hr 15min | | | | |

This is an overnight flight.

**Select**

**$900** + $94 taxes & fees = **$994**  per person

| | | | |
|---|---|---|---|
| Leave | **Sun, Mar 26** | **SN Brussels Airlines 5704** | Choose departure |
| | | operated by El Al Israel – LY 0331 | |
| | Depart:   4:50am | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive:   9:40am | Brussels, Belgium (BRU) | |
| | **1 stop** | Economy   |   4hr 50min   |   Boeing 767 | |

Change Airline. Time between flights: **1hr 30min**

| | | |
|---|---|---|
| | **American Airlines 171** | |
| Depart:   11:10am | Brussels, Belgium (BRU) | |
| Arrive:   12:20pm | New York, NY (JFK) | |
| | Economy   |   8hr 10min   |   Boeing 767   |   View seats | |
| | Total duration: 14hr 30min | |

| | | | |
|---|---|---|---|
| Return | **Fri, Mar 31** | **American Airlines 7612** | Choose return |
| | | operated by Iberia – IB 6250 | |
| | Depart:   5:00pm | New York, NY (JFK) | |
| | Arrive:   7:10am | Madrid, Spain (MAD) | |
| | **2 stops** | Economy   |   7hr 10min   |   Airbus A340   |   View seats | |

Change Airline. Time between flights: **1hr 25min**

| | | |
|---|---|---|
| | **Iberia 6990** | |
| Depart:   8:35am | Madrid, Spain (MAD) | |
| Arrive:   9:45am | Barcelona, Spain (BCN) | |
| | Economy   |   1hr 10min   |   Airbus A321   |   View seats | |

No plane change. Time between flights: **0hr 40min**

| | | |
|---|---|---|
| | **Iberia 6990** | |
| Depart:   10:25am | Barcelona, Spain (BCN) | |
| Arrive:   3:30pm | Tel Aviv Yafo, Israel (TLV) | |
| | Economy   |   4hr 5min   |   Airbus A321   | |
| | Total duration: 14hr 30min | |

This is an overnight flight.

---

**Select**

**$767** + $128 taxes & fees = **$895**  per person

| | | | |
|---|---|---|---|
| Leave | **Sun, Mar 26** | **SN Brussels Airlines 5704** | Choose departure |
| | | operated by El Al Israel – LY 0331 | |
| | Depart:   4:50am | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive:   9:40am | Brussels, Belgium (BRU) | |
| | **1 stop** | Economy   |   4hr 50min   |   Boeing 767 | |

Change Airline. Time between flights: **1hr 30min**

| | | |
|---|---|---|
| | **American Airlines 171** | |
| Depart:   11:10am | Brussels, Belgium (BRU) | |
| Arrive:   12:20pm | New York, NY (JFK) | |
| | Economy   |   8hr 10min   |   Boeing 767   |   View seats | |
| | Total duration: 14hr 30min | |

| | | | |
|---|---|---|---|
| Return | **Fri, Mar 31** | **American Airlines 116** | Choose return |
| | Depart:   11:30am | New York, NY (JFK) | |
| | Arrive:   12:20pm | London, United Kingdom (LHR) | |
| | **2 stops** | Economy   |   6hr 50min   |   Boeing 777   |   View seats | |

Change Airline. Time between flights: **3hr 30min**

| | | |
|---|---|---|
| | **Austrian Airlines 462** | |
| | operated by Tyrolean Airways | |
| Depart:   3:50pm | London, United Kingdom (LHR) | |
| Arrive:   7:10pm | Vienna, Austria (VIE) | |
| | Economy   |   2hr 20min   |   Fokker 100 | |

Change planes. Time between flights: 0hr 50min

**Austrian Airlines 859**
Depart:    8:00pm    Vienna, Austria (VIE)
Arrive:    12:30am    Tel Aviv Yafo, Israel (TLV)

Economy  |  3hr 30min  |  Airbus A320
Total duration: 17hr 0min

This flight arrives two days later.

---

Select
**$900** + $121 taxes & fees = **$1,021** per person

| | | | |
|---|---|---|---|
| Leave | **Sun, Mar 26** | **El Al Israel 8395** | Choose departure |
| | | operated by Iberia -- IB 3751 | |
| | Depart:  5:45am | Tel Aviv Yafo, Israel (TLV) | |
| ELAL | Arrive:  11:00am | Madrid, Spain (MAD) | |
| | **1 stop** | Economy  |  5hr 15min  |  Airbus A320  |  View seats | |

Change Airline. Time between flights: 2hr 0min

**American Airlines 7613**

operated by Iberia -- IB 6251
Depart:    1:00pm    Madrid, Spain (MAD)
Arrive:    2:10pm    New York, NY (JFK)

Economy  |  8hr 10min  |  Airbus A340  |  View seats
Total duration: 15hr 25min

| | | | |
|---|---|---|---|
| Return | **Fri, Mar 31** | **American Airlines 116** | Choose return |
| | Depart:  11:30pm | New York, NY (JFK) | |
| | Arrive:  12:20pm | London, United Kingdom (LHR) | |
| | **2 stops** | Economy  |  6hr 50min  |  Boeing 777  |  View seats | |

Change Airline. Time between flights: 3hr 30min

**Austrian Airlines 462**
operated by Tyrolean Airways
Depart:    3:50pm    London, United Kingdom (LHR)
Arrive:    7:10pm    Vienna, Austria (VIE)

Economy  |  2hr 20min  |  Fokker 100

Change planes. Time between flights: 0hr 50min

**Austrian Airlines 859**
Depart:    8:00pm    Vienna, Austria (VIE)
Arrive:    12:30am    Tel Aviv Yafo, Israel (TLV)

Economy  |  3hr 30min  |  Airbus A320
Total duration: 17hr 0min

This flight arrives two days later.

---

Select
**$900** + $121 taxes & fees = **$1,021** per person

| | | | |
|---|---|---|---|
| Leave | **Sun, Mar 26** | **Iberia 3751** | Choose departure |
| | Depart:  5:45am | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive:  11:00am | Madrid, Spain (MAD) | |
| | **1 stop** | Economy  |  5hr 15min  |  Airbus A320  |  View seats | |

Change Airline. Time between flights: 2hr 0min

**American Airlines 7613**

operated by Iberia -- IB 6251
Depart:    1:00pm    Madrid, Spain (MAD)

| | | | |
|---|---|---|---|
| A‍A | Arrive: **2:10pm** | New York, NY (JFK) | |
| | | Economy ┆ 8hr 10min ┆ Airbus A340 ┆ View seats | |
| | | Total duration: 15hr 25min | |
| Return | **Fri, Mar 31** | **American Airlines 116** | **Choose** |
| A‍A | Depart: **11:30pm** | New York, NY (JFK) | **return** |
| | Arrive: **12:20pm** | London, United Kingdom (LHR) | |
| | **2 stops** | Economy ┆ 6hr 50min ┆ Boeing 777 ┆ View seats | |

**Change Airline. Time between flights: 3hr 30min**

| | | | |
|---|---|---|---|
| | | **Austrian Airlines 462** | |
| | | **operated by Tyrolean Airways** | |
| | Depart: **3:50pm** | London, United Kingdom (LHR) | |
| | Arrive: **7:10pm** | Vienna, Austria (VIE) | |
| | | Economy ┆ 2hr 20min ┆ Fokker 100 | |

**Change planes. Time between flights: 0hr 50min**

| | | | |
|---|---|---|---|
| | | **Austrian Airlines 859** | |
| | Depart: **8:00pm** | Vienna, Austria (VIE) | |
| | Arrive: **12:30am** | Tel Aviv Yafo, Israel (TLV) | |
| | | Economy ┆ 3hr 30min ┆ Airbus A320 | |
| | | Total duration: 17hr 0min | |

This flight arrives two days later.

---

| | | | |
|---|---|---|---|
| Select | | | |
| | **$961** + $107 taxes & fees = **$1,068** per person | | |
| Leave | **Sun, Mar 26** | **El Al Israel 323** | **Choose** |
| ELAL | Depart: **8:00am** | Tel Aviv Yafo, Israel (TLV) | **departure** |
| | Arrive: **1:00pm** | Paris, France (CDG) | |
| | **1 stop** | Economy ┆ 5hr 0min ┆ Boeing 767 | |

**Change Airline. Time between flights: 4hr 50min**

| | | | |
|---|---|---|---|
| | | **American Airlines 121** | |
| A‍A | Depart: **5:50pm** | Paris, France (CDG) | |
| | Arrive: **7:00pm** | New York, NY (JFK) | |
| | | Economy ┆ 8hr 10min ┆ Boeing 767 ┆ View seats | |
| | | Total duration: 18hr 0min | |
| Return | **Fri, Mar 31** | **American Airlines 7612** | **Choose** |
| | | | **return** |
| A‍A | | **operated by Iberia -- IB 6250** | |
| | Depart: **5:00pm** | New York, NY (JFK) | |
| | Arrive: **7:10am** | Madrid, Spain (MAD) | |
| | **2 stops** | Economy ┆ 7hr 10min ┆ Airbus A340 ┆ View seats | |

**Change Airline. Time between flights: 1hr 25min**

| | | | |
|---|---|---|---|
| | | **Iberia 6990** | |
| IB | Depart: **8:35am** | Madrid, Spain (MAD) | |
| | Arrive: **9:45am** | Barcelona, Spain (BCN) | |
| | | Economy ┆ 1hr 10min ┆ Airbus A321 ┆ View seats | |

**No plane change. Time between flights: 0hr 40min**

| | | | |
|---|---|---|---|
| | | **Iberia 6990** | |
| IB | Depart: **10:25am** | Barcelona, Spain (BCN) | |
| | Arrive: **3:30pm** | Tel Aviv Yafo, Israel (TLV) | |
| | | Economy ┆ 4hr 5min ┆ Airbus A321 | |
| | | Total duration: 14hr 30min | |

This is an overnight flight.

---

My Trips | My Account | Flight status | Site map | Contact Us | Site feedback | About Orbitz | Corporate Travel Solutions | Advertise on Orbitz

Select

**$992** + $127 taxes & fees = **$1,119** per person

| | | | | |
|---|---|---|---|---|
| Leave | **Sun, Mar 26** | **American Airlines 6291** | | Choose departure |

AA
Depart: 4:30am
Arrive: 9:00am

operated by SWISS – LX 0257
Tel Aviv Yafo, Israel (TLV)
Zurich, Switzerland (ZRH)

**1 stop**    Economy | 4hr 30min | Airbus A320 | View seats

**Change planes. Time between flights: 2hr 5min**

AA
Depart: 11:05am
Arrive: 1:00pm

**American Airlines 65**
Zurich, Switzerland (ZRH)
New York, NY (JFK)

Economy | 8hr 55min | Boeing 767 | View seats
Total duration: 15hr 30min

Return   **Fri, Mar 31**
Depart: 11:30pm
Arrive: 12:20pm

**American Airlines 116**
New York, NY (JFK)
London, United Kingdom (LHR)

Choose return

**2 stops**    Economy | 6hr 50min | Boeing 777 | View seats

**Change Airline. Time between flights: 3hr 30min**

**Austrian Airlines 462**
operated by Tyrolean Airways
Depart: 3:50pm   London, United Kingdom (LHR)
Arrive: 7:10pm   Vienna, Austria (VIE)

Economy | 2hr 20min | Fokker 100

**Change planes. Time between flights: 0hr 50min**

**Austrian Airlines 859**
Depart: 8:00pm   Vienna, Austria (VIE)
Arrive: 12:30am   Tel Aviv Yafo, Israel (TLV)

Economy | 3hr 30min | Airbus A320
Total duration: 17hr 0min

This flight arrives two days later.

---

Select

**$900** + $121 taxes & fees = **$1,021** per person

| | | | | |
|---|---|---|---|---|
| Leave | **Sun, Mar 26** | **Iberia 7867** | | Choose departure |

Depart: 5:00am
Arrive: 10:25am

operated by El Al Israel – LY 0395
Tel Aviv Yafo, Israel (TLV)
Madrid, Spain (MAD)

**1 stop**    Economy | 5hr 25min | Boeing 737 | View seats

**Change Airline. Time between flights: 2hr 35min**

**American Airlines 7613**

AA
Depart: 1:00pm
Arrive: 2:10pm

operated by Iberia – IB 6251
Madrid, Spain (MAD)
New York, NY (JFK)

Economy | 8hr 10min | Airbus A340 | View seats
Total duration: 16hr 10min

Return   **Fri, Mar 31**
Depart: 11:30pm
Arrive: 12:20pm

**American Airlines 116**
New York, NY (JFK)
London, United Kingdom (LHR)

Choose return

**2 stops**    Economy | 6hr 50min | Boeing 777 | View seats

**Change Airline. Time between flights: 3hr 30min**

**Austrian Airlines 462**
operated by Tyrolean Airways



| | Depart: | 3:50pm | London, United Kingdom (LHR) |
| | Arrive: | 7:10pm | Vienna, Austria (VIE) |

| | | Economy | 2hr 20min | Fokker 100 |

**Change planes. Time between flights: 0hr 50min**

**Austrian Airlines 859**
| | Depart: | 8:00pm | Vienna, Austria (VIE) |
| | Arrive: | 12:30am | Tel Aviv Yafo, Israel (TLV) |

| | | Economy | 3hr 30min | Airbus A320 |
Total duration: 17hr 0min

This flight arrives two days later.

---

Select

**$767** + $123 taxes & fees = **$890** per person

| Leave | **Sun, Mar 26** | | **SN Brussels Airlines 5704** | | Choose departure |
| | | | operated by El Al Israel -- LY 0331 | |
| | Depart: | 4:50pm | Tel Aviv Yafo, Israel (TLV) |
| | Arrive: | 9:40am | Brussels, Belgium (BRU) |
| **1 stop** | | Economy | 4hr 50min | Boeing 767 |

**Change Airline. Time between flights: 1hr 30min**

| | | | **American Airlines 171** |
| | Depart: | 11:10am | Brussels, Belgium (BRU) |
| | Arrive: | 12:20pm | New York, NY (JFK) |

| | | Economy | 8hr 10min | Boeing 767 | View seats |
Total duration: 14hr 30min

| Return | **Fri, Mar 31** | | **American Airlines 116** | | Choose return |
| | Depart: | 11:30pm | New York, NY (JFK) |
| | Arrive: | 12:20pm | London, United Kingdom (LHR) |
| **2 stops** | | Economy | 6hr 50min | Boeing 777 | View seats |

**Change Airline. Time between flights: 3hr 35min**

| | | | **British Airways 440** |
| | Depart: | 3:55pm | London, United Kingdom (LHR) |
| | Arrive: | 6:05pm | Amsterdam, Netherlands (AMS) |

| | | Economy | 1hr 10min | Airbus A319 | View seats |

**Change Airline. Time between flights: 2hr 55min**

| | | | **KLM 461** |
| | Depart: | 9:00pm | Amsterdam, Netherlands (AMS) |
| | Arrive: | 2:25am | Tel Aviv Yafo, Israel (TLV) |

| | | Economy | 4hr 25min | Boeing 737 |
Total duration: 18hr 55min

This flight arrives two days later.

---

Select

**$767** + $123 taxes & fees = **$890** per person

| Leave | **Sun, Mar 26** | | **SN Brussels Airlines 5704** | | Choose departure |
| | | | operated by El Al Israel -- LY 0331 | |
| | Depart: | 4:50pm | Tel Aviv Yafo, Israel (TLV) |
| | Arrive: | 9:40am | Brussels, Belgium (BRU) |
| **1 stop** | | Economy | 4hr 50min | Boeing 767 |

**Change Airline. Time between flights: 1hr 30min**

| | | | **American Airlines 171** |
| | Depart: | 11:10am | Brussels, Belgium (BRU) |
| | Arrive: | 12:20pm | New York, NY (JFK) |

AA

|  |  | | Economy | 8hr 10min | Boeing 767 | View seats |
|  |  | | Total duration: 14hr 30min |

| Return | **Fri, Mar 31** | **American Airlines 116** | | Choose return |
| AA | Depart: 11:30pm | New York, NY (JFK) |
|  | Arrive: 12:20pm | London, United Kingdom (LHR) |
|  | **2 stops** | Economy | 6hr 50min | Boeing 777 | View seats |

**Change Airline. Time between flights: 4hr 5min**

| bmi | Depart: 4:25pm | **BMI 111** |
|  | Arrive: 6:40pm | London, United Kingdom (LHR) |
|  |  | Amsterdam, Netherlands (AMS) |
|  |  | Economy | 1hr 15min | Airbus A319 |

**Change Airline. Time between flights: 2hr 20min**

| KLM | Depart: 9:00pm | **KLM 461** |
|  | Arrive: 2:25am | Amsterdam, Netherlands (AMS) |
|  |  | Tel Aviv Yafo, Israel (TLV) |
|  |  | Economy | 4hr 25min | Boeing 737 |
|  |  | Total duration: 18hr 55min |

This flight arrives two days later.

---

Select

**$767** + $123 taxes & fees = **$890** per person

| Leave | **Sun, Mar 26** | **SN Brussels Airlines 5704** | | Choose departure |
|  |  | operated by El Al Israel -- LY 0331 |
|  | Depart: 4:50am | Tel Aviv Yafo, Israel (TLV) |
|  | Arrive: 9:40am | Brussels, Belgium (BRU) |
|  | **1 stop** | Economy | 4hr 50min | Boeing 767 |

**Change Airline. Time between flights: 1hr 30min**

|  | Depart: 11:10am | **American Airlines 171** |
|  | Arrive: 12:20pm | Brussels, Belgium (BRU) |
| AA |  | New York, NY (JFK) |
|  |  | Economy | 8hr 10min | Boeing 767 | View seats |
|  |  | Total duration: 14hr 30min |

| Return | **Fri, Mar 31** | **American Airlines 116** | | Choose return |
| AA | Depart: 11:30pm | New York, NY (JFK) |
|  | Arrive: 12:20pm | London, United Kingdom (LHR) |
|  | **2 stops** | Economy | 6hr 50min | Boeing 777 | View seats |

**Change Airline. Time between flights: 2hr 20min**

|  |  | **Etihad Airways 7313** |
|  |  | operated by BMI -- BD 0109 |
|  | Depart: 2:40pm | London, United Kingdom (LHR) |
|  | Arrive: 4:55pm | Amsterdam, Netherlands (AMS) |
|  |  | Economy | 1hr 15min | Airbus A320 |

**Change Airline. Time between flights: 4hr 5min**

| KLM | Depart: 9:00pm | **KLM 461** |
|  | Arrive: 2:25am | Amsterdam, Netherlands (AMS) |
|  |  | Tel Aviv Yafo, Israel (TLV) |
|  |  | Economy | 4hr 25min | Boeing 737 |
|  |  | Total duration: 18hr 55min |

This flight arrives two days later.

---

Select

**$767** + $128 taxes & fees = **$895** per person

| Leave | **Sun, Mar 26** | **SN Brussels Airlines 5704** | | Choose departure |
|---|---|---|---|---|
| | | operated by El Al Israel – LY 0331 | | |
| | Depart: 4:50am | Tel Aviv Yafo, Israel (TLV) | | |
| | Arrive: 9:40am | Brussels, Belgium (BRU) | | |
| | **1 stop** | Economy ┆ 4hr 50min ┆ Boeing 767 | | |

**Change Airline.** Time between flights: **1hr 30min**

| | | **American Airlines 171** | | |
|---|---|---|---|---|
| | Depart: 11:10am | Brussels, Belgium (BRU) | | |
| | Arrive: 12:20pm | New York, NY (JFK) | | |
| | | Economy ┆ 8hr 10min ┆ Boeing 767 ┆ <u>View seats</u> | | |
| | | Total duration: 14hr 30min | | |

| Return | **Fri, Mar 31** | **American Airlines 132** | | Choose return |
|---|---|---|---|---|
| | Depart: 9:30pm | New York, NY (JFK) | | |
| | Arrive: 10:25am | London, United Kingdom (LHR) | | |
| | **2 stops** | Economy ┆ 6hr 55min ┆ Boeing 777 ┆ <u>View seats</u> | | |

**Change Airline.** Time between flights: **2hr 30min**

| | | **Austrian Airlines 454** | | |
|---|---|---|---|---|
| | | operated by Tyrolean Airways | | |
| | Depart: 12:55pm | London, United Kingdom (LHR) | | |
| | Arrive: 4:20pm | Vienna, Austria (VIE) | | |
| | | Economy ┆ 2hr 25min ┆ Fokker 100 | | |

**Change planes.** Time between flights: **3hr 40min**

| | | **Austrian Airlines 859** | | |
|---|---|---|---|---|
| | Depart: 8:00pm | Vienna, Austria (VIE) | | |
| | Arrive: 12:30am | Tel Aviv Yafo, Israel (TLV) | | |
| | | Economy ┆ 3hr 30min ┆ Airbus A320 | | |
| | | Total duration: 19hr 0min | | |

This flight arrives two days later.

---

Select

**$828** + $110 taxes & fees = **$938** per person

| Leave | **Sun, Mar 26** | **SN Brussels Airlines 5704** | | Choose departure |
|---|---|---|---|---|
| | | operated by El Al Israel – LY 0331 | | |
| | Depart: 4:50am | Tel Aviv Yafo, Israel (TLV) | | |
| | Arrive: 9:40am | Brussels, Belgium (BRU) | | |
| | **1 stop** | Economy ┆ 4hr 50min ┆ Boeing 767 | | |

**Change Airline.** Time between flights: **1hr 30min**

| | | **American Airlines 171** | | |
|---|---|---|---|---|
| | Depart: 11:10am | Brussels, Belgium (BRU) | | |
| | Arrive: 12:20pm | New York, NY (JFK) | | |
| | | Economy ┆ 8hr 10min ┆ Boeing 767 ┆ <u>View seats</u> | | |
| | | Total duration: 14hr 30min | | |

| Return | **Fri, Mar 31** | **American Airlines 104** | | Choose return |
|---|---|---|---|---|
| | Depart: 8:15pm | New York, NY (JFK) | | |
| | Arrive: 9:15am | London, United Kingdom (LHR) | | |
| | **2 stops** | Economy ┆ 7hr 0min ┆ Boeing 777 ┆ <u>View seats</u> | | |

**Change Airline.** Time between flights: **3hr 15min**

| | | **TAROM 392** | | |
|---|---|---|---|---|
| | Depart: 12:30pm | London, United Kingdom (LHR) | | |
| | Arrive: 5:45pm | Bucharest, Romania (OTP) | | |
| | | Economy ┆ 3hr 15min ┆ Boeing 737 | | |

**Change planes.** Time between flights: **2hr 55min**



| | Depart:<br>Arrive: | **8:40pm**<br>**11:15pm** | **TAROM 153**<br>Bucharest, Romania (OTP)<br>Tel Aviv Yafo, Israel (TLV) |
|---|---|---|---|

Economy | 2hr 35min | Boeing 737
Total duration: 19hr 0min

This is an overnight flight.

---

Select

**$1,152** + $108 taxes & fees = **$1,260** per person        **TLC** Part of OrbitzTLC

| Leave | **Sun, Mar 26**<br>Depart: **7:15pm**<br>Arrive: **12:20pm** | **Air France 2221**<br>Tel Aviv Yafo, Israel (TLV)<br>Paris, France (CDG) | Choose departure |
|---|---|---|---|

1 stop        Economy | 5hr 5min | Airbus A320 | View seats

Change planes. Time between flights: **0hr 55min**

| | Depart: **1:15pm**<br>Arrive: **2:05pm** | **Air France 6**<br>Paris, France (CDG)<br>New York, NY (JFK) | |

Economy | 7hr 50min | Boeing 777 | View seats
Total duration: 13hr 50min

| Return | **Fri, Mar 31**<br>Depart: **7:40pm**<br>Arrive: **9:55am** | **Air France 11**<br>New York, NY (JFK)<br>Paris, France (CDG) | Choose return |
|---|---|---|---|

1 stop        Economy | 7hr 15min | Airbus A343 | View seats

Change planes. Time between flights: **8hr 30min**

| | Depart: **6:25pm**<br>Arrive: **11:55pm** | **Air France 2220**<br>Paris, France (CDG)<br>Tel Aviv Yafo, Israel (TLV) | |

Economy | 4hr 30min | Airbus A320 | View seats
Total duration: 20hr 15min

This is an overnight flight.

---

Select

**$1,152** + $108 taxes & fees = **$1,260** per person        **TLC** Part of OrbitzTLC

| Leave | **Sun, Mar 26**<br>Depart: **7:15pm**<br>Arrive: **12:20pm** | **Air France 2221**<br>Tel Aviv Yafo, Israel (TLV)<br>Paris, France (CDG) | Choose departure |
|---|---|---|---|

1 stop        Economy | 5hr 5min | Airbus A320 | View seats

Change planes. Time between flights: **0hr 55min**

| | Depart: **1:15pm**<br>Arrive: **2:05pm** | **Air France 6**<br>Paris, France (CDG)<br>New York, NY (JFK) | |

Economy | 7hr 50min | Boeing 777 | View seats
Total duration: 13hr 50min

| Return | **Fri, Mar 31**<br>Depart: **7:05pm**<br>Arrive: **10:00am** | **Air France 8995**<br>**operated by Delta Air Lines -- DL 0118**<br>New York, NY (JFK)<br>Paris, France (CDG) | Choose return |
|---|---|---|---|

1 stop        Economy | 7hr 55min | Boeing 767 | View seats

Change planes. Time between flights: **8hr 25min**

| | Depart: **6:25pm** | **Air France 2220**<br>Paris, France (CDG) | |

Arrive:    **11:55pm**    Tel Aviv Yafo, Israel (TLV)

Economy  |  4hr 30min  |  Airbus A320  |  View seats
Total duration: 20hr 50min

This is an overnight flight.

---

Select
             **$828** + $141 taxes & fees = **$969**  per person

Leave    **Sun, Mar 26**    **El Al Israel 323**                                    Choose
         Depart:   **8:00am**   Tel Aviv Yafo, Israel (TLV)                          departure
         Arrive:   **1:00pm**   Paris, France (CDG)

         **1 stop**        Economy  |  5hr 0min  |  Boeing 767

         **Change Airline. Time between flights: 4hr 50min**

                         **American Airlines 121**
         Depart:   **5:50pm**   Paris, France (CDG)
         Arrive:   **7:00pm**   New York, NY (JFK)

                         Economy  |  8hr 10min  |  Boeing 767  |  View seats
                         Total duration: 18hr 0min

Return   **Fri, Mar 31**    **American Airlines 116**                                Choose
         Depart:   **11:30pm**  New York, NY (JFK)                                   return
         Arrive:   **12:20pm**  London, United Kingdom (LHR)

         **2 stops**       Economy  |  6hr 50min  |  Boeing 777  |  View seats

         **Change Airline. Time between flights: 3hr 30min**

                         **Austrian Airlines 462**
                         **operated by Tyrolean Airways**
         Depart:   **3:50pm**   London, United Kingdom (LHR)
         Arrive:   **7:10pm**   Vienna, Austria (VIE)

                         Economy  |  2hr 20min  |  Fokker 100

         **Change planes. Time between flights: 0hr 50min**

                         **Austrian Airlines 859**
         Depart:   **8:00pm**   Vienna, Austria (VIE)
         Arrive:   **12:30am**  Tel Aviv Yafo, Israel (TLV)

                         Economy  |  3hr 30min  |  Airbus A320
                         Total duration: 17hr 0min

         This flight arrives two days later.

---

Select
             **$767** + $128 taxes & fees = **$895**  per person

Leave    **Sun, Mar 26**    **TAROM 154**                                           Choose
         Depart:   **1:10am**   Tel Aviv Yafo, Israel (TLV)                          departure
         Arrive:   **4:50am**   Bucharest, Romania (OTP)

         **2 stops**       Economy  |  2hr 40min  |  Boeing 737

         **Change planes. Time between flights: 2hr 45min**

                         **TAROM 371**
         Depart:   **7:35am**   Bucharest, Romania (OTP)
         Arrive:   **9:20am**   Brussels, Belgium (BRU)

                         Economy  |  2hr 45min  |  Boeing 737

         **Change Airline. Time between flights: 1hr 50min**

                         **American Airlines 171**
         Depart:   **11:10am**  Brussels, Belgium (BRU)
         Arrive:   **12:20pm**  New York, NY (JFK)

| Return | **Fri, Mar 31** | **American Airlines 116** | Choose return |
| | Depart: 11:30pm | New York, NY (JFK) | |
| | Arrive: 12:20pm | London, United Kingdom (LHR) | |
| **2 stops** | | Economy | 6hr 50min | Boeing 777 | View seats |

Change Airline. Time between flights: **3hr 30min**

| | | **Austrian Airlines 462** |
| | | **operated by Tyrolean Airways** |
| | Depart: 3:50pm | London, United Kingdom (LHR) |
| | Arrive: 7:10pm | Vienna, Austria (VIE) |
| | | Economy | 2hr 20min | Fokker 100 |

Change planes. Time between flights: **0hr 50min**

| | | **Austrian Airlines 859** |
| | Depart: 8:00pm | Vienna, Austria (VIE) |
| | Arrive: 12:30am | Tel Aviv Yafo, Israel (TLV) |
| | | Economy | 3hr 30min | Airbus A320 |
| | | Total duration: 17hr 0min |

This flight arrives two days later.

