IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TEVA PHARMACEUTICALS USA and )<br>TEVA PHARMACEUTICAL )<br>INDUSTRIES LTD. )<br>)<br>Defendants. )<br>) | Civil Action No. 06-89-GMS |

**PLAINTIFF PFIZER INC'S CONTINGENT MOTION TO ENJOIN THE TEVA DEFENDANTS FROM PROCEEDING WITH THEIR LATER-FILED SUIT IN THE SOUTHERN DISTRICT OF NEW YORK**

Plaintiff Pfizer Inc ("Pfizer") hereby moves to enjoin defendants, Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd. (respectively "Teva USA" and "Teva Ltd."; collectively "Teva") from proceeding in their second-filed action in the Southern District of New York, *Teva Pharmaceuticals USA, Inc. et al. v. Pfizer Inc*, 06cv1134 (LAP). This motion is contingent upon the Court's denial of Teva's motion to transfer the instant case to the Southern District of New York, (D.I. 8), so that Teva will be prevented from proceeding in both the New York and Delaware cases. The grounds of this motion are fully set forth in Defendant's concurrently-filed supporting brief and further supported by the contemporaneously-filed declarations of Brendan G. Woodard, Esq. and Daniel C. Mulveny, Esq.

Pursuant to Local Rule 7.1.1, the undersigned counsel conferred with defendants' counsel regarding this Motion. Defendants' counsel has indicated that defendants will oppose this Motion.

                                    CONNOLLY BOVE LODGE & HUTZ LLP

                                    /s/ Rudolf E. Hutz
                                    Rudolf E. Hutz (#484)
                                    Daniel C. Mulveny (#3984)
                                    1007 N. Orange Street
                                    P. O. Box 2207
                                    Wilmington, DE 19899-2207
                                    (302) 658-9141
                                    *Attorneys for Pfizer Inc*

Dated: March 9, 2006

451235_1.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-89-GMS |
| | ) | |
| TEVA PHARMACEUTICALS USA and | ) | |
| TEVA PHARMACEUTICAL | ) | |
| INDUSTRIES LTD. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER GRANTING PLAINTIFF PFIZER INC'S CONTINGENT MOTION TO ENJOIN THE TEVA DEFENDANTS FROM PROCEEDING WITH THEIR LATER-FILED SUIT IN THE SOUTHERN DISTRICT OF NEW YORK**

AND NOW on this _____ day of _____, 2006, upon consideration of Plaintiffs' contingent motion to enjoin the Teva defendants from proceeding with their later-filed suit in the Southern District of New York, the supporting brief and declarations, and any and all responses thereto, it is hereby

ORDERED that Plaintiffs' motion is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

451235_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2006, I electronically filed **PLAINTIFF PFIZER INC'S CONTINGENT MOTION TO ENJOIN THE TEVA DEFENDANTS FROM PROCEEDING WITH THEIR LATER-FILED SUIT IN THE SOUTHERN DISTRICT OF NEW YORK** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Mary B. Matterer
>Morris James Hitchens & Williams LLP
>222 Delaware Avenue, 10th Floor
>P.O. Box 2306
>Wilmington, DE 19899-2306

I hereby certify that on March 9, 2006, I have mailed by First Class Mail, the document(s) to the following non-registered participants:

>Steven Lee
>Elizabeth J. Holland
>Sheila Mortazavi
>Cynthia Lambert Hardman
>Kenyon & Kenyon LLP
>One Broadway
>New York, NY 10004

>/s/ Rudolf E. Hutz
>Rudolf E. Hutz (#484)
>Daniel C. Mulveny (#3984)
>1007 N. Orange Street
>P. O. Box 2207
>Wilmington, DE 19899-2207
>(302) 658-9141
>*Attorneys for Pfizer Inc*