IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC </br></br> Plaintiff, </br></br> v. </br></br> TEVA PHARMACEUTICALS USA and </br>TEVA PHARMACEUTICAL </br>INDUSTRIES LTD. </br></br> Defendants. | Civil Action No. 06-89-GMS |

**PLAINTIFF PFIZER INC'S REQUEST FOR ORAL ARGUMENT REGARDING THE TEVA DEFENDANTS' MOTION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF NEW YORK PURSUANT TO 28 U.S.C. § 1404(a) AND PFIZER INC'S CONTINGENT MOTION TO ENJOIN THE TEVA DEFENDANTS FROM PROCEEDING WITH THEIR LATER-FILED SUIT IN THE SOUTHERN DISTRICT OF NEW YORK**

Pursuant to D. Del. L.R. 7.1.4, Plaintiff Pfizer Inc ("Pfizer") respectfully requests oral argument regarding: (1) the Teva Defendants' motion to transfer venue to the Southern District of New York pursuant to 28 U.S.C. § 1404(a) (D.I. 8; "Transfer Motion"); and (2) Pfizer's contingent motion to enjoin the Teva Defendants from proceeding with their later-filed suit in the Southern District of New York (D.I. 21; "Enjoin Motion"). Because the Transfer Motion and the Enjoin Motion are based on related facts and arguments, Pfizer asks that oral argument on both motions be heard together at the same hearing. Briefing for the Transfer Motion is complete. Briefing for the Enjoin Motion will be completed on March 30, 2006.

-2-

        CONNOLLY BOVE LODGE & HUTZ LLP

        <u>/s/ Rudolf E. Hutz</u>
        Rudolf E. Hutz (#484)
        Daniel C. Mulveny (#3984)
        1007 N. Orange Street
        P. O. Box 2207
        Wilmington, DE 19899-2207
        (302) 658-9141
        *Attorneys for Pfizer Inc*

Dated: March 17, 2006

453335_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2006, I electronically filed **PLAINTIFF PFIZER INC'S REQUEST FOR ORAL ARGUMENT REGARDING THE TEVA DEFENDANTS' MOTION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF NEW YORK PURSUANT TO 28 U.S.C. § 1404(a) AND PFIZER INC'S CONTINGENT MOTION TO ENJOIN THE TEVA DEFENDANTS FROM PROCEEDING WITH THEIR LATER-FILED SUIT IN THE SOUTHERN DISTRICT OF NEW YORK** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

<u>Hand Delivery</u>
Mary B. Matterer
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

I hereby certify that on March 17, 2006, I have mailed by First Class Mail, the document(s) to the following non-registered participants:

Steven Lee
Elizabeth J. Holland
Sheila Mortazavi
Cynthia Lambert Hardman
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004

/s/ Rudolf E. Hutz
Rudolf E. Hutz (#484)
Daniel C. Mulveny (#3984)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorneys for Pfizer Inc*

453335_1.DOC