IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS, USA and <br> TEVA PHARMACEUTICALS INDUSTRIES, LTD., <br><br> Defendants. | C.A. No. 06-089-GMS |

**SUBSTITUTION OF LOCAL COUNSEL**

PLEASE NOTE the following substitution of local counsel for defendants Teva Pharmaceuticals USA and Teva Pharmaceuticals Industries, Ltd.: Mary Matterer (mm2696) and Morris, James, Hitchens & Williams, LLP hereby withdraw their appearance, and Richard D. Kirk (rk0922) and The Bayard Firm hereby enter their appearance. Outside counsel remain the same.

Dated: May 5, 2006

MORRIS, JAMES, HITCHENS & WILLIAMS, LLP         THE BAYARD FIRM

*/s/ Mary B. Matterer (mm2696)*                             */s/ Richard D. Kirk (rk0922)*
222 Delaware Ave., 10th Floor                                   222 Delaware Ave., Suite 900
P.O. Box 2306                                                              P.O. Box 25130
Wilmington, DE 19899-2306                                     Wilmington, DE 19899
(302) 888-6800                                                            (302) 655-5000
mmatterer@morrisjames.com                                   rkirk@bayardfirm.com

624762v1