

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

Rudolf E. Hutz
Partner

TEL (302) 888-6266
FAX (302) 656-9072
EMAIL rhutz@cblh.com
REPLY TO Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

Wells Fargo Center
South Tower, Suite 3150
355 South Grand Avenue
Los Angeles CA 90071
TEL (213) 787 2500
FAX (213) 687 0498

WEB www.cblh.com

July 12, 2006

Honorable Joseph J. Farnan, Jr.
U. S. District Court for the
  District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   **Pfizer Inc v. Teva Pharmaceuticals USA, Inc. et al.,**
      **Case 1:06-cv-00089-JJF**

Dear Judge Farnan:

Pursuant to your letter of June 26, 2006, the parties jointly submit their Proposed Rule 16 Scheduling Order. The parties have met and conferred pursuant to Rule 26(f) and have agreed upon the Proposed Rule 16 Scheduling Order. The dates identified in the Proposed Rule 16 Scheduling Order take into account the parties' realistic expectation of their needs and abilities together with recognition that several months were consumed by the motion to transfer, that some potential Teva witnesses are located in Israel, and that many of Teva's documents are in Hebrew and will require translation.

If the Court has any questions, please do not hesitate to contact me or Teva's counsel.

Very truly yours,

Rudolf E. Hutz
Connolly Bove Lodge & Hutz LLP

REH.bjh
enclosure: Proposed Rule 16 Scheduling Order

cc:   Richard D. Kirk, Esquire (w/ enclosure, by email)
      Steven J. Lee, Esquire (w/ enclosure, by email)

475262_1.DOC