IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-089-JJF |
| TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD., | : |
| Defendants. | : |

**O R D E R**

WHEREAS, pursuant to Fed. R. Civ. P. 16 and D. Del. L.R. 16.2 (a) and (b) the Court entered a Rule 16 Scheduling Order on July 13, 2006, in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Pretrial Conference will be held on **Thursday, February 7, 2008 at 11:00 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

2) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.

July 19, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE