IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>TEVA PHARMACEUTICALS USA, INC. )<br>and TEVA PHARMACEUTICAL )<br>INDUSTRIES LTD. )<br>)<br>Defendants. )<br>) | Civil Action No. 06-89-JJF<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned, counsel for Pfizer Inc, hereby certifies that copies of Plaintiff Pfizer Inc's First Set of Requests for Production of Documents and Things (1-155) to Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd., Plaintiff Pfizer Inc's First Set of Interrogatories (1-14) to Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd., and Plaintiff Pfizer Inc's First Set of Requests for Admission (1-9) to Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd., were caused to be served on August 11, 2006 on the counsel listed below:

**BY HAND DELIVERY**
Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE  19801

**BY FIRST-CLASS MAIL**
Steven Lee
Elizabeth J. Holland
Sheila Mortazavi
Cynthia Lambert Hardman
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004

Dated: August 11, 2006

/s/ Rudolf E. Hutz
Rudolf E. Hutz (#484)
Daniel C. Mulveny (#3984)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorneys for Pfizer Inc*

## CERTIFICATE OF SERVICE

I hereby certify that copies of this Notice of Service were caused to be served on August 11, 2006 upon the following counsel of record in the manner indicated:

### By Electronic Filing & Hand Delivery

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE  19801

### By First Class Mail

Steven Lee
Elizabeth J. Holland
Sheila Mortazavi
Cynthia Lambert Hardman
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004

/s/ Rudolf E. Hutz
Rudolf E. Hutz (#484)
Daniel C. Mulveny (#3984)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorneys for Pfizer Inc*