## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC.,<br><br>                Plaintiff,<br><br>       v.<br><br>TEVA PHARMACEUTICALS USA and<br>TEVA PHARMACEUTICAL<br>INDUSTRIES LTD.<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 06-89-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 11, 2006, copies of (1) DEFENDANTS' FIRST SET OF INTERROGATORIES (1-8) TO PLAINTIFF, (2) DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF (NOS. 1-99), and (3) and this Notice of Service were served as shown:

**BY EMAIL AND BY HAND**

Rudolf E. Hutz, Esquire
Daniel C. Mulveny, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801


August 11, 2006                    THE BAYARD FIRM

                                  /s/ Richard D. Kirk (rk0922)
                                  222 Delaware Avenue, Suite 900
                                  P.O. Box 25130
                                  Wilmington, DE  19899-5130
                                  rkirk@bayardfirm.com
                                  (302) 655-5000
                                  Counsel for Plaintiff
                                  TEVA PHARMACEUTICALS USA and TEVA
                                  PHARMACEUTICAL INDUSTRIES, LTD.

OF COUNSEL:

Steve J. Lee
Elizabeth J. Holland
Sheila Mortazavi
Cynthia Lambert Hardman
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004
(212) 425-7200