IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TEVA PHARMACEUTICALS USA and )<br>TEVA PHARMACEUTICAL )<br>INDUSTRIES LTD. )<br>)<br>Defendants. )<br>) | C.A. No. 06-89 JJF |

NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 11, 2006, copies of (1) DEFENDANTS TEVA PHARMACEUTICALS USA, INC. AND TEVA PHARMACEUTICAL INDUSTRIES LTD.'S RESPONSES AND OBJECTIONS TO PLAINTIFF PFIZER INC'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (1-155); (2) DEFENDANTS TEVA PHARMACEUTICALS USA, INC. AND TEVA PHARMACEUTICAL INDUSTRIES LTD.'S RESPONSES AND OBJECTIONS TO PLAINTIFF PFIZER INC'S FIRST SET OF INTERROGATORIES (1-14); (3) DEFENDANTS TEVA PHARMACEUTICALS USA, INC. AND TEVA PHARMACEUTICAL INDUSTRIES LTD.'S RESPONSES AND OBJECTIONS TO PLAINTIFF PFIZER INC'S FIRST SET OF REQUESTS FOR ADMISSION (1-9); and (4) this NOTICE OF SERVICE were served as shown:

**BY EMAIL AND BY HAND**

Rudolf E. Hutz, Esquire
Daniel C. Mulveny, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801

October 11, 2006                                    THE BAYARD FIRM

                                                    /s/ Richard D. Kirk (rk0922)
                                                    Richard D. Kirk (#0922)
                                                    Ashley B. Stitzer (#3891)
                                                    222 Delaware Avenue, Suite 900
                                                    P.O. Box 25130
                                                    Wilmington, Delaware 19899-5130
                                                    rkirk@bayardfirm.com
                                                    astitzer@bayardfirm.com
                                                    (302) 655-5000

                                                    Counsel for Defendants,
                                                    TEVA PHARMACEUTICALS USA and TEVA
                                                    PHARMACEUTICAL INDUSTRIES, LTD.

OF COUNSEL:

Steve J. Lee
Elizabeth J. Holland
Sheila Mortazavi
Cynthia Lambert Hardman
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004
(212) 425-7200