IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC<br><br>      Plaintiff<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.<br>and TEVA PHARMACEUTICAL<br>INDUSTRIES LTD.<br><br>      Defendants. | Civil Action No. 06-89-JJF<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned, counsel for Pfizer Inc, hereby certifies that copies of Plaintiff Pfizer Inc's Responses to Defendants' First Set of Requests for Production of Documents and Things to Plaintiff (1-99) and Plaintiff Pfizer Inc's Responses to Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd's First Set of Interrogatories (1-8) were caused to be served on October 11, 2006 on the counsel listed below:

**BY HAND DELIVERY**
Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

**BY FIRST-CLASS MAIL**
Steven Lee
Elizabeth J. Holland
Sheila Mortazavi
Cynthia Lambert Hardman
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004

Dated: October 12, 2006

/s/ Rudolf E. Hutz
Rudolf E. Hutz (#484)
Daniel C. Mulveny (#3984)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorneys for Pfizer Inc*

**CERTIFICATE OF SERVICE**

I hereby certify that copies of this Notice of Service were caused to be served on October 12, 2006 upon the following counsel of record in the manner indicated:

**By Electronic Filing & Hand Delivery**

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

**By First Class Mail**

Steven Lee
Elizabeth J. Holland
Sheila Mortazavi
Cynthia Lambert Hardman
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004

/s/ Rudolf E. Hutz
Rudolf E. Hutz (#484)
Daniel C. Mulveny (#3984)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorneys for Pfizer Inc*