AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following  X Patents or  ☐ Trademarks:

| DOCKET NO.<br>06-89 | DATE FILED<br>2/8/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br><br>Pfizer Inc. | | DEFENDANT<br><br>Teva Pharmaceuticals USA et al |

| | PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,977,243 B2 | 12/20/05 | Pfizer Inc. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| *See attached* |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>*M. Blansfield* | DATE 12/5/06 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC.<br><br>  Plaintiffs,<br><br>TEVA PHARMACEUTICALS USA and<br>TEVA PHARMACEUTICAL INDUSTRIES LTD.<br><br>  Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 06-89-JJF <br> ) <br> ) <br> ) **STIPULATION OF DISMISSAL** <br> ) <br> ) <br> ) <br> ) |

Plaintiff Pfizer Inc and Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd. have agreed to settle all claims arising out of the pleadings in this action on terms including entry of the following Stipulation and Order of Dismissal, in accordance with Fed. R. Civ. P. 41(a)(1)(ii).

Accordingly, it is stipulated by the parties that:

1.  The above-captioned action and all claims therein are dismissed without prejudice pursuant to the stipulation of the parties.

2.  Any Protective Order entered by the Court in this action shall remain in full force and effect notwithstanding dismissal of this action.

3.  The parties waive any right of appeal from this Order.

4.  Each party shall bear its own costs, expenses and attorneys' fees in connection with this action.

SETTLEMENT AGREEMENT

Dated: Nov. 20, 2006

By: /s/ 
RUDOLF HUTZ
DANIEL C. MULVENY
CONNOLLY BOVE LODGE AND
  HUTZ LLP
The Nemours Building
P.O. Box 2207
1007 North Orange Street
Wilmington, DE 19899-2207
(302) 658-9141 telephone
(302) 658-5614 facsimile

Attorneys for Plaintiff
PFIZER INC.

Dated: 11/20, 2006

By: /s/
Richard D. Kirk (I.D. #922)
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington DE 19899

Attorneys for Defendants
TEVA PHARMACEUTICALS USA,
INC. and TEVA PHARMACEUTICAL
INDUSTRIES LTD.