UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC.<br><br>　　　　　　Plaintiffs,<br><br>TEVA PHARMACEUTICALS USA and<br>TEVA PHARMACEUTICAL INDUSTRIES LTD.<br><br>　　　　　　Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 06-89-JJF<br> ) <br> ) <br> ) **STIPULATION OF DISMISSAL**<br> ) <br> ) <br> ) <br> ) |

Plaintiff Pfizer Inc and Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd. have agreed to settle all claims arising out of the pleadings in this action on terms including entry of the following Stipulation and Order of Dismissal, in accordance with Fed. R. Civ. P. 41(a)(1)(ii).

Accordingly, it is stipulated by the parties that:

1. The above-captioned action and all claims therein are dismissed without prejudice pursuant to the stipulation of the parties.

2. Any Protective Order entered by the Court in this action shall remain in full force and effect notwithstanding dismissal of this action.

3. The parties waive any right of appeal from this Order.

4. Each party shall bear its own costs, expenses and attorneys' fees in connection with this action.

SETTLEMENT AGREEMENT

Dated: Nov. 20, 2006

By: /s/ Rudolf Hutz
RUDOLF HUTZ
DANIEL C. MULVENY
CONNOLLY BOVE LODGE AND
    HUTZ LLP
The Nemours Building
P.O. Box 2207
1007 North Orange Street
Wilmington, DE 19899-2207
(302) 658-9141 telephone
(302) 658-5614 facsimile

Attorneys for Plaintiff
PFIZER INC.

Dated: 11/20, 2006

By: /s/ Richard D. Kirk
Richard D. Kirk (I.D. #922)
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington DE 19899

Attorneys for Defendants
TEVA PHARMACEUTICALS USA,
INC. and TEVA PHARMACEUTICAL
INDUSTRIES LTD.