---

| Select | | | |
| | **$767** + $123 taxes & fees = **$890** per person | | |
| Leave | **Sun, Mar 26** | **TAROM 154** | Choose departure |
| | Depart: 1:10pm | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: 4:50am | Bucharest, Romania (OTP) | |
| **2 stops** | | Economy | 2hr 40min | Boeing 737 |

Change planes. Time between flights: **2hr 45min**

| | | **TAROM 371** |
| | Depart: 7:35am | Bucharest, Romania (OTP) |
| | Arrive: 9:20am | Brussels, Belgium (BRU) |
| | | Economy | 2hr 45min | Boeing 737 |

Change Airline. Time between flights: **1hr 50min**

| | | **American Airlines 171** |
| | Depart: 11:10am | Brussels, Belgium (BRU) |
| | Arrive: 12:20pm | New York, NY (JFK) |
| | | Economy | 8hr 10min | Boeing 767 | View seats |
| | | Total duration: 18hr 10min |

| Return | **Fri, Mar 31** | **American Airlines 116** | Choose return |
| | Depart: 11:30pm | New York, NY (JFK) | |
| | Arrive: 12:20pm | London, United Kingdom (LHR) | |
| **2 stops** | | Economy | 6hr 50min | Boeing 777 | View seats |

Change Airline. Time between flights: **3hr 35min**

| | | **British Airways 440** |
| | Depart: 3:55pm | London, United Kingdom (LHR) |
| | Arrive: 6:05pm | Amsterdam, Netherlands (AMS) |
| | | Economy | 1hr 10min | Airbus A319 | View seats |

Change Airline. Time between flights: **2hr 55min**

| | | **KLM 461** |
| | Depart: 9:00pm | Amsterdam, Netherlands (AMS) |
| | Arrive: 2:25am | Tel Aviv Yafo, Israel (TLV) |
| | | Economy | 4hr 25min | Boeing 737 |
| | | Total duration: 18hr 55min |

This flight arrives two days later.

---

Become an affiliate | Careers | Media | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights

http://www.orbitz.com/App/ViewFlightSearchResults?z=ab4f&r=cn    3/6/2006

Select
**$767** + $123 taxes & fees = **$890** per person

| | | | | |
|---|---|---|---|---|
| Leave | **Sun, Mar 26** | **TAROM 154** | | Choose departure |
| | Depart: 1:10am | Tel Aviv Yafo, Israel (TLV) | | |
| | Arrive: 4:50am | Bucharest, Romania (OTP) | | |
| | **2 stops** | Economy ¦ 2hr 40min ¦ Boeing 737 | | |

**Change planes.** Time between flights: **2hr 45min**

| | | |
|---|---|---|
| | **TAROM 371** | |
| Depart: 7:35am | Bucharest, Romania (OTP) | |
| Arrive: 9:20am | Brussels, Belgium (BRU) | |
| | Economy ¦ 2hr 45min ¦ Boeing 737 | |

**Change Airline.** Time between flights: **1hr 50min**

| | | |
|---|---|---|
| | **American Airlines 171** | |
| Depart: 11:10am | Brussels, Belgium (BRU) | |
| Arrive: 12:20pm | New York, NY (JFK) | |
| | Economy ¦ 8hr 10min ¦ Boeing 767 ¦ View seats | |
| | Total duration: 18hr 10min | |

| | | | | |
|---|---|---|---|---|
| Return | **Fri, Mar 31** | **American Airlines 116** | | Choose return |
| | Depart: 11:30am | New York, NY (JFK) | | |
| | Arrive: 12:20pm | London, United Kingdom (LHR) | | |
| | **2 stops** | Economy ¦ 6hr 50min ¦ Boeing 777 ¦ View seats | | |

**Change Airline.** Time between flights: **4hr 5min**

| | | |
|---|---|---|
| | **BMI 111** | |
| Depart: 4:25pm | London, United Kingdom (LHR) | |
| Arrive: 6:40pm | Amsterdam, Netherlands (AMS) | |
| | Economy ¦ 1hr 15min ¦ Airbus A319 | |

**Change Airline.** Time between flights: **2hr 20min**

| | | |
|---|---|---|
| | **KLM 461** | |
| Depart: 9:00pm | Amsterdam, Netherlands (AMS) | |
| Arrive: 2:25am | Tel Aviv Yafo, Israel (TLV) | |
| | Economy ¦ 4hr 25min ¦ Boeing 737 | |
| | Total duration: 18hr 55min | |

This flight arrives two days later.

---

Select
**$767** + $123 taxes & fees = **$890** per person

| | | | | |
|---|---|---|---|---|
| Leave | **Sun, Mar 26** | **TAROM 154** | | Choose departure |
| | Depart: 1:10am | Tel Aviv Yafo, Israel (TLV) | | |
| | Arrive: 4:50am | Bucharest, Romania (OTP) | | |
| | **2 stops** | Economy ¦ 2hr 40min ¦ Boeing 737 | | |

**Change planes.** Time between flights: **2hr 45min**

| | | |
|---|---|---|
| | **TAROM 371** | |
| Depart: 7:35am | Bucharest, Romania (OTP) | |
| Arrive: 9:20am | Brussels, Belgium (BRU) | |
| | Economy ¦ 2hr 45min ¦ Boeing 737 | |

**Change Airline.** Time between flights: **1hr 50min**

| | | |
|---|---|---|
| | **American Airlines 171** | |
| Depart: 11:10am | Brussels, Belgium (BRU) | |
| Arrive: 12:20pm | New York, NY (JFK) | |
| | Economy ¦ 8hr 10min ¦ Boeing 767 ¦ View seats | |
| | Total duration: 18hr 10min | |

| | | | |
|---|---|---|---|
| Return | **Fri, Mar 31** | **American Airlines 116** | Choose |
| AA | Depart: 11:30pm<br>Arrive: 12:20pm | New York, NY (JFK)<br>London, United Kingdom (LHR) | return |
| | **2 stops** | Economy ┆ 6hr 50min ┆ Boeing 777 ┆ View seats | |

**Change Airline. Time between flights: 2hr 20min**

| | | |
|---|---|---|
| | **Etihad Airways 7313** | |
| | **operated by BMI – BD 0109** | |
| Depart: 2:40pm<br>Arrive: 4:55pm | London, United Kingdom (LHR)<br>Amsterdam, Netherlands (AMS) | |
| | Economy ┆ 1hr 15min ┆ Airbus A320 | |

**Change Airline. Time between flights: 4hr 5min**

| | | |
|---|---|---|
| KLM | **KLM 461** | |
| Depart: 9:00pm<br>Arrive: 2:25am | Amsterdam, Netherlands (AMS)<br>Tel Aviv Yafo, Israel (TLV) | |
| | Economy ┆ 4hr 25min ┆ Boeing 737<br>Total duration: 18hr 55min | |

This flight arrives two days later.

---

Select

**$767** + $128 taxes & fees = **$895** per person

| | | | |
|---|---|---|---|
| Leave | **Sun, Mar 26** | **TAROM 154** | Choose |
| | Depart: 1:10am<br>Arrive: 4:50am | Tel Aviv Yafo, Israel (TLV)<br>Bucharest, Romania (OTP) | departure |
| | **2 stops** | Economy ┆ 2hr 40min ┆ Boeing 737 | |

**Change planes. Time between flights: 2hr 45min**

| | | |
|---|---|---|
| | **TAROM 371** | |
| Depart: 7:35am<br>Arrive: 9:20am | Bucharest, Romania (OTP)<br>Brussels, Belgium (BRU) | |
| | Economy ┆ 2hr 45min ┆ Boeing 737 | |

**Change Airline. Time between flights: 1hr 50min**

| | | |
|---|---|---|
| AA | **American Airlines 171** | |
| Depart: 11:10am<br>Arrive: 12:20pm | Brussels, Belgium (BRU)<br>New York, NY (JFK) | |
| | Economy ┆ 8hr 10min ┆ Boeing 767 ┆ View seats<br>Total duration: 18hr 10min | |

| | | | |
|---|---|---|---|
| Return | **Fri, Mar 31** | **American Airlines 132** | Choose |
| AA | Depart: 9:30pm<br>Arrive: 10:25am | New York, NY (JFK)<br>London, United Kingdom (LHR) | return |
| | **2 stops** | Economy ┆ 6hr 55min ┆ Boeing 777 ┆ View seats | |

**Change Airline. Time between flights: 2hr 30min**

| | | |
|---|---|---|
| | **Austrian Airlines 454** | |
| | **operated by Tyrolean Airways** | |
| Depart: 12:55pm<br>Arrive: 4:20pm | London, United Kingdom (LHR)<br>Vienna, Austria (VIE) | |
| | Economy ┆ 2hr 25min ┆ Fokker 100 | |

**Change planes. Time between flights: 3hr 40min**

| | | |
|---|---|---|
| | **Austrian Airlines 859** | |
| Depart: 8:00pm<br>Arrive: 12:30am | Vienna, Austria (VIE)<br>Tel Aviv Yafo, Israel (TLV) | |
| | Economy ┆ 3hr 30min ┆ Airbus A320<br>Total duration: 19hr 0min | |

This flight arrives two days later.

---

Select

**$828** + $110 taxes & fees = **$938**  per person

| | | | | Choose departure |
|---|---|---|---|---|
| Leave | **Sun, Mar 26** | | **TAROM 154** | |
| | Depart: | 1:10am | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: | 4:50am | Bucharest, Romania (OTP) | |
| | **2 stops** | | Economy | 2hr 40min | Boeing 737 | |

Change planes. Time between flights: **2hr 45min**

| | | | |
|---|---|---|---|
| | | | **TAROM 371** |
| | Depart: | 7:35am | Bucharest, Romania (OTP) |
| | Arrive: | 9:20am | Brussels, Belgium (BRU) |
| | | | Economy | 2hr 45min | Boeing 737 |

Change Airline. Time between flights: **1hr 50min**

| | | | |
|---|---|---|---|
| | | | **American Airlines 171** |
| | Depart: | 11:10am | Brussels, Belgium (BRU) |
| | Arrive: | 12:20pm | New York, NY (JFK) |
| | | | Economy | 8hr 10min | Boeing 767 | View seats |
| | | | Total duration: 18hr 10min |

| | | | | Choose return |
|---|---|---|---|---|
| Return | **Fri, Mar 31** | | **American Airlines 104** | |
| | Depart: | 8:15pm | New York, NY (JFK) | |
| | Arrive: | 9:15am | London, United Kingdom (LHR) | |
| | **2 stops** | | Economy | 7hr 0min | Boeing 777 | View seats | |

Change Airline. Time between flights: **3hr 15min**

| | | | |
|---|---|---|---|
| | | | **TAROM 392** |
| | Depart: | 12:30pm | London, United Kingdom (LHR) |
| | Arrive: | 5:45pm | Bucharest, Romania (OTP) |
| | | | Economy | 3hr 15min | Boeing 737 |

Change planes. Time between flights: **2hr 55min**

| | | | |
|---|---|---|---|
| | | | **TAROM 153** |
| | Depart: | 8:40pm | Bucharest, Romania (OTP) |
| | Arrive: | 11:15pm | Tel Aviv Yafo, Israel (TLV) |
| | | | Economy | 2hr 35min | Boeing 737 |
| | | | Total duration: 19hr 0min |

This is an overnight flight.

---

Select

**$1,152** + $108 taxes & fees = **$1,260**  per person     Part of OrbitzTLC

| | | | | Choose departure |
|---|---|---|---|---|
| Leave | **Sun, Mar 26** | | **Air France 2221** | |
| | Depart: | 7:15am | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: | 12:20pm | Paris, France (CDG) | |
| | **1 stop** | | Economy | 5hr 5min | Airbus A320 | View seats | |

Change planes. Time between flights: **3hr 35min**

| | | | |
|---|---|---|---|
| | | | **Air France 10** |
| | Depart: | 3:55pm | Paris, France (CDG) |
| | Arrive: | 5:10pm | New York, NY (JFK) |
| | | | Economy | 8hr 15min | Airbus A343 | View seats |
| | | | Total duration: 16hr 55min |

| | | | | Choose return |
|---|---|---|---|---|
| Return | **Fri, Mar 31** | | **Air France 11** | |
| | Depart: | 7:40pm | New York, NY (JFK) | |
| | Arrive: | 9:55am | Paris, France (CDG) | |
| | **1 stop** | | Economy | 7hr 15min | Airbus A343 | View seats | |

Change planes. Time between flights: **8hr 30min**

| | | | |
|---|---|---|---|
| | Depart: | 6:25pm | **Air France 2220** |
| | Arrive: | 11:55pm | Paris, France (CDG) |
| | | | Tel Aviv Yafo, Israel (TLV) |

Economy │ 4hr 30min │ Airbus A320 │ <u>View seats</u>
Total duration: 20hr 15min

This is an overnight flight.

---

**Select**

**$1,152** + $122 taxes & fees = **$1,274** per person     *Orbitz TLC*  <u>Part of OrbitzTLC</u>

| Leave | **Sun, Mar 26** | **Air France 2221** | <u>Choose</u> |
|---|---|---|---|
| | Depart: 7:15am | Tel Aviv Yafo, Israel (TLV) | <u>departure</u> |
| | Arrive: 12:20pm | Paris, France (CDG) | |

**1 stop**     Economy │ 5hr 5min │ Airbus A320 │ <u>View seats</u>

**Change planes. Time between flights: 0hr 55min**

| | Depart: 1:15pm | **Air France 6** |
|---|---|---|
| | Arrive: 2:05pm | Paris, France (CDG) |
| | | New York, NY (JFK) |

Economy │ 7hr 50min │ Boeing 777 │ <u>View seats</u>
Total duration: 13hr 50min

| Return | **Fri, Mar 31** | **Air France 23** | <u>Choose</u> |
|---|---|---|---|
| | Depart: 4:05pm | New York, NY (JFK) | <u>return</u> |
| | Arrive: 6:00am | Paris, France (CDG) | |

**1 stop**     Economy │ 6hr 55min │ Boeing 777 │ <u>View seats</u>

**Change planes. Time between flights: 12hr 25min**

| | Depart: 6:25pm | **Air France 2220** |
|---|---|---|
| | Arrive: 11:55pm | Paris, France (CDG) |
| | | Tel Aviv Yafo, Israel (TLV) |

Economy │ 4hr 30min │ Airbus A320 │ <u>View seats</u>
Total duration: 23hr 50min

This is an overnight flight.

---

**Select**

**$1,152** + $108 taxes & fees = **$1,260** per person     *Orbitz TLC*  <u>Part of OrbitzTLC</u>

| Leave | **Sun, Mar 26** | **Air France 2221** | <u>Choose</u> |
|---|---|---|---|
| | Depart: 7:15am | Tel Aviv Yafo, Israel (TLV) | <u>departure</u> |
| | Arrive: 12:20pm | Paris, France (CDG) | |

**1 stop**     Economy │ 5hr 5min │ Airbus A320 │ <u>View seats</u>

**Change planes. Time between flights: 3hr 35min**

| | Depart: 3:55pm | **Air France 10** |
|---|---|---|
| | Arrive: 5:10pm | Paris, France (CDG) |
| | | New York, NY (JFK) |

Economy │ 8hr 15min │ Airbus A343 │ <u>View seats</u>
Total duration: 16hr 55min

| Return | **Fri, Mar 31** | **Air France 8995** | <u>Choose</u> |
|---|---|---|---|
| | | **operated by Delta Air Lines – DL 0118** | <u>return</u> |
| | Depart: 7:05pm | New York, NY (JFK) | |
| | Arrive: 10:00am | Paris, France (CDG) | |

**1 stop**     Economy │ 7hr 55min │ Boeing 767 │ <u>View seats</u>

**Change planes. Time between flights: 8hr 25min**

| | Depart: 6:25pm | **Air France 2220** |
|---|---|---|
| | | Paris, France (CDG) |

Arrive: **11:55pm**   Tel Aviv Yafo, Israel (TLV)

Economy ┊ 4hr 30min ┊ Airbus A320 ┊ View seats
Total duration: 20hr 50min

This is an overnight flight.

---

Select

**$946** + $332 taxes & fees = **$1,278** per person   `TLC` Part of OrbitzTLC

| Leave | **Sun, Mar 26** | **British Airways 164** | Choose departure |
| | Depart: **4:05pm** | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: **8:30pm** | London, United Kingdom (LHR) | |

**1 stop**   Economy ┊ 5hr 25min ┊ Boeing 777 ┊ View seats

**Change planes.** Time between flights: **12hr 25min**

| | **British Airways 117** |
| Depart: **8:55am** | London, United Kingdom (LHR) |
| Arrive: **10:15am** | New York, NY (JFK) |

Economy ┊ 7hr 20min ┊ Boeing 747 ┊ View seats
Total duration: 25hr 10min

This is an overnight flight.

| Return | **Fri, Mar 31** | **British Airways 178** | Choose return |
| | Depart: **8:15pm** | New York, NY (JFK) | |
| | Arrive: **9:00pm** | London, United Kingdom (LHR) | |

**1 stop**   Economy ┊ 6hr 45min ┊ Boeing 747 ┊ View seats

**Change planes.** Time between flights: **1hr 30min**

| | **British Airways 163** |
| Depart: **10:30pm** | London, United Kingdom (LHR) |
| Arrive: **5:25am** | Tel Aviv Yafo, Israel (TLV) |

Economy ┊ 4hr 55min ┊ Boeing 767 ┊ View seats
Total duration: 13hr 10min

This is an overnight flight.

---

Select

**$964** + $309 taxes & fees = **$1,273** per person

| Leave | **Sun, Mar 26** | **Lufthansa 687** | Choose departure |
| | Depart: **3:30pm** | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: **7:45pm** | Frankfurt, Germany (FRA) | |

**1 stop**   Economy ┊ 4hr 15min ┊ Boeing 747 ┊ View seats

**Change planes.** Time between flights: **14hr 15min**

| | **Lufthansa 400** |
| Depart: **10:00am** | Frankfurt, Germany (FRA) |
| Arrive: **11:10am** | New York, NY (JFK) |

Economy ┊ 8hr 10min ┊ Boeing 747 ┊ View seats
Total duration: 26hr 40min

This is an overnight flight.

| Return | **Fri, Mar 31** | **SWISS 17** | Choose return |
| | Depart: **5:10pm** | New York, NY (JFK) | |
| | Arrive: **8:20am** | Zurich, Switzerland (ZRH) | |

**1 stop**   Economy ┊ 8hr 10min ┊ Airbus A332

**Change planes.** Time between flights: **1hr 25min**

**SWISS 254**

 Depart: **9:45am**   Zurich, Switzerland (ZRH)
Arrive: **2:35pm**   Tel Aviv Yafo, Israel (TLV)

Economy ┊ 3hr 50min ┊ Airbus A343
Total duration: 13hr 25min

This is an overnight flight.

---

Select
### **$999** + $348 taxes & fees = **$1,347**  per person        Part of OrbitzTLC

| Leave | Sun, Mar 26 | **Lufthansa 687** | Choose departure |
|---|---|---|---|
| | Depart: **3:30pm** | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: **7:45pm** | Frankfurt, Germany (FRA) | |

**1 stop**        Economy ┊ 4hr 15min ┊ Boeing 747 ┊ View seats

**Change planes.** Time between flights: **14hr 15min**

Depart: **10:00am**   Frankfurt, Germany (FRA)
Arrive: **11:10am**   New York, NY (JFK)

Economy ┊ 8hr 10min ┊ Boeing 747 ┊ View seats
Total duration: 26hr 40min

This is an overnight flight.

| Return | Fri, Mar 31 | **Lufthansa 407** | Choose return |
|---|---|---|---|
| | Depart: **5:05pm** | New York, NY (JFK) | |
| | Arrive: **7:55pm** | Frankfurt, Germany (FRA) | |

**1 stop**        Economy ┊ 7hr 50min ┊ Airbus A333 ┊ View seats

**Change planes.** Time between flights: **2hr 0min**

Depart: **9:55am**   Frankfurt, Germany (FRA)
Arrive: **2:40pm**   Tel Aviv Yafo, Israel (TLV)

Economy ┊ 3hr 45min ┊ Boeing 747 ┊ View seats
Total duration: 13hr 35min

This is an overnight flight.

---

Select
### **$713** + $221 taxes & fees = **$934**  per person

| Leave | Sun, Mar 26 | **Turkish Airlines 1193** | Choose departure |
|---|---|---|---|
| | Depart: **5:30am** | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: **8:45am** | Istanbul, Turkey (IST) | |

**1 stop**        Economy ┊ 2hr 15min ┊ Boeing 737

**Change planes.** Time between flights: **2hr 35min**

Depart: **11:20am**   Istanbul, Turkey (IST)
Arrive: **2:35pm**   New York, NY (JFK)

Economy ┊ 11hr 15min ┊ Airbus A343
Total duration: 16hr 5min

| Return | Fri, Mar 31 | **Turkish Airlines 2** | Choose return |
|---|---|---|---|
| | Depart: **4:45pm** | New York, NY (JFK) | |
| | Arrive: **10:45am** | Istanbul, Turkey (IST) | |

**1 stop**        Economy ┊ 10hr 0min ┊ Airbus A343

**Change planes.** Time between flights: **12hr 30min**

Depart: **11:15pm**   Istanbul, Turkey (IST)
Arrive: **1:20am**   Tel Aviv Yafo, Israel (TLV)



Economy | 2hr 5min | Boeing 737
Total duration: 24hr 35min

This flight arrives two days later.

---

Select

**$999** + $348 taxes & fees = **$1,347** per person    Part of OrbitzTLC

| Leave | **Sun, Mar 26** | **Lufthansa 687** | Choose |
| | Depart: 3:30pm | Tel Aviv Yafo, Israel (TLV) | departure |
| | Arrive: 7:45pm | Frankfurt, Germany (FRA) | |
| | **1 stop** | Economy │ 4hr 15min │ Boeing 747 │ View seats |

**Change planes.** Time between flights: **14hr 15min**

| | | **Lufthansa 400** | |
| | Depart: 10:00am | Frankfurt, Germany (FRA) | |
| | Arrive: 11:10am | New York, NY (JFK) | |
| | | Economy │ 8hr 10min │ Boeing 747 │ View seats |
| | | Total duration: 26hr 40min | |

This is an overnight flight.

| Return | **Fri, Mar 31** | **Lufthansa 401** | Choose |
| | Depart: 4:00pm | New York, NY (JFK) | return |
| | Arrive: 6:10am | Frankfurt, Germany (FRA) | |
| | **1 stop** | Economy │ 7hr 10min │ Boeing 747 │ View seats |

**Change planes.** Time between flights: **3hr 45min**

| | | **Lufthansa 686** | |
| | Depart: 9:55am | Frankfurt, Germany (FRA) | |
| | Arrive: 2:40pm | Tel Aviv Yafo, Israel (TLV) | |
| | | Economy │ 3hr 45min │ Boeing 747 │ View seats |
| | | Total duration: 14hr 40min | |

This is an overnight flight.

---

Select

**$1,118** + $211 taxes & fees = **$1,329** per person

| Leave | **Sun, Mar 26** | **Czech Airlines 287** | Choose |
| | Depart: 7:05am | Tel Aviv Yafo, Israel (TLV) | departure |
| | Arrive: 9:20am | Prague, Czech Republic (PRG) | |
| | **1 stop** | Economy │ 2hr 15min │ Boeing 737 |

**Change planes.** Time between flights: **3hr 15min**

| | | **Czech Airlines 50** | |
| | Depart: 12:35pm | Prague, Czech Republic (PRG) | |
| | Arrive: 2:50pm | New York, NY (JFK) | |
| | | Economy │ 9hr 15min │ Airbus A313 |
| | | Total duration: 14hr 45min | |

| Return | **Fri, Mar 31** | **Czech Airlines 51** | Choose |
| | Depart: 4:45pm | New York, NY (JFK) | return |
| | Arrive: 7:55am | Prague, Czech Republic (PRG) | |
| | **1 stop** | Economy │ 8hr 10min │ Airbus A313 |

**Change planes.** Time between flights: **16hr 0min**

| | | **Czech Airlines 286** | |
| | Depart: 11:55pm | Prague, Czech Republic (PRG) | |
| | Arrive: 4:55am | Tel Aviv Yafo, Israel (TLV) | |



Economy | 4hr 0min | Boeing 737
Total duration: 28hr 10min

This flight arrives two days later.

---

**Select**

**$799** + $248 taxes & fees = **$1,047** per person

| | | |
|---|---|---|
| Leave | **Sun, Mar 26** | **LOT Polish Airlines 152** | Choose departure |
| LOT | Depart: 6:00am | Tel Aviv Yafo, Israel (TLV) |
| | Arrive: 10:00am | Warsaw, Poland (WAW) |

**1 stop**    Economy | 4hr 0min | Boeing 767

**Change planes.** Time between flights: **3hr 50min**

| | | |
|---|---|---|
| | | **LOT Polish Airlines 6** |
| LOT | Depart: 1:50pm | Warsaw, Poland (WAW) |
| | Arrive: 4:20pm | New York, NY (JFK) |

Economy | 9hr 30min | Boeing 767
Total duration: 17hr 20min

| | | |
|---|---|---|
| Return | **Fri, Mar 31** | **LOT Polish Airlines 7** | Choose return |
| LOT | Depart: 6:20pm | New York, NY (JFK) |
| | Arrive: 10:20am | Warsaw, Poland (WAW) |

**1 stop**    Economy | 9hr 0min | Boeing 767

**Change planes.** Time between flights: **13hr 35min**

| | | |
|---|---|---|
| | | **LOT Polish Airlines 151** |
| LOT | Depart: 11:55pm | Warsaw, Poland (WAW) |
| | Arrive: 4:35am | Tel Aviv Yafo, Israel (TLV) |

Economy | 3hr 40min | Boeing 767
Total duration: 26hr 15min

This flight arrives two days later.

---

**Select**

**$662** + $314 taxes & fees = **$976** per person

| | | |
|---|---|---|
| Leave | **Sun, Mar 26** | **Olympic Airways 302** | Choose departure |
| | Depart: 6:00am | Tel Aviv Yafo, Israel (TLV) |
| | Arrive: 9:10am | Athens, Greece (ATH) |

**1 stop**    Economy | 2hr 10min | Boeing 737

**Change planes.** Time between flights: **3hr 15min**

| | | |
|---|---|---|
| | | **Olympic Airways 411** |
| | Depart: 12:25pm | Athens, Greece (ATH) |
| | Arrive: 3:05pm | New York, NY (JFK) |

Economy | 10hr 40min | Airbus A340
Total duration: 16hr 5min

| | | |
|---|---|---|
| Return | **Fri, Mar 31** | **Olympic Airways 412** | Choose return |
| | Depart: 4:40pm | New York, NY (JFK) |
| | Arrive: 10:10am | Athens, Greece (ATH) |

**1 stop**    Economy | 9hr 30min | Airbus A340

**Change planes.** Time between flights: **16hr 10min**

| | | |
|---|---|---|
| | | **Olympic Airways 301** |
| | Depart: 2:20am | Athens, Greece (ATH) |
| | Arrive: 4:15am | Tel Aviv Yafo, Israel (TLV) |

Economy | 1hr 55min | Boeing 737
Total duration: 27hr 35min

This flight arrives two days later.

---

Select

**$964** + $309 taxes & fees = **$1,273**  per person

| | | | |
Leave  **Sun, Mar 26**  **Lufthansa 687**            Choose departure
Depart:  3:30pm  Tel Aviv Yafo, Israel (TLV)
Arrive:  7:45pm  Frankfurt, Germany (FRA)
**1 stop**  Economy | 4hr 15min | Boeing 747 | View seats

**Change planes.** Time between flights: **17hr 55min**

Depart:  1:40pm  **Lufthansa 406**
Arrive:  3:05pm  Frankfurt, Germany (FRA)
New York, NY (JFK)
Economy | 8hr 25min | Airbus A333 | View seats
Total duration: 30hr 35min

This is an overnight flight.

Return  **Fri, Mar 31**  **SWISS 17**               Choose return
Depart:  5:10pm  New York, NY (JFK)
Arrive:  8:20am  Zurich, Switzerland (ZRH)
**1 stop**  Economy | 8hr 10min | Airbus A332

**Change planes.** Time between flights: **1hr 25min**

Depart:  9:45am  **SWISS 254**
Arrive:  2:35pm  Zurich, Switzerland (ZRH)
Tel Aviv Yafo, Israel (TLV)
Economy | 3hr 50min | Airbus A343
Total duration: 13hr 25min

This is an overnight flight.

---

Select

**$999** + $348 taxes & fees = **$1,347**  per person    TLC Part of OrbitzTLC

Leave  **Sun, Mar 26**  **Lufthansa 687**            Choose departure
Depart:  3:30pm  Tel Aviv Yafo, Israel (TLV)
Arrive:  7:45pm  Frankfurt, Germany (FRA)
**1 stop**  Economy | 4hr 15min | Boeing 747 | View seats

**Change planes.** Time between flights: **17hr 55min**

Depart:  1:40pm  **Lufthansa 406**
Arrive:  3:05pm  Frankfurt, Germany (FRA)
New York, NY (JFK)
Economy | 8hr 25min | Airbus A333 | View seats
Total duration: 30hr 35min

This is an overnight flight.

Return  **Fri, Mar 31**  **Lufthansa 407**           Choose return
Depart:  5:05pm  New York, NY (JFK)
Arrive:  7:55pm  Frankfurt, Germany (FRA)
**1 stop**  Economy | 7hr 50min | Airbus A333 | View seats

**Change planes.** Time between flights: **2hr 0min**

Depart:  9:55am  **Lufthansa 686**
Arrive:  2:40pm  Frankfurt, Germany (FRA)
Tel Aviv Yafo, Israel (TLV)
Economy | 3hr 45min | Boeing 747 | View seats
Total duration: 13hr 35min

This is an overnight flight.

---

Select

**$999** + $348 taxes & fees = **$1,347** per person    🛦 TLC  Part of OrbitzTLC

| Leave | Sun, Mar 26 | **Lufthansa 687** | Choose departure |
| | Depart: 3:30pm | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: 7:45pm | Frankfurt, Germany (FRA) | |

**1 stop**    Economy │ 4hr 15min │ Boeing 747 │ View seats

Change planes. Time between flights: **17hr 55min**

| | | **Lufthansa 406** | |
| | Depart: 1:40pm | Frankfurt, Germany (FRA) | |
| | Arrive: 3:05pm | New York, NY (JFK) | |

Economy │ 8hr 25min │ Airbus A333 │ View seats
Total duration: 30hr 35min

This is an overnight flight.

| Return | Fri, Mar 31 | **Lufthansa 401** | Choose return |
| | Depart: 4:00pm | New York, NY (JFK) | |
| | Arrive: 6:10am | Frankfurt, Germany (FRA) | |

**1 stop**    Economy │ 7hr 10min │ Boeing 747 │ View seats

Change planes. Time between flights: **3hr 45min**

| | | **Lufthansa 686** | |
| | Depart: 9:55am | Frankfurt, Germany (FRA) | |
| | Arrive: 2:40pm | Tel Aviv Yafo, Israel (TLV) | |

Economy │ 3hr 45min │ Boeing 747 │ View seats
Total duration: 14hr 40min

This is an overnight flight.

---

Select

**$649** + $221 taxes & fees = **$870** per person

| Leave | Sun, Mar 26 | **Turkish Airlines 1193** | Choose departure |
| | Depart: 5:30am | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: 8:45am | Istanbul, Turkey (IST) | |

**1 stop**    Economy │ 2hr 15min │ Boeing 737

Change planes. Time between flights: **2hr 35min**

| | | **Turkish Airlines 1** | |
| | Depart: 11:20am | Istanbul, Turkey (IST) | |
| | Arrive: 2:35pm | New York, NY (JFK) | |

Economy │ 11hr 15min │ Airbus A343
Total duration: 16hr 5min

| Return | Fri, Mar 31 | **Turkish Airlines 2** | Choose return |
| | Depart: 4:45pm | New York, NY (JFK) | |
| | Arrive: 10:45am | Istanbul, Turkey (IST) | |

**1 stop**    Economy │ 10hr 0min │ Airbus A343

Change planes. Time between flights: **21hr 5min**

| | | **Turkish Airlines 1184** | |
| | Depart: 7:50am | Istanbul, Turkey (IST) | |
| | Arrive: 9:45am | Tel Aviv Yafo, Israel (TLV) | |

Economy │ 1hr 55min │ Boeing 737
Total duration: 33hr 0min

This flight arrives two days later.



Select

**$999** + $348 taxes & fees = **$1,347** per person  ΤLC  Part of OrbitzTLC

| Leave | **Sun, Mar 26** | **Lufthansa 687** | Choose |
| | Depart: **3:30pm** | Tel Aviv Yafo, Israel (TLV) | departure |
| | Arrive: **7:45pm** | Frankfurt, Germany (FRA) | |

**1 stop**  Economy | 4hr 15min | Boeing 747 | View seats

**Change planes.** Time between flights: **14hr 15min**

| | | **Lufthansa 400** | |
| | Depart: **10:00am** | Frankfurt, Germany (FRA) | |
| | Arrive: **11:10am** | New York, NY (JFK) | |

Economy | 8hr 10min | Boeing 747 | View seats
Total duration: 26hr 40min

This is an overnight flight.

| Return | **Fri, Mar 31** | **Lufthansa 405** | Choose |
| | Depart: **8:10pm** | New York, NY (JFK) | return |
| | Arrive: **10:35am** | Frankfurt, Germany (FRA) | |

**1 stop**  Economy | 7hr 25min | Boeing 747 | View seats

**Change planes.** Time between flights: **12hr 10min**

| | | **Lufthansa 690** | |
| | Depart: **10:45pm** | Frankfurt, Germany (FRA) | |
| | Arrive: **3:40am** | Tel Aviv Yafo, Israel (TLV) | |

Economy | 3hr 55min | Airbus A346 | View seats
Total duration: 23hr 30min

This flight arrives two days later.

---

Select

**$999** + $348 taxes & fees = **$1,347** per person  ΤLC  Part of OrbitzTLC

| Leave | **Sun, Mar 26** | **Lufthansa 687** | Choose |
| | Depart: **3:30pm** | Tel Aviv Yafo, Israel (TLV) | departure |
| | Arrive: **7:45pm** | Frankfurt, Germany (FRA) | |

**1 stop**  Economy | 4hr 15min | Boeing 747 | View seats

**Change planes.** Time between flights: **17hr 55min**

| | | **Lufthansa 406** | |
| | Depart: **1:40pm** | Frankfurt, Germany (FRA) | |
| | Arrive: **3:05pm** | New York, NY (JFK) | |

Economy | 8hr 25min | Airbus A333 | View seats
Total duration: 30hr 35min

This is an overnight flight.

| Return | **Fri, Mar 31** | **Lufthansa 405** | Choose |
| | Depart: **8:10pm** | New York, NY (JFK) | return |
| | Arrive: **10:35am** | Frankfurt, Germany (FRA) | |

**1 stop**  Economy | 7hr 25min | Boeing 747 | View seats

**Change planes.** Time between flights: **12hr 10min**

| | | **Lufthansa 690** | |
| | Depart: **10:45pm** | Frankfurt, Germany (FRA) | |
| | Arrive: **3:40am** | Tel Aviv Yafo, Israel (TLV) | |

Economy | 3hr 55min | Airbus A346 | View seats
Total duration: 23hr 30min

This flight arrives two days later.

Orbitz RSS feeds  RSS

---

Select

**$713** + $221 taxes & fees = **$934** per person

| Leave | **Sun, Mar 26** | | **Turkish Airlines 1185** | Choose departure |
|---|---|---|---|---|
| | Depart: | 9:40am | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: | 12:45pm | Istanbul, Turkey (IST) | |

**1 stop**     Economy ┆ 2hr 5min ┆ Boeing 737

**Change planes.** Time between flights: **22hr 35min**

| | | | **Turkish Airlines 1** |
|---|---|---|---|
| | Depart: | 11:20am | Istanbul, Turkey (IST) |
| | Arrive: | 2:35pm | New York, NY (JFK) |

Economy ┆ 11hr 15min ┆ Airbus A343
Total duration: 35hr 55min

This is an overnight flight.

| Return | **Fri, Mar 31** | | **Turkish Airlines 2** | Choose return |
|---|---|---|---|---|
| | Depart: | 4:45pm | New York, NY (JFK) | |
| | Arrive: | 10:45am | Istanbul, Turkey (IST) | |

**1 stop**     Economy ┆ 10hr 0min ┆ Airbus A343

**Change planes.** Time between flights: **12hr 30min**

| | | | **Turkish Airlines 1192** |
|---|---|---|---|
| | Depart: | 11:15pm | Istanbul, Turkey (IST) |
| | Arrive: | 1:20am | Tel Aviv Yafo, Israel (TLV) |

Economy ┆ 2hr 5min ┆ Boeing 737
Total duration: 24hr 35min

This flight arrives two days later.

---

Select

**$649** + $221 taxes & fees = **$870** per person

| Leave | **Sun, Mar 26** | | **Turkish Airlines 1185** | Choose departure |
|---|---|---|---|---|
| | Depart: | 9:40am | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: | 12:45pm | Istanbul, Turkey (IST) | |

**1 stop**     Economy ┆ 2hr 5min ┆ Boeing 737

**Change planes.** Time between flights: **22hr 35min**

| | | | **Turkish Airlines 1** |
|---|---|---|---|
| | Depart: | 11:20am | Istanbul, Turkey (IST) |
| | Arrive: | 2:35pm | New York, NY (JFK) |

Economy ┆ 11hr 15min ┆ Airbus A343
Total duration: 35hr 55min

This is an overnight flight.

| Return | **Fri, Mar 31** | | **Turkish Airlines 2** | Choose return |
|---|---|---|---|---|
| | Depart: | 4:45pm | New York, NY (JFK) | |
| | Arrive: | 10:45am | Istanbul, Turkey (IST) | |

**1 stop**     Economy ┆ 10hr 0min ┆ Airbus A343

**Change planes.** Time between flights: **21hr 5min**

| | | | **Turkish Airlines 1184** |
|---|---|---|---|
| | Depart: | 7:50am | Istanbul, Turkey (IST) |
| | Arrive: | 9:45am | Tel Aviv Yafo, Israel (TLV) |

Economy ┆ 1hr 55min ┆ Boeing 737
Total duration: 33hr 0min

This flight arrives two days later.

---

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2006, Orbitz, LLC. All rights reserved.

**Didn't find the right combination of flights in one itinerary?**
Build your own itinerary. Start by choosing an outbound or return flight above.

See all 184 flights

Return to top





#1 : 2005  2004  2003
Online Customer Respect Study

#1  BEST IN
BUSINESS TRAVEL
2005   2004   2003
Business Traveler Magazine



"Highest Customer Satisfaction
For Independent Travel
Web Sites – Hotels"

**EXHIBIT K**



Post a Job on Monster
· Filter incoming resumes
and responses by your criteria
monster



**Deeper Discounts**    Below-published fares, even last minute. Be flexible, save more.

**My Search**



**Flight + Hotel deals for New York**

**Find flights by:**

Airline

 SWISS     Multiple Carriers     Lufthansa     Air Canada    Ethiopian Airlines     Air France

Stops    Price

**Non-stop**

**1 stop**                     **$2,065**
                              total $2,188

**2+ stops**    $1,254    $1,254    $1,208    $1,377    $1,370    $1,572
               total $1,529  total $1,529  total $1,562  total $1,597  total $1,639  total $1,687

Fares are per person in US dollars, using e-tickets. Total fare includes all taxes and fees.
Some itineraries require paper tickets with an additional charge. Changes after purchase are subject to change fees.

**Sort flights by:**    **Lowest price**    **Departure time**    **Shortest flight**

Showing **lowest priced flights** (45 flights out of 193 total)    See all 193 flights

| | | | |
|---|---|---|---|
| Select | **$1,453** + $213 taxes & fees = $1,666 per person | | |
| Leave | **Sun, Mar 26** | **Air Canada 9021** | Choose departure |
| | | operated by LUFTHANSA OR LH CITYLINE -- LH 0691 | |
| | Depart: 4:30am | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: 9:00am | Frankfurt, Germany (FRA) | |
| | **2 stops** | Economy │ 4hr 30min │ Airbus A332 │ View seats | |

**Change planes. Time between flights: 1hr 0min**

| | | | |
|---|---|---|---|
| | | **Air Canada 875** | |
| | Depart: 10:00am | Frankfurt, Germany (FRA) | |
| | Arrive: 11:15am | Montreal, Canada (YUL) | |
| | | Economy │ 8hr 15min │ Airbus A333 │ View seats | |

**Change Airline. Time between flights: 1hr 59min**

| | | | |
|---|---|---|---|
| | | **Delta Air Lines 5005** | |
| | | operated by Comair, Inc | |
| | Depart: 1:14pm | Montreal, Canada (YUL) | |
| | Arrive: 2:44pm | New York, NY (LGA) | |
| | | Economy │ 1hr 30min │ Canadair │ View seats | |
| | | Total duration: 17hr 14min | |

| | | | |
|---|---|---|---|
| Return | **Fri, Mar 31** | **Air Canada 725** | Choose return |
| | Depart: 7:30pm | New York, NY (LGA) | |
| | Arrive: 9:05pm | Toronto, Canada (YYZ) | |
| | **1 stop** | Economy │ 1hr 35min │ Airbus A319 │ View seats | |

**Change planes. Time between flights: 2hr 50min**

| | | | |
|---|---|---|---|
| | | **Air Canada 86** | |
| | Depart: 11:55pm | Toronto, Canada (YYZ) | |
| | Arrive: 6:50pm | Tel Aviv Yafo, Israel (TLV) | |
| | | Economy │ 10hr 55min │ Boeing 767 │ View seats | |
| | | Total duration: 15hr 20min | |

This is an overnight flight.

---

Select

**$1,366** + $275 taxes & fees = $1,641  per person

| | | | |
|---|---|---|---|
| Leave | **Sun, Mar 26** | **SWISS 4221** | Choose departure |
| | | operated by El Al Israel -- LY 0347 | |
| | Depart:  **6:50am** | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive:  **11:15am** | Zurich, Switzerland (ZRH) | |
| | **2 stops** | Economy ┊ 4hr 25min ┊ Boeing 737 | |

**Change planes.** Time between flights: **1hr 45min**

| | | |
|---|---|---|
| Depart:  **1:00pm** | Zurich, Switzerland (ZRH) | |
| Arrive:  **2:20pm** | Boston, MA (BOS) | |
| | Economy ┊ 8hr 20min ┊ Airbus A332 | |

**Change Airline.** Time between flights: **1hr 40min**

| | | |
|---|---|---|
| | **US Airways 2135** | |
| Depart:  **4:00pm** | Boston, MA (BOS) | |
| Arrive:  **5:07pm** | New York, NY (LGA) | |
| | Economy ┊ 1hr 7min ┊ Airbus A319 ┊ View seats | |
| | Total duration: 17hr 17min | |

| | | | |
|---|---|---|---|
| Return | **Fri, Mar 31** | **American Airlines 4809** | Choose return |
| | | operated by American Eagle | |
| | Depart:  **3:00pm** | New York, NY (LGA) | |
| | Arrive:  **4:09pm** | Boston, MA (BOS) | |
| | **2 stops** | Economy ┊ 1hr 9min ┊ Embraer RJ135 ┊ View seats | |

**Change Airline.** Time between flights: **1hr 46min**

| | | |
|---|---|---|
| | **SWISS 53** | |
| Depart:  **5:55pm** | Boston, MA (BOS) | |
| Arrive:  **8:15am** | Zurich, Switzerland (ZRH) | |
| | Economy ┊ 7hr 20min ┊ Airbus A332 | |

**Change planes.** Time between flights: **1hr 30min**

| | | |
|---|---|---|
| | **SWISS 254** | |
| Depart:  **9:45am** | Zurich, Switzerland (ZRH) | |
| Arrive:  **2:35pm** | Tel Aviv Yafo, Israel (TLV) | |
| | Economy ┊ 3hr 50min ┊ Airbus A343 | |
| | Total duration: 15hr 35min | |

This is an overnight flight.

---

Select

**$1,366** + $275 taxes & fees = $1,641  per person

| | | | |
|---|---|---|---|
| Leave | **Sun, Mar 26** | **SWISS 4221** | Choose departure |
| | | operated by El Al Israel -- LY 0347 | |
| | Depart:  **6:50am** | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive:  **11:15am** | Zurich, Switzerland (ZRH) | |
| | **2 stops** | Economy ┊ 4hr 25min ┊ Boeing 737 | |

**Change planes.** Time between flights: **1hr 45min**

| | | |
|---|---|---|
| | **SWISS 52** | |
| Depart:  **1:00pm** | Zurich, Switzerland (ZRH) | |
| Arrive:  **2:20pm** | Boston, MA (BOS) | |

Orbitz: Flight Search Results

|  |  |  |  | Change Airline. Time between flights: 1hr 40min |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | | | **United Airlines 2651** | |
| | | | **operated by US Airways – US 2135** | |
| ✈ | Depart:<br>Arrive: | 4:00pm<br>5:07pm | Boston, MA (BOS)<br>New York, NY (LGA) | |
| | | | Economy │ 1hr 7min │ Airbus A319 │ <u>View seats</u><br>Total duration: 17hr 17min | |
| Return | **Fri, Mar 31** | | **American Airlines 4809** | <u>Choose return</u> |
| | | | **operated by American Eagle** | |
| A'A | Depart:<br>Arrive: | 3:00pm<br>4:09pm | New York, NY (LGA)<br>Boston, MA (BOS) | |
| 2 stops | | | Economy │ 1hr 9min │ Embraer RJ135 │ <u>View seats</u> | |

Change Airline. Time between flights: 1hr 46min

| | | | |
|---|---|---|---|
| swiss | | | **SWISS 53** |
| | Depart:<br>Arrive: | 5:55pm<br>8:15am | Boston, MA (BOS)<br>Zurich, Switzerland (ZRH) |
| | | | Economy │ 7hr 20min │ Airbus A332 |

Change planes. Time between flights: 1hr 30min

| | | | |
|---|---|---|---|
| swiss | | | **SWISS 254** |
| | Depart:<br>Arrive: | 9:45am<br>2:35pm | Zurich, Switzerland (ZRH)<br>Tel Aviv Yafo, Israel (TLV) |
| | | | Economy │ 3hr 50min │ Airbus A343<br>Total duration: 15hr 35min |

This is an overnight flight.

---

| Select | | | |
|---|---|---|---|
| | **$1,414** + $213 taxes & fees = **$1,627** per person | | Orbitz TLC  Part of OrbitzTLC |

| | | | | |
|---|---|---|---|---|
| Leave | **Sun, Mar 26** | | **Air Canada 9021** | <u>Choose departure</u> |
| | | | **operated by LUFTHANSA OR LH CITYLINE – LH 0691** | |
| ❄ | Depart:<br>Arrive: | 4:30am<br>9:00am | Tel Aviv Yafo, Israel (TLV)<br>Frankfurt, Germany (FRA) | |
| 2 stops | | | Economy │ 4hr 30min │ Airbus A332 │ <u>View seats</u> | |

Change planes. Time between flights: 1hr 0min

| | | | |
|---|---|---|---|
| ❄ | | | **Air Canada 875** |
| | Depart:<br>Arrive: | 10:00am<br>11:15am | Frankfurt, Germany (FRA)<br>Montreal, Canada (YUL) |
| | | | Economy │ 8hr 15min │ Airbus A333 │ <u>View seats</u> |

Change planes. Time between flights: 2hr 25min

| | | | |
|---|---|---|---|
| ❄ | | | **Air Canada 746** |
| | Depart:<br>Arrive: | 1:40pm<br>3:05pm | Montreal, Canada (YUL)<br>New York, NY (LGA) |
| | | | Economy │ 1hr 25min │ Embraer 175 │ <u>View seats</u><br>Total duration: 17hr 35min |

| | | | | |
|---|---|---|---|---|
| Return | **Fri, Mar 31** | | **Air Canada 725** | <u>Choose return</u> |
| ❄ | Depart:<br>Arrive: | 7:30pm<br>9:05pm | New York, NY (LGA)<br>Toronto, Canada (YYZ) | |
| 1 stop | | | Economy │ 1hr 35min │ Airbus A319 │ <u>View seats</u> | |

Change planes. Time between flights: 2hr 50min

**Air Canada 86**



|  | Depart: **11:55pm** | Toronto, Canada (YYZ) |
|  | Arrive: **6:50pm** | Tel Aviv Yafo, Israel (TLV) |
|  |  | Economy \| 10hr 55min \| Boeing 767 \| View seats |
|  |  | Total duration: 15hr 20min |

This is an overnight flight.

---

Select

**$1,366** + $275 taxes & fees = **$1,641**  per person

| Leave | Sun, Mar 26 | **SWISS 4221** | Choose departure |
|  |  | **operated by El Al Israel – LY 0347** |  |
|  | Depart: **6:50am** | Tel Aviv Yafo, Israel (TLV) |  |
|  | Arrive: **11:15am** | Zurich, Switzerland (ZRH) |  |
|  | **2 stops** | Economy \| 4hr 25min \| Boeing 737 |  |

**Change planes.** Time between flights: **1hr 45min**

|  |  | **SWISS 52** |
|  | Depart: **1:00pm** | Zurich, Switzerland (ZRH) |
|  | Arrive: **2:20pm** | Boston, MA (BOS) |
|  |  | Economy \| 8hr 20min \| Airbus A332 |

**Change Airline.** Time between flights: **2hr 10min**

|  |  | **Delta Air Lines 1927** |
|  | Depart: **4:30pm** | Boston, MA (BOS) |
|  | Arrive: **5:41pm** | New York, NY (LGA) |
|  |  | Economy \| 1hr 11min \| Boeing Douglas MD-80 \| View seats |
|  |  | Total duration: 17hr 51min |

| Return | Fri, Mar 31 | **American Airlines 4809** | Choose return |
|  |  | **operated by American Eagle** |  |
|  | Depart: **3:00pm** | New York, NY (LGA) |  |
|  | Arrive: **4:09pm** | Boston, MA (BOS) |  |
|  | **2 stops** | Economy \| 1hr 9min \| Embraer RJ135 \| View seats |  |

**Change Airline.** Time between flights: **1hr 46min**

|  |  | **SWISS 53** |
|  | Depart: **5:55pm** | Boston, MA (BOS) |
|  | Arrive: **8:15am** | Zurich, Switzerland (ZRH) |
|  |  | Economy \| 7hr 20min \| Airbus A332 |

**Change planes.** Time between flights: **1hr 30min**

|  |  | **SWISS 254** |
|  | Depart: **9:45am** | Zurich, Switzerland (ZRH) |
|  | Arrive: **2:35pm** | Tel Aviv Yafo, Israel (TLV) |
|  |  | Economy \| 3hr 50min \| Airbus A343 |
|  |  | Total duration: 15hr 35min |

This is an overnight flight.

---

Select

**$1,286** + $354 taxes & fees = **$1,640**  per person

| Leave | Sun, Mar 26 | **Lufthansa 691** | Choose departure |
|  | Depart: **4:30am** | Tel Aviv Yafo, Israel (TLV) |  |
|  | Arrive: **9:00am** | Frankfurt, Germany (FRA) |  |
|  | **2 stops** | Economy \| 4hr 30min \| Airbus A332 \| View seats |  |

**Change planes.** Time between flights: **1hr 15min**



| | | | |
|---|---|---|---|
| | **Lufthansa 422** | | |
| Depart: | 10:15am | Frankfurt, Germany (FRA) | |
| Arrive: | 11:00am | Boston, MA (BOS) | |
| | Economy | 7hr 45min | Boeing 747 | View seats |

**Change Airline.** Time between flights: 2hr 30min

| | | | |
|---|---|---|---|
| | **Delta Air Lines 1921** | | |
| Depart: | 1:30pm | Boston, MA (BOS) | |
| Arrive: | 2:43pm | New York, NY (LGA) | |
| | Economy | 1hr 13min | Boeing Douglas MD-80 | View seats |
| | Total duration: 17hr 13min | | |

| | | | |
|---|---|---|---|
| Return | **Fri, Mar 31** | **United Airlines 7365** | Choose return |
| | | operated by UNITED EXPRESS/MESA AIRLINES | |
| | Depart: 2:25pm | New York, NY (LGA) | |
| | Arrive: 3:48pm | Washington, DC (IAD) | |
| | 2 stops | Economy | 1hr 23min | Canadair | View seats |

**Change Airline.** Time between flights: 1hr 22min

| | | | |
|---|---|---|---|
| | **Lufthansa 419** | | |
| Depart: | 5:10pm | Washington, DC (IAD) | |
| Arrive: | 7:55am | Frankfurt, Germany (FRA) | |
| | Economy | 7hr 45min | Boeing 747 | View seats |

**Change planes.** Time between flights: 2hr 0min

| | | | |
|---|---|---|---|
| | **Lufthansa 686** | | |
| Depart: | 9:55am | Frankfurt, Germany (FRA) | |
| Arrive: | 2:40pm | Tel Aviv Yafo, Israel (TLV) | |
| | Economy | 3hr 45min | Boeing 747 | View seats |
| | Total duration: 16hr 15min | | |

This is an overnight flight.

---

Select

**$1,286** + $354 taxes & fees = **$1,640** per person

| | | | |
|---|---|---|---|
| Leave | **Sun, Mar 26** | **Lufthansa 691** | Choose departure |
| | Depart: 4:30pm | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: 9:00am | Frankfurt, Germany (FRA) | |
| | 2 stops | Economy | 4hr 30min | Airbus A332 | View seats |

**Change planes.** Time between flights: 1hr 15min

| | | | |
|---|---|---|---|
| | **Lufthansa 422** | | |
| Depart: | 10:15am | Frankfurt, Germany (FRA) | |
| Arrive: | 11:00am | Boston, MA (BOS) | |
| | Economy | 7hr 45min | Boeing 747 | View seats |

**Change Airline.** Time between flights: 2hr 30min

| | | | |
|---|---|---|---|
| | **Delta Air Lines 1921** | | |
| Depart: | 1:30pm | Boston, MA (BOS) | |
| Arrive: | 2:43pm | New York, NY (LGA) | |
| | Economy | 1hr 13min | Boeing Douglas MD-80 | View seats |
| | Total duration: 17hr 13min | | |

| | | | |
|---|---|---|---|
| Return | **Fri, Mar 31** | **United Airlines 7365** | Choose return |
| | | operated by UNITED EXPRESS/MESA AIRLINES | |
| | Depart: 2:25pm | New York, NY (LGA) | |
| | Arrive: 3:48pm | Washington, DC (IAD) | |
| | 2 stops | Economy | 1hr 23min | Canadair | View seats |

**Change Airline.** Time between flights: 1hr 29min

**Lufthansa 9051**



|  | Depart: | 5:17pm | operated by United Airlines – UA 0916 |
|---|---|---|---|
|  | Arrive: | 8:10am | Washington, DC (IAD) |
|  |  |  | Frankfurt, Germany (FRA) |

Economy | 7hr 53min | Boeing 747 | View seats

**Change planes.** Time between flights: **1hr 45min**

|  | Depart: | 9:55am | **Lufthansa 686** |
|---|---|---|---|
|  | Arrive: | 2:40pm | Frankfurt, Germany (FRA) |
|  |  |  | Tel Aviv Yafo, Israel (TLV) |

Economy | 3hr 45min | Boeing 747 | View seats
Total duration: 16hr 15min

This is an overnight flight.

---

Select

**$1,377** + $220 taxes & fees = **$1,597** per person

| Leave | Sun, Mar 26 | | **Lufthansa 691** | Choose departure |
|---|---|---|---|---|
|  | Depart: | 4:30am | Tel Aviv Yafo, Israel (TLV) |  |
|  | Arrive: | 9:00am | Frankfurt, Germany (FRA) |  |
|  | **2 stops** | | Economy | 4hr 30min | Airbus A332 | View seats |

**Change Airline.** Time between flights: **1hr 50min**

|  | Depart: | 10:50am | **Air Canada 873** |
|---|---|---|---|
|  | Arrive: | 12:35pm | Frankfurt, Germany (FRA) |
|  |  |  | Toronto, Canada (YYZ) |

Economy | 8hr 45min | Airbus A333 | View seats

**Change planes.** Time between flights: **1hr 40min**

|  | Depart: | 2:15pm | **Air Canada 714** |
|---|---|---|---|
|  | Arrive: | 3:40pm | Toronto, Canada (YYZ) |
|  |  |  | New York, NY (LGA) |

Economy | 1hr 25min | Embraer 175 | View seats
Total duration: 18hr 10min

| Return | Fri, Mar 31 | | **Air Canada 725** | Choose return |
|---|---|---|---|---|
|  | Depart: | 7:30pm | New York, NY (LGA) |  |
|  | Arrive: | 9:05pm | Toronto, Canada (YYZ) |  |
|  | **1 stop** | | Economy | 1hr 35min | Airbus A319 | View seats |

**Change planes.** Time between flights: **2hr 50min**

|  | Depart: | 11:55pm | **Air Canada 86** |
|---|---|---|---|
|  | Arrive: | 6:50pm | Toronto, Canada (YYZ) |
|  |  |  | Tel Aviv Yafo, Israel (TLV) |

Economy | 10hr 55min | Boeing 767 | View seats
Total duration: 15hr 20min

This is an overnight flight.

---

Select

**$1,377** + $220 taxes & fees = **$1,597** per person     TLC     Part of OrbitzTLC

| Leave | Sun, Mar 26 | | **Air Canada 9021** | Choose departure |
|---|---|---|---|---|
|  |  |  | operated by LUFTHANSA OR LH CITYLINE – LH 0691 |  |
|  | Depart: | 4:30am | Tel Aviv Yafo, Israel (TLV) |  |
|  | Arrive: | 9:00am | Frankfurt, Germany (FRA) |  |
|  | **2 stops** | | Economy | 4hr 30min | Airbus A332 | View seats |

**Change planes.** Time between flights: **1hr 50min**

|  | Depart: | 10:50am | **Air Canada 873** |
|---|---|---|---|
|  |  |  | Frankfurt, Germany (FRA) |



| | | | |
|---|---|---|---|
| | Arrive: | **12:35pm** | Toronto, Canada (YYZ) |
| | | Economy | 8hr 45min | Airbus A333 | View seats |
| | **Change planes. Time between flights: 1hr 40min** | | |

**Air Canada 714**
Depart: **2:15pm** Toronto, Canada (YYZ)
Arrive: **3:40pm** New York, NY (LGA)

Economy | 1hr 25min | Embraer 175 | View seats
Total duration: 18hr 10min

**Return** | **Fri, Mar 31** **Air Canada 725** | **Choose return**
Depart: **7:30pm** New York, NY (LGA)
Arrive: **9:05pm** Toronto, Canada (YYZ)

**1 stop** | Economy | 1hr 35min | Airbus A319 | View seats

**Change planes. Time between flights: 2hr 50min**

**Air Canada 86**
Depart: **11:55pm** Toronto, Canada (YYZ)
Arrive: **6:50pm** Tel Aviv Yafo, Israel (TLV)

Economy | 10hr 55min | Boeing 767 | View seats
Total duration: 15hr 20min

**This is an overnight flight.**

---

**Select**

**$1,286** + $354 taxes & fees = **$1,640** per person

**Leave** | **Sun, Mar 26** **Lufthansa 691** | **Choose departure**
Depart: **4:30am** Tel Aviv Yafo, Israel (TLV)
Arrive: **9:00am** Frankfurt, Germany (FRA)

**2 stops** | Economy | 4hr 30min | Airbus A332 | View seats

**Change planes. Time between flights: 1hr 15min**

**Lufthansa 422**
Depart: **10:15am** Frankfurt, Germany (FRA)
Arrive: **11:00am** Boston, MA (BOS)

Economy | 7hr 45min | Boeing 747 | View seats

**Change Airline. Time between flights: 3hr 0min**

**United Airlines 2655**
**operated by US Airways – US 2131**
Depart: **2:00pm** Boston, MA (BOS)
Arrive: **3:06pm** New York, NY (LGA)

Economy | 1hr 6min | Airbus A319 | View seats
Total duration: 17hr 36min

**Return** | **Fri, Mar 31** **United Airlines 7365** | **Choose return**
**operated by UNITED EXPRESS/MESA AIRLINES**
Depart: **2:25pm** New York, NY (LGA)
Arrive: **3:48pm** Washington, DC (IAD)

**2 stops** | Economy | 1hr 23min | Canadair | View seats

**Change Airline. Time between flights: 1hr 29min**

**Lufthansa 9051**
**operated by United Airlines – UA 0916**
Depart: **5:17pm** Washington, DC (IAD)
Arrive: **8:10am** Frankfurt, Germany (FRA)

Economy | 7hr 53min | Boeing 747 | View seats

**Change planes. Time between flights: 1hr 45min**

**Lufthansa 686**
Depart: **9:55am** Frankfurt, Germany (FRA)
Arrive: **2:40pm** Tel Aviv Yafo, Israel (TLV)

This is an
overnight
flight.

---

**Select**

**$1,286** + $354 taxes & fees = **$1,640** per person

| | | | | |
|---|---|---|---|---|
| Leave | **Sun, Mar 26** | **Lufthansa 691** | | Choose departure |
| | Depart: 4:30am | Tel Aviv Yafo, Israel (TLV) | | |
| | Arrive: 9:00am | Frankfurt, Germany (FRA) | | |
| | **2 stops** | Economy ǀ 4hr 30min ǀ Airbus A332 ǀ View seats | | |

**Change planes.** Time between flights: 1hr 15min

| | | | |
|---|---|---|---|
| | Depart: 10:15am | **Lufthansa 422** | |
| | Arrive: 11:00am | Frankfurt, Germany (FRA) | |
| | | Boston, MA (BOS) | |
| | | Economy ǀ 7hr 45min ǀ Boeing 747 ǀ View seats | |

**Change Airline.** Time between flights: 3hr 0min

| | | | |
|---|---|---|---|
| | Depart: 2:00pm | **United Airlines 2655** | |
| | Arrive: 3:06pm | operated by US Airways – US 2131 | |
| | | Boston, MA (BOS) | |
| | | New York, NY (LGA) | |
| | | Economy ǀ 1hr 6min ǀ Airbus A319 ǀ View seats | |
| | | Total duration: 17hr 36min | |

| | | | | |
|---|---|---|---|---|
| Return | **Fri, Mar 31** | **United Airlines 7365** | | Choose return |
| | | operated by UNITED EXPRESS/MESA AIRLINES | | |
| | Depart: 2:25pm | New York, NY (LGA) | | |
| | Arrive: 3:48pm | Washington, DC (IAD) | | |
| | **2 stops** | Economy ǀ 1hr 23min ǀ Canadair ǀ View seats | | |

**Change Airline.** Time between flights: 1hr 22min

| | | | |
|---|---|---|---|
| | Depart: 5:10pm | **Lufthansa 419** | |
| | Arrive: 7:55am | Washington, DC (IAD) | |
| | | Frankfurt, Germany (FRA) | |
| | | Economy ǀ 7hr 45min ǀ Boeing 747 ǀ View seats | |

**Change planes.** Time between flights: 2hr 0min

| | | | |
|---|---|---|---|
| | Depart: 9:55am | **Lufthansa 686** | |
| | Arrive: 2:40pm | Frankfurt, Germany (FRA) | |
| | | Tel Aviv Yafo, Israel (TLV) | |
| | | Economy ǀ 3hr 45min ǀ Boeing 747 ǀ View seats | |
| | | Total duration: 16hr 15min | |

This is an overnight flight.

---

**Select**

**$1,286** + $354 taxes & fees = **$1,640** per person

| | | | | |
|---|---|---|---|---|
| Leave | **Sun, Mar 26** | **Lufthansa 691** | | Choose departure |
| | Depart: 4:30am | Tel Aviv Yafo, Israel (TLV) | | |
| | Arrive: 9:00am | Frankfurt, Germany (FRA) | | |
| | **2 stops** | Economy ǀ 4hr 30min ǀ Airbus A332 ǀ View seats | | |

**Change planes.** Time between flights: 1hr 15min

| | | | |
|---|---|---|---|
| | Depart: 10:15am | **Lufthansa 422** | |
| | Arrive: 11:00am | Frankfurt, Germany (FRA) | |
| | | Boston, MA (BOS) | |
| | | Economy ǀ 7hr 45min ǀ Boeing 747 ǀ View seats | |

Change Airline. Time between flights: 3hr 0min

**US Airways 2131**
| | | |
|---|---|---|
| Depart: | 2:00pm | Boston, MA (BOS) |
| Arrive: | 3:06pm | New York, NY (LGA) |

Economy | 1hr 6min | Airbus A319 | View seats
Total duration: 17hr 36min

**Return**   **Fri, Mar 31**    **United Airlines 7365**     Choose
**operated by UNITED EXPRESS/MESA AIRLINES**    return

| | | |
|---|---|---|
| Depart: | 2:25pm | New York, NY (LGA) |
| Arrive: | 3:48pm | Washington, DC (IAD) |

**2 stops**   Economy | 1hr 23min | Canadair | View seats

Change Airline. Time between flights: 1hr 22min

**Lufthansa 419**
| | | |
|---|---|---|
| Depart: | 5:10pm | Washington, DC (IAD) |
| Arrive: | 7:55am | Frankfurt, Germany (FRA) |

Economy | 7hr 45min | Boeing 747 | View seats

Change planes. Time between flights: 2hr 0min

**Lufthansa 686**
| | | |
|---|---|---|
| Depart: | 9:55am | Frankfurt, Germany (FRA) |
| Arrive: | 2:40pm | Tel Aviv Yafo, Israel (TLV) |

Economy | 3hr 45min | Boeing 747 | View seats
Total duration: 16hr 15min

This is an overnight flight.

---

**Select**

**$1,286** + $354 taxes & fees = **$1,640** per person

**Leave**   **Sun, Mar 26**    **Lufthansa 691**     Choose
departure

| | | |
|---|---|---|
| Depart: | 4:30am | Tel Aviv Yafo, Israel (TLV) |
| Arrive: | 9:00am | Frankfurt, Germany (FRA) |

**2 stops**   Economy | 4hr 30min | Airbus A332 | View seats

Change planes. Time between flights: 1hr 15min

**Lufthansa 422**
| | | |
|---|---|---|
| Depart: | 10:15am | Frankfurt, Germany (FRA) |
| Arrive: | 11:00am | Boston, MA (BOS) |

Economy | 7hr 45min | Boeing 747 | View seats

Change Airline. Time between flights: 3hr 0min

**US Airways 2131**
| | | |
|---|---|---|
| Depart: | 2:00pm | Boston, MA (BOS) |
| Arrive: | 3:06pm | New York, NY (LGA) |

Economy | 1hr 6min | Airbus A319 | View seats
Total duration: 17hr 36min

**Return**   **Fri, Mar 31**    **United Airlines 7365**     Choose
**operated by UNITED EXPRESS/MESA AIRLINES**    return

| | | |
|---|---|---|
| Depart: | 2:25pm | New York, NY (LGA) |
| Arrive: | 3:48pm | Washington, DC (IAD) |

**2 stops**   Economy | 1hr 23min | Canadair | View seats

Change Airline. Time between flights: 1hr 29min

**Lufthansa 9051**
**operated by United Airlines – UA 0916**
| | | |
|---|---|---|
| Depart: | 5:17pm | Washington, DC (IAD) |
| Arrive: | 8:10am | Frankfurt, Germany (FRA) |

Economy | 7hr 53min | Boeing 747 | View seats

Change planes. Time between flights: 1hr 45min

**Lufthansa 686**



| | | |
|---|---|---|
| Depart: **9:55am** | Frankfurt, Germany (FRA) | |
| Arrive: **2:40pm** | Tel Aviv Yafo, Israel (TLV) | |

Economy │ 3hr 45min │ Boeing 747 │ <u>View seats</u>
Total duration: 16hr 15min

This is an overnight flight.

---

Select

**$1,366** + $275 taxes & fees = **$1,641** per person

| Leave | **Sun, Mar 26** | **SWISS 4221** | **<u>Choose departure</u>** |
|---|---|---|---|
| | | **operated by El Al Israel – LY 0347** | |


Depart: **6:50am**   Tel Aviv Yafo, Israel (TLV)
Arrive: **11:15am**   Zurich, Switzerland (ZRH)

**2 stops**   Economy │ 4hr 25min │ Boeing 737

**Change planes.** Time between flights: **1hr 45min**

**SWISS 52**
Depart: **1:00pm**   Zurich, Switzerland (ZRH)
Arrive: **2:20pm**   Boston, MA (BOS)

Economy │ 8hr 20min │ Airbus A332

**Change Airline.** Time between flights: **1hr 40min**

**United Airlines 2651**
**operated by US Airways – US 2135**
Depart: **4:00pm**   Boston, MA (BOS)
Arrive: **5:07pm**   New York, NY (LGA)

Economy │ 1hr 7min │ Airbus A319 │ <u>View seats</u>
Total duration: 17hr 17min

| Return | **Fri, Mar 31** | **American Airlines 4827** | **<u>Choose return</u>** |
|---|---|---|---|

**operated by American Eagle**
Depart: **2:00pm**   New York, NY (LGA)
Arrive: **3:07pm**   Boston, MA (BOS)

**2 stops**   Economy │ 1hr 7min │ Embraer RJ135 │ <u>View seats</u>

**Change Airline.** Time between flights: **2hr 48min**

**SWISS 53**
Depart: **5:55pm**   Boston, MA (BOS)
Arrive: **8:15am**   Zurich, Switzerland (ZRH)

Economy │ 7hr 20min │ Airbus A332

**Change planes.** Time between flights: **1hr 30min**

**SWISS 254**
Depart: **9:45am**   Zurich, Switzerland (ZRH)
Arrive: **2:35pm**   Tel Aviv Yafo, Israel (TLV)

Economy │ 3hr 50min │ Airbus A343
Total duration: 16hr 35min

This is an overnight flight.

---

Select

**$1,366** + $275 taxes & fees = **$1,641** per person

| Leave | **Sun, Mar 26** | **SWISS 4221** | **<u>Choose departure</u>** |
|---|---|---|---|
| | | **operated by El Al Israel – LY 0347** | |

Depart: **6:50am**   Tel Aviv Yafo, Israel (TLV)
Arrive: **11:15am**   Zurich, Switzerland (ZRH)

**2 stops**   Economy │ 4hr 25min │ Boeing 737

**Change planes.** Time between flights: **1hr 45min**

**SWISS 52**

| | Depart: | 1:00pm | Zurich, Switzerland (ZRH) |
| | Arrive: | 2:20pm | Boston, MA (BOS) |

Economy | 8hr 20min | Airbus A332

**Change Airline. Time between flights: 1hr 40min**

**US Airways 2135**

| | Depart: | 4:00pm | Boston, MA (BOS) |
| | Arrive: | 5:07pm | New York, NY (LGA) |

Economy | 1hr 7min | Airbus A319 | View seats
Total duration: 17hr 17min

Return | **Fri, Mar 31** | **American Airlines 4827** | Choose return

**operated by American Eagle**

| | Depart: | 2:00pm | New York, NY (LGA) |
| | Arrive: | 3:07pm | Boston, MA (BOS) |

**2 stops** | Economy | 1hr 7min | Embraer RJ135 | View seats

**Change Airline. Time between flights: 2hr 48min**

**SWISS 53**

| | Depart: | 5:55pm | Boston, MA (BOS) |
| | Arrive: | 8:15am | Zurich, Switzerland (ZRH) |

Economy | 7hr 20min | Airbus A332

**Change planes. Time between flights: 1hr 30min**

**SWISS 254**

| | Depart: | 9:45am | Zurich, Switzerland (ZRH) |
| | Arrive: | 2:35pm | Tel Aviv Yafo, Israel (TLV) |

Economy | 3hr 50min | Airbus A343
Total duration: 16hr 35min

**This is an overnight flight.**

---

Select

$1,414 + $213 taxes & fees = $1,627 per person        Orbitz TLC        Part of OrbitzTLC

Leave | **Sun, Mar 26** | **Air Canada 9021** | Choose departure

**operated by LUFTHANSA OR LH CITYLINE – LH 0691**

| | Depart: | 4:30am | Tel Aviv Yafo, Israel (TLV) |
| | Arrive: | 9:00am | Frankfurt, Germany (FRA) |

**2 stops** | Economy | 4hr 30min | Airbus A332 | View seats

**Change planes. Time between flights: 1hr 0min**

**Air Canada 875**

| | Depart: | 10:00am | Frankfurt, Germany (FRA) |
| | Arrive: | 11:15am | Montreal, Canada (YUL) |

Economy | 8hr 15min | Airbus A333 | View seats

**Change planes. Time between flights: 2hr 25min**

**Air Canada 746**

| | Depart: | 1:40pm | Montreal, Canada (YUL) |
| | Arrive: | 3:05pm | New York, NY (LGA) |

Economy | 1hr 25min | Embraer 175 | View seats
Total duration: 17hr 35min

Return | **Fri, Mar 31** | **Air Canada 723** | Choose return
| | Depart: | 6:30pm | New York, NY (LGA) |
| | Arrive: | 8:05pm | Toronto, Canada (YYZ) |

**1 stop** | Economy | 1hr 35min | Airbus A319 | View seats

**Change planes. Time between flights: 3hr 50min**

**Air Canada 86**

| | Depart: | 11:55pm | Toronto, Canada (YYZ) |



| Arrive: | **6:50pm** | Tel Aviv Yafo, Israel (TLV) |
|---|---|---|

Economy | 10hr 55min | Boeing 767 | View seats
Total duration: 16hr 20min

This is an overnight flight.

---

Select

**$1,366** + $275 taxes & fees = **$1,641** per person

Leave  **Sun, Mar 26**  **SWISS 4221**   Choose departure
**operated by El Al Israel -- LY 0347**

Depart: **6:50am** Tel Aviv Yafo, Israel (TLV)
Arrive: **11:15am** Zurich, Switzerland (ZRH)

**2 stops**   Economy | 4hr 25min | Boeing 737

**Change planes.** Time between flights: **1hr 45min**

**SWISS 52**

Depart: **1:00pm** Zurich, Switzerland (ZRH)
Arrive: **2:20pm** Boston, MA (BOS)

Economy | 8hr 20min | Airbus A332

**Change Airline.** Time between flights: **2hr 40min**

**United Airlines 2661**
**operated by US Airways -- US 2137**

Depart: **5:00pm** Boston, MA (BOS)
Arrive: **6:10pm** New York, NY (LGA)

Economy | 1hr 10min | Airbus A319 | View seats
Total duration: 18hr 20min

Return  **Fri, Mar 31**  **American Airlines 4809**   Choose return

**operated by American Eagle**

Depart: **3:00pm** New York, NY (LGA)
Arrive: **4:09pm** Boston, MA (BOS)

**2 stops**   Economy | 1hr 9min | Embraer RJ135 | View seats

**Change Airline.** Time between flights: **1hr 46min**

**SWISS 53**

Depart: **5:55pm** Boston, MA (BOS)
Arrive: **8:15am** Zurich, Switzerland (ZRH)

Economy | 7hr 20min | Airbus A332

**Change planes.** Time between flights: **1hr 30min**

**SWISS 254**

Depart: **9:45am** Zurich, Switzerland (ZRH)
Arrive: **2:35pm** Tel Aviv Yafo, Israel (TLV)

Economy | 3hr 50min | Airbus A343
Total duration: 15hr 35min

This is an overnight flight.

---

Select

**$1,366** + $275 taxes & fees = **$1,641** per person

Leave  **Sun, Mar 26**  **SWISS 4221**   Choose departure
**operated by El Al Israel -- LY 0347**

Depart: **6:50am** Tel Aviv Yafo, Israel (TLV)
Arrive: **11:15am** Zurich, Switzerland (ZRH)

**2 stops**   Economy | 4hr 25min | Boeing 737

**Change planes.** Time between flights: **1hr 45min**

**SWISS 52**

| Depart: | 1:00pm | Zurich, Switzerland (ZRH) |
| Arrive: | 2:20pm | Boston, MA (BOS) |

Economy | 8hr 20min | Airbus A332

**Change Airline. Time between flights: 2hr 40min**

**US Airways 2137**

| Depart: | 5:00pm | Boston, MA (BOS) |
| Arrive: | 6:10pm | New York, NY (LGA) |

Economy | 1hr 10min | Airbus A319 | View seats
Total duration: 18hr 20min

Return    Fri, Mar 31    **American Airlines 4809**

**operated by American Eagle**

| Depart: | 3:00pm | New York, NY (LGA) |
| Arrive: | 4:09pm | Boston, MA (BOS) |

**2 stops**    Economy | 1hr 9min | Embraer RJ135 | View seats

Choose return

**Change Airline. Time between flights: 1hr 46min**

**SWISS 53**

| Depart: | 5:55pm | Boston, MA (BOS) |
| Arrive: | 8:15am | Zurich, Switzerland (ZRH) |

Economy | 7hr 20min | Airbus A332

**Change planes. Time between flights: 1hr 30min**

**SWISS 254**

| Depart: | 9:45am | Zurich, Switzerland (ZRH) |
| Arrive: | 2:35pm | Tel Aviv Yafo, Israel (TLV) |

Economy | 3hr 50min | Airbus A343
Total duration: 15hr 35min

This is an overnight flight.

---

Select

**$1,286** + $354 taxes & fees = **$1,640** per person

Leave    Sun, Mar 26    **Lufthansa 691**

| Depart: | 4:30am | Tel Aviv Yafo, Israel (TLV) |
| Arrive: | 9:00am | Frankfurt, Germany (FRA) |

**2 stops**    Economy | 4hr 30min | Airbus A332 | View seats

Choose departure

**Change planes. Time between flights: 1hr 15min**

**Lufthansa 422**

| Depart: | 10:15am | Frankfurt, Germany (FRA) |
| Arrive: | 11:00am | Boston, MA (BOS) |

Economy | 7hr 45min | Boeing 747 | View seats

**Change Airline. Time between flights: 3hr 0min**

**American Airlines 4816**

**operated by American Eagle**

| Depart: | 2:00pm | Boston, MA (BOS) |
| Arrive: | 3:18pm | New York, NY (LGA) |

Economy | 1hr 18min | Embraer RJ135 | View seats
Total duration: 17hr 48min

Return    Fri, Mar 31    **United Airlines 7365**
**operated by UNITED EXPRESS/MESA AIRLINES**

| Depart: | 2:25pm | New York, NY (LGA) |
| Arrive: | 3:48pm | Washington, DC (IAD) |

**2 stops**    Economy | 1hr 23min | Canadair | View seats

Choose return

**Change Airline. Time between flights: 1hr 29min**

**Lufthansa 9051**
**operated by United Airlines – UA 0916**

| | | |
|---|---|---|
| Depart: | 5:17pm | Washington, DC (IAD) |
| Arrive: | 8:10am | Frankfurt, Germany (FRA) |

Economy | 7hr 53min | Boeing 747 | View seats

**Change planes.** Time between flights: **1hr 45min**

**Lufthansa 686**

| | | |
|---|---|---|
| Depart: | 9:55am | Frankfurt, Germany (FRA) |
| Arrive: | 2:40pm | Tel Aviv Yafo, Israel (TLV) |

Economy | 3hr 45min | Boeing 747 | View seats
Total duration: 16hr 15min

This is an overnight flight.

---

Select

**$1,286** + $354 taxes & fees = **$1,640** per person

Leave **Sun, Mar 26**      **Lufthansa 691**                                Choose
departure

| | | |
|---|---|---|
| Depart: | 4:30am | Tel Aviv Yafo, Israel (TLV) |
| Arrive: | 9:00am | Frankfurt, Germany (FRA) |

**2 stops**      Economy | 4hr 30min | Airbus A332 | View seats

**Change planes.** Time between flights: **1hr 15min**

**Lufthansa 422**

| | | |
|---|---|---|
| Depart: | 10:15am | Frankfurt, Germany (FRA) |
| Arrive: | 11:00am | Boston, MA (BOS) |

Economy | 7hr 45min | Boeing 747 | View seats

**Change Airline.** Time between flights: **3hr 0min**

**American Airlines 4816**
**operated by American Eagle**

| | | |
|---|---|---|
| Depart: | 2:00pm | Boston, MA (BOS) |
| Arrive: | 3:18pm | New York, NY (LGA) |

Economy | 1hr 18min | Embraer RJ135 | View seats
Total duration: 17hr 48min

Return **Fri, Mar 31**      **United Airlines 7365**                       Choose
**operated by UNITED EXPRESS/MESA AIRLINES**                    return

| | | |
|---|---|---|
| Depart: | 2:25pm | New York, NY (LGA) |
| Arrive: | 3:48pm | Washington, DC (IAD) |

**2 stops**      Economy | 1hr 23min | Canadair | View seats

**Change Airline.** Time between flights: **1hr 22min**

**Lufthansa 419**

| | | |
|---|---|---|
| Depart: | 5:10pm | Washington, DC (IAD) |
| Arrive: | 7:55am | Frankfurt, Germany (FRA) |

Economy | 7hr 45min | Boeing 747 | View seats

**Change planes.** Time between flights: **2hr 0min**

**Lufthansa 686**

| | | |
|---|---|---|
| Depart: | 9:55am | Frankfurt, Germany (FRA) |
| Arrive: | 2:40pm | Tel Aviv Yafo, Israel (TLV) |

Economy | 3hr 45min | Boeing 747 | View seats
Total duration: 16hr 15min

This is an overnight flight.

---

My Trips | My Account | Flight status | Site map | Contact Us | Site feedback | About Orbitz | Corporate Travel Solutions | Advertise on Orbitz
Become an affiliate | Careers | Media | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights

http://www.orbitz.com/App/ViewFlightSearchResults?z=bdb8&r=114                    3/6/2006

**Select**    **$1,254** + $275 taxes & fees = **$1,529**  per person

| | | | |
|---|---|---|---|
| Leave | **Sun, Mar 26** | **SWISS 4221** | Choose departure |
| | | operated by El Al Israel – LY 0347 | |
| | Depart:  **6:50am** | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive:  **11:15am** | Zurich, Switzerland (ZRH) | |
| | **2 stops** | Economy  |  4hr 25min  |  Boeing 737 | |

   Change planes. Time between flights: **1hr 45min**

| | **SWISS 52** |
|---|---|
| Depart:  **1:00pm** | Zurich, Switzerland (ZRH) |
| Arrive:  **2:20pm** | Boston, MA (BOS) |
| | Economy  |  8hr 20min  |  Airbus A332 |

   Change Airline. Time between flights: **2hr 40min**

   **American Airlines 4820**

| | operated by American Eagle |
|---|---|
| Depart:  **5:00pm** | Boston, MA (BOS) |
| Arrive:  **6:20pm** | New York, NY (LGA) |
| | Economy  |  1hr 20min  |  Embraer RJ135  |  <u>View seats</u> |
| | Total duration: 18hr 30min |

| | | | |
|---|---|---|---|
| Return | **Fri, Mar 31** | **American Airlines 4809** | Choose return |
| | | operated by American Eagle | |
| | Depart:  **3:00pm** | New York, NY (LGA) | |
| | Arrive:  **4:09pm** | Boston, MA (BOS) | |
| | **2 stops** | Economy  |  1hr 9min  |  Embraer RJ135  |  <u>View seats</u> | |

   Change Airline. Time between flights: **1hr 46min**

| | **SWISS 53** |
|---|---|
| Depart:  **5:55pm** | Boston, MA (BOS) |
| Arrive:  **8:15am** | Zurich, Switzerland (ZRH) |
| | Economy  |  7hr 20min  |  Airbus A332 |

   Change planes. Time between flights: **1hr 30min**

| | **SWISS 254** |
|---|---|
| Depart:  **9:45am** | Zurich, Switzerland (ZRH) |
| Arrive:  **2:35pm** | Tel Aviv Yafo, Israel (TLV) |
| | Economy  |  3hr 50min  |  Airbus A343 |
| | Total duration: 15hr 35min |

   This is an overnight flight.

---

**Select**    **$1,366** + $275 taxes & fees = **$1,641**  per person

| | | | |
|---|---|---|---|
| Leave | **Sun, Mar 26** | **SWISS 4221** | Choose departure |
| | | operated by El Al Israel – LY 0347 | |
| | Depart:  **6:50am** | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive:  **11:15am** | Zurich, Switzerland (ZRH) | |
| | **2 stops** | Economy  |  4hr 25min  |  Boeing 737 | |

   Change planes. Time between flights: **1hr 45min**

| | **SWISS 52** |
|---|---|
| Depart:  **1:00pm** | Zurich, Switzerland (ZRH) |
| Arrive:  **2:20pm** | Boston, MA (BOS) |
| | Economy  |  8hr 20min  |  Airbus A332 |

   Change Airline. Time between flights: **2hr 10min**

   **Delta Air Lines 1927**



| | Depart: 4:30pm | Boston, MA (BOS) |
| | Arrive: 5:41pm | New York, NY (LGA) |

Economy | 1hr 11min | Boeing Douglas MD-80 | View seats
Total duration: 17hr 51min

Return | **Fri, Mar 31** | **American Airlines 4827** | Choose return

**operated by American Eagle**

Depart: 2:00pm | New York, NY (LGA)
Arrive: 3:07pm | Boston, MA (BOS)

**2 stops** | Economy | 1hr 7min | Embraer RJ135 | View seats

Change Airline. Time between flights: **2hr 48min**

**SWISS 53**
Depart: 5:55pm | Boston, MA (BOS)
Arrive: 8:15am | Zurich, Switzerland (ZRH)

Economy | 7hr 20min | Airbus A332

Change planes. Time between flights: **1hr 30min**

**SWISS 254**
Depart: 9:45am | Zurich, Switzerland (ZRH)
Arrive: 2:35pm | Tel Aviv Yafo, Israel (TLV)

Economy | 3hr 50min | Airbus A343
Total duration: 16hr 35min

This is an overnight flight.

---

Select

**$1,286** + $354 taxes & fees = **$1,640** per person

Leave | **Sun, Mar 26** | **Lufthansa 691** | Choose departure
Depart: 4:30am | Tel Aviv Yafo, Israel (TLV)
Arrive: 9:00am | Frankfurt, Germany (FRA)

**2 stops** | Economy | 4hr 30min | Airbus A332 | View seats

Change planes. Time between flights: **1hr 15min**

**Lufthansa 422**
Depart: 10:15am | Frankfurt, Germany (FRA)
Arrive: 11:00am | Boston, MA (BOS)

Economy | 7hr 45min | Boeing 747 | View seats

Change Airline. Time between flights: **3hr 30min**

**Delta Air Lines 1923**
Depart: 2:30pm | Boston, MA (BOS)
Arrive: 3:42pm | New York, NY (LGA)

Economy | 1hr 12min | Boeing Douglas MD-80 | View seats
Total duration: 18hr 12min

Return | **Fri, Mar 31** | **United Airlines 7365** | Choose return
| | **operated by UNITED EXPRESS/MESA AIRLINES**
Depart: 2:25pm | New York, NY (LGA)
Arrive: 3:48pm | Washington, DC (IAD)

**2 stops** | Economy | 1hr 23min | Canadair | View seats

Change Airline. Time between flights: **1hr 22min**

**Lufthansa 419**
Depart: 5:10pm | Washington, DC (IAD)
Arrive: 7:55am | Frankfurt, Germany (FRA)

Economy | 7hr 45min | Boeing 747 | View seats

Change planes. Time between flights: **2hr 0min**

**Lufthansa 686**
Depart: 9:55am | Frankfurt, Germany (FRA)



| | Arrive: | **2:40pm** | Tel Aviv Yafo, Israel (TLV) |
|---|---|---|---|

Economy | 3hr 45min | Boeing 747 | View seats
Total duration: 16hr 15min

This is an overnight flight.

---

Select

**$1,377** + $220 taxes & fees = **$1,597** per person

| Leave | **Sun, Mar 26** | **Lufthansa 691** | Choose departure |
|---|---|---|---|
| | Depart: **4:30am** | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: **9:00am** | Frankfurt, Germany (FRA) | |

2 stops | Economy | 4hr 30min | Airbus A332 | View seats

**Change Airline. Time between flights: 1hr 50min**

| | **Air Canada 873** |
|---|---|
| Depart: **10:50am** | Frankfurt, Germany (FRA) |
| Arrive: **12:35pm** | Toronto, Canada (YYZ) |

Economy | 8hr 45min | Airbus A333 | View seats

**Change planes. Time between flights: 1hr 40min**

| | **Air Canada 714** |
|---|---|
| Depart: **2:15pm** | Toronto, Canada (YYZ) |
| Arrive: **3:40pm** | New York, NY (LGA) |

Economy | 1hr 25min | Embraer 175 | View seats
Total duration: 18hr 10min

| Return | **Fri, Mar 31** | **Air Canada 723** | Choose return |
|---|---|---|---|
| | Depart: **6:30pm** | New York, NY (LGA) | |
| | Arrive: **8:05pm** | Toronto, Canada (YYZ) | |

1 stop | Economy | 1hr 35min | Airbus A319 | View seats

**Change planes. Time between flights: 3hr 50min**

| | **Air Canada 86** |
|---|---|
| Depart: **11:55pm** | Toronto, Canada (YYZ) |
| Arrive: **6:50pm** | Tel Aviv Yafo, Israel (TLV) |

Economy | 10hr 55min | Boeing 767 | View seats
Total duration: 16hr 20min

This is an overnight flight.

---

Select

**$1,377** + $220 taxes & fees = **$1,597** per person    Part of OrbitzTLC

| Leave | **Sun, Mar 26** | **Air Canada 9021** | Choose departure |
|---|---|---|---|
| | | operated by LUFTHANSA OR LH CITYLINE – LH 0691 | |
| | Depart: **4:30am** | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: **9:00am** | Frankfurt, Germany (FRA) | |

2 stops | Economy | 4hr 30min | Airbus A332 | View seats

**Change planes. Time between flights: 1hr 50min**

| | **Air Canada 873** |
|---|---|
| Depart: **10:50am** | Frankfurt, Germany (FRA) |
| Arrive: **12:35pm** | Toronto, Canada (YYZ) |

Economy | 8hr 45min | Airbus A333 | View seats

**Change planes. Time between flights: 1hr 40min**

| | **Air Canada 714** |
|---|---|
| Depart: **2:15pm** | Toronto, Canada (YYZ) |
| Arrive: **3:40pm** | New York, NY (LGA) |



| | | |
|---|---|---|
| | Economy | 1hr 25min | Embraer 175 | View seats |
| | Total duration: 18hr 10min |
| **Return** | **Fri, Mar 31** | **Air Canada 723** | Choose return |
| | Depart: **6:30pm** | New York, NY (LGA) |
| | Arrive: **8:05pm** | Toronto, Canada (YYZ) |
| **1 stop** | Economy | 1hr 35min | Airbus A319 | View seats |
| | **Change planes.** Time between flights: **3hr 50min** |
| | Depart: **11:55pm** | **Air Canada 86** |
| | Arrive: **6:50pm** | Toronto, Canada (YYZ) |
| | | Tel Aviv Yafo, Israel (TLV) |
| | Economy | 10hr 55min | Boeing 767 | View seats |
| | Total duration: 16hr 20min |
| | This is an overnight flight. |

---

Select

**$1,208** + $354 taxes & fees = **$1,562** per person

| | | |
|---|---|---|
| **Leave** | **Sun, Mar 26** | **Lufthansa 691** | Choose departure |
| | Depart: **4:30am** | Tel Aviv Yafo, Israel (TLV) |
| | Arrive: **9:00am** | Frankfurt, Germany (FRA) |
| **2 stops** | Economy | 4hr 30min | Airbus A332 | View seats |
| | **Change planes.** Time between flights: **1hr 20min** |
| | Depart: **10:20am** | **Lufthansa 430** |
| | Arrive: **11:10am** | Frankfurt, Germany (FRA) |
| | | Chicago, IL (ORD) |
| | Economy | 8hr 50min | Boeing 747 | View seats |
| | **Change Airline.** Time between flights: **1hr 45min** |
| | Depart: **12:55pm** | **United Airlines 682** |
| | Arrive: **4:03pm** | Chicago, IL (ORD) |
| | | New York, NY (LGA) |
| | Economy | 2hr 8min | Boeing 757 | View seats |
| | Total duration: 18hr 33min |
| **Return** | **Fri, Mar 31** | **United Airlines 7365** | Choose return |
| | | **operated by UNITED EXPRESS/MESA AIRLINES** |
| | Depart: **2:25pm** | New York, NY (LGA) |
| | Arrive: **3:48pm** | Washington, DC (IAD) |
| **2 stops** | Economy | 1hr 23min | Canadair | View seats |
| | **Change Airline.** Time between flights: **1hr 22min** |
| | Depart: **5:10pm** | **Lufthansa 419** |
| | Arrive: **7:55am** | Washington, DC (IAD) |
| | | Frankfurt, Germany (FRA) |
| | Economy | 7hr 45min | Boeing 747 | View seats |
| | **Change planes.** Time between flights: **2hr 0min** |
| | Depart: **9:55am** | **Lufthansa 686** |
| | Arrive: **2:40pm** | Frankfurt, Germany (FRA) |
| | | Tel Aviv Yafo, Israel (TLV) |
| | Economy | 3hr 45min | Boeing 747 | View seats |
| | Total duration: 16hr 15min |
| | This is an overnight flight. |

**$1,208** + $354 taxes & fees = **$1,562** per person

| Select | | | | |
|---|---|---|---|---|
| Leave | **Sun, Mar 26** | **Lufthansa 691** | | Choose departure |
| | Depart: 4:30am<br>Arrive: 9:00am | Tel Aviv Yafo, Israel (TLV)<br>Frankfurt, Germany (FRA) | | |
| | **2 stops** | Economy ┆ 4hr 30min ┆ Airbus A332 ┆ View seats | | |

Change planes. Time between flights: **1hr 20min**

| | | **Lufthansa 430** | | |
|---|---|---|---|---|
| | Depart: 10:20am<br>Arrive: 11:10am | Frankfurt, Germany (FRA)<br>Chicago, IL (ORD) | | |
| | | Economy ┆ 8hr 50min ┆ Boeing 747 ┆ View seats | | |

Change Airline. Time between flights: **1hr 45min**

| | | **United Airlines 682** | | |
|---|---|---|---|---|
| | Depart: 12:55pm<br>Arrive: 4:03pm | Chicago, IL (ORD)<br>New York, NY (LGA) | | |
| | | Economy ┆ 2hr 8min ┆ Boeing 757 ┆ View seats<br>Total duration: 18hr 33min | | |

| Return | **Fri, Mar 31** | **United Airlines 7365**<br>**operated by UNITED EXPRESS/MESA AIRLINES** | | Choose return |
|---|---|---|---|---|
| | Depart: 2:25pm<br>Arrive: 3:48pm | New York, NY (LGA)<br>Washington, DC (IAD) | | |
| | **2 stops** | Economy ┆ 1hr 23min ┆ Canadair ┆ View seats | | |

Change Airline. Time between flights: **1hr 29min**

| | | **Lufthansa 9051**<br>**operated by United Airlines -- UA 0916** | | |
|---|---|---|---|---|
| | Depart: 5:17pm<br>Arrive: 8:10am | Washington, DC (IAD)<br>Frankfurt, Germany (FRA) | | |
| | | Economy ┆ 7hr 53min ┆ Boeing 747 ┆ View seats | | |

Change planes. Time between flights: **1hr 45min**

| | | **Lufthansa 686** | | |
|---|---|---|---|---|
| | Depart: 9:55am<br>Arrive: 2:40pm | Frankfurt, Germany (FRA)<br>Tel Aviv Yafo, Israel (TLV) | | |
| | | Economy ┆ 3hr 45min ┆ Boeing 747 ┆ View seats<br>Total duration: 16hr 15min | | |

This is an overnight flight.

---

| Select | | | | |
|---|---|---|---|---|
| | **$1,414** + $213 taxes & fees = **$1,627** per person | | OrbitzTLC Part of OrbitzTLC | |
| Leave | **Sun, Mar 26** | **Air Canada 9021**<br>**operated by LUFTHANSA OR LH CITYLINE -- LH 0691** | | Choose departure |
| | Depart: 4:30am<br>Arrive: 9:00am | Tel Aviv Yafo, Israel (TLV)<br>Frankfurt, Germany (FRA) | | |
| | **2 stops** | Economy ┆ 4hr 30min ┆ Airbus A332 ┆ View seats | | |

Change planes. Time between flights: **1hr 0min**

| | | **Air Canada 875** | | |
|---|---|---|---|---|
| | Depart: 10:00am<br>Arrive: 11:15am | Frankfurt, Germany (FRA)<br>Montreal, Canada (YUL) | | |
| | | Economy ┆ 8hr 15min ┆ Airbus A333 ┆ View seats | | |

Change planes. Time between flights: **2hr 25min**

| | | **Air Canada 746** | | |
|---|---|---|---|---|
| | Depart: 1:40pm<br>Arrive: 3:05pm | Montreal, Canada (YUL)<br>New York, NY (LGA) | | |
| | | Economy ┆ 1hr 25min ┆ Embraer 175 ┆ View seats | | |



| Return | **Fri, Mar 31** | **Air Canada 721** | | Choose return |
| | Depart: **5:30pm** | New York, NY (LGA) | | |
| | Arrive: **7:05pm** | Toronto, Canada (YYZ) | | |
| **1 stop** | | Economy ｜ 1hr 35min ｜ Airbus A319 ｜ View seats | |

Change planes. Time between flights: **4hr 50min**

| | Depart: **11:55pm** | **Air Canada 86** | |
| | Arrive: **6:50pm** | Toronto, Canada (YYZ) | |
| | | Tel Aviv Yafo, Israel (TLV) | |
| | | Economy ｜ 10hr 55min ｜ Boeing 767 ｜ View seats | |
| | | Total duration: 17hr 20min | |

This is an overnight flight.

---

Select

**$1,366** + $275 taxes & fees = **$1,641** per person

| Leave | **Sun, Mar 26** | **SWISS 4221** | | Choose departure |
| | | operated by El Al Israel -- LY 0347 | |
| | Depart: **6:50am** | Tel Aviv Yafo, Israel (TLV) | |
| | Arrive: **11:15am** | Zurich, Switzerland (ZRH) | |
| **2 stops** | | Economy ｜ 4hr 25min ｜ Boeing 737 | |

Change planes. Time between flights: **1hr 45min**

| | **SWISS 52** | |
| | Depart: **1:00pm** | Zurich, Switzerland (ZRH) |
| | Arrive: **2:20pm** | Boston, MA (BOS) |
| | | Economy ｜ 8hr 20min ｜ Airbus A332 |

Change Airline. Time between flights: **2hr 40min**

| | **United Airlines 2661** | |
| | | operated by US Airways -- US 2137 |
| | Depart: **5:00pm** | Boston, MA (BOS) |
| | Arrive: **6:10pm** | New York, NY (LGA) |
| | | Economy ｜ 1hr 10min ｜ Airbus A319 ｜ View seats |
| | | Total duration: 18hr 20min |

| Return | **Fri, Mar 31** | **American Airlines 4827** | | Choose return |
| | | operated by American Eagle | |
| | Depart: **2:00pm** | New York, NY (LGA) | |
| | Arrive: **3:07pm** | Boston, MA (BOS) | |
| **2 stops** | | Economy ｜ 1hr 7min ｜ Embraer RJ135 ｜ View seats | |

Change Airline. Time between flights: **2hr 48min**

| | **SWISS 53** | |
| | Depart: **5:55pm** | Boston, MA (BOS) |
| | Arrive: **8:15am** | Zurich, Switzerland (ZRH) |
| | | Economy ｜ 7hr 20min ｜ Airbus A332 |

Change planes. Time between flights: **1hr 30min**

| | **SWISS 254** | |
| | Depart: **9:45am** | Zurich, Switzerland (ZRH) |
| | Arrive: **2:35pm** | Tel Aviv Yafo, Israel (TLV) |
| | | Economy ｜ 3hr 50min ｜ Airbus A343 |
| | | Total duration: 16hr 35min |

This is an overnight flight.

**Select**

**$1,254** + $275 taxes & fees = **$1,529** per person

| Leave | **Sun, Mar 26** | **SWISS 4221** | Choose departure |

**operated by El Al Israel – LY 0347**

Depart: **6:50am** — Tel Aviv Yafo, Israel (TLV)
Arrive: **11:15am** — Zurich, Switzerland (ZRH)

**2 stops**    Economy | 4hr 25min | Boeing 737

**Change planes. Time between flights: 1hr 45min**

**SWISS 52**

Depart: **1:00pm** — Zurich, Switzerland (ZRH)
Arrive: **2:20pm** — Boston, MA (BOS)

Economy | 8hr 20min | Airbus A332

**Change Airline. Time between flights: 2hr 40min**

**American Airlines 4820**

**operated by American Eagle**

Depart: **5:00pm** — Boston, MA (BOS)
Arrive: **6:20pm** — New York, NY (LGA)

Economy | 1hr 20min | Embraer RJ135 | View seats
Total duration: 18hr 30min

| Return | **Fri, Mar 31** | **American Airlines 4827** | Choose return |

**operated by American Eagle**

Depart: **2:00pm** — New York, NY (LGA)
Arrive: **3:07pm** — Boston, MA (BOS)

**2 stops**    Economy | 1hr 7min | Embraer RJ135 | View seats

**Change Airline. Time between flights: 2hr 48min**

**SWISS 53**

Depart: **5:55pm** — Boston, MA (BOS)
Arrive: **8:15am** — Zurich, Switzerland (ZRH)

Economy | 7hr 20min | Airbus A332

**Change planes. Time between flights: 1hr 30min**

**SWISS 254**

Depart: **9:45am** — Zurich, Switzerland (ZRH)
Arrive: **2:35pm** — Tel Aviv Yafo, Israel (TLV)

Economy | 3hr 50min | Airbus A343
Total duration: 16hr 35min

This is an overnight flight.

---

**Select**

**$1,377** + $220 taxes & fees = **$1,597** per person

| Leave | **Sun, Mar 26** | **Lufthansa 691** | Choose departure |

Depart: **4:30am** — Tel Aviv Yafo, Israel (TLV)
Arrive: **9:00am** — Frankfurt, Germany (FRA)

**2 stops**    Economy | 4hr 30min | Airbus A332 | View seats

**Change Airline. Time between flights: 1hr 50min**

**Air Canada 873**

Depart: **10:50am** — Frankfurt, Germany (FRA)
Arrive: **12:35pm** — Toronto, Canada (YYZ)

Economy | 8hr 45min | Airbus A333 | View seats

**Change planes. Time between flights: 1hr 40min**

**Air Canada 714**

Depart: **2:15pm** — Toronto, Canada (YYZ)
Arrive: **3:40pm** — New York, NY (LGA)



| | | Economy | 1hr 25min | Embraer 175 | View seats |
| | | Total duration: 18hr 10min | | | |
| Return | **Fri, Mar 31** | **Air Canada 721** | | | Choose return |
| | Depart: **5:30pm** | New York, NY (LGA) | | | |
| | Arrive: **7:05pm** | Toronto, Canada (YYZ) | | | |
| **1 stop** | | Economy | 1hr 35min | Airbus A319 | View seats |
| | **Change planes. Time between flights: 4hr 50min** | | | | |
| | | **Air Canada 86** | | | |
| | Depart: **11:55pm** | Toronto, Canada (YYZ) | | | |
| | Arrive: **6:50pm** | Tel Aviv Yafo, Israel (TLV) | | | |
| | | Economy | 10hr 55min | Boeing 767 | View seats |
| | | Total duration: 17hr 20min | | | |
| | This is an overnight flight. | | | | |

---

**Select**

**$1,377** + $220 taxes & fees = **$1,597** per person    ☐TLC Part of OrbitzTLC

| Leave | **Sun, Mar 26** | **Air Canada 9021** | | | Choose departure |
| | | operated by **LUFTHANSA OR LH CITYLINE – LH 0691** | | | |
| | Depart: **4:30am** | Tel Aviv Yafo, Israel (TLV) | | | |
| | Arrive: **9:00am** | Frankfurt, Germany (FRA) | | | |
| **2 stops** | | Economy | 4hr 30min | Airbus A332 | View seats |
| | **Change planes. Time between flights: 1hr 50min** | | | | |
| | | **Air Canada 873** | | | |
| | Depart: **10:50am** | Frankfurt, Germany (FRA) | | | |
| | Arrive: **12:35pm** | Toronto, Canada (YYZ) | | | |
| | | Economy | 8hr 45min | Airbus A333 | View seats |
| | **Change planes. Time between flights: 1hr 40min** | | | | |
| | | **Air Canada 714** | | | |
| | Depart: **2:15pm** | Toronto, Canada (YYZ) | | | |
| | Arrive: **3:40pm** | New York, NY (LGA) | | | |
| | | Economy | 1hr 25min | Embraer 175 | View seats |
| | | Total duration: 18hr 10min | | | |
| Return | **Fri, Mar 31** | **Air Canada 721** | | | Choose return |
| | Depart: **5:30pm** | New York, NY (LGA) | | | |
| | Arrive: **7:05pm** | Toronto, Canada (YYZ) | | | |
| **1 stop** | | Economy | 1hr 35min | Airbus A319 | View seats |
| | **Change planes. Time between flights: 4hr 50min** | | | | |
| | | **Air Canada 86** | | | |
| | Depart: **11:55pm** | Toronto, Canada (YYZ) | | | |
| | Arrive: **6:50pm** | Tel Aviv Yafo, Israel (TLV) | | | |
| | | Economy | 10hr 55min | Boeing 767 | View seats |
| | | Total duration: 17hr 20min | | | |
| | This is an overnight flight. | | | | |

---

**Select**

**$1,414** + $213 taxes & fees = **$1,627** per person    ☐TLC Part of OrbitzTLC

| Leave | **Sun, Mar 26** | **Air Canada 9021** | | | Choose departure |
| | | operated by **LUFTHANSA OR LH CITYLINE – LH 0691** | | | |
| | Depart: **4:30am** | Tel Aviv Yafo, Israel (TLV) | | | |



|  | Arrive: | 9:00am | Frankfurt, Germany (FRA) |
|---|---|---|---|
|  |  |  | Economy \| 4hr 30min \| Airbus A332 \| View seats |

**2 stops**    Change planes. Time between flights: **1hr 0min**

|  | Depart: | 10:00am | **Air Canada 875**<br>Frankfurt, Germany (FRA) |
|---|---|---|---|
|  | Arrive: | 11:15am | Montreal, Canada (YUL) |
|  |  |  | Economy \| 8hr 15min \| Airbus A333 \| View seats |

Change planes. Time between flights: **2hr 25min**

|  | Depart: | 1:40pm | **Air Canada 746**<br>Montreal, Canada (YUL) |
|---|---|---|---|
|  | Arrive: | 3:05pm | New York, NY (LGA) |
|  |  |  | Economy \| 1hr 25min \| Embraer 175 \| View seats<br>Total duration: 17hr 35min |

**Return**   **Fri, Mar 31** | Depart: 4:30pm | **Air Canada 719** New York, NY (LGA) | **Choose return**
Arrive: 6:05pm | Toronto, Canada (YYZ)

Economy | 1hr 35min | Embraer 175 | View seats

**1 stop**    Change planes. Time between flights: **5hr 50min**

|  | Depart: | 11:55pm | **Air Canada 86**<br>Toronto, Canada (YYZ) |
|---|---|---|---|
|  | Arrive: | 6:50pm | Tel Aviv Yafo, Israel (TLV) |
|  |  |  | Economy \| 10hr 55min \| Boeing 767 \| View seats<br>Total duration: 18hr 20min |

This is an overnight flight.

---

**Select**

**$1,254** + $275 taxes & fees = **$1,529** per person

**Leave**   **Sun, Mar 26** | Depart: 4:30am | **SWISS 257** Tel Aviv Yafo, Israel (TLV) | **Choose departure**
Arrive: 9:00am | Zurich, Switzerland (ZRH)

**2 stops**    Economy | 4hr 30min | Airbus A320    Change planes. Time between flights: **4hr 0min**

|  | Depart: | 1:00pm | **SWISS 52**<br>Zurich, Switzerland (ZRH) |
|---|---|---|---|
|  | Arrive: | 2:20pm | Boston, MA (BOS) |
|  |  |  | Economy \| 8hr 20min \| Airbus A332 |

Change Airline. Time between flights: **2hr 40min**

**American Airlines 4820**

|  | Depart: | 5:00pm | operated by American Eagle<br>Boston, MA (BOS) |
|---|---|---|---|
|  | Arrive: | 6:20pm | New York, NY (LGA) |
|  |  |  | Economy \| 1hr 20min \| Embraer RJ135 \| View seats<br>Total duration: 20hr 50min |

**Return**   **Fri, Mar 31**    **American Airlines 4809** | **Choose return**

|  | Depart: | 3:00pm | operated by American Eagle<br>New York, NY (LGA) |
|---|---|---|---|
|  | Arrive: | 4:09pm | Boston, MA (BOS) |

**2 stops**    Economy | 1hr 9min | Embraer RJ135 | View seats

Change Airline. Time between flights: **1hr 46min**

**SWISS 53**

Depart: 5:55pm   Boston, MA (BOS)



| | Arrive: | 8:15am | Zurich, Switzerland (ZRH) |
|---|---|---|---|
| | | | Economy ┊ 7hr 20min ┊ Airbus A332 |

**Change planes. Time between flights: 1hr 30min**

**SWISS 254**
Depart: 9:45am Zurich, Switzerland (ZRH)
Arrive: 2:35pm Tel Aviv Yafo, Israel (TLV)

Economy ┊ 3hr 50min ┊ Airbus A343
Total duration: 15hr 35min

This is an overnight flight.

---

Select

**$1,377** + $220 taxes & fees = **$1,597** per person    ⊙TLC  Part of OrbitzTLC

**Leave** | **Sun, Mar 26** | **Air Canada 9021** | Choose departure
Depart: 4:30am operated by LUFTHANSA OR LH CITYLINE – LH 0691
Arrive: 9:00am Tel Aviv Yafo, Israel (TLV)
Frankfurt, Germany (FRA)

**2 stops** Economy ┊ 4hr 30min ┊ Airbus A332 ┊ View seats

**Change planes. Time between flights: 1hr 50min**

**Air Canada 873**
Depart: 10:50am Frankfurt, Germany (FRA)
Arrive: 12:35pm Toronto, Canada (YYZ)

Economy ┊ 8hr 45min ┊ Airbus A333 ┊ View seats

**Change planes. Time between flights: 1hr 40min**

**Air Canada 714**
Depart: 2:15pm Toronto, Canada (YYZ)
Arrive: 3:40pm New York, NY (LGA)

Economy ┊ 1hr 25min ┊ Embraer 175 ┊ View seats
Total duration: 18hr 10min

**Return** | **Fri, Mar 31** | **Air Canada 719** | Choose return
Depart: 4:30pm New York, NY (LGA)
Arrive: 6:05pm Toronto, Canada (YYZ)

**1 stop** Economy ┊ 1hr 35min ┊ Embraer 175 ┊ View seats

**Change planes. Time between flights: 5hr 50min**

**Air Canada 86**
Depart: 11:55pm Toronto, Canada (YYZ)
Arrive: 6:50pm Tel Aviv Yafo, Israel (TLV)

Economy ┊ 10hr 55min ┊ Boeing 767 ┊ View seats
Total duration: 18hr 20min

This is an overnight flight.

---

Select

**$1,377** + $220 taxes & fees = **$1,597** per person

**Leave** | **Sun, Mar 26** | **Lufthansa 691** | Choose departure
Depart: 4:30am Tel Aviv Yafo, Israel (TLV)
Arrive: 9:00am Frankfurt, Germany (FRA)

**2 stops** Economy ┊ 4hr 30min ┊ Airbus A332 ┊ View seats

**Change Airline. Time between flights: 1hr 50min**

**Air Canada 873**
Depart: 10:50am Frankfurt, Germany (FRA)
Arrive: 12:35pm Toronto, Canada (YYZ)



| | | Economy | 8hr 45min | Airbus A333 | View seats |

**Change planes.** Time between flights: **1hr 40min**

**Air Canada 714**
Depart: 2:15pm   Toronto, Canada (YYZ)
Arrive: 3:40pm   New York, NY (LGA)

| | | Economy | 1hr 25min | Embraer 175 | View seats |
Total duration: 18hr 10min

Return   Fri, Mar 31   **Air Canada 719**                                Choose
Depart: 4:30pm   New York, NY (LGA)                      return
Arrive: 6:05pm   Toronto, Canada (YYZ)

**1 stop**   Economy | 1hr 35min | Embraer 175 | View seats

**Change planes.** Time between flights: **5hr 50min**

**Air Canada 86**
Depart: 11:55pm   Toronto, Canada (YYZ)
Arrive: 6:50pm    Tel Aviv Yafo, Israel (TLV)

| | | Economy | 10hr 55min | Boeing 767 | View seats |
Total duration: 18hr 20min

This is an overnight flight.

---

**Select**
**$1,254** + $275 taxes & fees = $1,529  per person

Leave   Sun, Mar 26   **SWISS 4221**                               Choose
operated by El Al Israel -- LY 0347                departure
Depart: 6:50am   Tel Aviv Yafo, Israel (TLV)
Arrive: 11:15am  Zurich, Switzerland (ZRH)

**2 stops**   Economy | 4hr 25min | Boeing 737

**Change planes.** Time between flights: **1hr 45min**

**SWISS 52**
Depart: 1:00pm   Zurich, Switzerland (ZRH)
Arrive: 2:20pm   Boston, MA (BOS)

| | | Economy | 8hr 20min | Airbus A332 |

**Change Airline.** Time between flights: **2hr 40min**

**American Airlines 4820**

operated by American Eagle
Depart: 5:00pm   Boston, MA (BOS)
Arrive: 6:20pm   New York, NY (LGA)

| | | Economy | 1hr 20min | Embraer RJ135 | View seats |
Total duration: 18hr 30min

Return   Fri, Mar 31   **American Airlines 4805**                  Choose
return

operated by American Eagle
Depart: 12:00pm   New York, NY (LGA)
Arrive: 1:09pm    Boston, MA (BOS)

**2 stops**   Economy | 1hr 9min | Embraer RJ135 | View seats

**Change Airline.** Time between flights: **4hr 46min**

**SWISS 53**
Depart: 5:55pm   Boston, MA (BOS)
Arrive: 8:15am   Zurich, Switzerland (ZRH)

| | | Economy | 7hr 20min | Airbus A332 |

**Change planes.** Time between flights: **1hr 30min**

**SWISS 254**



| | Depart: | 9:45am | Zurich, Switzerland (ZRH) |
|---|---|---|---|
| | Arrive: | 2:35pm | Tel Aviv Yafo, Israel (TLV) |
| | | | Economy | 3hr 50min | Airbus A343 |
| | | | Total duration: 18hr 35min |

This is an overnight flight.

---

**Select**

**$1,254** + $275 taxes & fees = **$1,529** per person

**Leave**  **Sun, Mar 26**    **SWISS 257**                                     Choose
    Depart: 4:30am   Tel Aviv Yafo, Israel (TLV)                     departure
    Arrive: 9:00am    Zurich, Switzerland (ZRH)

**2 stops**       Economy | 4hr 30min | Airbus A320

**Change planes.** Time between flights: **4hr 0min**

    **SWISS 52**
    Depart: 1:00pm   Zurich, Switzerland (ZRH)
    Arrive: 2:20pm    Boston, MA (BOS)

    Economy | 8hr 20min | Airbus A332

**Change Airline.** Time between flights: **2hr 40min**

    **American Airlines 4820**

    operated by American Eagle
    Depart: 5:00pm   Boston, MA (BOS)
    Arrive: 6:20pm    New York, NY (LGA)

    Economy | 1hr 20min | Embraer RJ135 | View seats
    Total duration: 20hr 50min

**Return**  **Fri, Mar 31**    **American Airlines 4827**                        Choose
                                                              return

    operated by American Eagle
    Depart: 2:00pm   New York, NY (LGA)
    Arrive: 3:07pm    Boston, MA (BOS)

**2 stops**       Economy | 1hr 7min | Embraer RJ135 | View seats

**Change Airline.** Time between flights: **2hr 48min**

    **SWISS 53**
    Depart: 5:55pm   Boston, MA (BOS)
    Arrive: 8:15am    Zurich, Switzerland (ZRH)

    Economy | 7hr 20min | Airbus A332

**Change planes.** Time between flights: **1hr 30min**

    **SWISS 254**
    Depart: 9:45am   Zurich, Switzerland (ZRH)
    Arrive: 2:35pm    Tel Aviv Yafo, Israel (TLV)

    Economy | 3hr 50min | Airbus A343
    Total duration: 16hr 35min

This is an overnight flight.

---

**Select**

**$1,414** + $213 taxes & fees = **$1,627** per person      TLC  Part of OrbitzTLC

**Leave**  **Sun, Mar 26**    **Air Canada 9021**                             Choose
                    operated by LUFTHANSA OR LH CITYLINE – LH 0691   departure
    Depart: 4:30am   Tel Aviv Yafo, Israel (TLV)
    Arrive: 9:00am    Frankfurt, Germany (FRA)

**2 stops**       Economy | 4hr 30min | Airbus A332 | View seats

**Change planes.** Time between flights: 1hr 0min



| | | Air Canada 875 | |
|---|---|---|---|
| Depart: | 10:00am | Frankfurt, Germany (FRA) | |
| Arrive: | 11:15am | Montreal, Canada (YUL) | |

| Economy | 8hr 15min | Airbus A333 | View seats |

**Change planes.** Time between flights: 2hr 25min



| | | Air Canada 746 | |
|---|---|---|---|
| Depart: | 1:40pm | Montreal, Canada (YUL) | |
| Arrive: | 3:05pm | New York, NY (LGA) | |

| Economy | 1hr 25min | Embraer 175 | View seats |
Total duration: 17hr 35min

Return | **Fri, Mar 31** | Air Canada 715 | | Choose return
Depart: | 2:30pm | New York, NY (LGA)
Arrive: | 4:05pm | Toronto, Canada (YYZ)

**1 stop** | Economy | 1hr 35min | Embraer 175 | View seats

**Change planes.** Time between flights: 7hr 50min



| | | Air Canada 86 | |
|---|---|---|---|
| Depart: | 11:55pm | Toronto, Canada (YYZ) | |
| Arrive: | 6:50pm | Tel Aviv Yafo, Israel (TLV) | |

| Economy | 10hr 55min | Boeing 767 | View seats |
Total duration: 20hr 20min

This is an overnight flight.

---

Select

**$1,377** + $220 taxes & fees = **$1,597** per person   [TLC] Part of OrbitzTLC

Leave | **Sun, Mar 26** | Air Canada 9021 | | Choose departure
Depart: | 4:30am | operated by LUFTHANSA OR LH CITYLINE – LH 0691
Arrive: | 9:00am | Tel Aviv Yafo, Israel (TLV)
| | Frankfurt, Germany (FRA)

**2 stops** | Economy | 4hr 30min | Airbus A332 | View seats

**Change planes.** Time between flights: 1hr 50min



| | | Air Canada 873 | |
|---|---|---|---|
| Depart: | 10:50am | Frankfurt, Germany (FRA) | |
| Arrive: | 12:35pm | Toronto, Canada (YYZ) | |

| Economy | 8hr 45min | Airbus A333 | View seats |

**Change planes.** Time between flights: 1hr 40min



| | | Air Canada 714 | |
|---|---|---|---|
| Depart: | 2:15pm | Toronto, Canada (YYZ) | |
| Arrive: | 3:40pm | New York, NY (LGA) | |

| Economy | 1hr 25min | Embraer 175 | View seats |
Total duration: 18hr 10min

Return | **Fri, Mar 31** | Air Canada 715 | | Choose return
Depart: | 2:30pm | New York, NY (LGA)
Arrive: | 4:05pm | Toronto, Canada (YYZ)

**1 stop** | Economy | 1hr 35min | Embraer 175 | View seats

**Change planes.** Time between flights: 7hr 50min



| | | Air Canada 86 | |
|---|---|---|---|
| Depart: | 11:55pm | Toronto, Canada (YYZ) | |
| Arrive: | 6:50pm | Tel Aviv Yafo, Israel (TLV) | |

| Economy | 10hr 55min | Boeing 767 | View seats |
Total duration: 20hr 20min

This is an overnight flight.

Flights | Hotels | Car Rental | Vacation Packages | Travel Deals | Travel Guides | Cruises          Add



**Select**

**$1,254** + $275 taxes & fees = **$1,529** per person

| Leave | Sun, Mar 26 | SWISS 257 | | Choose departure |
|---|---|---|---|---|
| | Depart: 4:30am | Tel Aviv Yafo, Israel (TLV) | | |
| | Arrive: 9:00am | Zurich, Switzerland (ZRH) | | |
| | 2 stops | Economy | 4hr 30min | Airbus A320 | |

Change planes. Time between flights: 4hr 0min

SWISS 52
Depart: 1:00pm   Zurich, Switzerland (ZRH)
Arrive: 2:20pm   Boston, MA (BOS)
Economy | 8hr 20min | Airbus A332

Change Airline. Time between flights: 2hr 40min

American Airlines 4820

operated by American Eagle
Depart: 5:00pm   Boston, MA (BOS)
Arrive: 6:20pm   New York, NY (LGA)
Economy | 1hr 20min | Embraer RJ135 | View seats
Total duration: 20hr 50min

| Return | Fri, Mar 31 | American Airlines 4805 | | Choose return |
|---|---|---|---|---|
| | | operated by American Eagle | | |
| | Depart: 12:00pm | New York, NY (LGA) | | |
| | Arrive: 1:09pm | Boston, MA (BOS) | | |
| | 2 stops | Economy | 1hr 9min | Embraer RJ135 | View seats | |

Change Airline. Time between flights: 4hr 46min

SWISS 53
Depart: 5:55pm   Boston, MA (BOS)
Arrive: 8:15am   Zurich, Switzerland (ZRH)
Economy | 7hr 20min | Airbus A332

Change planes. Time between flights: 1hr 30min

SWISS 254
Depart: 9:45am   Zurich, Switzerland (ZRH)
Arrive: 2:35pm   Tel Aviv Yafo, Israel (TLV)
Economy | 3hr 50min | Airbus A343
Total duration: 18hr 35min

This is an overnight flight.

---

**Select**

**$1,377** + $220 taxes & fees = **$1,597** per person        Part of OrbitzTLC

| Leave | Sun, Mar 26 | Air Canada 9021 | | Choose departure |
|---|---|---|---|---|
| | | operated by LUFTHANSA OR LH CITYLINE -- LH 0691 | | |
| | Depart: 4:30am | Tel Aviv Yafo, Israel (TLV) | | |
| | Arrive: 9:00am | Frankfurt, Germany (FRA) | | |
| | 2 stops | Economy | 4hr 30min | Airbus A332 | View seats | |

Change planes. Time between flights: 1hr 50min

Air Canada 873
Depart: 10:50am   Frankfurt, Germany (FRA)
Arrive: 12:35pm   Toronto, Canada (YYZ)
Economy | 8hr 45min | Airbus A333 | View seats

Change planes. Time between flights: 1hr 40min



| | | | |
|---|---|---|---|
| ✿ | Depart: **2:15pm**<br>Arrive: **3:40pm** | **Air Canada 714**<br>Toronto, Canada (YYZ)<br>New York, NY (LGA) | |
| | | Economy ┊ 1hr 25min ┊ Embraer 175 ┊ View seats<br>Total duration: 18hr 10min | |
| Return<br>✿ | **Fri, Mar 31**<br>Depart: **1:30pm**<br>Arrive: **3:05pm** | **Air Canada 713**<br>New York, NY (LGA)<br>Toronto, Canada (YYZ) | Choose<br>return |
| | **1 stop** | Economy ┊ 1hr 35min ┊ Embraer 175 ┊ View seats | |
| | **Change planes. Time between flights: 8hr 50min** | | |
| ✿ | Depart: **11:55pm**<br>Arrive: **6:50pm** | **Air Canada 86**<br>Toronto, Canada (YYZ)<br>Tel Aviv Yafo, Israel (TLV) | |
| | | Economy ┊ 10hr 55min ┊ Boeing 767 ┊ View seats<br>Total duration: 21hr 20min | |
| | This is an overnight flight. | | |

---

**Select**

**$1,377** + $220 taxes & fees = **$1,597** per person   🔵 TLC   Part of OrbitzTLC

| | | | |
|---|---|---|---|
| Leave<br>✿ | **Sun, Mar 26**<br>Depart: **4:30am**<br>Arrive: **9:00am** | **Air Canada 9021**<br>**operated by LUFTHANSA OR LH CITYLINE – LH 0691**<br>Tel Aviv Yafo, Israel (TLV)<br>Frankfurt, Germany (FRA) | Choose<br>departure |
| | **2 stops** | Economy ┊ 4hr 30min ┊ Airbus A332 ┊ View seats | |
| | **Change planes. Time between flights: 1hr 50min** | | |
| ✿ | Depart: **10:50am**<br>Arrive: **12:35pm** | **Air Canada 873**<br>Frankfurt, Germany (FRA)<br>Toronto, Canada (YYZ) | |
| | | Economy ┊ 8hr 45min ┊ Airbus A333 ┊ View seats | |
| | **Change planes. Time between flights: 1hr 40min** | | |
| ✿ | Depart: **2:15pm**<br>Arrive: **3:40pm** | **Air Canada 714**<br>Toronto, Canada (YYZ)<br>New York, NY (LGA) | |
| | | Economy ┊ 1hr 25min ┊ Embraer 175 ┊ View seats<br>Total duration: 18hr 10min | |
| Return<br>✿ | **Fri, Mar 31**<br>Depart: **11:30am**<br>Arrive: **1:05pm** | **Air Canada 709**<br>New York, NY (LGA)<br>Toronto, Canada (YYZ) | Choose<br>return |
| | **1 stop** | Economy ┊ 1hr 35min ┊ Airbus A319 ┊ View seats | |
| | **Change planes. Time between flights: 10hr 50min** | | |
| ✿ | Depart: **11:55pm**<br>Arrive: **6:50pm** | **Air Canada 86**<br>Toronto, Canada (YYZ)<br>Tel Aviv Yafo, Israel (TLV) | |
| | | Economy ┊ 10hr 55min ┊ Boeing 767 ┊ View seats<br>Total duration: 23hr 20min | |
| | This is an overnight flight. | | |

---

| | | | |
|---|---|---|---|
| Please contact<br>airline to buy | **$1,370** + $269 taxes & fees = **$1,639** per person | | |
| Leave | **Sun, Mar 26**<br>Depart: **9:00am**<br>Arrive: **1:30pm** | **Ethiopian Airlines 415**<br>Tel Aviv Yafo, Israel (TLV)<br>Addis Ababa, Ethiopia (ADD) | |



| | | | | | | |
|---|---|---|---|---|---|---|
| **3 stops** | | | Economy | 3hr 30min | Boeing 737 |

**Change planes.** Time between flights: **10hr 25min**

**Ethiopian Airlines 500**
Depart: 11:55pm  Addis Ababa, Ethiopia (ADD)
Arrive: 5:05am   Rome, Italy (FCO)

Economy | 6hr 10min | Boeing 767

**No plane change.** Time between flights: **1hr 0min**

**Ethiopian Airlines 500**
Depart: 6:05am   Rome, Italy (FCO)
Arrive: 10:05am  Washington, DC (IAD)

Economy | 11hr 0min | Boeing 767

**Change Airline.** Time between flights: **2hr 28min**

**United Airlines 7365**
operated by UNITED EXPRESS/MESA AIRLINES
Depart: 12:33pm  Washington, DC (IAD)
Arrive: 1:52pm   New York, NY (LGA)

Economy | 1hr 19min | Canadair
Total duration: 35hr 52min

This is an overnight flight.

**Return**    **Fri, Mar 31**    **United Airlines 7367**
operated by UNITED EXPRESS/MESA AIRLINES
Depart: 8:00pm   New York, NY (LGA)
Arrive: 9:30pm   Washington, DC (IAD)

**3 stops**    Economy | 1hr 30min | Canadair

**Change Airline.** Time between flights: **22hr 0min**

**Ethiopian Airlines 501**
Depart: 7:30pm   Washington, DC (IAD)
Arrive: 10:10am  Rome, Italy (FCO)

Economy | 7hr 40min | Boeing 767

**No plane change.** Time between flights: **1hr 0min**

**Sun, Apr 2**    **Ethiopian Airlines 501**
Depart: 11:10am  Rome, Italy (FCO)
Arrive: 6:05pm   Addis Ababa, Ethiopia (ADD)

Economy | 5hr 55min | Boeing 767

**Change planes.** Time between flights: **1hr 10min**

**Ethiopian Airlines 404**
Depart: 7:15pm   Addis Ababa, Ethiopia (ADD)
Arrive: 12:05am  Tel Aviv Yafo, Israel (TLV)

Economy | 4hr 50min | Boeing 737
Total duration: 44hr 5min

---

Please contact airline to buy    **$1,370** + $269 taxes & fees = **$1,639** per person

**Leave**    **Sun, Mar 26**    **Ethiopian Airlines 415**
Depart: 9:00am   Tel Aviv Yafo, Israel (TLV)
Arrive: 1:30pm   Addis Ababa, Ethiopia (ADD)

**3 stops**    Economy | 3hr 30min | Boeing 737

**Change planes.** Time between flights: **10hr 25min**

**Ethiopian Airlines 500**
Depart: 11:55pm  Addis Ababa, Ethiopia (ADD)
Arrive: 5:05am   Rome, Italy (FCO)

|  |  | No plane change. Time between flights: 1hr 0min |
|---|---|---|



|  | Depart: 6:05am<br>Arrive: 10:05am | **Ethiopian Airlines 500**<br>Rome, Italy (FCO)<br>Washington, DC (IAD) |
|---|---|---|
|  |  | Economy \| 11hr 0min \| Boeing 767 |

**Change Airline. Time between flights: 2hr 28min**

|  | Depart: 12:33pm<br>Arrive: 1:52pm | **United Airlines 7365**<br>**operated by UNITED EXPRESS/MESA AIRLINES**<br>Washington, DC (IAD)<br>New York, NY (LGA) |
|---|---|---|
|  |  | Economy \| 1hr 19min \| Canadair<br>Total duration: 35hr 52min |

This is an overnight flight.

**Return**   **Fri, Mar 31**

|  | Depart: 7:19pm<br>Arrive: 8:42pm | **United Airlines 847**<br>New York, NY (LGA)<br>Washington, DC (IAD) |
|---|---|---|
| **3 stops** |  | Economy \| 1hr 23min \| Boeing 757 |

**Change Airline. Time between flights: 22hr 48min**

|  | Depart: 7:30pm<br>Arrive: 10:10am | **Ethiopian Airlines 501**<br>Washington, DC (IAD)<br>Rome, Italy (FCO) |
|---|---|---|
|  |  | Economy \| 7hr 40min \| Boeing 767 |

**No plane change. Time between flights: 1hr 0min**

**Sun, Apr 2**

|  | Depart: 11:10am<br>Arrive: 6:05pm | **Ethiopian Airlines 501**<br>Rome, Italy (FCO)<br>Addis Ababa, Ethiopia (ADD) |
|---|---|---|
|  |  | Economy \| 5hr 55min \| Boeing 767 |

**Change planes. Time between flights: 1hr 10min**

|  | Depart: 7:15pm<br>Arrive: 12:05am | **Ethiopian Airlines 404**<br>Addis Ababa, Ethiopia (ADD)<br>Tel Aviv Yafo, Israel (TLV) |
|---|---|---|
|  |  | Economy \| 4hr 50min \| Boeing 737<br>Total duration: 44hr 46min |

---

**Didn't find the right combination of flights in one itinerary?**
Build your own itinerary. Start by choosing an outbound or return flight above.

See all 193 flights                                                    Return to top

Orbitz RSS feeds  [RSS]

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2006, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; **Nevada 2003-0387**; Washington 602-102-724



#1 2005 2004 2003
Online Customer Respect Study

#1 BEST IN BUSINESS TRAVEL
2005 2004 2003
Business Traveler Magazine

reviewed by TRUSTe
site privacy statement



**"Highest Customer Satisfaction For Independent Travel Web Sites – Hotels"**

**EXHIBIT L**

Amtrak - Reservations - Select Train

En Español    Home    Help    Contact Us    Search

| Reservations | Schedules | Routes | Stations | Hot Deals | Traveling With Amtrak | Earn Rewards |

(1) Fare Finder    (2) Select Train    (3) View Fare    (4) Passenger Info    (5) Payment    (6) Confirmation

**AMTRAK.COM LOGIN**

User ID:

Password:

☐ Remember my User ID

Register    Help    Forgot ID or Password?

## Select Train

To use this page, first select the itinerary that best matches your travel needs by clicking on the option button in the left column. Then, if you want to change your seating or sleeping accommodations, click the bright green 'View Seat/Room Options' button. Next, if you qualify for a passenger discount, select from the options presented near the bottom of the page. You may also enter any valid Promotion Code here. Finally, click the 'View Fare' button to go to the next step.

The fare displayed is one-way and is based on the number and type of passengers you select. Fares are not guaranteed until we provide you with a reservation confirmation.

**Service Alerts**

» Construction to Alter Richmond Staples Mill Road Highway I-195 Exits

**Departing:** Newark, NJ (NWK)  **To** Wilmington, DE (WIL)

| | Service | Departs | Arrives | Duration | Amenities | Seats/Rooms | Fare |
|---|---|---|---|---|---|---|---|
| ○ | 151 Regional Service | Newark, NJ (NWK) 4:57 am 01-MAY-06 | Wilmington, DE (WIL) 6:28 am 01-MAY-06 | 1h 31m | Snack car | 1 Reserved Coach Seat **View Seat/Room Options »** | $50.00 |
| ○ | 111 Regional Service | Newark, NJ (NWK) 5:46 am 01-MAY-06 | Wilmington, DE (WIL) 7:17 am 01-MAY-06 | 1h 31m | Snack car | 1 Reserved Coach Seat **View Seat/Room Options »** | $66.00 |
| | 2103 Acela Express | Newark, NJ (NWK) 6:15 am | Wilmington, DE (WIL) 7:36 am | 1h 21m | Snack car | 1 Business Class Seat | |

Amtrak - Reservations - Select Train

| Select | Train | Depart | Arrive | Duration | Amenities | Seat | Fare |
|---|---|---|---|---|---|---|---|
| | | 01-MAY-06 | 01-MAY-06 | | | | |
| ● | 181 Regional Service | Newark, NJ (NWK) 6:22 am 01-MAY-06 | Wilmington, DE (WIL) 8:08 am 01-MAY-06 | 1h 46m | Snack car | View Seat/Room Options » — 1 Reserved Coach Seat | $113.00 |
| ○ | 2107 Acela Express | Newark, NJ (NWK) 7:15 am 01-MAY-06 | Wilmington, DE (WIL) 8:33 am 01-MAY-06 | 1h 18m | Snack car | View Seat/Room Options » — 1 Business Class Seat | $50.00 |
| ○ | 183 Regional Service | Newark, NJ (NWK) 7:22 am 01-MAY-06 | Wilmington, DE (WIL) 8:53 am 01-MAY-06 | 1h 31m | Snack car | View Seat/Room Options » — 1 Reserved Coach Seat | $113.00 |
| ○ | 79 Carolinian | Newark, NJ (NWK) 7:36 am 01-MAY-06 | Wilmington, DE (WIL) 9:07 am 01-MAY-06 | 1h 31m | Checked baggage, Snack car | 1 Reserved Coach Seat | $50.00 |
| ○ | 2109 Acela Express | Newark, NJ (NWK) 8:15 am 01-MAY-06 | Wilmington, DE (WIL) 9:33 am 01-MAY-06 | 1h 18m | Snack car | View Seat/Room Options » — 1 Business Class Seat | $50.00 |
| ○ | 185 Regional Service | Newark, NJ (NWK) 8:27 am 01-MAY-06 | Wilmington, DE (WIL) 9:58 am 01-MAY-06 | 1h 31m | Snack car | View Seat/Room Options » — 1 Reserved Coach Seat | $113.00 |
| ○ | | | | | | 1 Reserved Coach Seat | $66.00 |
| ○ | 2151 Acela Express | Newark, NJ (NWK) 9:15 am 01-MAY-06 | Wilmington, DE (WIL) 10:30 am 01-MAY-06 | 1h 15m | Snack car | View Seat/Room Options » — 1 Business Class Seat | $102.00 |

Returning:   Wilmington, DE (WIL)  To  Newark, NJ (NWK)

Amtrak - Reservations - Select Train

| | Service | Departs | Arrives | Duration | Amenities | Seats / Rooms | Fare |
|---|---|---|---|---|---|---|---|
| ○ | 2300 Metroliner | **Wilmington, DE** (WIL) **11:20 am** 05-MAY-06 | **Newark, NJ** (NWK) **12:40 pm** 05-MAY-06 | 1h 20m | Snack car | 1 Business Class Seat View Seat/Room Options » | $102.00 |
| ◉ | 86 Regional Service | **Wilmington, DE** (WIL) **11:58 am** 05-MAY-06 | **Newark, NJ** (NWK) **1:25 pm** 05-MAY-06 | 1h 27m | Snack car | 1 Reserved Coach Seat View Seat/Room Options » | $75.00 |
| ○ | 2110 Acela Express | **Wilmington, DE** (WIL) **12:17 pm** 05-MAY-06 | **Newark, NJ** (NWK) **1:31 pm** 05-MAY-06 | 1h 14m | Snack car | 1 Business Class Seat View Seat/Room Options » | $102.00 |
| ○ | 184 Regional Service | **Wilmington, DE** (WIL) **12:58 pm** 05-MAY-06 | **Newark, NJ** (NWK) **2:27 pm** 05-MAY-06 | 1h 29m | Snack car | 1 Reserved Coach Seat View Seat/Room Options » | $75.00 |
| ○ | 2164 Acela Express | **Wilmington, DE** (WIL) **1:13 pm** 05-MAY-06 | **Newark, NJ** (NWK) **2:32 pm** 05-MAY-06 | 1h 19m | Snack car | 1 Business Class Seat View Seat/Room Options » | $102.00 |
| ○ | 176 Regional Service | **Wilmington, DE** (WIL) **1:33 pm** 05-MAY-06 | **Newark, NJ** (NWK) **3:00 pm** 05-MAY-06 | 1h 27m | Snack car | 1 Reserved Coach Seat View Seat/Room Options » | $75.00 |
| ○ | 2166 Acela Express | **Wilmington, DE** (WIL) **2:13 pm** 05-MAY-06 | **Newark, NJ** (NWK) **3:32 pm** 05-MAY-06 | 1h 19m | Snack car | 1 Business Class Seat View Seat/Room Options » | $113.00 |
| ○ | 186 Regional Service | **Wilmington, DE** (WIL) **2:38 pm** 05-MAY-06 | **Newark, NJ** (NWK) **4:07 pm** 05-MAY-06 | 1h 29m | Snack car | 1 Reserved Coach Seat View Seat/Room Options » | $75.00 |

Amtrak - Reservations - Select Train

| | | | | | | |
|---|---|---|---|---|---|---|
| ○ | 2168 Acela Express | **Wilmington, DE** (WIL) **3:13 pm** 05-MAY-06 | **Newark, NJ** (NWK) **4:32 pm** 05-MAY-06 | 1h 19m | Snack car | 1 Business Class Seat **View Seat/Room Options »** $113.00 |
| ○ | 94 Regional Service | **Wilmington, DE** (WIL) **3:33 pm** 05-MAY-06 | **Newark, NJ** (NWK) **5:00 pm** 05-MAY-06 | 1h 27m | Snack car | 1 Reserved Coach Seat **View Seat/Room Options »** $75.00 |

## PASSENGER DISCOUNTS

Select the discounts that apply to members of your travel party. Please note that you will need to provide discount ID numbers during Step 4 of the reservation booking process.

☞ **Compare Passenger Discounts**    ✇  **Information for People with Disabilities**

**Passenger 1: Adult**

Adult

## PROMOTION CODE

If you have a Promotion Code you would like to use with this reservation, please enter it in the box below. To learn more about Amtrak promotions, please click here.

**Promotion Code:**

**« MODIFY TRAVEL OPTIONS**                    **VIEW FARE »**

**EXHIBIT M**

Yahoo! Driving Directions 0008 Newark, NJ to Wilmington, DE 19801-3519        Page 1 of 2

Case 1:04-cv-00083-JJF    Document 114    Filed 03/09/2006    Page 2 of 3

Yahoo!   My Yahoo!   Mail   Make Yahoo! your home page

Search
the Web

**YAHOO!** LOCAL **Sign In**
Maps   New User? Sign Up

Maps Home - N

# Yahoo! Driving Directions

**Starting from:**  **A**  Newark International Airport EWR, Newark, NJ

**Arriving at:**  **B**  844 N King St, Wilmington, DE 19801-3519

**Distance:** 114.4 miles   **Approximate Travel Time:** 1 hour 49 mins

## Your Directions

| | |
|---|---|
| 1. | Start going toward the **AIRPORT EXIT** - go < **0.1** mi |
| 2. | Take **L** ramp onto **US-1 & 9 EXPRESS LN SOUTH** toward **US-1/US-9** - go **1.3** mi |
| 3. | Take ramp onto **RT-81 SOUTH** toward **NJ TURNPIKE/DOWD AVE/NORTH AVE/ELIZABETH SEAPORT** - go **1.3** mi |
| 4. | Take ramp onto **I-95 SOUTH** toward **CARS/TRUCKS-BUSES** - go **32.9** mi |
| 5. | **I-95 SOUTH** becomes **NEW JERSEY TPKE SOUTH** - go **67.9** mi |
| 6. | **NEW JERSEY TPKE SOUTH** becomes **US-40 WEST** - go **0.5** mi |
| 7. | **US-40 WEST** becomes **I-295 SOUTH** - go **5.6** mi |
| 8. | Take the **I-95 L** exit toward **WILMINGTON** - go **3.7** mi |
| 9. | Take exit #7 toward **DELAWARE AVE.** - go **0.2** mi |
| 10. | Turn **L** on **N ADAMS ST** - go **0.2** mi |
| 11. | Turn **R** on **DELAWARE AVE** - go **0.2** mi |
| 12. | Bear **L** on **11TH ST** - go **0.4** mi |
| 13. | Turn **R** on **N KING ST** - go **0.2** mi |
| 14. | Arrive at **844 N KING ST, WILMINGTON** |

When using any driving directions or map, it's a good idea to do a reality check and make sure the road still exists, watch out for construction, and follow all traffic safety precautions. This is only to be used as an aid in planning.

**Your Full Route**                                             **Your Destination**





**Address:**
844 N King St
Wilmington, DE 19801-3519

Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright/IP Policy - Yahoo! Maps Terms of Use - Help - Ad Feedback

**EXHIBIT N**

Yahoo! Driving Directions Newark, NJ to New York, NY 10007-1316    Page 1 of 2

Case 1:06-cv-00089-JJF    Document 15-15    Filed 03/09/2006    Page 2 of 3

Yahoo!  My Yahoo!  Mail   Make Yahoo! your home page

Search the Web

Maps Home - M

**YAHOO! LOCAL** Maps

**Sign In**
New User? Sign Up

# Yahoo! Driving Directions

**Starting from:** **A** Newark International Airport EWR, Newark, NJ

**Arriving at:** **B** 500 Pearl St, New York, NY 10007-1316

**Distance:** 12.3 miles    **Approximate Travel Time:** 21 mins

## Your Directions

| | |
|---|---|
| 1. | Start going toward the **AIRPORT EXIT** - go < 0.1 mi |
| 2. | Take **L** ramp onto **US-1 & 9 NORTH** toward **I-78/US-22/NEWARK DOWNTOWN** - go **9.0** mi |
| 3. | **US-1 & 9 NORTH** becomes **12TH ST[I-78]** - go **0.5** mi |
| 4. | **12TH ST** becomes **BOYLE PLZ** - go **0.1** mi |
| 5. | **BOYLE PLZ** becomes **HOLLAND TUNL** - go **2.0** mi |
| 6. | Take exit #3 onto **BEACH ST** toward **BROOKLYN** - go **0.1** mi |
| 7. | **BEACH ST** becomes **WALKER ST** - go **0.2** mi |
| 8. | Turn **R** on **BROADWAY** - go **0.2** mi |
| 9. | Turn **L** on **WORTH ST** - go **0.2** mi |
| 10. | Arrive at **500 PEARL ST, NEW YORK** |

When using any driving directions or map, it's a good idea to do a reality check and make sure the road still exists, watch out for construction, and follow all traffic safety precautions. This is only to be used as an aid in planning.

**Your Full Route**

**Your Destination**



© 2005 Yahoo! Inc. © 2005 NAVTEQ

**Address:**
500 Pearl St
New York, NY 10007-1316

Case 1:06-cv-00089-SLR   Document 19-15   Filed 03/09/2006    Page 2 of 3



Copyright © 2006 Yahoo! Inc. All rights reserved.

Privacy Policy - Terms of Service - Copyright/IP Policy - Yahoo! Maps Terms of Use - Help - Ad Feedback

**EXHIBIT O**

WILMINGTON

verizon

**EXHIBIT P**



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ABBOTT LABORATORIES,　　　　　)
FOURNIER INDUSTRIE ET SANTE,　　)
and LABORATOIRES FOURNIER S.A.,　)
　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiffs,　　　　　　)
　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　)　　C.A. No. 02-1512-### (MPT)
　　　　　　　　　　　　　　　　　)
TEVA PHARMACEUTICALS USA,　　　)
INC.,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　　)
　　　　　　　　　　　　　　　　　)

**OPENING BRIEF OF TEVA PHARMACEUTICALS USA, INC.,
IN SUPPORT OF ITS MOTION TO TRANSFER
<u>TO THE NORTHERN DISTRICT OF ILLINOIS</u>**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Sara Beth A. Reyburn (#4137)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6672
Attorneys for Defendant Teva Pharmaceuticals USA, Inc.

OF COUNSEL:

LEYDIG VOIT & MAYER, LTD
Bruce M. Gagala
M. Daniel Hefner
Two Prudential Plaza
Suite 4900
Chicago, Illinois 60601-6780
(312) 616-5600 (tel)

Dated: November 8, 2002

WP3:828310.2

58956.1004

## TABLE OF CONTENTS

I.    Nature and Stage of the Proceeding .......................................................................1

II.   Summary of Argument ...........................................................................................1

III.  Statement of Facts...................................................................................................4

      A.    The Parties ....................................................................................................4

      B.    The Prior Lawsuit in the Northern District of Illinois Involved
            the Same Plaintiffs and the '726 Patent ........................................................5

      C.    The Parties' Connections to the Northern District of Illinois ......................7

      D.    This Action's Lack of Connections to Delaware ...........................................8

IV.   Argument ................................................................................................................9

      A.    Introduction...................................................................................................9

      B.    Plaintiffs Could Have Brought This Action in the Northern
            District of Illinois.......................................................................................11

            1.    The Northern District of Illinois Has Subject Matter
                  Jurisdiction Over This Matter ...............................................................11

            2.    Teva Is Subject to Personal Jurisdiction in the Northern
                  District of Illinois..................................................................................11

            3.    Venue Would Be Proper in the Northern District of Illinois ....................13

      C.    The Public Interests in Judicial Economy and Trial Efficiency
            Mandate a Transfer of the Case to the Northern District of
            Illinois .......................................................................................................13

            1.    The Northern District of Illinois Is Already Familiar With
                  the '726 Patent And Fenofibrate Formulation Methods,
                  Having Invested Significant Time and Resources in the
                  Prior Illinois Litigation .........................................................................14

            2.    The Northern District of Illinois is Better Suited To
                  Determine the Preclusive Effect of Its Judgment ....................................17

WP3:828448.1                                                                                    58956.1004

3. The Parties' Counsel Are Familiar With The Northern District of Illinois And Transfer Would Eliminate Local Counsel Expenses ................................................................18

4. Discovery Will Require the Involvement of The Northern District of Illinois and Transfer Will Avoid Duplication of Discovery ................................................................19

5. The Local Interest in Deciding Local Controversies at Home ...............20

6. Efficiency and Administrative Concerns Favor Transfer of This Action to the Northern District of Illinois ......................................21

D. The Private Interests Weigh in Favor of Transfer to the Northern District of Illinois ................................................................23

1. The Convenience of the Parties Favors Transfer......................................23

2. Plaintiff's Choice of Forum Should Be Given Less Deference Because Delaware is Not the Home Forum Of Any Party ................................................................24

3. The Convenience and Availability of Witnesses ......................................26

V.    Conclusion ................................................................28

WP3:828448.1

58956.1004

# TABLE OF AUTHORITIES

*Abbott Labs. v. Novopharm Limited,*
    Nos. 00-C-2141, 00-C-5094, and 01-C-1914
    (N.D. Ill. Mar. 20, 2002) ...................................................................................2, 5

*Affymetrix, Inc. v. Synteni, Inc.,*
    28 F. Supp. 2d 192 (D. Del. 1998)...................................................................*passim*

*American High-Income Trust v. Allied Signal, Inc.,*
    C.A. No. 00-690 GMS, 2002 U.S. Dist.
    LEXIS 3761 (D. Del. Mar. 7, 2002) ...........................................................10

*Bayer AG, v. Biovail Corp.,*
    C.A. No. 00-466-JJF, Mem. Order
    (D. Del. July 17, 2000) ...........................................................14, 15, 25

*Bloomstein v. Lucasfilms Ltd.,*
    No. 02-C-0770, 2002 U.S. Dist.
    LEXIS 8377 (N.D. Ill. May 10, 2002)...........................................................17, 19

*Carus Corp. v. Greater Texas Finishing Corp.,*
    No. 91-C-2560, 1992 U.S. Dist.
    LEXIS 908 (N.D. Ill. Jan. 31, 1992)...........................................................16

*Continental Cas. Co. v. American Home Assurance Co.,*
    61 F. Supp. 2d 128 (D. Del. 1999)...........................................................24

*Corixa, Corp. v. IDEC Pharms. Corp.,*
    C.A. No. 01-65-GMS, 2002 U.S. Dist.
    LEXIS 2980 (D. Del. Feb. 25, 2002)...........................................................20, 21

*E.I. DuPont Nemours & Co. v. Diamond Shamrock Corp.,*
    522 F. Supp. 588 (D. Del. 1981)...........................................................25

*Glickenhaus v. Lytton Fin. Corp.,*
    205 F. Supp. 102 (D. Del. 1962)...........................................................14

*Green Isle Partners, Ltd. v. Ritz-Carlton Hotel Co., LLC,*
    C.A. No. 01-202-JJF, Mem. Order at 6
    (D. Del. Nov. 2, 2001) ...........................................................20

*IKOS Sys., Inc. v. Axis,*
    C.A. No. 01-74-JJF, Mem. Order
    (D. Del. Sept. 18, 2001) ...........................................................20, 23

iii

*International Shoe Co. v. Washington*,
    326 U.S. 310 (1945) ................................................................................12

*Jumara v. State Farm Ins. Co.*,
    55 F.3d 873 (3rd Cir. 1995) ...............................................................*passim*

*LG Electronics, Inc. v. Everex Sys.*,
    C.A. No. 00-984-A, 2000 U.S. Dist.
    LEXIS 20330 (E.D. Va. 2000) ...............................................................16

*LSO Indus. v. Hubbell Lighting*,
    232 F.3d 1369 (Fed. Cir. 2000) ............................................................11

*Media Group, Inc. v. Turtle Wax, Inc.*,
    C.A. No. 96-234-MMS, 1996 U.S. Dist.
    LEXIS 19850 (D. Del. Dec. 23, 1996)) .............................................12, 21

*Mentor Graphics Corp. v. Quickturn Design Sys., Inc.*,
    77 F. Supp. 2d 505 (D. Del. 1999) ...............................................18, 20, 24

*Neuman & Assoc. v. Florabelle Flowers*,
    15 F.3d 721 (7th Cir. 1994) ............................................................12, 13

*Pall Corp. v. Bentley Labs., Inc.*,
    523 F. Supp. 450 (D. Del. 1981) ..................................................14, 16, 24

*RAR, Inc. v. Turner Diesel, Ltd.*,
    107 F.3d 1272 (7th Cir. 1997) ........................................................11, 12

*Reiffin v. Microsoft Corp.*,
    104 F. Supp. 2d 48 (D.D.C. 2000) ....................................................*passim*

*Rollins v. Ellwood*,
    565 N.E.2d 1302 (Ill. 1990) ..................................................................12

*SAS of Puerto Rico, Inc. v. Puerto Rico Tel. Co.*,
    833 F. Supp. 450 (D. Del. 1993) .............................................................26

*Unicredito Italiano v. JPMorgan Chase Bank*,
    C.A. No. 02-104-GMS, Mem. Order
    (D. Del. June 26, 2002) ...................................................................20, 22

*Van Dusen v. Barrack*,
    276 U.S. 612 (1964) .............................................................................9

*VE Holding Corp. v. Johnson Gas Appl. Co.,*
    917 F.2d 1574 (Fed. Cir. 1990)................................................................13

*Virgin Wireless, Inc. v. Virgin Enters., Ltd.,*
    201 F. Supp. 2d 294 (D. Del. 2002). .......................................................9

*Wheeling-Pittsburgh Steel,*
    C.A. No. 98-4654, 1999 U.S. Dist.
    LEXIS 2130 (E.D. Pa. March 3, 1999)................................................16, 25

## STATUTES

28 U.S.C. § 1338(a) ................................................................................11

28 U.S.C. § 1391(c) ................................................................................13

28 U.S.C. § 1404(a) ................................................................................9

35 U.S.C. §§ 1 .......................................................................................11

735 ILL. COMP. STAT. 5/2-209 .................................................................11

735 ILL. COMP. STAT. 5/2-209(c)..............................................................11

58956.1004

## I.    Nature and Stage of the Proceeding

This is a patent infringement case in its initial stage. On October 4, 2002, Plaintiffs Abbott Laboratories ("Abbott"), Fournier Industrie et Santé and Laboratoires Fournier S.A. (collectively "Fournier"), filed this action (D.I. 1) against Teva Pharmaceuticals USA, Inc. ("Teva").

Fournier alleges that it is the owner by assignment of U.S. Patents Nos. 4,895,726 (the "'726 patent"), 6,074,670 (the "'670 patent"), and 6,277,405 (the "'405 patent"), all of which cover fenofibrate formulation methods and products. Abbott alleges that it is the exclusive licensee of the three patents.

Plaintiffs allege that Teva's submission of an Abbreviated New Drug Application ("ANDA") to the Food and Drug Administration ("FDA") for approval to sell fenofibrate tablets prior to the expiration of the patents-in-suit constitutes infringement of the plaintiffs' patents. Teva has filed a motion to transfer this case to the Northern District of Illinois, the most convenient forum for the parties, where Abbott is headquartered and where Abbott and Fournier brought and litigated a previous suit against Teva PIL's Canadian subsidiary (i.e., Novopharm Limited ("Novopharm"), a privy of Teva) on the '726 patent and related technology. This is the opening brief of Teva in support of its motion to transfer.

## II.    Summary of Argument

Abbott and Fournier cannot dispute that the United States District Court for the Northern District of Illinois could exercise both subject matter jurisdiction and personal jurisdiction over Teva in this action, nor can they dispute that because venue would be proper in the Northern District of Illinois, this action could have been brought there

1

initially. Moreover, the Northern District of Illinois is already familiar with the plaintiffs

(and Novopharm, a privy of Teva) and the underlying fenofibrate chemistry, having

already construed the '726 patent and granted summary judgment of non-infringement in

favor of Novopharm.[1]  Abbott and Fournier previously asserted that the '726 patent

covers the fenofibrate formulation and methods that were at issue in the Illinois action,

and they also have asserted that the '726 patent covers the formulation and methods at

issue in this action. In addition, the parties have significant contacts with Northern

Illinois, but, other than Teva's status as a Delaware corporation this action has no

connection with Delaware. Indeed, the Northern District of Illinois is Abbott's home

forum, and in bringing this action in the District of Delaware, the plaintiffs are engaging

in blatant forum shopping to avoid the court where their arguments have already proven

unsuccessful.

The "balance of convenience" analysis regarding transfer tips in favor of transfer

to Northern Illinois for at least the following reasons:

- The parties have already litigated a related patent case in the Northern
  District of Illinois, which involved the '726 patent -- one of the current
  patents-in-suit -- and a pharmaceutical product that contains the same
  active ingredient -- micronized fenofibrate. In the prior Illinois action, and
  now again in this action, Abbott and Fournier filed suit to attempt to
  prevent Teva/Novopharm from marketing a generic micronized
  fenofibrate product that would compete with Abbott's TRICOR®
  micronized fenofibrate product. Thus, the Northern District of Illinois is
  already familiar with one of the patents-in-suit, underlying pharmaceutical
  technology, and these parties.

- Documents have already been produced in connection with the parties'
  prior related litigation in the Northern district of Illinois, and the parties
  may be able to avoid duplication of discovery relating to these documents
  and evidence by seeking to consolidate this action with the prior action for

---

[1] Judge Darrah's opinion in *Abbott Labs. v. Novopharm Limited*, Nos. 00-C-2141, 00-C-5094, and 01-C-1914 (N.D. Ill. Mar. 20, 2002) is attached as Exhibit E to the Declaration of M. Daniel Hefner, filed concurrently herewith.

2

discovery purposes. However, this will require the involvement of the Northern District of Illinois, particularly because the discovery materials from that case are subject to a protective order issued by the Northern District of Illinois.

- Illinois has a stronger local interest than Delaware in deciding this dispute because the Northern District of Illinois has already construed and granted summary judgment upon the '726 patent and because the parties have more contacts with Illinois.

- The Northern District of Illinois is better suited to determine the preclusive effect of its own construction of the '726 patent and its opinion granting summary judgment.

- Abbott is an Illinois corporation and maintains its principal place of business in the Northern District of Illinois. Accordingly, the Northern District of Illinois is home to Abbott, whereas no district is home to Fournier. Delaware is home to none of the parties to this action.

- Plaintiffs have sought to avoid litigating in the only forum home to any of them – the Northern District of Illinois – accordingly, this Court should give less deference to their choice of forum, particularly because Teva seeks to transfer the action to Abbott's home forum, which also is the situs of previous related litigation between the parties.

- On information and belief, the agreement by which Abbott is the exclusive licensee of Fournier's patents touches and concerns the Northern District of Illinois, having been negotiated and/or executed there. Also, on information and belief, Fournier travels to the Northern District of Illinois in connection with its license agreement(s) concerning the patents-in-suit.

- Abbott's and Teva's lead counsel are in Chicago, Illinois, and Fournier retained Illinois counsel for the prior litigation.

- Local counsel expenses for Abbott and Teva would be eliminated because they already have trial/lead counsel in Illinois, whereas Fournier will require local counsel in either forum.

- None of the parties have a place of business, office, or facility in Delaware, none of the allegedly infringing acts occurred in Delaware, and none of the documents or other evidence is located in Delaware.

- The District of Delaware currently experiences additional stress on its workload due to the retirement of the Honorable Roderick R. McKelvie.

III.    **Statement of Facts**

A.    **The Parties**

Abbott is an Illinois corporation with its headquarters and principal place of business in Abbott Park, Illinois. Complaint ("Compl.") at ¶ 1. The Fournier plaintiffs are French corporations with their principal place of business in Chenôve, France. *Id.* ¶ 2. Teva is a Delaware corporation headquartered in North Wales, Pennsylvania. Id. ¶ 3.

The prior Illinois litigation was brought by Abbott and Fournier against Novopharm and Teva Pharmaceutical Industries Ltd. ("Teva PIL"). Teva PIL is an Israeli corporation and the parent company of Teva USA. (Exhibit A, ¶ 3)[2]. Novopharm, a Canadian corporation, was acquired by Teva PIL in April 2000 (Marth Affidavit, ¶ 7, attached hereto as Exhibit 1). Novopharm and Teva are both subsidiaries of Teva PIL.

Fournier allegedly owns the patents at issue in this suit. Compl., ¶ 7. Abbott, the exclusive licensee of the Fournier patents, markets fenofibrate tablets under the tradename TRICOR®, which is listed in the FDA's list of "Approved Drug Products With Therapeutic Equivalence Evaluations" ("Orange Book") (Compl. ¶¶ 8, 14). Abbott/Fournier have listed all three patents at issue with the FDA as covering their currently-marketed TRICOR® tablets. Abbott is Fournier's United States distributor of the TRICOR® capsules at issue in the previous Illinois litigation and also the United States marketer of the new TRICOR® tablets.

Teva has filed an ANDA seeking FDA approval to market a generic fenofibrate product to compete with Abbott's and Fournier's TRICOR® tablets. Compl., ¶ 16.

---

[2] Citations to Exhibits refer to the attachments to the Declaration of M. Daniel Hefner, filed concurrently herewith, unless otherwise noted.

4

**B.    The Prior Lawsuit in the Northern District of Illinois Involved the Same Plaintiffs and the '726 Patent**

Plaintiffs have litigated another patent infringement action arising under the Hatch-Waxman Act concerning the '726 patent, micronized fenofibrate products, and fenofibrate formulation methods in the Northern District of Illinois. *Abbott Labs. v. Novopharm Limited,* Nos. 00-C-2141, 00-C-5094, and 01-C-1914 (N.D. Ill.). Importantly, the prior Illinois action involved one of the same patents-in-suit as here, i.e., the '726 patent. In the Illinois case, Abbott and Fournier brought three separate patent infringement suits against Teva's privy, Novopharm, based upon Novopharm's ANDA seeking FDA approval to market a generic micronized fenofibrate product in three dosage forms (Exhibits A-D). The three actions were consolidated before Judge John W. Darrah of the Northern District of Illinois.

In the prior Illinois action, Judge Darrah construed the '726 patent, and granted summary judgment of noninfringement in favor of Novopharm. *Abbott Labs. v. Novopharm Limited,* Nos. 00-C-2141, 00-C-5094, and 01-C-1914 (N.D. Ill. Mar. 20, 2002) (Exhibit E). In connection with the prior Illinois action, the Northern District of Illinois court has already been provided with extensive briefing regarding the '726 patent and, fundamental fenofibrate formulation technologies. Judge Darrah's ruling is currently on appeal; however, Abbott and Fournier have not appealed all the issues from that case and have admitted to waiving one of the claim construction issues (Exhibit F, page 3).

Although the inventors of the '726 patent are different from the inventors of the' other two patents-in-suit here, all three patents appear to fit into a larger overall Abbott/Fournier corporate strategy concerning the development and marketing of

5

fenofibrate products. For example, the Abbott/Fournier micronized fenofibrate products have been commonly branded as TRICOR® (Exhibit H). Moreover, Abbott and Fournier have listed the '726 patent in the FDA's "Orange Book" as pertaining both to Abbott's micronized fenofibrate TRICOR® tablets at issue in this action as well as Abbott's TRICOR® gelatin capsules at issue in the Illinois action (Exhibits I and J). In the prior Illinois action, Abbott and Fournier alleged that Teva/Novopharm's proposed fenofibrate capsules infringed the '726 patent (Exhibits A-D), and they now allege that Teva's proposed fenofibrate tablets infringe this same patent (Compl., ¶ 17). Moreover, the licensee of the '726 patent and Fournier's U.S. distributor of the TRICOR® capsules at issue in the prior Illinois case – Abbott – also is Fournier's licensee on the two additional patents at issue in this action (Exhibit A-D, Compl., ¶ 8).

Because the present action involves claims of infringement of the '726 patent, which was the subject of the prior Illinois action, there will be substantial overlap with the facts of the present action, including overlaps regarding underlying technology, patent prosecution history, and the meaning of technical terms of art and the claims of the '726 patent. Thus, there are common issues of law and fact between the Illinois action and the present action.

In the prior Illinois litigation, the parties conducted extensive discovery concerning the '726 patent and Abbott's and Fournier's development work and licensing activities, including depositions of two of the inventors of the '726 patent, discovery from eight technical experts, and depositions of several of Abbott's employees. Hefner Decl., ¶ 9. Much of this discovery is likely to be relevant and useful in this action, but this material is subject to a protective order entered by Judge Darrah that limits its use in this

6

action (Exhibit G, Hefner Decl. ¶ 13).  If the present action were to proceed before the Northern District of Illinois, and particularly before Judge Darrah who is already familiar with the '726 patent, the parties could more easily seek modification of the protective order or this action could be consolidated with the prior action, at least for discovery purposes.  In any event, if this action remains in Delaware, discovery matters and any attempt to make use of the prior discovery for the present action will require the (potentially ongoing) involvement of Judge Darrah and the Northern District of Illinois court. The involvement of the Illinois court would also help avoid inconsistent discovery rulings on discovery issues relating to the '726 patent.

**C.    The Parties' Connections to the Northern District of Illinois**

As noted above, Abbott is an Illinois corporation and maintains its headquarters in Abbott Park, Illinois, which is within the Northern District of Illinois.  Abbott is Fournier's United States distributor of its TRICOR® micronized fenofibrate products, and Teva's/Novopharm's efforts to market a generic competitor of TRICOR® prompted the prior Illinois action and also this action.

Abbott also is the licensee of the '726 patent at issue here and before the Illinois court[3], and Abbott is alleged to be Fournier's licensee of the two additional patents at issue in this action as well. Compl., ¶ 8. In addition, on information and belief, the license agreement(s) between Abbott and Fournier that concern(s) the patents-in-suit touch and concern Illinois, having been negotiated and/or executed in the Northern District of Illinois.

7

James White of the Chicago, Illinois office of Jones, Day, Reavis & Pogue is listed on the Delaware complaint as lead counsel for Abbott in this case. (D.I. 1). He was also lead counsel in the prior case litigated in Illinois (Hefner Decl. ¶ 5). Teva's lead counsel in this action is Bruce Gagala of the Chicago, Illinois office of Leydig Voit & Mayer; he also was Novopharm's lead counsel in the prior Illinois case (Hefner Decl. ¶ 4).

In addition, Teva conducts business in Illinois by promoting pharmaceutical products in Illinois, by shipping pharmaceutical products into Illinois and by selling such products in Illinois, chiefly through retail outlets (Marth Affidavit, ¶ 2). This year to date, Teva's business in Illinois has generated over $75 million, and represents over 295 pharmaceutical products (Marth Affidavit, ¶ 4). Teva also employs a full-time sales representative in Bartlett, Illinois (Marth Affidavit, ¶ 3), which is within the jurisdiction of the United States District Court for the Northern District of Illinois (Hefner Affidavit ¶ 15).

### D.    This Action's Lack of Connections to Delaware

Teva does not have a sales representative in Delaware or any manufacturing facilities in Delaware (Marth Affidavit, ¶ 5). Moreover, the development work in connection with Teva's ANDA and the products at issue in this action has been conducted outside of the State of Delaware (Marth Affidavit, ¶ 6). Accordingly, other than Delaware being the state of Teva's incorporation, Delaware has no connection to this action or any of the facts or occurrences giving rise to this action.

---

[3] A version of the Abbott/Fournier license agreement concerning the '726 patent was produced in discovery in the Illinois action before Judge Darrah, but Teva is unable to produce this document to this Court or cite it in the context of this transfer motion because it is subject to the protective order issued in the prior litigation.

8

IV.    **Argument**

    A.    **Introduction**

28 U.S.C. § 1404(a) provides as follows:

> For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought.

The purpose of Section 1404(a) is "to prevent the waste of 'time, energy and money' and 'to protect litigants, witnesses and the public against unnecessary inconvenience and expense.'" *Van Dusen v. Barrack*, 276 U.S. 612, 616 (1964); *Virgin Wireless, Inc. v. Virgin Enters., Ltd.*, 201 F. Supp. 2d 294, 299 (D. Del. 2002).

As will be explained in part B below, it is clear that the plaintiffs could have brought this action in the Northern District of Illinois. Thus, this Court has the discretion to "determine, on an individualized . . . basis, whether convenience and fairness considerations weigh in favor of transfer" in this case. *Jumara v. State Farm Ins. Co.*, 55 F.3d 873, 883 (3rd Cir. 1995) (citation omitted). As explained below, the transfer of this action clearly "would convenience (1) the parties and (2) the witnesses while (3) serving the interests of justice." *Affymetrix, Inc. v. Synteni, Inc.*, 28 F. Supp. 2d 192, 196 (D. Del. 1998).

In analyzing a motion to transfer, the court must "examine 'all relevant factors to determine whether, on balance, the litigation would more conveniently proceed and the interests of justice [would] be better served by a transfer to a different forum.'" *Affymetrix*, 28 F. Supp. 2d at 196-7 (citation omitted). The factors to be considered include both public and private factors. *Id.* at 197.

9

The **public interests** include: (1) the ability of the Court to enforce the judgment; (2) practical considerations making trial easy, expeditious, or inexpensive; (3) administrative difficulties posed by the relative congestion of the two dockets in the respective fora; (4) any local interest in deciding local controversies at home; and (5) the public policies of the fora. *Affymetrix*, 28 F. Supp. 2d at 197; *Jumara*, 55 F.3d at 879.

The **private interests** include but are not limited to: (1) the convenience of the parties as indicated by their relative physical and financial position; (2) the convenience of the witnesses, but only to the extent that they may be unavailable for trial in one of the fora; and (3) the location of records and other documents, again, only to the extent that these files cannot be produced in the alternate forum. *Affymetrix*, 28 F. Supp. 2d at 197; *see also Jumara*, 55 F.3d at 879; *American High-Income Trust v. Allied Signal, Inc.*, C.A. No. 00-690 GMS, 2002 U.S. Dist. LEXIS 3761 at * 15, n. 11 (D. Del. Mar. 7, 2002).

In *Affymetrix*, 28 F. Supp. 2d at 197-204, the court declined to give any additional weight to the first three factors articulated by the Third Circuit in *Jumara* – specifically, the plaintiff's choice of forum, the defendant's preferred forum, and whether the claim arose elsewhere. As explained by the court, these three factors are duplicative of other considerations, and affording weight to them would run the risk of double-counting in the balance of convenience analysis. *Affymetrix*, 28 F. Supp. 2d at 197; *see also American High-Income Trust*, 2002 U.S. Dist. LEXIS 3761 at *15.

Under the circumstances, both the public and private interests point to the Northern District of Illinois as the appropriate forum for this litigation.

10

B.    **Plaintiffs Could Have Brought This Action in the Northern District of Illinois**

This action could have been brought in Illinois because the Northern District of Illinois could exercise both subject matter jurisdiction and personal jurisdiction over Teva in this action, and because venue would be proper in the Northern District of Illinois.

### 1.    The Northern District of Illinois Has Subject Matter Jurisdiction Over This Matter.

The U.S. District Court for the Northern District of Illinois has subject matter jurisdiction over this controversy as it is an action for infringement arising under the patent laws of the United States of America, 35 U.S.C. §§ 1 et seq. *See* 28 U.S.C. § 1338(a).

### 2.    Teva Is Subject to Personal Jurisdiction in the Northern District of Illinois

Federal Circuit law is controlling with deference to the state's highest court to determine whether a defendant is amenable to process in the forum state, in this case, Illinois. *See LSO Indus. v. Hubbell Lighting*, 232 F.3d 1369, 1371 (Fed. Cir. 2000). A Federal Court can exert personal jurisdiction over a defendant if the law of the state in which it sits would authorize the exercise of personal jurisdiction, (*id.*, citing Fed. R. Civ. P. 4(k)(1)(a)), which, in this case, is governed by the Illinois long-arm statute (735 ILL. COMP. STAT. 5/2-209). This authorizes the exercise of personal jurisdiction by an Illinois court to the fullest constitutional limit (735 ILL. COMP. STAT. 5/2-209(c)). Thus the analysis collapses into a two-prong assessment: one based on the Illinois Constitution, and the other based on the Federal Constitution. *RAR, Inc. v. Turner Diesel, Ltd.*, 107 F.3d 1272, 1276 (7th Cir. 1997).

11

The Due Process Clause of the United States Constitution permits an Illinois court to exercise jurisdiction over a non-resident defendant if the defendant has had "certain minimum contacts with [the state] such that the maintenance of the suit does not offend 'traditional notions of fair play and substantial justice.'" *International Shoe Co. v. Washington,* 326 U.S. 310, 316 (1945) (citation omitted); *Neuman & Assoc. v. Florabelle Flowers,* 15 F.3d 721, 725 (7th Cir. 1994). Teva has conducted substantial, systematic, and continuous business in Illinois, most of which has been in the Northern District of Illinois, for more than eight years. (Marth Affidavit, ¶¶ 2-4; Hefner Decl., ¶ 15). By virtue of these "continuous and systematic general business contacts" with Illinois, it is consistent with federal due process requirements for the Untied States District Court for the Northern District of Illinois to exercise general personal jurisdiction over Teva. *RAR,* 107 F.3d at 1277; *see also Neuman & Assocs.,* 15 F.3d at 725 (continuous business conducted in Illinois through sales representative sufficient to establish sufficient minimum contacts to support general personal jurisdiction).

The exercise of general personal jurisdiction in this case also is consistent with the Illinois Constitution's "separate and independent" guarantee of due process, according to which, it must be "fair, just and reasonable to require a non-resident defendant to defend an action in Illinois, considering the quality and nature of the defendant's acts which occur in Illinois or which affect interests located in Illinois." *Rollins v. Ellwood,* 565 N.E.2d 1302, 1316 (Ill. 1990). However, federal due process law can provide guidance on this issue. *Id.* Because this action raises questions of federal patent law, it does not touch or concern the local policies of Illinois or any other State. *See Media Group, Inc. v. Turtle Wax, Inc.,* C.A. No. 96-234-MMS, 1996 U.S. Dist.

12

LEXIS 19850, *22 (D. Del. Dec. 23, 1996)). Thus, there is no reason to otherwise construe the facts in light of the Illinois Constitution. *See Neuman & Assocs.*, 15 F.3d at 725. Accordingly, the Northern District of Illinois' exercise of general personal jurisdiction over Teva is consistent with both federal and Illinois due process requirements.

### 3. Venue Would Be Proper in the Northern District of Illinois

The general venue statute, 28 U.S.C. § 1391(c) applies to actions for patent infringement. *VE Holding Corp. v. Johnson Gas Appl. Co.*, 917 F.2d 1574, 1580 (Fed. Cir. 1990). Section 1391 provides, in relevant part, that venue is proper in any judicial district in which "(1) . . . any defendant resides, if all defendants reside in the same state . . . ." In turn, a corporation is deemed to reside in any district in which it is subject to personal jurisdiction. *Id.* Because, as noted above, personal jurisdiction would be proper in the Northern District of Illinois, venue is appropriate in the Northern District of Illinois.

Thus, because the Northern District of Illinois could exercise personal jurisdiction over Teva, and because venue would be proper in the Northern District of Illinois, this action could have been brought in the Northern District of Illinois in the first instance. It is, therefore, proper to transfer this action to the Northern District of Illinois in light of other factors, discussed below, which warrant transfer.

### C. The Public Interests in Judicial Economy and Trial Efficiency Mandate a Transfer of this Case to the Northern District of Illinois

While a court engaged in a transfer analysis should examine all the relevant factors (*see Affymetrix*, 28 F. Supp. 2d at 196-97; *Jumara*, 55 F.3d at 879), courts have

13

historically given great weight to the interest of justice in this analysis. *See Bayer AG, v. Biovail Corp.,* C.A. No. 00-466-JJF, Mem. Order at 2 (D. Del. July 17, 2000) ("While the Court recognizes that the Plaintiffs' choice of forum is ordinarily given substantial deference, the need for judicial consistency outweighs the Plaintiffs' choice of forum in the instance [*sic*] case."); *Pall Corp. v. Bentley Labs., Inc.,* 523 F. Supp. 450, 453 (D. Del. 1981) (finding "interest of justice" to be of "paramount consideration"); *Glickenhaus v. Lytton Fin. Corp.,* 205 F. Supp. 102, 105 n.15 (D. Del. 1962) ("'Manifestly the most important criterion in determining the advisability of transfer is the 'interest of justice.' In most cases, if the convenience of the parties and witnesses will be served by transfer it usually follows that justice will also be served by transfer. This does not necessarily follow, however, and irrespective of the convenience to parties and witnesses, I am of the opinion that whether or not transfer will be ordered should be governed in large measure by the effect of transfer upon the 'interest of justice.'") (quoting *Cinema Amusements, Inc. v. Loews, Inc.,* 85 F. Supp. 319, 326 (D. Del. 1949)).

1. **The Northern District of Illinois Is Already Familiar With the '726 Patent and Fenofibrate Formulation Methods, Having Invested Significant Time and Resources in the Prior Illinois Litigation**

The interests of justice here –judicial economy and efficiency – undeniably will be served by a transfer of this case to the Northern District of Illinois. As discussed above, that same court has previously adjudicated plaintiffs' prior complaint against Teva's privy, Novopharm, alleging infringement of the '726 patent, a patent-in-suit here. The Illinois lawsuit involved three consolidated civil actions based upon related micronized fenofibrate pharmaceutical products. After months of discovery, Novopharm moved for summary judgment that its ANDA did not infringe the '726 patent. In order to

14

reach its decision on that motion, the Northern District of Illinois reviewed voluminous evidence, scrutinized and interpreted the claims of the '726 patent, reviewed the lengthy prosecution history, and considered the legal and factual arguments raised by the parties (Exhibit E). In ruling on Novopharm's motion, the Illinois court prepared an opinion in which it carefully analyzed the '726 patent's claims, specification, and prosecution history to conclude there was no literal infringement and no infringement under the doctrine of equivalents (Exhibit E). Accordingly, on March 19, 2002, the Illinois court entered summary judgment for Novopharm. As noted above, this decision of the Northern District of Illinois is currently on appeal, but Abbott and Fournier have not appealed all issues and have admitted to waiving one of the claim construction issues (Exhibit F, p. 3).

This suit involves precisely the same '726 patent at issue in the Illinois action.[4] Thus, the Northern District of Illinois is already familiar with the '726 patent, technology relating to formulating micronized fenofibrate products, these parties, and their counsel. Judge Darrah's and the Northern District of Illinois Court's familiarity with the '726 patent, pertinent technology, and the parties clearly reveals that the Northern District of Illinois is by far the more appropriate forum for this action. *See Bayer,* C.A. No. 00-466-JJF, Mem. Order at 2 ("While the Court recognizes that the plaintiffs' choice of forum is ordinarily given substantial deference, the need for judicial consistency outweighs the plaintiffs' choice of forum in the instance [*sic*] case. Given the prior similar and complex litigation between the parties in the Northern District of Georgia, the Court concludes that

---

[4] The two other patents at issue in this action also are alleged to cover the same micronized fenofibrate product that Abbott and Fournier allege infringes the '726 patent. Compl. ¶ 17.

15

it is the proper forum for adjudication of this case."); *Pall*, 523 F. Supp. at 453 ("[I]t is in

the interest of justice to permit suits involving the same parties and issues to proceed

before one court[.]"); *LG Electronics, Inc. v. Everex Sys.*, C.A. No. 00-984-A, 2000 U.S.

Dist. LEXIS 20330, *14 (E.D. Va. 2000) (finding that transferee court's familiarity with

some of the issues of the present suit (from having previously rendered a claim

construction in one of the patents at issue) favored transfer); *Reiffin v. Microsoft Corp.*,

104 F. Supp. 2d 48, 55-56 (D.D.C. 2000) (finding that where parties had previously

litigated a related case in the transferee forum "litigating this matter here would squander

judicial resources and run the risk of inconsistent judgments," where a judge in the

transferee district "has already expended substantial time and effort to become familiar

with the technology underlying the disputed patents, the prosecution of the patents, the

record considered by the Patent Office in issuing the patents, and the legal issues related

to the patents' alleged validity and infringement"); *Wheeling-Pittsburgh Steel Corp. v.*

*United States Environmental Protection Agency*, C.A. No. 98-4654, 1999 U.S. Dist.

LEXIS 2130, *12 (E.D. Pa. Mar. 3, 1999) (where plaintiff had previously litigated similar

claims in the transferee forum, "a court in that district will likely be familiar with the

facts of the case. As a matter of judicial economy, such familiarity is highly desirable.

Thus, this factor supports transferring the case"); *Carus Corp. v. Greater Texas*

*Finishing Corp.*, No. 91-C-2560, 1992 U.S. Dist. LEXIS 908, *5 (N.D. Ill. Jan. 31, 1992)

(where related cases involving the same patent and the same type of infringement actions

in the transferor district were pending, "[f]ailure to transfer this case would result in

duplicative judicial effort requiring two courts to resolve a number of the same issues.

16

Therefore, transfer of this action to a district which is already familiar and experienced with the facts and law relevant to this action will promote judicial economy.").

### 2. The Northern District of Illinois is Better Suited to determine the Preclusive Effect of Its Judgment

Because this action involves the same parties (or privies of the same parties), the same patent, and the same or related underlying technology as was involved in the previous Illinois case, this action involves issues of collateral estoppel (See Hefner Decl., ¶ 12). Indeed, as noted above, some of the Illinois court's legal determinations concerning the construction of the '726 patent claims and finding of non-infringement have not been appealed. The Northern District of Illinois is better suited to determine the preclusive effects of its own rulings entered in the previous Illinois litigation. *See Bloomstein v. Lucasfilms Ltd.*, No. 02-C-0770, 2002 U.S. Dist. LEXIS 8377, *4-5 (N.D. Ill. May 10, 2002) (finding that the transferee court's "familiarity with the issues in this case warrants transfer. The [transferee court] has already adjudicated a previous case involving [the alleged infringer] and the same patent. Because patent infringement cases are highly technical and require careful, lengthy examination, the [transferee court] is capable of adjudicating this case much more expeditiously because it is already familiar with [the plaintiff's] patent. Furthermore, the interests of judicial economy favor transfer, as the prior case may bind this case on some issues under the doctrine of collateral estoppel.").

This Court, on the other hand, would have to learn from scratch, not only the technology, patents, and lengthy file history at issue, but also the record in the Illinois case in order to evaluate the preclusive effect of the rulings in the Illinois litigation. In contrast, the Illinois court is already fully familiar with the prior proceedings before it,

17

and thus its familiarity with the parties' dispute renders it better suited to determining what was or was not, litigated and decided in the prior action, and the preclusive effect its decisions have on the issues and claims in the present action. *Reiffin*, 104 F. Supp. 2d at 57 (D.D.C. 2000).

### 3. The Parties' Counsel Are Familiar With the Northern District of Illinois And Transfer Would Eliminate Local Counsel Expenses

In *Affymetrix*, 28 F. Supp. 2d at 205-06, this Court considered the fact that by filing the lawsuit in Delaware, all parties are forced to retain local counsel. This Court noted that if the action was transferred to the Northern District of California, it would eliminate the expense of having local counsel. *Id.*; *see also Mentor Graphics Corp. v. Quickturn Design Sys., Inc.*, 77 F. Supp. 2d 505, 510, fn.7 (D. Del. 1999) ("[T]he added expense of local Delaware counsel would be avoided is this case is transferred."). This policy warrants transfer of this action as well because, as noted above, lead counsel for Abbott and Teva are located in Illinois, and therefore if this action is transferred, the additional expense of local counsel would be eliminated for them. These attorneys litigated the action before Judge Darrah, and they could litigate this action as well in Illinois without the need for local counsel.

The Fournier plaintiffs, who are represented by counsel from Washington, D.C. and Virginia, will require local counsel in either forum. However, the fact that Fournier's local counsel in the prior Illinois action have experience and knowledge concerning the '726 patent and the infringement questions suggests that litigating this action in Illinois would be more efficient even for Fournier.

18

4.    **Discovery Will Require the Involvement of the Northern District of Illinois And Transfer Will Avoid Duplication of Discovery**

Plaintiffs have brought suit here on the '726 patent, precisely the same patent which they sued upon in the Illinois litigation. The other patents-in-suit in this case also concern fenofibrate and, as noted above, appear to be part of a larger overall Abbott/Fournier corporate strategy of development of fenofibrate products. Litigating this case will involve substantial overlap between the Illinois action and the present Delaware action on a variety of issues including: (1) fenofibrate products and manufacturing methods, (2) prior art, (3) patents and patent claims, (4) witnesses, and (5) documents.

Indeed, as noted above, a substantial amount of discovery has already been obtained with respect to issues pertaining to the '726 patent, which the parties may wish to use in connection with this action. Efficiencies would certainly be gained by using this prior discovery, as the issues in this action, at least relating to the '726 patent, will likely require testimony from many of the same witnesses, and access to many of the same documents that were involved in the prior Illinois action. However, the existence of the Illinois court's protective order will limit the use of this material in this action, unless it is modified (Exhibit G). As noted above, the Illinois court is better equipped to interpret and enforce its own orders. *Bloomstein,* 2002 U.S. Dist. LEXIS 8377, *4-5. Moreover, because the protective order expressly requires further action from the Illinois court before making use of the prior discovery (Exhibit G, ¶ 2), it is clear that, even if this action remains in Delaware, rulings of the Northern District of Illinois will be required in this action, guaranteeing the (potentially ongoing) involvement of that court in this proceeding, regardless of which court's jurisdiction is involved.

19

### 5.    The Local Interest in Deciding Local Controversies at Home

The only connection this action has with Delaware is that Teva is a Delaware corporation.[5] The only actions giving rise to this action – Teva's filing of its ANDA – took place outside of Delaware. Given that no alleged infringing activity has taken place in Delaware, the Northern District of Illinois has a far stronger interest in resolving this case. *See IKOS v. Axis*, C.A. No. 01-74-JJF, Mem. Order at 5 (D. Del. Sept. 18, 2001) ("[T]he Court finds that Delaware does not have a strong interest in resolving this lawsuit because none of the events giving rise to this action occurred in Delaware ...."). Thus, Delaware does not have a strong local interest in having this controversy decided in Delaware.

In contrast, Northern Illinois has a far stronger local interest because the Northern District of Illinois has already exercised jurisdiction over – and resolved – litigation involving these parties (or their privies) and one of the same patents-in-suit here. Moreover, Abbott and Fournier have asserted that all of the patents-in-suit in this action,

---

[5] The fact that a party is incorporated in Delaware is not dispositive and does not by itself give rise to an interest in the controversy. *Unicredito Italiano v. JPMorgan Chase Bank*, C.A. No. 02-104-GMS, Mem. Order. at 5 (holding that to the extent the fact that the parties are incorporated in Delaware is relevant, this fact is not dispositive); *Corixa Corp. v. IDEC Pharms. Corp.*, C.A. No. 01-65-GMS, 2002 U.S. Dist. LEXIS 2980, *12 (D. Del. Feb. 25, 2002) (status of parties as Delaware corporations was not alone enough to tip convenience balance in favor of Delaware "because the court can hardly describe the patents as a local controversy unique to Delaware"); *Green Isle Partners, Ltd. v. Ritz-Carlton Hotel Co., LLC*, C.A. No. 01-202-JJF, Mem. Order at 6 (D. Del. Nov. 2, 2001) ("Where, as here, the Defendant has demonstrated that an alternative forum would be more convenient and would better serve the interests of justice because that forum, and only that forum, has substantial connections with the litigation, incorporation in Delaware alone will not necessarily prevent transfer."); *Mentor*, 77 F. Supp. 2d at 509, n.6. (while "a defendant's state of incorporation is [not] irrelevant to a venue transfer inquiry, it is certainly not dispositive. Indeed, it is not mentioned in § 1404, nor is it among the eleven factors identified by the Third Circuit Court of Appeals in *Jumara*.").

20

including the same patent at issue in the prior Illinois action, pertain to their micronized fenofibrate products marketed under the brand TRICOR®, which was also the brand under which the plaintiffs' products at issue in the prior Illinois case were and are marketed. Moreover, the first-named plaintiff in both this action and the prior Illinois action is an Illinois corporation that also maintains its principal place of business in Illinois, and the license agreement between Abbott and Fournier likely touches and concerns the State of Illinois, as Abbott's principal place of business is in Illinois.

Since this matter involves issues of patent law, which are governed by federal law, it "'is not unique to Delaware and can be resolved by any federal district court.'" *Affymetrix*, 28 F. Supp. 2d at 207 (*quoting Media Group, Inc. v. Turtle Wax, Inc.*, C.A. No. 96-234-MMS, 1996 U.S. Dist. LEXIS 19850, *22 (D. Del. Dec. 23, 1996)). As this Court stated in *Corixa*: "the court can hardly describe the patents as a local controversy unique to Delaware." *Corixa Corp. v. IDEC Pharms. Corp.*, C.A. No. 01-65-GMS, 2002 U.S. Dist. LEXIS 2980, at *12 (D. Del. Feb. 25, 2002). The facts underlying the cause of action in this lawsuit do not require litigation in Delaware and, in fact, have no connection with Delaware, and strongly favor transfer to Northern Illinois.

### 6.    Efficiency and Administrative Concerns Favor Transfer of This Action to the Northern District of Illinois

Prompt resolution of this action not only is in the interest of the parties, but also in the interest of the public, because <u>Teva is precluded from marketing its generic micronized fenofibrate tablets in the United States until this action is resolved</u>. It is thus quite important for this matter to proceed before a court equipped to resolve the issues raised by the plaintiffs with dispatch. The knowledge and expertise in matters pertaining to the '726 patent and micronized fenofibrate technology, which was acquired by the

21

Northern District of Illinois in connection with the prior litigation involving the '726 patent, demonstrate that the Illinois court could resolve this action efficiently. Indeed, in the prior Illinois action, Judge Darrah demonstrated sensitivity to this concern, disposing of all three actions expeditiously and even apparently leveraging his familiarity with fenofibrate technology into faster case dispositions: the first filed action was resolved in under 23 months; the second filed action was resolved in 19 months; and the Northern District of Illinois resolved the third of the three actions in 12 months (Hefner Decl., ¶¶ 8 and 10).

It would obviously be less efficient at any time for this Court to climb a "learning curve" already surmounted by another court. At the present juncture, this concern is somewhat more heightened because, while four judges in the District of Delaware are actively engaged in hearing cases, this Court nonetheless has experienced additional stress in its workload following the retirement of the Honorable Roderick R. McKelvie. *See Unicredito Italiano v. JPMorgan Chase Bank*, C.A. No. 02-104-GMS, Mem. op. at 9. (D. Del. June 26, 2002).

Thus, transferring this action would avoid this Court's duplication of the significant effort already invested by the Northern District of Illinois in acquiring its familiarity with issues pertinent to this matter, which would likely lead to a quicker resolution of this dispute. These administrative concerns weigh in favor of transfer, as do the other public interests noted above.

22

58956.1004

**D.    The Private Interests Weigh in Favor of Transfer to the Northern District of Illinois**

**1.    The Convenience of the Parties Favors Transfer**

The convenience of the parties will best be served by transfer of this case to the Northern District Illinois. The parties or their privies have already litigated the '726 patent in that forum; they have retained counsel in that district (the same counsel as have been retained in the instant action), conducted discovery (which is subject to a protective order issued by the Northern District of Illinois) in that district, and spent significant time and effort in the litigation in that forum. Consequently, it is more convenient for the parties to proceed with any further litigation before the Northern District of Illinois, and Judge Darrah of that court in particular.

There are no activities in Delaware that justify the prosecution of the complaint in this venue, as opposed to the Northern District of Illinois. Geographically, Northern Illinois is the most convenient forum for the parties. Plaintiff Abbott has its "headquarters and principal place of business at Abbott Park, Illinois[.]" (Compl. at ¶ 1), which is within the Northern District of Illinois. Abbott, both the Fournier plaintiffs, and Teva's parent company have previously litigated the '726 patent relating to fenofibrate pharmaceutical manufacturing processes and products in Northern Illinois. Teva's development efforts of the accused products occurred outside of Delaware (Marth Affidavit, ¶ 6). This Court has previously held that where "the parties, witnesses, and relevant documents and records are located outside of Delaware, . . . a balancing of the private factors strongly weighs in favor of transfer[.]" *IKOS,* C.A. No. 01-74-JJF, Mem. Order at 5 (granting motion to transfer).

23

Moreover, to litigate this matter before this Court, the parties and their witnesses will have to incur the time and expense of traveling to Delaware. Lead counsel for both Abbott and Teva are located in Chicago, Illinois, demonstrating that litigating this matter in Chicago would be more convenient. The Fournier plaintiffs' counsel are located in Washington, D.C. and Alexandria, Virginia. Litigation of this case in Delaware would require Abbott's and Teva's counsel to travel (and move their witnesses, documents, and other evidence) over 1500 miles round-trip to make an appearance before this Court. *See Mentor*, 77 F. Supp. 2d at 510, fn. 7 ("[T]he added expense of local Delaware counsel would be avoided is this case is transferred. Further travel expenses would undoubtedly be reduced if this case is transferred.").

### 2. Plaintiffs' Choice of Forum Should Be Given Less Deference Because Delaware Is Not The Home Forum of Any Party

A plaintiff's choice of forum is only one consideration in determining a transfer motion. However, where, as here, the plaintiff brings suit in a forum that is not its home forum, the Court should give substantially less deference to the plaintiff's choice of forum. *Continental Cas. Co. v. American Home Assurance Co.*, 61 F. Supp. 2d 128, 131 (D. Del. 1999) ("'[T]he transfer of a case will generally be regarded as less inconvenient to a plaintiff if the plaintiff has not chosen its home turf or a forum where the alleged wrongful activity occurred.'") (quoting *In re ML-Lee Acquisition Fund II, L.P.*, 816 F. Supp. 973, 976 (D. Del. 1993); *Pall*, 523 F. Supp. at 452 ("But where the forum selected by a plaintiff is connected neither with the plaintiff nor with the subject matter of the lawsuit, the convenience to plaintiff of litigating in its choice of forum is not as great as it would be were the plaintiff litigating at or near its residence, its principal place of business, or the site of the activities at issue in the lawsuit. Thus, in the latter situation, it

24

is less difficult for the defendant to meet its burden of showing sufficient inconvenience to tip the 'balance' in favor of transfer."); *E.I. DuPont Nemours & Co. v. Diamond Shamrock Corp.*, 522 F. Supp. 588, 590 (D. Del. 1981) ("The plaintiff's choice of forum carries greater weight when it will not result in duplicative litigation than it does here, where the [transferee court] will hear testimony concerning the validity and infringement of the very patents here in suit."); *see also Bayer*, C.A. No. 00-466-JJF, Mem. Order at 2.

In particular, the plaintiff's choice of forum is given less deference where, as in this case, "the forum to which the defendants seek to transfer [the] action is *the plaintiff's home forum*." *Reiffin*, 104 F. Supp. 2d at 52. In addition, where the plaintiff has previously chosen to initiate and litigate a related patent action against the defendant in the plaintiff's home forum, the plaintiff will not be burdened by litigating the subsequent action in his home forum. *Reiffin*, 104 F. Supp. 2d at 52; *Wheeling-Pittsburgh Steel*, 1999 U.S. Dist. LEXIS 2130, *7 ("Defendant correctly asserts . . . that plaintiff's choice of venue . . . should be given less weight because it is not plaintiff's place of residence and plaintiff twice initiated litigation of issues regarding the [same] facility in defendant's chosen forum."). Moreover, where the defendant seeks transfer to a forum in which the plaintiff has been involved in previous similar litigation, the interests of justice favor transfer to that forum. *See Bayer*, C.A. No. 00-466-JJF, Mem. Order at 2 ("While the Court recognizes that the plaintiffs' choice of forum is ordinarily given substantial deference, the need for judicial consistency outweighs the plaintiffs' choice of forum in the instance [*sic*] case. <u>Given the prior similar and complex litigation between the parties in the Northern District of Georgia, the Court concludes that it is the proper forum for adjudication of this case.</u>") (footnote omitted, emphasis supplied).

25

Moreover, as explained earlier, Delaware is not the "home turf" to any party. While Teva is a Delaware corporation, it does not have a principal place of business in Delaware. Moreover, the remaining parties, including Abbott, are foreign corporations with their principal places of business outside of Delaware. As a result, there is no real connection to the State of Delaware to justify retention of this case here. *SAS of Puerto Rico, Inc. v. Puerto Rico Tel. Co.*, 833 F. Supp. 450, 452-53 (D. Del. 1993) ("Where, as here, the Defendant has demonstrated that an alternative forum would be more convenient and would better serve the interests of justice . . . incorporation in Delaware alone will not necessarily prevent transfer.").

Thus, the convenience of the parties weighs in favor of transfer to the Northern District of Illinois.

### 3.    The Convenience and Availability of Witnesses

As discussed above, there is no meaningful relationship between the Delaware forum and the issues involved in this matter. Therefore, there is no real convenience achieved by maintaining this case in Delaware. Conversely, because the Plaintiffs' witnesses (e.g., Abbott personnel) are likely to be in Illinois, and the parties have previously litigated a related case in Illinois, transfer to Illinois should promote the convenience of the witnesses.

Many of these witnesses will be the same witnesses who were involved in the prior Illinois litigation due to the fact that this case also involves the '726 patent and patents on related fenofibrate technology. As discussed in further detail above, much of the discovery, including witness depositions and testimony, will overlap with the discovery conducted in the Illinois case. Unless the parties are able to seek relief from the protective order issued by Judge Darrah (which will require the involvement of the

26

Northern District of Illinois), the parties will have to duplicate the discovery that occurred in that case, increasing the inconvenience of the parties and the witnesses. *See Reiffin,* 104 F. Supp. 2d at 58 n.21.

As Teva's development on the technology at issue in this action has occurred outside of Delaware, most of Teva's research and development scientists currently working on the accused product are located outside of Delaware. In contrast, there are believed to be no witnesses from Teva located in Delaware. Similarly, on information and belief, most of Abbott's and Fournier's other witnesses will be located in Illinois or France, where Abbott and Fournier have their principal places of business, or in California, where the inventor of two of the patents-in-suit is believed to reside.

In sum, the convenience of non-party and other witnesses weighs in favor of transfer.

27

## V.    Conclusion

Because this action could have been brought in Illinois, and because the public
and private interests demonstrate that the Northern district of Illinois has substantially
more contact with the issues involved in this action and the parties than Delaware, Teva
Pharmaceuticals USA, Inc.'s motion to transfer this action to the Northern District of
Illinois should be granted.


Dated:  November 8, 2002.


YOUNG CONAWAY STARGATT & TAYLOR, LLP


Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Sara Beth A. Reyburn (#4137)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
(302) 571-6672
Attorneys for Defendant Teva Pharmaceuticals USA, Inc.


OF COUNSEL:

LEYDIG VOIT & MAYER, LTD
Bruce M. Gagala
M. Daniel Hefner
Two Prudential Plaza
Suite 4900
Chicago, Illinois 60601-6780
(312) 616-5600 (tel)


28

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT LABORATORIES, | ) | |
| FOURNIER INDUSTRIE ET SANTE, | ) | |
| and LABORATOIRES FOURNIER S.A., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 02-1512-XXX (MPT) |
| | ) | |
| TEVA PHARMACEUTICALS USA, | ) | |
| INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AFFIDAVIT OF WILLIAM MARTH

I, William Marth, declare and state as follows:

1.     I am Executive Vice President, Sales and Marketing of Teva Pharmaceuticals USA, Inc. ("Teva"). I am familiar with Teva's sales and marketing activity in the United States, and in individual states, including Illinois.

2.     Teva conducts business in Illinois by marketing pharmaceutical products in Illinois, by shipping pharmaceutical products into Illinois, and by selling such products to Illinois companies. Teva's business activities in Illinois are ongoing, and Teva has conducted business in Illinois since at least July of 1999, which is when I first became employed by Teva. On information and belief, I understand that Teva has conducted business in Illinois in a similar manner continuously for at least five years prior to July of 1999.

3.     As part of its ongoing business activity in Illinois, Teva employs a full-time sales representative based in Bartlett, Illinois.

4.     This year to date, Teva has sold over 295 different pharmaceutical products to companies located in Illinois, and Teva's sales in Illinois have exceeded $75

million. The majority of Teva's sales in Illinois have been in the greater Chicago metropolitan area.

5.     Teva does not have a sales representative based in Delaware, nor does it have any manufacturing facilities in Delaware.

6.     On information and belief, it is my understanding that Teva's development work in connection with its proposed micronized fenofibrate tablets has been conducted outside of the state of Delaware.

7.     I hereby declare that all statements made herein of my own knowledge are true, that all statements of opinion or those made on information and belief are believed to be true, and that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Title 18 of the United States Code.

FURTHER AFFIANT DECLARETH NOT

Date:

William Marth

2

## CERTIFICATE OF SERVICE

I, Sara Beth A. Reyburn, Esquire, do hereby certify that a copy of the foregoing

document was served on the counsel listed below on November 8, 2002 as indicated:

**BY HAND DELIVERY**

Frederck L. Cottrell, III, Esquire
Jeffrey L. Moyer, Esquire
David A. Felice, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Charles D. Ossola, Esquire
Timothy C. Bickham, Esquire
Scott A.M. Chambers, Esquire
ARNOLD & PORTER
Thurman Arnold Bldg.
555 Twelfth Street, N.W.
Washington, DC 2004-1202

Mark R. Shanks, Esquire
SHANKS & HERBERT
TransPotomac Plaza
1033 N. Fairfax St., Suite 306
Alexandra, VA 22314

**BY HAND DELIVERY**

Mary B. Graham, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

James A. White, Esquire
John A. Marlott, Esquire
Timothy J. Heverin
JONES, DAY, REAVIS & POGUE
77 West Wacker
Chicago, IL 60601-1692

*Sara Beth A. Reybu*
Sara Beth A. Reyburn

58956.1004

**EXHIBIT Q**

# ORIGINAL



## YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M. STARGATT
STUART B. YOUNG
BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA FALINE KAMINSKI
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
BRENDAN LINEHAN SHANNON
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE S. WOLF
LISA B. GOODMAN

JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE

JOSEPH M. BARRY
SEAN M. BEACH
TIMOTHY P. CAIRNS
M. BLAKE CLEARY
CURTIS J. CROWTHER
JESSICA S. DAVIS
DANIELLE GIBBS
SCOTT A. HOLT
DAWN M. JONES
EDWARD J. KOSMOWSKI
TIMOTHY E. LENGKEEK
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MATTHEW B. MCGUIRE (PA ONLY)
VIVIAN L. MEDINILLA
MARIBETH L. MINELLA
EDMON L. MORTON
JENNIFER M. NICHOLS
JENNIFER R. NOEL
JOHN J. PASCHETTO
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
FRANCIS J. SCHANNE
SCOTT SALERNO
STEPHEN E. SMITH
JOANNE C. SPRINGER-MESSICK
JOHN E. TRACEY
ALFRED VILLOCH, III
CHRISTIAN DOUGLAS WRIGHT
SHARON M. ZIEG
VIRGINIA A. ZRAKE

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

WRITER'S DIRECT DIAL NUMBERS
VOICE: (302) 571-6672
Fax: (302) 576-3301

E-MAIL: jingersoll@ycst.com

H. ALBERT YOUNG
1929-1982

H. JAMES CONAWAY, JR.
1947-1990

WILLIAM F. TAYLOR
EDWARD B. MAXWELL, 2ND
SHELDON A. WEINSTEIN
OF COUNSEL

JOHN D. MCLAUGHLIN, JR.
SPECIAL COUNSEL

GEORGETOWN OFFICE
110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

May 12, 2003

**BY HAND**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

    Re: Abbott Laboratories, et al. v. Teva Pharmaceuticals USA, Inc.
      Civil Action No. 02-1512-KAJ

Dear Judge Jordan:

    In view of recent events, Teva has withdrawn its motion to transfer the present action to the Northern District of Illinois (courtesy copy of Notice of Withdrawal is enclosed). On April 30, 2003, the United States Court of Appeals for the Federal Circuit denied Abbott et al's petition for rehearing in Appeal No. 02-1387. The denial of the petition for rehearing left intact an earlier ruling by the Federal Circuit construing the claims of U.S. Patent 4,895,726 ("the '726 patent) and holding that Novopharm's fenofibrate capsule product did not infringe the patent. Accordingly, claim construction and infringement issues raised in the complaint in this action with respect to the '726 patent need not be litigated here, and, Teva anticipates, no further action will be necessary for the '726 patent. With this change in the nature of the case before this Court, judicial economy will no longer be realized by transfer of this action to Illinois.

    On a related note, as Your Honor knows from prior correspondence, we are concerned that, in the later filed case filed against Impax (C.A. Nos. 03-120 and 03-288), Impax sought and received an earlier trial date for its case, without consulting with us or

WP3:887706.1

58956.1004

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Kent A. Jordan
May 12, 2003
Page 2

affording us the opportunity to participate in the scheduling conference.   Since the '726 patent should no longer be a part of this action, and the Markman schedules for the Impax and Teva cases have now been consolidated,  Teva respectfully requests that a joint status conference be scheduled in the two cases at the Court's convenience to discuss this issue.

Respectfully submitted,

Josy W. Ingersoll

JWI:bjp
Enclosure
cc:   Clerk of the Court (by hand)
      Mary B. Graham, Esquire (by hand)
      Mary Matterer, Esquire (by hand)
      Frederick L. Cottrell, III, Esquire (by hand)
      James A. White, Esquire (by facsimile)
      Charles D. Ossola, Esquire (by facsimile)
      Mark R. Shanks, Esquire (by facsimile)
      Bruce M. Gagala, Esquire (by facsimile)
      M. Daniel Hefner, Esquire (by facsimile)
      William H. Rooney, Esquire (by facsimile)

58956.1004

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ABBOTT LABORATORIES, FOURNIER )
INDUSTRIE ET SANTÉ, )
LABORATORIES FOURNIER S.A., )
)
                Plaintiffs, )   C.A. No. 02-1512 (KAJ)
)
        v. )
)
TEVA PHARMACEUTICALS USA, INC., )
)
               Defendant. )

## NOTICE OF WITHDRAWAL OF MOTION

Teva Pharmaceuticals USA, Inc., by its attorneys, Young Conaway Stargatt & Taylor,

LLP, hereby respectfully withdraws its motion to transfer this action to the Northern District of

Illinois, docket item 14, filed on November 8, 2002.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
Sara Beth A. Reyburn (No. 4137)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Attorneys for Teva Pharmaceuticals USA, Inc.

OF COUNSEL:
LEYDIG VOIT & MAYER, LTD
Bruce M. Gagala
M. Daniel Hefner
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601-6780
Telephone: (312) 616-5600

Dated: May 12, 2003

## CERTIFICATE OF SERVICE

I, Sara Beth A. Reyburn, Esquire, do hereby certify that a copy of the foregoing

document was served on the counsel listed below on May 12, 2003 as indicated:

**BY HAND DELIVERY**

Frederck L. Cottrell, III, Esquire
Jeffrey L. Moyer, Esquire
David A. Felice, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE 19899

**BY HAND DELIVERY**

Mary B. Graham, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Charles D. Ossola, Esquire
Timothy C. Bickham, Esquire
Scott A.M. Chambers, Esquire
ARNOLD & PORTER
Thurman Arnold Bldg.
555 Twelfth Street, N.W.
Washington, DC 2004-1202

Mark R. Shanks, Esquire
SHANKS & HERBERT
TransPotomac Plaza
1033 N. Fairfax St., Suite 306
Alexandra, VA 22314

**BY FEDERAL EXPRESS**

James A. White, Esquire
John A. Marlott, Esquire
Timothy J. Heverin
JONES, DAY, REAVIS & POGUE
77 West Wacker
Chicago, IL 60601-1692

William F. Cavanaugh, Jr., Esquire
Jeffrey I.D. Lewis, Esquire
Stuart E. Pollack, Esquire
Daniel Ravicher, Esquire
PATTERSON, BELKNAP, WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, NY 10036

*Sara Beth A. Reyburn*
Sara Beth A. Reyburn

58956.1004